**MINISTERE DES MINES
ET DE LA GEOLOGIE**

----------

**CABINET DU MINISTRE**

----------

N° 472 /MMG/CAB/2012

**REPUBLIQUE DE GUINEE**

----------

Travail - Justice – Solidarité

Conakry, le 25 AOUT 2012

**STRICTEMENT CONFIDENTIEL**

*Le Ministre*

A

SNR Denton US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364 USA

A l'attention de Mr. Jonathan D. Cahn

**Objet :** Lettre de nomination en tant Que Conseiller Juridique du Ministère des Mines et de la Géologie, Projet Simandou Guinée – Conakry

Monsieur,

Le 02 mai 2012, la Banque Mondiale a signé avec un consortium de Cabinets spécialisés, le contrat N° 7162670 (Contrat Banque Mondiale). Ce contrat avait notamment pour objet d'assister sur les plans juridique, technique et financier la République de Guinée à travers le Ministère des Mines et de la Géologie (le Ministère), dans la mise en œuvre du Projet SIMANDOU (le Projet).

La présente lettre vise à poursuivre ce contrat en confirmant la nomination, par le Ministère des Mines et de la Géologie (« Ministère ») de la République de Guinée, du Cabinet SNR Denton US LLP (la « Firme »), membre du Consortium recruté par la Banque Mondiale, en qualité de Conseiller Juridique.

Cette nomination en tant que Conseiller du Ministère, est la suite logique du contrat visé ci-dessus, et est considérée avoir commencé le 02 Mai 2012, date à laquelle le Contrat Banque Mondiale a été mis en vigueur, et se prolongera pour la durée dudit Contrat Banque Mondiale, encore valable jusqu'au 30 Septembre 2012. Les Termes de Références relatifs à la poursuite de la mission au-delà du 30 septembre 2012 vous seront transmis.

# REDACTED

De plus, SNR DENTON pourra acquérir de temps en temps les services de conseillers tiers incluant des experts des domaines financiers, techniques, miniers et communication possédant les qualités requises par le Projet et en support à la participation du Gouvernement Guinéen dans le Projet. Votre firme fera cela en accord avec ses pratiques usuelles sous condition de respecter les droits du Ministère, le privilège avocat-client et la confidentialité sur tous les sujets concernant cette représentation. Vous êtes tenu de notifier par écrit au Ministère avant d'engager un expert ou conseiller tiers et de communiquer les conditions financières de cet engagement.

Toute facturation relative aux activités relatives à la mission relative à cette nomination se fera conformément au Contrat Banque Mondiale et dans la mesure où elle ne serait pas assurée par la Banque Mondiale, sera sujette et en ligne avec les arrangements de financement qui seront agréés entre la Firme et le Ministère.

Je vous prie de croire, **Monsieur,** en l'expression de nos meilleurs sentiments.

**Mohamed Lamine FOFANA**