

**MINISTRY OF MINES
AND GEOLOGY**

------------

**OFFICE OF THE MINISTER**

------------

No. 1472 / MMG / CAB / 2012

**REPUBLIC OF GUINEA**

Work - Justice - Solidarity

Conakry, August 25, 2012

**STRICTLY CONFIDENTIAL**

**From the Minister**

**To:**
SNR Denton US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364, U.S.A.

**Re:   Letter of Appointment as Legal Counsel to the Ministry of Mines and Geology – Simandou Project – Conakry, Guinea**

**Attn: Mr. Jonathan D. Cahn**

**Dear Sir:**

On May 2, 2012, the World Bank signed Agreement No. 7162670 (the "World Bank Agreement") with a consortium of specialized firms.
The purpose of this Agreement was, in particular, to legally, technically, and financially assist the Republic of Guinea, through its Ministry of Mines and Geology (the "Ministry"), in the implementation of the SIMANDOU Project (the "Project").

The aim of this letter is to pursue this Agreement by confirming the appointment by the Republic of Guinea's Ministry of Mines and Geology (the "Ministry") of the SNR Denton US LLP Law Firm (the "Firm"), which is a member of the Consortium retained by the World Bank, as its Legal Counsel.

This appointment as Ministry's Counsel is the logical consequence of the above referenced Agreement and is considered to have begun on May 2, 2012, the date on which the World Bank Agreement took effect, and will continue for the duration of the World Bank Agreement, which is still valid up until September 30, 2012. The Terms of Reference for continuing the assignment after September 30, 2012 will be forwarded to you.

# REDACTED

Additionally, SNR DENTON may, from time to time, hire the services of third-party consultants including experts in financial, technical, mining and communication areas that possess the qualifications needed for the Project, in support of the Guinean Government's participation in the Project. Your Firm will do so in accordance with your usual practices, subject to compliance with the rights of the Ministry, attorney-client privilege and confidentiality on all the matters concerning this appointment. You must notify the Ministry in writing before hiring a third-party expert or attorney, and you must communicate the financial terms of this appointment.

All billing related to the activities related to the assignment related to this appointment will be performed in accordance with the World Bank Agreement and, insofar as it would not be handled by the World Bank, will be subject to, and in line with, the financial arrangements that will be agreed upon between your Firm and the Ministry.

Very truly yours,

[seal] Ministry of Mines and
Geology – Republic of Guinea /
The Minister

**Mohamed Lamine FOFANA**



STATE OF NEW YORK   )
                    ) ss
COUNTY OF KINGS     )

CERTIFICATE OF ACCURACY

I hereby certify that the attached is, to the best of my knowledge, ability and belief, a true and complete translation from French to English of *Letter of Appointment as Legal Counsel to the Ministry of Mines and Geology – Simandou Project – Conakry, Guinea, from the Office of the Minister Mohamed Lamine Fofana, to SNR Denton US LLP*, dated August 25, 2012.

Glenn Cain
President
Yndigo Translations

Subscribed and sworn to before me this 24th day of July, 2014.

Notary Public
My Commission Expires: 05-13-201

MOHAMED W KHAN
Notary Public - State of New York
NO. 01KH6281695
Qualified in Queens County
My Commission Expires May 13, 2017

709 CARROLL STREET, BROOKLYN, NY 11215 • 347.223.4334 • WWW.YNDIGOTRANSLATIONS.COM