# SNR DENTON

Conakry, le 24 décembre 2012

**REMIS EN MAINS PROPRES**                                    **STRICTEMENT CONFIDENTIEL**

Son Excellence Monsieur le Ministre Mohamed Lamine Fofana
Ministère des Mines de la Géologie
BP 295
Conakry, République de Guinée

Objet : **Lettre d'engagement à l'attention du Ministère des Mines et de la Géologie, Projet Simandou - Guinée Conakry**

Monsieur le Ministre,

Cette lettre d'engagement (cette « Lettre ») confirme  l'accord du Ministère des Mines et de la Géologie de la République de Guinée (« Ministère » ou le « Client ») d'engager le cabinet SNR Denton US LLP et ses affiliés (la « firme ») pour la fourniture de services à partir du 1er octobre 2012 en tant que Conseiller Juridique du Ministère et du Gouvernement de la République de Guinée en relation avec le développement et le financement du projet de mine de fer de Simandou et les infrastructures qui y sont liées, port et chemin de fer (« Simandou » ou le « Projet »). Ce nouvel engagement constitue une extension de la mission de Conseil Juridique du Gouvernement de la Guinée et fait suite à la lettre d'engagement signée par le Ministère des Mines et de la Géologie pour la mission du 2 mai au 30 septembre 2012 annexée aux présentes.  Cette extension de l'engagement se terminera lors de la conclusion du processus de sélection, lancé par le Gouvernement le 5 septembre 2012 (**P122916 IDA Q8160 WB3228-09/12, WB3227-09/12, et WB3229-09/12**), dans le cadre du Projet n° P122916 de la Banque Mondiale.

# REDACTED

# REDACTED



# REDACTED

En outre, la firme pourra également, de manière ponctuel, faire appel aux services de conseillers tiers, et notamment d'experts dans le domaine financier, technique, minier et de la communication, ayant les qualités requises au regard du Projet et en support à la participation du GoG dans le Projet. Le recours à de tels services sera fait par la firme conformément avec ses pratiques habituelles et sous réserve du respect des droits du Ministère, du secret professionnel et de la confidentialité sur tous les sujets concernant le périmètre du présent engagement. Avant d'engager l'un quelconque de ces experts ou conseillers tiers, la firme adressera par écrit au Ministère les conditions financières de leurs interventions.

**2.** **Conditions.** Nos Conditions Générales (les « Conditions »), dont un exemplaire vous est transmis ci-joint, s'appliquent au dossier en cours ainsi qu'à tout dossier complémentaire que nous serions amené à traiter pour votre compte. Elles contiennent les conditions générales applicables à tous nos groupes de travail internationaux. Lorsque l'un de ces groupes travaille sur un dossier, il le fait en accord et selon les termes de ces Conditions. Vous devez en conséquence considérer ces Conditions comme un passeport pour travailler avec tous les bureaux de SNR Denton, quel que ce soit leur location.

Les Conditions sont amendées, modifiées et complétées par les Conditions Locales. Des Conditions Locales distinctes s'appliqueront selon les pays où exercent les Cabinets. Dans la mesure où les Conditions et les Conditions Locales divergent, les Conditions Locales prévaudront. La présente Lettre prévaut sur les Conditions et sur les Conditions Locales. Sauf avis contraire, les termes définis dans la présente Lettre auront la signification décrite dans la version des Conditions.



**3.    Equipe et Honoraires**. Conformément aux Conditions, nos frais et honoraires sont payables sur réception de notre facture. Cependant, la firme confirme sa volonté de reporter le paiement comme suit : la firme comprend le fait que ni le Ministère ni le Gouvernement de la République de Guinée n'ont actuellement les fonds nécessaires pour prendre en charge les frais et honoraires de cette représentation mais que le Ministère mettra en œuvre de bonne foi tous les efforts nécessaires pour sécuriser le financement de cette représentation, soit au moyen du budget du Ministère, soit au moyen de sources de financement extérieures. Bien consciente des besoins urgents du Ministère pour la fourniture accélérée des services décrits ci-dessous, pour aussi longtemps que le Ministère poursuit ces efforts, la firme, ne tenant pas compte de l'absence de financement, reportera le recouvrement des honoraires et dépenses facturés en accord avec cette Lettre et en accord avec les Conditions, jusqu'à ce que le financement approprié soit mis en place. La firme a le droit de transférer de ses factures, entièrement ou partiellement, à des tiers, selon des termes qui ne compromettraient pas son obligation de loyauté à l'égard du Client en ce qui concerne la représentation, et sous réserve de toute autre règle de responsabilité professionnelle applicable.

Parallèlement, le Ministère autorise la firme à rechercher avec des tierces parties, les différentes options pour le financement de sa représentation et à présenter ces options sous la forme d'une proposition écrite au Ministère pour étude, auquel cas le Ministère étudiera de bonne foi les propositions sous réserve bien entendu que le Ministère puisse exercer son droit de s'assurer que notre représentation en tant que Conseiller Juridique soit loyale et sincère et soit déontologiquement indépendante de toute source de financement. Nos honoraires seront facturés sur la base du temps passé à assurer la présente représentation, et les taux horaires facturés par chaque intervenant selon le tableau décrit ci-dessous :

| Statut | Taux ($ par heure) | Bureau |
|---|---|---|
| Partners | 700 to 1000 | Washington, DC, London, Paris |
| Sr. Advisors | 700 to 850 | Washington DC |
| Of Counsel | 600 to 700 | Washington, D.C., Paris |
| Associates | 200 to 550 | Washington, D.C., Paris, London |

Notre mission impliquera des frais et/ou des débours, tels que décrits dans les Conditions. De plus, la firme pourra également, de manière ponctuel, faire appel aux services de conseillers tiers, incluant des experts des domaines financiers, techniques, miniers et de la communication ayant les qualités requises par le Projet. Le recours à de tels services sera fait par la firme conformément avec ses pratiques habituelles et sous réserve du respect des droits du Ministère, du secret professionnel et de la confidentialité sur tous les sujets concernant le périmètre du présent engagement. Une liste de conseillers tiers déjà en sous-traitance pour le compte de la firme vous sera remise par lettre. Avant d'engager l'un quelconque de ces experts ou conseillers tiers supplémentaires, la firme adressera par écrit au Ministère les conditions financières de leurs interventions.

Toute facturation relative à cette mission se fera conformément aux modalités de financement agréées. Dans la mesure où la firme recevra des paiements relatifs à notre mission, dans le cadre de ces modalités, de la part de tout tiers, nous ferons la déduction correspondante des sommes dues par le Ministère. Nous joignons à cette Lettre, la facture pour la période allant du 2 mai au 31 octobre 2012 que nous vous saurions gré de bien vouloir approuver en y apposant votre signature. Nos prochaines factures vous seront adressées sur une base périodique. Laurent Lavigne Du Cadet (Senior Advisor Washington DC), Charles Wood (Partner Londres) et moi-même coordonneront la représentation du Ministère par la



firme. Si à tout moment, vous avez le moindre souci concernant le moindre aspect de nos services, y compris nos factures, je vous saurai gré de bien vouloir le faire savoir à Charles, Laurent ou moi-même et nous nous engageons à résoudre toute question qui sera soulevée par le Ministère. Nous avons également une procédure de réclamation formelle et une copie de cette procédure est disponible sur demande.

**4.    Conflits**.  Sur la base d'une revue interne de nos dossiers, nous avons conclu que nous n'avons pas de conflit d'intérêt pour assurer cette représentation. Néanmoins les Conditions comprennent des dispositions relatives aux conflits éthiques et aux conflits d'intérêts, y compris les dispositions sur les questions de conflits qui pourraient apparaître dans l'avenir, que vous devriez lire attentivement.

# REDACTED

Vous voudrez bien nous confirmer votre accord sur les termes de la présente Lettre et sur les Conditions et les dispositions sur les conflits ci-jointes en les signant aux endroits prévus à cet effet et en nous en retournant deux originaux. Nous vous serions reconnaissants d'un retour rapide de ces copies, mais, comme vous le savez, nous avons déjà commencé à travailler sur ce dossier sur la base des conditions exposées dans cette Lettre. N'hésitez pas à me contacter si vous avez des questions concernant un point quelconque de cette Lettre ou des Conditions, ou concernant tout point de notre mission.

Nous sommes très heureux d'être vos conseillers et de travailler avec vous sur ce Projet.

Nous vous prions de croire, Monsieur le Ministre, en l'assurance de notre considération la plus haute.

Jon Alan O. Corin
Associé

.

**<u>Accord</u>**

Le soussigné confirme par la présente avoir lu et compris les termes et conditions de cette Lettre et les Conditions, et les accepter.


Ministère des Mines et de la Géologie, Guinée

Par : _____
Son Excellence Monsieur le Ministre Mohamed Lamine Fofana
Ministère des Mines de la Géologie




Ci-joint :        SNR DENTON -  Conditions, Annexe A

                Lettre d'engagement signée par le Ministère des Mines et de la Géologie datée du 25 août 2012, Annexe B

                Facture pour la période allant du 2 mai au 31 octobre 2012, Annexe C

**SNR DENTON**

ANNEXE  A

# Conditions Générales



# Table des matières

Cond t ons généra es..................................................................................................2

Cond t ons g oba es ..................................................................................................2

Cond t ons  oca es....................................................................................................8

Bahreïn – Cond t ons  oca es....................................................................................9

Be g que – Cond t ons Loca es................................................................................10

Egypte – Cond t ons Loca es...................................................................................11

France – Cond t ons Loca es....................................................................................12

Hong Kong – Cond t ons Loca es.............................................................................14

Jordan e (Bureau Assoc é) – Cond t ons Loca es....................................................16

Kazakhstan – Cond t ons Loca es............................................................................18

Bureau Assoc é du Royaume d'Arab e Saoud te –
Cond t ons Loca es................................................................................................18

Koweït (Bureau Assoc é) – Cond t ons Loca es......................................................20

Qatar – Cond t ons Loca es....................................................................................22

Russ e – Cond t ons Loca es..................................................................................23

S ngapour – Cond t ons Loca es.............................................................................24

Su tanat d'Oman – Cond t ons Loca es ..................................................................25

Ém rats Arabes Un s – Cond t ons Loca es ............................................................26

Royaume-Un  – Cond t ons Loca es........................................................................27

États-Un s – Cond t ons Loca es.............................................................................29

Ouzbék stan – Cond t ons Loca es.........................................................................31

Conditions | Globales

# Conditions Générales

**Bienvenue chez SNR Denton.** Nous sommes très heureux que vous nous ayez choisis pour vous représenter ou pour agir en votre nom, et nous nous réjouissons de cette relation. Nous savons que ce document est conséquent, mais il vous aidera en vous communiquant en une seule fois des informations précises sur chacune des juridictions où nous sommes à votre disposition. De cette façon, vous pourrez bénéficier de nos services partout dans le monde avec nos conditions réunies dans un même document, sorte de passeport pour un conseil juridique international. Il va de soi que les conditions particulières locales applicables aux bureaux qui ne vous fournissent pas de prestations ne s'appliqueront pas à vous. Les présentes Conditions Générales, ainsi que la Lettre de Mission jointe, autorisée par un Associé, définissent les conditions générales de notre mandat. Pour toute question à ce sujet, veuillez prendre contact avec l'Associé avec lequel vous êtes en relation.

## Terminologie

SNR Denton est e nom commerc a co ect f d'un cab net d'avocats nternat ona comprenant SNR Denton Group (Vere n su sse), SNR Denton UK LLP, SNR Denton US LLP et leurs entreprises affiliées, chacune d'elles étant une entité ur d que d st ncte et séparée. SNR Denton Group (Vere n su sse) ne fourn t n conse ur d que, n autres serv ces aux c ents.

« Bureau Assoc é » dés gne 'un des cab nets d'avocats d st ncts et séparés, gérés en assoc at on avec SNR Denton & Co, ainsi que défini dans les Conditions Locales app cab es.

« C ent », « vous » ou « votre/vos » dés gnent a( es) part e(s) à un Contrat de Mission qui nous est confié.

« M ss on » dés gne chaque doss er pour eque nous vous représentons ou ag ssons en votre nom aux termes d'un Contrat de M ss on.

« Contrat de M ss on » dés gne e contrat au t tre duque nous vous fourn ssons des serv ces dans e cadre de chaque Mission et dont les conditions générales sont définies dans ( ) une Lettre de M ss on et ( ) es Cond t ons.

« Lettre de M ss on » ou « Lettre » dés gne une ettre de m ss on séparée, autor sée par un Assoc é, que nous émettons pour chaque doss er dans eque nous ag ssons pour votre compte, ou orsque nous vous représentons ou tout écr t équ va ent de notre Engagement.

« Ent té » dés gne une ent té ur d que d st ncte et séparée, une soc été ou un partenar at qu est un Membre, ou qu est détenu en part e ou en tota té par un Membre, ou qu est contrô é d rectement ou nd rectement par un Membre.

« Cond t ons Généra es G oba es », « Conditions Globales » ou « CG » dés gnent es cond t ons g oba es s'app quant à tous es Cab nets et formant part e ntégrante d'un Contrat de M ss on.

« Personne » dés gne un assoc é, un membre, un mandant, un d recteur, un adm n strateur, un emp oyé, un consu tant ou un sous-tra tant d'un Cab net ou de tout prédécesseur ou successeur d'un Cab net.

« Autor tés Loca es » dés gne ' nstance régu atr ce ndépendante ou 'ordre profess onne rég ssant 'éth que dans chaque pays où exerce un cab net, te que ce a peut être identifié dans les Conditions Locales.

# Conditions | Globales

« Loca » dés gne tout bureau, Bureau Assoc é, mp antat on, cabinet associé ou association spécifique au sein du cabinet d'avocat international, dont la pratique est définie de façon p us part cu ère dans es Cond t ons Loca es.

« Cond t ons Génér es Loca es », « Conditions Locales » ou « CL » dés gnent es cond t ons généra es oca es part cu ères app cab es à une m ss on, qu font part e ntégrante du Contrat de M ss on.

« Membre » dés gne une ent té ur d que d st ncte et séparée, membre de SNR Denton Group (Vere n su sse).

« Assoc é » dés gne un assoc é, un membre, un consu tant ou un emp oyé ayant des d p ômes et un statut équ va ents dans un Cabinet, sous réserve de toute modification dans les Cond t ons Loca es.

« Cab net » dés gne une Ent té et/ou un Bureau Assoc é.

« Affilié » dés gne (a) toute ent té que vous contrô ez ou qu vous contrô e ou est soum se à un contrô e commun avec vous et (b) tous vos adm n strateurs, emp oyés, représentants, agents et conse s, a ns que ceux de ces ent tés.

« SNR Denton » ou e « Groupe » dés gne un ou p us eurs Cab nets.

« Cond t ons Génér es » ou « Cond t ons » dés gnent co ect vement es Cond t ons G oba es et Loca es.

« nous », « notre/nos » ou « nous-mêmes » dés gnent e Cab net avec eque vous avez conc u un Contrat de M ss on.

## Conditions Globales

### 1. Parties au Contrat

1.1 Vous reconna ssez que es Cond t ons s'app quent à tous vos doss ers, sauf s nous vous nformons par écr t que des cond t ons d fférentes sont app cab es. La Lettre de M ss on prévaut sur es Cond t ons. Ces Cond t ons G oba es s'app quent à toutes es M ss ons et sont amendées, modifiées et complétées par les Conditions Locales. Des Cond t ons Loca es d fférentes s'app quent se on es pays où exercent les Cabinets ; elles varient afin de répondre aux exigences réglementaires, fiscales, éthiques et aux pratiques sur e p an oca . En cas de d vergence entre es Cond t ons G oba es et es Cond t ons Loca es, es Cond t ons Loca es prévaudront.

1.2 S nous avons commencé à co aborer avec vous, avant que les termes de votre Lettre de Mission ne soient finalisés, vous consentez à ce que es Cond t ons et a Lettre de M ss on s'app quent rétroact vement au démarrage de votre co aborat on avec nous.

1.3 Nous pouvons dés gner d'autres Cab nets pour co aborer à votre doss er. Dans ce cas, nous e ferons, à notre ent ère d scrét on, par un sous-contrat ou en qua té d'agent, et ces Cond t ons a ns que es Cond t ons Loca es concernées s'app queront à cette m ss on.

1.4 Lorsque nous dés gnons un autre Cab net en tant qu'agent pour votre compte, sera responsab e de 'exécut on de ses serv ces d rectement envers vous. Lorsque nous dés gnons un autre Cab net par sous-contrat, nous restons seu s responsab es de 'exécut on de tous es serv ces dans e cadre de a M ss on.

1.5 Nous ne sommes pas responsab es des doss ers exc us par a Lettre d'Engagement ou non compr s dans ce e-c .

1.6 S p us eurs C ents sont représentés, toutes es informations supplémentaires spécifiques devront être ment onnées dans a Lettre de M ss on concernée.

### 2. Responsabilité de vos dossiers

Un Assoc é assumera a responsab té g oba e de chacun de vos doss ers. D'autres personnes peuvent être mp quées, se on es cas. Nous pouvons éga ement donner des nstruct ons pour votre compte à des conse s, des experts ou des avocats dans d'autres pays ou à d'autres t ers.

### 3. Frais et honoraires

3.1 Des cond t ons d fférentes peuvent s'app quer au ca cu des fra s et honora res dans chaque Cab net. E es sont préc sées dans es Cond t ons Loca es. Vous trouverez c -dessous es cond t ons généra es s'app quant à tous es cab nets, étant entendu que ce es-c peuvent être amendées, modifiées ou complétées par les Conditions Locales ou les termes spécifiques de la Lettre de Mission.

3.2 Nos honora res et ceux des autres Cab nets sont généra ement ca cu és en fonct on du temps passé par es Personnes trava ant sur votre doss er à eur taux hora re a ors app cab e, qu peut être a usté à tout moment. Parm les Personnes figurent des personnes diplômées en droit, des avocats, des experts et du personnel d'assistance. Les taux app cab es à chaque doss er sont préc sés dans a Lettre de M ss on concernée, ma s peuvent être a ustés à tout moment conformément à ce qu précède. Tous es honora res dev sés ou ment onnés sont exc us fs de tout impôt local et nets de toute retenue fiscale à la source ou déduct on pouvant s'app quer dans e pays du déb teur, ceux-c devant être payés en sus. Sous réserve de ce qu précède, es Cond t ons Loca es comportent éga ement des dispositions relatives à la fiscalité applicable à chaque Cab net.

3.3 Nos fra s et ceux des autres Cab nets sont ncond t onne s et do vent être payés que e que so t 'ssue

**SNR DENTON** ◨
snrdenton.com

# Conditions | Globales

d'un doss er. S nous convenons d'honora res pour un doss er qui n'est finalement pas conclu, nous pourrons facturer des honora res à hauteur du montant convenu pour e temps passé.

3.4 Au même t tre que pour nos honora res, nous vous facturons tous es fra s et débours engagés pour votre compte et vous acceptez de les payer. Ceux-ci sont définis dans es Cond t ons Loca es qu nous sont app cab es. Lorsque ces fra s nous sont facturés par des t ers, nous vous es refacturons à pr x coûtant. Nous pouvons conserver des réduct ons ou rem ses s' est trop coûteux pour nous d'identifier les clients à qui il convient de les répercuter, sauf pour e cas où e es aura ent été perçues en ra son de a M ss on. Nous vous facturerons es autres fra s adm n strat fs à nos taux hab tue s à tout moment. S ce a s'avère p us efficace, nous pouvons utiliser des informations spécialisées et autres systèmes pour certa ns types de doss ers, auque cas nous pourrons vous facturer un coût d'ut sat on.

3.5 Lorsque nous donnons des nstruct ons à des t erces part es te es que des conse s extér eurs, experts, avocats ou autres pour votre compte, nous e fa sons en tant qu'agent. Vous serez redevab e de eurs honora res, de eurs fra s et de tout mpôt app cab e. Nous pouvons éventue ement prendre des mesures pour que ces fra s vous so ent facturés d rectement ou so ent nc us dans es factures que nous vous adressons. Dans ce dern er cas, nous conserverons tout bénéfice issu de la fluctuation des devises étrangères entre a date de facturat on et a date de pa ement.

3.6 Vous pouvez d sposer de couvertures d'assurance pour une Mission. Veuillez vérifier cela soigneusement et, si une couverture est d spon b e ou peut 'être, veu z avert r dès que poss b e a compagn e d'assurance concernée. Nous ne vous conse erons pas sur 'ex stence, a réa té ou a d spon b té d'une couverture d'assurance, sans avo r expressément accepté de e fa re et reçu de votre part des exemp a res des po ces concernées. S une compagn e d'assurance nous règ e une part e de nos factures, vous resterez redevab e du pa ement de tout so de.

3.7 Tout dev s que nous vous remettons concernant nos honora res, fra s et débours pour toute M ss on, ne peut, par nature, être exact parce qu' est fondé sur des nformat ons incomplètes et sujettes à modification. Ces devis ne nous engagent donc pas et es honora res et fra s rée s seront déterm nés conformément à ces Cond t ons, et peuvent varier significativement par rapport à ces devis.

### 4. Frais lors de dossiers contentieux

Chaque Cabinet peut définir des conditions différentes pour es fra s de doss ers content eux ou potent e ement content eux. Ce es-c sont préc sées dans es part es

concernées des Cond t ons Loca es. Dans certa ns pays, est poss b e de récupérer une part e des fra s que vous avez engagés dans es doss ers content eux, ma s pas dans d'autres.

### 5. Versement d'acomptes

5.1 se peut que nous vous demand ons de verser des acomptes sur es honora res et fra s ant c pés (y compr s es honora res, fra s et débours d'autres Cab nets et de t ers), a ns que sur toute taxe app cab e. Une demande de versement d'acompte n'est n un dev s, n un p afond d'honora res, de fra s, de débours ou de taxe app cab e. Nous pouvons affecter ces pa ements en déduct on de toute facture qu vous est rem se, à mo ns que nous ne recev ons ce paiement à une autre fin spécifiée. Ceci n'affecte en rien tout dro t éga de contester e montant de a facture.

5.2 Toute somme que vous nous versez sera détenue conformément aux o s et règ ements app cab es. Tous es acomptes versés sur es honora res, fra s et débours seront détenus en votre nom par nous ou pour notre compte. Ces sommes seront conservées sur un compte banca re à votre propre r sque et conformément à toute m tat on de responsab té app cab e, st pu ée dans es présentes Cond t ons.

### 6. Factures

6.1 Nous pouvons vous envoyer des factures mensue es ou émettre des factures ntermed a res. D'autres Cab nets peuvent vous facturer d rectement. Veu ez nous fa re savo r s vous avez des ex gences part cu ères en mat ère de facturation, afin que nous puissions les examiner avant de commencer notre trava .

6.2 Nos factures, comme ce es des autres Cab nets, do vent être payées à récept on. Chaque Cab net app que des cond t ons d fférentes en cas de non-pa ement de factures et ce es-c sont préc sées dans es part es concernées des Cond t ons Loca es.

6.3 Lorsqu' est prévu qu'un t ers vous rembourse nos honora res, fra s et débours, nous sommes en dro t de récupérer e pa ement ntégra ement auprès de vous, même s e t ers ne vous pa e pas à temps ou ne vous pa e pas du tout.

6.4 S vos act v tés ou votre rés dence se s tuent dans tout pays ou terr to re dont es o s ex gent que toute retenue à a source ou toute déduct on so t effectuée sur e pa ement des factures, de même que s vous vous arrangez pour payer toute facture d'un Cab net depu s 'un de ces pays ou terr to re, vous serez tenu d'augmenter e montant du pa ement de sorte que e Cab net concerné reço ve a même somme que s' ava t été autor sé à recevo r ce pa ement

# Conditions | Globales

sans retenue à a source ou déduct on. peut ne pas être poss b e ou fa sab e pour des Cab nets de réc amer ou de vous aider à réclamer des exonérations de retenues fiscales au t tre des o s oca es et tra tés de doub e mpos t on app cab es.

## 7. Systèmes de communication et d'information

7.1 Les Cab nets peuvent commun quer avec vous et 'un quelconque de vos Affiliés de la manière qu'ils considèrent appropr ée, en ut sant toute méthode usue e, y compr s e courr er é ectron que. Le courr er é ectron que peut ne pas être un moyen de commun cat on comp ètement sécur sé ; peut être cop é et stocké dans p us eurs ord nateurs du fa t des transm ss ons entre nous ; peut être ntercepté par des accès non autor sés à votre ord nateur ou aux nôtres ou même à d'autres ord nateurs non connectés à 'un d'entre nous, ma s par esque s passent es courr ers é ectron ques. Veu ez contacter 'Assoc é en charge de votre doss er s vous avez beso n de d spos t fs de sécur té spéc aux ou s vous avez d'autres ex gences en mat ère de commun cat on (par exemp e, s vous souha tez que nous ne commun qu ons qu'avec une personne nommément dés gnée).

7.2 Dans a mesure du poss b e, nous ne commun quons es pro ets et autres correspondances que sous forme é ectron que et non mpr mée (sauf s ce a nous 'est expressément demandé). Sauf nd cat on contra re, nous n'utilisons pas de mesures de sécurité spécifiques pour les transm ss ons é ectron ques.

7.3 Sous réserve de toute restriction spécifique sur la confidentialité qui doit être mise en place pour un dossier, nous pouvons partager toutes es nformat ons que nous vous adressons ou recevons de votre part avec d'autres Cab nets. Toute nformat on que vous nous transmettez sera tra tée par es autres Cab nets avec e même n veau de confidentialité et de protection que celui que nous app quons.

7.4 Les Cab nets ont pr s des mesures que nous est mons raisonnables afin que leurs systèmes de communication et d' nformat on so ent sûrs, d spon b es et protégés contre toute tentat ve de v o at on. Dans a mesure autor sée par a o , es Cab nets exc uent toute responsab té (qu'e e so t causée par notre faute ou due à a nég gence d'un autre Cab net ou autre) résu tant de :

(a) 'ut sat on de commun cat ons par courr er é ectron que ;
(b) v rus ou autres programmes ma ve ants ;
(c) ' nterrupt on de a d spon b té de nos serv ces d' nformat on ; ou
(d) 'obtent on par un t ers d'un accès non autor sé à ' nformat on contenue dans nos systèmes ou pendant sa transm ss on.

7.5 Les filtres contre les courriers indésirables et les virus, de même que es d spos t fs de sécur té des Cab nets peuvent parfo s re eter ou é m ner des messages é ectron ques ég t mes. Vous devr ez donc fa re su vre 'envo de courr ers é ectron ques mportants d'un appe té éphon que.

## 8. Obligations et droits des tiers

8.1 Dans a mesure autor sée par a o et sauf d spos t on contra re écr te, chacun de nos Cab nets et nous-mêmes déc nons toute responsab té envers toute personne autre que e C ent ment onné dans a Lettre de M ss on. S une autre personne demande spécifiquement le droit de se fier à nos conse s ou à ceux d'un autre Cab net, nous étud erons cette requête, ma s nous nous réservons e dro t de a refuser. Vous convenez que vous ne so c terez pas nos conse s ou serv ces pour une autre personne à mo ns que nous n'en conven ons expressément par écr t à 'avance.

8.2 Vous ne pouvez pas céder à quiconque le bénéfice d'un Contrat de M ss on.

8.3 A 'except on des d spos t ons de 'Art c e 10 de ces Cond t ons Généra es, aucun t ers ne peut nvoquer e bénéfice des dispositions de notre Contrat de Mission. Aucun consentement d'une t erce part e au Contrat de Mission n'est requis afin de résilier, de modifier, d'attribuer, de nover ou d'affecter autrement tout ou part e de nos dro ts ou ob gat ons respect fs aux termes du Contrat de M ss on, ou d'y renoncer.

## 9. Couverture d'assurance

Chaque Cab net d spose d'une po ce d'assurance en responsab té c v e profess onne e.

Pour de p us amp es préc s ons, veu ez consu ter e s te nternet de SNR Denton et, e cas échéant, es Cond t ons Loca es.

## 10. Responsabilité

10.1 Les dispositions de cet Article 10 définissent la responsab té que nous et es autres Cab nets assumons envers vous au t tre d'un Contrat de M ss on et, en part cu er, es m tat ons de ce e-c. Certa ns Cab nets exercent dans des pays où es o s app cab es nterd sent de te es m tat ons ; cet Art c e 10 ne s'app que pas au trava effectué par es Cab nets de ces pays.

10.2 Notre responsabilité financière à votre égard résultant d'une M ss on ne peut excéder a m te de responsab té financière qui nous est applicable, telle que stipulée dans les Cond t ons Loca es.

10.3 Lorsque nous sous-tra tons es serv ces à fourn r dans e cadre d'une M ss on à un autre Cab net :


SNR DENTON
snrdenton.com

## Conditions | Globales

(a) ce Cab net n'aura pas de responsab té envers vous ; et
(b) vous n' ntenterez aucune act on en ust ce contre ce
Cab net, que ce so t à t tre contractue ou du fa t de a
responsab té c v e dé ctue e (nég gence ou fausse
déc arat on, par exemp e) pour v o at on d'une ob gat on
éga e ou autre, ou d'une autre man ère.

10.4 Lorsqu'en qua té d'agent pour votre compte, nous
dés gnons un autre Cab net pour co aborer à une m ss on,
ce Cab net sera responsab e à votre égard de ses conse s
et prestat ons, sous réserve des m tat ons, ndemn tés et
exonérat ons st pu ées dans es Cond t ons G oba es et
es Cond t ons Loca es qu u sont app cab es, et nous ne
pourrons être tenus responsab es envers vous de toute
p a nte, demande, act on, perte, dépense, responsab té ou
tout coût résu tant de ces conse s ou serv ces.

10.5 Dans toute M ss on où nous ag ssons pour vous :

(a) aucune Personne (à 'except on des Assoc és d'un
Bureau Assoc é) n'aura de responsab té envers vous ; et
(b) vous vous engagez à n' ntenter aucune act on contre
ces Personnes, que ce so t à t tre contractue ou dé ctue
(par exemp e, pour nég gence ou fausse déc arat on), pour
v o at on d'une ob gat on éga e ou autre, ou d'une autre
man ère.

10.6 S nous sommes responsab es envers vous et tout t ers
au t tre d'une M ss on, es m tat ons de responsab té de
cet Art c e 10 s'app queront et représenteront a tota té de
notre responsab té à votre égard et envers tout t ers.

10.7 S a responsab té d'un Cab net envers vous s'avéra t
reconnue sur une M ss on, et que

(a) ce u -c est con o ntement responsab e avec un t ers ; ou
(b) a un dro t à recouvrer toute contr but on de a part de
tout tiers (y compris de l'un quelconque de vos Affiliés), sa
responsab té sera a ors m tée à sa propre contr but on
nette. Sa contr but on nette sera ca cu ée en supposant que
tous es t ers ont payé (et donc après déduct on de) toutes
es sommes dont s ( ) sont redevab es envers vous ou u
(que vous ou nous soyons en mesure ou non de recouvrer
ces montants) ou ( ) aura ent été redevab es envers vous
ou u en 'absence de toute m tat on ou exc us on de
responsab té, ou d'un comprom s ou d'une réduct on de
responsab té (que ce so t à t tre éga ou contractue ) en
faveur du tiers ou de l'Affilié.

10.8 Vous acceptez d'empêcher vos Affiliés d'introduire
une réc amat on à 'encontre d'un Cab net ou d'une
Personne à propos d'une M ss on, à mo ns qu'un Cab net
n'a t expressément reconnu sa responsab té envers ces
Affiliés. Vous êtes tenu d'indemniser tous les Cabinets
et toutes es Personnes contre toute réc amat on en

v o at on de cet Art c e (par exemp e, une réc amat on
pour nég gence) et tous es fra s afférents. S un Cab net
accepte une responsabilité envers un Affilié, les limitations
de responsab té st pu ées dans es présentes cond t ons
générales s'appliquent à vous et à cet Affilié pris ensemble,
sans accroître a responsab té g oba e de tout Cab net.

10.9 Les m tat ons de responsab té de cet Art c e 10
et es Cond t ons Loca es s'app quent à 'ensemb e des
ob gat ons résu tant du contrat ou de a responsab té c v e
dé ctue e (par exemp e nég gence ou fausse déc arat on)
pour v o at on d'une ob gat on éga e ou autre, ou d'une autre
man ère, à 'except on de :

(a) a responsab té pour décès ou pré ud ce corpore causé
par notre faute ;
(b) a responsab té en ra son d'une fraude comm se
par nous ou d'un manquement grave à nos ob gat ons
profess onne es ; ou
(c) toute autre responsab té dans a mesure où sa m tat on
ou son exc us on est nterd te par a o.

### 11. Conflits d'intérêt et informations confidentielles

11.1 Dans cet Article, « Règles en matière de Conflits » a la
signification qui lui est donnée dans les Conditions Locales
qu nous sont app cab es, a ns qu'à chaque Cab net.

11.2 Vous reconna ssez que chaque Cab net peut être
une ent té séparée avec des c ents, des doss ers et des
systèmes comptab es d st ncts. En outre, vous reconna ssez
que ces Cab nets fourn ssent des serv ces dans de mu t p es
doma nes du dro t avec un grand nombre de c ents,
d'avocats et de bureaux. Les Cab nets peuvent représenter
des c ents qu peuvent être vos propres emprunteurs,
prêteurs, nvest sseurs ou act onna res, ou ceux de vos
Affiliés ou de toute autre entité avec laquelle vous pouvez
être en re at ons d'affa re. En outre, es Cab nets peuvent
éga ement représenter des déb teurs, des masses de
créanc ers ou d'autres part es ayant des ntérêts, par
exemp e, dans des procédures d'nso vab té ou de fa te
ou dans des situations difficiles dans lesquelles vous
êtes mp qué, ou en a son avec de te es procédures ou
s tuat ons.

11.3 Sauf d spos t on contra re expressément convenue et
dans a mesure autor sée par a o app cab e, vous acceptez
que les Cabinets agissent contre vous et tout Affilié
dans des doss ers, sous réserve (a) qu' s n'ag ssent pas
éga ement pour vous dans e même doss er ou des doss ers
connexes, sans votre consentement, et (b) qu' s respectent
les Règles en matière de Conflits, y compris les obligations
concernant la confidentialité. Sauf si plusieurs Membres
trava ent sur un même doss er, a condu te d'un Membre, s
e e est autor sée par es règ es déonto og ques app cab es,

## Conditions | Globales

n'entraînera pas  a v o at on par un autre Membre des
Règles en matière de Conflits qui lui sont applicables, ni ne
créera un conflit d'intérêts. Toute précision complémentaire
part cu  ère sera tra tée dans  a Lettre de M ss on concernée.

11.4 Si vous avez connaissance d'un éventuel conflit
d' ntérêts ou d'un prob ème potent e  concernant nos
obligations de confidentialité et de divulgation, veuillez le
sou ever  mméd atement auprès de  'Assoc é en charge de
votre doss er.

11.5 Les Cab nets n'ont aucune ob gat on de vous d vu guer
ou d'utiliser en votre faveur des informations confidentielles
qu' s ont obtenues ou peuvent obten r auprès de toute
personne à  a su te d' nstruct ons ou d' nformat ons
confidentielles reçues d'un autre Client.

11.6 Si vous fournissez des informations confidentielles à
un Cab net, ma s déc dez de ne pas  e mandater (ou s'  ne
peut ag r pour vous),  peut ag r pour un autre C  ent dans
tout dossier pour lequel vos informations confidentielles
sont pert nentes, dans  a mesure autor sée par  es Règ es en
matière de Conflits.

11.7 Parfo s,  es Cab nets détachent des Personnes pour
trava  er quot d ennement sous  e contrô e d'un C  ent. Les
activités de ces Personnes et les informations confidentielles
qu'e es acqu èrent pendant cette pér ode de détachement
ne doivent pas être attribuées à un Cabinet aux fins des
Règles en matière de Conflits, et ne restreindront pas les
act v tés de tout Cab net aux termes de ces Règ es.

### 12. Communication

  est fréquemment demandé aux Cab nets de fourn r des
 nformat ons sur  eur expér ence, y compr s sur des doss ers
qu' s ont tra tés et  es C  ents pour  esque s  s ag ssent.
  s mènent auss  des act ons de commun cat on sur eux-
mêmes ou sur des doss ers part cu  ers. Vous acceptez que
 es Cab nets d ffusent des commun cat ons vous c tant en
tant que C  ent et préc sent  es doss ers sur  esque s  s ont
co aboré avec vous, en part cu  er  e nom des part es,  e
secteur d'act v té et  a va eur approx mat ve concernée.

### 13. Protection des données et lutte contre le
### blanchiment des capitaux

13.1 Cet Art c e s'app que à toute  nformat on que vous
adressez aux Cab nets s tués dans  'Espace Econom que
Européen (« EEE ») et  es Em rats Arabes Un s (« EAU »).
En ag ssant pour votre compte,  se peut que  es Cab nets
a ent beso n de tra ter des  nformat ons vous concernant, ou
concernant vos emp oyés, vos mandata res, vos contractants
ou d'autres personnes dont vous  eur avez donné  es
coordonnées. Vous confirmez, pour vous-même et pour toute
autre personne au su et de  aque  e vous  eur donnez des
 nformat ons, qu' s sont autor sés à tra ter ces  nformat ons
pour chacune des fins suivantes :

(a) 'exécut on de  eurs serv ces et de ceux des t ers qu'  s
ont mandatés pour votre compte ;
(b) a préparat on et  'envo  d' nformat ons market ng
concernant  es Cab nets et  eurs act v tés, sauf aux C  ents
qu  ont  nd qué ne pas souha ter  es recevo r ;
(c) l'identification des conflits d'intérêts afin de les éviter ;
(d) à toutes fins autorisées par la loi ; et
(e)  a transm ss on ou  a m se à d spos t on de ces
 nformat ons aux Cab nets à  'extér eur de  'EEE ou des
EAU. Notre po  t que cons ste à nous assurer que toute
 nformat on a ns  d vu guée ou m se à d spos t on à  'extér eur
de  'EEE ou des EAU est tra tée avec  e même degré de
confidentialité qu'au sein de l'EEE ou des EAU.

13.2 Dans  a mesure où  es Cab nets ag ssent pour
tra ter vos données,  s tra teront vos données à caractère
personne  un quement se on vos  nstruct ons et ve  eront
à ce que des mesures techn ques et organ sat onne  es
appropr ées so ent pr ses contre  es tra tements  égaux et
non autor sés des données à caractère personne , a ns  que
contre  a perte acc dente  e,  a destruct on ou  a corrupt on
de te  es données.

13.3  Les Cab nets ont des règ es  nternes sur  eurs
ob  gat ons au t tre de  a  ég s at on re at ve à  a  utte contre
 e b anch ment des cap taux et contre  e terror sme a ns
que d'autres  ég s at ons s m  a res. Se on ces  o s,  se
peut que les Cabinets aient besoin de (a) vous identifier,
d'identifier vos Affiliés, vos mandataires, vos contractants ou
d'autres personnes dont vous fourn rez  es coordonnées, et
(b) d'obten r d'autres  nformat ons (y compr s  a preuve de
 'or g ne de fonds et  ' dent té de  'ayant-dro t économ que
final), au début et à différents moments au cours de votre
re at on avec eux. Vous êtes tenu de fourn r rap dement aux
Cab nets toutes  es preuves et autres  nformat ons dont  s
ont beso n à ce su et.  s peuvent  es ut  ser a ns  que toute
autre  nformat on qu' s obt ennent sur vous ou toute autre
personne pour respecter ces règ es et  eurs ob  gat ons
 éga es. A cet effet,  s peuvent éga ement obten r de  a part
de t ers des  nformat ons vous concernant. Sous réserve de
 'Art c e 13.4,  es Cab nets tra teront ces  nformat ons avec  a
plus grande confidentialité.

13.4 Les Cab nets respecteront dans toute  a mesure
possible vos informations confidentielles et vos privilèges
profess onne s  égaux. Cependant, dans certa ns pays,  se
peut que des Cab nets so ent  éga ement contra nts, dans
certa nes c rconstances, d'effectuer un rapport sur vous ou
votre doss er auprès d'agences, d'autor tés ou d'organ smes
compétents. Dans ces c rconstances, vous n'aurez aucun
recours contre  es Cab nets concernés, y compr s sans que
cec  so t  m tat f, pour tous  es dommages, pertes, coûts ou
débours auxque s vous serez exposé de ce fa t.

**SNR DENTON**
snrdenton.com

## Conditions | Globales

### 14. Réclamations

14.1 Les Cab nets s'efforcent d'offr r es p us hautes normes en mat ère de serv ce et, au cas ma heureux et mprobab e où vous ne ser ez pas sat sfa t de tout aspect de eur serv ce, y compr s a facturat on, veu ez prendre contact avec 'Assoc é ayant a responsab té g oba e sur a M ss on ou 'Assoc é en charge de a re at on avec vous. S a réponse ne vous sat sfa t pas, veu ez écr re à notre Assoc é responsab e des réc amat ons.

14.2 La po t que de tous es Cab nets est de tra ter avec a p us grande attent on es réc amat ons et d'y répondre rap dement. Un exemp a re de notre po t que re at ve aux réc amat ons est d spon b e sur demande.

### 15. Mettre fin au Contrat de Mission

15.1 Vous pouvez mettre fin au Contrat de Mission à tout moment, à mo ns que d'autres d spos t ons n'a ent été expressément convenues pour un doss er ou de man ère implicite selon les circonstances. Nous pouvons mettre fin à un Contrat de M ss on à tout moment, moyennant un préav s ra sonnab e, sauf s nos ob gat ons profess onne es nous l'interdisent. Après la fin de notre Contrat de Mission, vous convenez de payer nos honora res, fra s, débours et taxes app cab es, a ns que ceux de tout autre Cab net, engagés avant la fin de ce Contrat de Mission et pour tout travail à accomp r par a su te. S nous avons convenu des honora res pour un doss er et que e Contrat de M ss on se term ne avant que ce u -c ne so t conc u, nous pouvons vous facturer à concurrence des honora res convenus par référence au temps passé. Dans a mesure autor sée par a o app cab e, nous d sposons d'un gage sur tous vos pap ers et autres act fs en notre possess on, usqu'au pa ement ntégra de toutes es sommes qu nous sont dues, a ns qu'aux autres Cab nets.

15.2 Vous acceptez éga ement de payer nos factures en temps vou u et de ne pas vous opposer s nous cherchons à rés er un Contrat de M ss on pour non-règ ement des honora res, fra s et débours.

### 16. Traductions

Lorsque es Cab nets ut sent ou préparent une traduct on pour votre doss er, vous devez avo r consc ence que es mots et concepts ur d ques ut sés dans une angue peuvent ne pas avo r d'équ va ent dans une autre angue. Vous ne devez donc pas supposer qu'une traduct on sera abso ument dent que au texte d'or g ne.

### 17. Conservation des documents

Les Cab nets conservent es documents és à vos doss ers, sous forme mpr mée, é ectron que ou autre, un quement pendant a durée et dans es cond t ons st pu ées dans es Cond t ons Loca es qu eur sont app cab es.

Ils ne conservent pas indéfiniment ces documents et généralement les détruisent à la fin de la période en quest on. S vous dés rez qu'un Cab net conserve des documents sur une pér ode p us ongue, veu ez contacter 'Assoc é tra tant votre doss er ou ce u en charge des re at ons avec vous. Les Cab nets peuvent vous facturer des fra s s vous eur demandez d'extra re ou de cop er des documents pour vous après a c ôture d'un doss er.

### 18. Droits d'auteur

Les dro ts d'auteur et autres dro ts de propr été nte ectue e sur tous es documents, og c e s et produ ts du trava que tout Cab net vous fourn t restent acqu s à cette ent té (ou à ses concédants de cences). Chaque Cab net vous accorde par es présentes, dans toute a mesure du poss b e, une cence vous permettant de es ut ser et de es cop er un quement pour es doss ers pour esque s s vous ont été fourn s.

### 19. Modifications

Nous nous réservons le droit de modifier ou de compléter es présentes Cond t ons G oba es, so t de man ère généra e, so t pour un doss er part cu er, par un av s écr t.

### 20. Loi applicable et juridiction compétente

20.1 La o app cab e à un Contrat de M ss on est préc sée dans nos Cond t ons Loca es.

20.2 Les mécan smes de réso ut on des t ges pour es Contrats de M ss on, re at fs à chaque Cab net, sont préc sés dans es Cond t ons Loca es.

### 21. Reconnaissance par le Client

Vous reconna ssez que nous ne pouvons prendre et n'avons pr s aucun engagement concernant 'ssue de tout doss er. Tout échange que nous avons avec vous concernant notre mandat est m té à a conna ssance que nous avons au moment préc s.

### 22. Responsabilités du Client

Vous acceptez de coopérer p e nement avec nous dans notre trava, entre autres, en nous fourn ssant tous es documents et nformat ons ut es, en vous rendant d spon b e pour des entret ens et des av s, et en nous vrant franchement et ntégra ement es fa ts que nous vous demandons ou qu semb ent pert nents pour vous représenter.

### 23. Intégralité du contrat

Un Contrat de M ss on con st tue 'ntégra té du contrat relatif à une mission et il ne sera modifié par aucune règle, procédure, correspondance ou aucun pr nc pe de votre part ou de a part d'un de vos représentants, sans accord écr t de notre part.

**SNR DENTON**
snrdenton.com

## Conditions | Locales

### 24. Indivisibilité

S toute part e d'un Contrat de M ss on s'avéra t éga e, nu e ou napp cab e, e e sera t cons dérée comme ne fa sant pas part e du contrat dans cette mesure seu ement et 'app cab té du reste du Contrat de M ss on ne sera t pas affectée. Pour év ter toute amb guïté, toute cond t on d'un Contrat de M ss on ne sera pas app cab e s' ex ste une d spos t on éga e contra re 'annu ant, qu ne peut être exc ue par es présentes Cond t ons.

## Conditions Locales

### 1. Champ d'Application

Ces Cond t ons G oba es s'app quent à toutes es M ss ons et sont amendées, modifiées et complétées par les Cond t ons Loca es. Des Cond t ons Loca es d fférentes s'app quent se on es pays où exercent es Cab nets ; ce es-c var ent pour répondre aux ex gences rég ementa res, fiscales, éthiques et aux pratiques sur le plan local. En cas de d vergence entre es Cond t ons G oba es et es Cond t ons Loca es, es Cond t ons Loca es prévaudront.

### 2. Aperçu des Conditions Locales par Cabinet

Les Cond t ons Loca es sont d v sées en part es app cab es à chaque Cab net et essent e ement c assées se on e pays d'exerc ce.

- **Bahreïn** – SNR Denton & Co
- **Be g que** – SNR Denton US LLP
- **Egypte** – SNR Denton Egypt LLP
- **France** – SNR Denton UK LLP
- **Jordan e (Bureau Assoc é)** – Cab net Safwan Moubaydeen en assoc at on avec SNR Denton & Co
- **Kazakhstan (Bureau Assoc é)** – SNR Denton Kazakhstan L m ted
- **Koweït (Bureau Assoc é)** – Cab net du Dr Ahmed A - Sadam en assoc at on avec SNR Denton & Co
- **Su tanat d'Oman** – SNR Denton & Co
- **Qatar** – SNR Denton & Co
- **Russ e** – SNR Denton (C S) L m ted
- **Royaume d'Arab e Saoud te (Bureau Assoc é)** – Cab net de Wae A. A ssa en assoc at on avec SNR Denton & Co
- **S ngapour** – SNR Denton UK LLP
- **Em rats Arabes Un s** – SNR Denton & Co
- **Royaume-Un** – SNR Denton UK LLP
- **Etats-Un s** – SNR Denton US LLP
- **Ouzbék stan** – SNR Denton CA L m ted

### 3. Terminologie applicable aux Conditions Locales

« Pays soum s à a LCIA » dés gne tout pays où exercent SNR Denton UK et tout Cab net qu' possède en tota té ou en part e ou contrô e d rectement ou nd rectement.

« SRA » ou « So c tors Regu at on Author ty » dés gne 'autor té de régu at on des avocats (so c tors) en Ang eterre et au Pays de Ga es. La Law Soc ety est une nstance professionnelle désignée aux fins du Financial and Services Market Act 2000, ma s sa responsab té en mat ère de régulation et de règlements des conflits a été séparée de ses fonct ons de représentat on. La So c tors Regu at on Author ty est ' nstance régu atr ce ndépendante de a Law Soc ety. Le Lega Ombudsman est une nstance ndépendante en Ang eterre et au Pays de Ga es qu tra te es réc amat ons sur 'exécut on des prestat ons ur d ques.

« Règles de la SRA en matière de Conflits » dés gne es règles et principes directeurs de la SRA relatifs aux conflits d'intérêts et à la confidentialité des informations (disponibles sur e s te nternet de a SRA sur www.sra.org.uk/handbook page).

« TVA » dés gne toute taxe sur a va eur a outée, taxe commerc a e ou mpôt s m a re sur es serv ces fourn s par tout Cab net qu peut être ex g b e ou e deven r u tér eurement.

### 4. Règles d'arbitrage applicables aux « Pays soumis à la LCIA »

S un doss er est soum s à 'arb trage en vertu des Cond t ons Loca es app cab es par un Cab net ou contre un Cab net exerçant dans un Pays soum s à a LC A :

(a) a angue à ut ser dans es procédures d'arb trage sera 'ang a s ;

(b) 'arb trage sera déc dé se on es règ es a ors en v gueur de a London Court of nternat ona Court (« LC A ») ;

(c) nous dés gnerons, con o ntement avec vous, 'arb tre dans e dé a de 30 ours au p us tard su vant 'envo d'un av s écr t par nos so ns vous nformant de notre ntent on ;

(d) s nous n'arr vons pas à nous mettre d'accord sur a dés gnat on d'un arb tre dans e dé a de 30 ours, 'arb tre sera dés gné sur demande adressée par vous ou nous à a LC A ;

(e) la sentence de l'arbitre sera définitive et exécutoire ; et

(f) un ugement pourra être prononcé ou chacune des part es pourra demander a reconna ssance ou 'exécut on de a sentence arb tra e devant tout tr buna compétent.

## Bahreïn – Conditions locales

### 1. Champ d'Application

Les présentes Cond t ons Loca es s'app quent à a prat que ur d que de SNR Denton & Co exercée à 'adresse su vante : PO Box 5852, Bahra n F nanc a Harbour – West Tower, 15th Floor Office, 1501 – 1504, Building 1459, Road 4626, B ock 346, Manama, Royaume de Bahreïn.


snrdenton.com

## Conditions | Locales

### 2. Informations relatives au Bureau

SNR Denton & Co est nscr te auprès de a Duba F nanc a Serv ces Author ty, autor sée par a So c tors Regu at on Author ty et soum se à cette dern ère a ns qu'au M n stère de a Just ce et des Affa res s am ques de Bahreïn. La parternsh p SNR Denton & Co comprend SNR Denton M dd e East Partners LLP et SNR Denton M dd e East L m ted. E e exerce sous e nom de SNR Denton au se n du Royaume de Bahreïn.

### 3. Terminologie des Conditions Locales au Bahreïn

Les Taxes App cab es comprennent a TVA, sans être m tées à ce e-c .

Bahrein signifie le Royaume de Bahrein.

« nous », « notre/nos » et « nous-mêmes » dés gnent e bureau de SNR Denton & Co au Bahreïn.

### 4. Honoraires et Frais (CG 3)

4.1 Nos taux hora res sont rév sés chaque année ou de man ère p us fréquente à notre seu e d scrét on. Nous nous réservons e dro t de es rév ser sans, pour autant, être ob gés de vous en nformer, sauf s vous en fa tes spécifiquement la demande.

4.2 Outre nos honora res, nous vous facturerons es fra s et débours engagés par nous, par exemp e es fra s és aux recherches, cours ers, serv ces d' nformat on, affranch ssements, té éphone et autres débours d vers, es honora res de traduct ons (réa sées en nterne ou par des t ers), es fra s notar aux, et es fra s adm n strat fs et de ust ce. Nous vous facturerons éga ement es autres coûts (par exemp e, es fra s de photocop es et de préparat on de CD) à nos tar fs ord na res a ors en v gueur.

### 5. Frais et honoraires lors des dossiers contentieux (CG 4)

5.1 En ce qu concerne es t ges au Bahreïn, nous ag ssons pour nos c ents au même t tre que es avocats en Ang eterre. Nous donnons des nstruct ons aux avocats de Bahreïn comme ce a se prat que pour es avocats en Ang eterre et facturons nos prestat ons sur a base de notre coût hora re hab tue . Cependant, ces avocats préfèrent recevo r des honora res convenus d'avance et ca cu és en pourcentage de a somme réc amée et ns stent généra ement pour être payés de cette man ère. Parfo s, selon le cas, si nous estimons que cela bénéficie au client ou est ex gé par une s tuat on part cu ère, nous pouvons négoc er un tar f hora re pour 'avocat concerné.

5.2 Même en cas de succès de votre procédure au Bahreïn, est rare que es tr bunaux ex gent de votre adversa re qu' vous rembourse a tota té des fra s et honora res que vous avez engagés. Généra ement, a part e gagnante devant es

tr bunaux c v s du Bahreïn peut ne se vo r attr buer qu'une somme symbo que au t tre des fra s ur d ques. s'ag t d'un su et comp exe que nous serons heureux de vous exp quer s vous e souha tez. Cependant, nous tenons à vous préc ser que cette mposs b té de récupérer auprès de a part e perdante es coûts exposés dans e cadre d'un t ge ne saurait influer sur nos taux d'honoraires standards et notre facturation tels qu'ils sont définis ci-dessous.

### 6. Responsabilité Financière (CG 10)

Notre responsabilité financière à votre égard pour chaque mission qui nous est confiée, par vous ou par vos représentants, ne pourra excéder :

(a) tro s m ons de vres ster ng ; ou

(b) tro s fo s e tota des honora res facturés et reçus pour a m ss on (à 'exc us on de a TVA et des débours), s ce montant est p us é evé ; ou

(c) tout autre plafond de responsabilité financière stipulé ou convenu dans a Lettre de M ss on.

### 7. Conflits d'intérêts (CG 11)

Les Règles de la SRA en matière de Conflits s'appliquent à nous, en p us des o s oca es app cab es.

### 8. Réclamations (CG 14)

S nous ne pouvons résoudre e prob ème ensemb e, vous pouvez adresser 'affa re au M n stère de a Just ce et des Affa res s am ques (« MOJ A »).

### 9. Conservation des documents (CG 17)

Nous détru sons tous es documents 15 ans après a c ôture du doss er.

### 10. Loi applicable et juridiction compétente (CG 20)

Le dro t d'Ang eterre et du Pays de Ga es rég t tous es contrats et accords entre vous et nous se rapportant à nos prestat ons. S une p a nte, un t ge ou un d fférend, de que que nature qu' so t, résu te de ces contrats et accords ou est é à ceux-c (par exemp e, toute quest on re at ve à eur ex stence, eur va d té ou eur exp rat on), vous et nous convenons chacun de nous soumettre à a ur d ct on exc us ve des tr bunaux de Bahreïn. Cependant, nous pouvons déc der, à notre seu e d scrét on, de soumettre a p a nte, e t ge ou e d fférend à 'arb trage à Londres devant un seu arb tre conformément à a C ause 4 des Cond t ons Loca es (D spos t ons re at ves à 'arb trage app cab es aux Cab nets SNR Denton UK).

## Belgique – Conditions Locales

### 1. Champ d'Application

Les présentes Cond t ons Loca es s'app quent à a prat que ur d que de SNR Denton US LLP exercée Avenue Lou se 65, bte 11, 1050 Bruxe es, Be g que.

## Conditions | Locales

### 2. Coûts et frais

2.1 Le fa t de vous représenter entraîne pour nous des coûts et fra s, qu peuvent nc ure, se on e cas, des fra s de dép acement, des serv ces de cours ers, de vra son express ou en 24 heures, de conférence té éphon que, d'ass stance pour es affa res content euses, de recherches nformat ques, des honora res de conse ur d que, des fra s de ust ce et de dépôt, des coûts de transcr pt on, des coûts de témo ns experts et des honora res de confrères à 'étranger. À notre d scrét on, nous pouvons fa re 'avance de ces fra s ou débours pour votre compte et nous aurons ensu te dro t au pa ement et au remboursement de votre part. Dans es cas où n'est pas poss b e ou prat que pour nous d'avancer ces coûts et fra s à des t erces part es ou s nous e déc dons à notre d scrét on, nous pouvons vous demander de es régler directement ou de les financer à l'avance et vous vous engagez à e fa re.

2.2 Nous avons pour po t que à 'heure actue e de ne pas facturer séparément es C ents pour es té écop es et affranch ssements courants. Pour es travaux de reproduct on de rout ne suscept b es d'être effectués en nterne, nous facturons au ourd'hu 10 cent mes par cop e. Cependant, pour d'autres travaux de reproduct on comme ceux demandés à des fourn sseurs t ers comprenant des vo umes mportants, des cop es cou eur ou en grand format ou d'autres exigences spécifiques, nous vous facturerons ces fra s à pr x coûtant et, dans certa ns cas, nous ex gerons un pa ement d rect ou ant c pé, comme nd qué c -dessus. Vous vous engagez à rég er ces coûts.

2.3 Pour certa nes dépenses te es que es fra s de recherche nformat que ou es serv ces techno og ques et d'ass stance, nous essayons souvent de rédu re es coûts en trava ant avec des fourn sseurs, par exemp e en nous engageant à acheter un vo ume m n mum de prestat ons dépassant es beso ns d'un seu C ent, y compr s par des accords à pr x forfa ta re. Dans ce cas, nous vous refacturerons ces dépenses à un tar f ra sonnab ement proport onne aux efforts que nous aurons engagés pour vous, qu sera proche des coûts d rects rée s et des fra s généraux liés payés par nous, mais peut ne pas les refléter avec exact tude. Pour es autres dépenses nternes non détaillées par un poste spécifique dans cette Lettre de M ss on, comme a product on, a re ure et 'expéd t on de documents ou d'autres fra s, nous vous es facturerons à pr x coûtant ou nous essa erons de vous attr buer de façon ra sonnab e es coûts d rects et fra s généraux és aux prestat ons que nous vous fourn ssons.

2.4 Vous acceptez éga ement de payer ces fra s et débours en euros (sauf d spos t on contra re dans a facture que nous envoyons), nets de toute taxe commerc a e, nd recte, taxe d'usage ou de cess on, taxe sur a va eur a outée et de toute retenue à a source ou tout autre mpôt suscept b e d'être ex gé sur e pa ement ou 'enca ssement des ces fra s et débours, et vous êtes ent èrement redevab e desd ts mpôts.

### 3. Factures

Nous nous réservons le droit, à notre discrétion, de modifier a fréquence d'envo des factures et a date de pa ement ou de demander un acompte.

### 4. Intérêts et recouvrements

S a tota té du pa ement n'est pas reçue dans es trente (30) ours su vant a date de a facture, es sommes restant dues donneront eu au versement d' ntérêts à un taux annue éga au taux de base banca re (Pr me Rate) a usté au prem er our de chaque mo s c v et déterm né par référence au Wa Street Journa ou à tout autre nd ce ugé comparab e par nous, à notre d scrét on ra sonnab e. L'ob ect f de ces péna tés de retard est d'éva uer sur une base équ tab e es dépenses supp émenta res auxque es nous sommes exposés du fa t de ces mpayés. Vous acceptez de nous rembourser tous es coûts de recouvrement des sommes dues y compr s, sans que cec so t m tat f, es honora res et fra s ra sonnab es d'avocat, es fra s de ust ce et autres coûts engagés pour 'ut sat on de tout autre mécan sme de réso ut on des t ges en vue de recouvrer esd tes sommes.

### 5. Clôture de la Mission

Notre M ss on de représentat on sera réputée être term née une fo s que nous aurons réa sé es prestat ons décr tes dans cette Lettre ou à tout moment après 'écou ement d'une pér ode de s x (6) mo s pendant aque e nous ne vous aurons fourn aucune prestat on facturab e.

### 6. Dossier Client

Pendant e dérou ement de notre mandat, nous pouvons être amenés à conserver un ou p us eurs doss ers dans eque nous p açons a correspondance, es contrats, es dépôts, a commun cat on de p èces, es p a do r es et autres documents és à notre m ss on de représentat on (« Doss er C ent »). Vous avez un dro t sur votre Doss er C ent. S vous demandez des photocop es des documents de votre Doss er C ent, en règ e généra e nous ne vous es facturons pas. Cependant, s eur vo ume est mportant, vous acceptez de supporter es coûts ra sonnab es és à votre demande. Vous reconna ssez que, faute d' nd cat ons contra res écr tes de votre part, nous pouvons é m ner tous es documents concernant tous es doss ers évoqués



## Conditions | Locales

c -dessus à tout moment à ' ssue d'un dé a de sept (7) ans à compter de a dern ère prestat on réa sée pour ceux-c . Cette é m nat on sera effectuée de man ère à préserver a confidentialité de ces documents. Vous reconnaissez que ces documents contenant e produ t de notre trava d'avocat, nos av s profess onne s, notes, pro ets et e-ma s seront et demeureront notre propr été et ne seront pas cons dérés comme fa sant part e du Doss er C ent. Vous reconna ssez éga ement que nous pouvons prendre et mettre en p ace des règ es de conservat on ra sonnab es pour ces documents.

## Egypte – Conditions Locales

### 1. Champ d'application

Les présentes Cond t ons Loca es s'app quent à a prat que ur d que de SNR Denton Egypt LLC exercée en assoc at on avec le Cabinet d'Avocats El Oteifi et Afifi en Egypte au 9 Shagaret E Dor Street, Zama ek, PO Box 35, Agouza, Le Ca re, Egypte.

### 2. Informations relatives au Bureau

SNR Denton Egypt LLC est mmatr cu ée au reg stre commerc a sous e numéro 2946 et exerce ses act v tés au Caire en association avec le Cabinet d'Avocats El Oteifi et Afifi. SNR Denton Egypt LLC est détenue à 100 % par SNR Denton UK LLP, qu est autor sée par a So c tors Regu at on Author ty et soum se à cette dern ère. E e exerce sous e nom de SNR Denton en Egypte.

### 3. Terminologie des Conditions Locales en Egypte

« nous », « notre/nos » et « nous-mêmes » dés gnent e bureau de SNR Denton Egypt LLC.

### 4. Honoraires et frais (CG 3)

4.1 Nos taux hora res sont rév sés chaque année ou de man ère p us fréquente à notre seu e d scrét on. Nous nous réservons e dro t de es rév ser sans, pour autant, être ob gés d'en nformer es C ents sauf s' s en font spécifiquement la demande.

4.2 Outre nos honora res, nous vous facturerons es fra s et débours engagés par nous, par exemp e es fra s és aux recherches, cours ers, serv ces d'nformat on, affranch ssements té éphone et autres débours d vers, es honora res de traduct ons (réa sées en nterne ou par des t ers), es fra s notar aux, et es fra s adm n strat fs et de ust ce. S des coûts nous sont facturés par des t ers, nous vous es refacturerons à pr x coûtant. Nous pouvons conserver es rem ses et réduct ons s' est trop coûteux pour nous d'identifier les Clients à qui elles pourraient être répercutées. Nous facturerons es autres coûts (par exemp e, es fra s de photocop es et de préparat on de CD) à nos tar fs ord na res a ors en v gueur.

### 5. Frais et honoraires lors de dossiers contentieux (CG 4)

Même en cas de succès de votre procédure en Egypte, n'est pas poss b e d'ex ger de votre adversa re qu' vous rembourse es fra s et honora res que vous avez engagés. Cependant, nous tenons à vous préc ser que cette mposs b té de récupérer auprès de a part e perdante es coûts exposés dans le cadre d'un litige ne saurait influer sur nos taux d'honora res standard et notre facturat on te s qu' s sont définis ci-dessous.

### 6. Factures (CG 6)

Nos factures do vent être payées en do ars à récept on. Des ntérêts pourront vous être réc amés sur toute facture non payée dans e dé a d'un mo s à compter de sa récept on. Les ntérêts ou péna tés de retard portant sur es montants mpayés se cumu eront sur une base ourna ère au taux a ors app cab e aux dettes constatées par ugement et seront ex g b es à prem ère demande.

### 7. Responsabilité financière (CG 10)

Notre responsabilité financière à votre égard pour chaque mission qui nous est confiée, par vous ou par vos représentants, ne pourra excéder :

(a)     tro s m ons de vres ster ng ; ou

(b)     tro s fo s e tota des honora res facturés et reçus pour a m ss on (à 'exc us on de a TVA et des débours), s ce montant est p us é evé ; ou

(c)     tout autre plafond de responsabilité financière st pu é ou convenu dans a Lettre de M ss on.

### 8. Conflits d'intérêts (CG 11)

Les Règles de la SRA en matière de Conflits d'intérêt de la SRA nous sont app cab es.

### 9. Communication (CG 12)

va de so que nous nous engageons à ne pas d vu guer d' nformat ons commerc a es ou autres qu n'appart ennent pas au doma ne pub c. Nous supposons que vous n'avez pas d'ob ect on à ce a. S c'éta t e cas, veu ez nous en nformer.

### 10. Conservation des documents (CG 17)

En règ e généra e, nous détru sons tous es documents s x ans après a c ôture du doss er.

### 11. Loi applicable et juridiction compétente (CG 20)

Le dro t égypt en rég t tous es contrats et accords entre vous et nous se rapportant à nos prestat ons. S une p a nte, un t ge ou un d fférend, de que que nature qu' so t, résu te de ces contrats et accords ou est é à ceux-c (par exemp e, toute quest on re at ve à eur ex stence, eur va d té ou eur exp rat on), vous et nous convenons chacun de nous soumettre à a ur d ct on exc us ve des tr bunaux égypt ens. Cependant, nous pouvons déc der, à notre seu e d scrét on, de soumettre a p a nte, e t ge ou e d fférend à 'arb trage

## Conditions | Locales

à Londres devant un seu arb tre conformément à a C ause
4 des Cond t ons Loca es (D spos t ons re at ves à 'arb trage
app cab e aux Cab nets SNR DENTON UK).

## France – Conditions Locales

### 1. Champ d'application

Les présentes Cond t ons Loca es s'app quent à a prat que
ur d que de SNR DENTON UK LLP exercée au 112, avenue
K éber, 75116 Par s, France.

### 2. Informations relatives à la succursale

La succursa e de Par s de SNR DENTON UK LLP est nscr te
au Barreau de Par s en app cat on de a D rect ve 98/5/CE
et est soum se au règ ement ntér eur du Barreau de Par s.
SNR DENTON UK LLP est a partnersh p à responsab té
m tée autor sée par a So c tors Regu at on Author ty et
soum se à cette dern ère. E e est mmatr cu ée en Ang eterre
et au Pays de Ga es sous e numéro OC322045. Une ste
des assoc és est d spon b e à son s ège soc a : One F eet
P ace, Londres, EC4M 7WS, Ang eterre. Nous exerçons en
France sous e nom de SNR Denton. N° de TVA : FR 84 512
435 116.

### 3. Terminologie des Conditions Locales en France

Les Taxes App cab es comprennent a TVA, sans être
m tées à ce e-c .

« nous », « notre/nos » et « nous-mêmes » dés gnent a
succursa e de Par s de SNR DENTON UK LLP.

### 4. Honoraires et frais (CG 3)

4.1 Nos taux hora res sont rév sés chaque année ou de
man ère p us fréquente à notre seu e d scrét on. Nous
nous réservons e dro t de es rév ser sans, pour autant,
être ob gés d'en nformer es C ents sauf s' s en font
spécifiquement la demande.

4.2 Outre nos honora res, nous vous facturerons es fra s et
débours engagés par nous, par exemp e es fra s és aux
recherches, aux cours ers, aux serv ces d' nformat on, aux
affranch ssements et autres débours d vers, es honora res
de traduct ons (réa sées en nterne ou par des t ers), es
fra s notar aux, et es fra s adm n strat fs et de ust ce. Sur
chaque facture sera appliqué un forfait fixe destiné à couvrir
nos fra s de té éphone, photocop es et/ou mpress ons. Les
forfa ts s'é èvent à 35 € HT pour toute note d'honora res
nfér eure ou éga e à 10 000 € HT, et à 75 € HT pour toute
note d'honora res supér eure à 10 000 € HT. Toutefo s, s
es fra s de té éphone, de photocop es et/ou d' mpress ons
auxque s nous sommes exposés dans un Doss er excèdent
es montants respect fs du forfa t, a ors ' ntégra té de ces
fra s sera facturée conformément au présent paragraphe.

Nous facturerons es autres coûts (par exemp e, es fra s
de photocop es hors forfa t et de préparat on de CD) à nos
tar fs ord na res a ors en v gueur.

### 5. Factures (CG 6)

Nous nous réservons e dro t de vous facturer des ntérêts
ou des péna tés de retard pour toute facture mpayée un
mo s après récept on. Les ntérêts ou péna tés portant
sur es montants mpayés se cumu eront sur une base
ourna ère au taux éga en v gueur et seront ex g b es à
prem ère demande.

### 6. Responsabilité financière (CG 10)

Notre responsabilité financière à votre égard pour
chaque mission qui nous est confiée, par vous ou par vos
représentants, ne pourra excéder :

(a) tro s m ons de vres ster ng ; ou

(b) tro s fo s e tota des honora res facturés et reçus pour
a m ss on (à 'exc us on de a TVA et des débours), s ce
montant est p us é evé ; ou

(c) tout autre plafond de responsabilité financière stipulé ou
convenu dans a Lettre de M ss on.

### 7. Conflits d'intérêts (CG 11)

Le terme « Règ es » dés gne es règ es et es pr nc pes
d recteurs de a So c tors Regu at on Author ty re at ves aux
conflits d'intérêts et ceux du Règlement Intérieur du Barreau
de Par s.

### 8. Financial Services and Markets Act 2000

Nos prestat ons peuvent re ever des act v tés rég ementées
dans e cadre d' nvest ssements au sens du F nanc a
Serv ces and Markets Act de 2000. Nous ne sommes pas
agréés par a F nanc a Serv ce Author ty aux termes de cette
o . Nous pouvons, cependant, entreprendre des act v tés
(te es que 'organ sat on et e conse ) qu sont accesso res à
nos prestat ons ur d ques ou peuvent être ra sonnab ement
cons dérées comme fa sant part e de ce es-c . Ce
fa sant, nous sommes soum s à a So c tors Regu at on
Author ty. Vous ne devez nterpréter aucun é ément de nos
commun cat ons comme étant un conse sur es avantages
de procéder à un que conque nvest ssement ou cess on, ou
comme une nv tat on ou une nc tat on à entreprendre des
act v tés d' nvest ssement.

### 9. Directive sur les abus de marché

9.1 S vous souha tez que nous étab ss ons et ten ons
à jour une liste d'initiés afin que vous puissiez respecter
vos ob gat ons aux termes de a D rect ve sur es abus de
marché (2003/6/CE) et de toutes es règ es étab es en
vertu de cette d rect ve (co ect vement dénommées es «
MAR »), vous devez nous en nformer. S vous dés rez un
exemp a re d'une ste d' n t és que vous nous avez demandé


snrdenton.com

## Conditions | Locales

de ten r à our, nous vous a fourn rons dès que poss b e, à tout moment pendant une pér ode max mum de c nq ans et un our après 'étab ssement ou a m se à our de a ste.

9.2 Nous prendrons toutes les mesures nécessaires afin de veiller à ce que toute personne dont le nom figure sur une ste d' n t és :

(a) a t conna ssance des ob gat ons éga es et rég ementa res en décou ant ; et
(b) so t avert e des sanct ons pour mauva s usage ou circulation inappropriée d'informations financières sensibles.

Vous êtes tenu de respecter le caractère confidentiel de toute ste d' n t és que nous vous fourn rons et de ne 'ut ser qu'à des fins de conformité aux MAR.

### 10. Loi applicable et juridiction compétente (CG 20)

10.1 Le dro t frança s rég t tous es contrats et accords conc us entre nous se rapportant à nos prestat ons. S une réc amat on, un t ge ou un d fférend, de que que nature qu' so t, résu te de ces contrats et accords ou est é à ceux-c, vous et nous convenons chacun de nous soumettre à a ur d ct on exc us ve des tr bunaux frança s.

10.2 Les d fférends éventue s se rapportant au montant et au pa ement de nos honora res seront soum s à 'arb trage du Bâtonn er de 'Ordre des Avocats du Barreau de Par s.

## Jordanie (Bureau Associé) – Conditions Locales

### 1. Champ d'application

Les présentes Cond t ons Loca es s'app quent à vos M ss ons auprès du Cab net d'Avocats Safwan Moubaydeen orsqu' ag t en assoc at on avec SNR Denton & Co à 'adresse su vante : Emmar Towers, Bu d ng B, 12th F oor, Zahran Street, PO Box 926442, Amman 11190 Jordan e

### 2. Informations relatives au Bureau Associé

Le Bureau Assoc é exerce ses act v tés en Jordan e en assoc at on avec SNR Denton & Co. SNR Denton & Co est autor sée par a So c tors Regu at on Author ty et soum se à cette dern ère. La partnersh p SNR Denton & Co comprend SNR Denton M dd e East Partners LLP et SNR Denton M dd e East L m ted.

### 3. Terminologie des Conditions Locales applicables au Bureau Associé en Jordanie

Les Taxes App cab es comprennent a TVA, sans être m tées à ce e-c.

« Bureau Assoc é » dés gne e Cab net d'Avocats Safwan Moubaydeen.

« Personne du Cab net Assoc é » dés gne un assoc é, un membre, un mandant, un d recteur, un adm n strateur, un emp oyé, un stag a re, un consu tant ou un sous-tra tant du Bureau Assoc é.

« Personne chez SNR Denton » dés gne un assoc é, un membre, un mandant, un d recteur, un adm n strateur, un emp oyé, un stag a re, un consu tant ou un sous-tra tant de SNR Denton UK LLP et de ses filiales, agissant pour SNR Denton & Co ou pour son compte.

### 4. Remarque préliminaire

SNR Denton & Co fourn t des serv ces en Jordan e v a e Bureau Assoc é. Cec est ex gé pour respecter es restr ct ons rég ementa res oca es sur a prat que ur d que dans ce pays. Par conséquent, orsque vous engagez SNR Denton & Co pour vous fourn r des prestat ons en Jordan e, votre M ss on est conc ue avec e Bureau Assoc é qu sous-tra te ensu te à SNR Denton & Co 'exécut on de ces prestat ons ur d ques.

### 5. Responsabilité de vos dossiers (CG 2)

Aux fins de la Clause 2 des Conditions Globales, une Personne du Cab net Assoc é et une Personne chez SNR Denton seront responsab es de votre doss er pour chaque M ss on. Dans a mesure autor sée par a o, a Personne chez SNR Denton sera chargée de a gest on courante de votre doss er et pourra vous envoyer a Lettre de M ss on et es factures ées pour e compte du Bureau Assoc é.

### 6. Honoraires et frais (CG 3)

6.1 Les taux hora res du Bureau Assoc é et de SNR Denton & Co sont rév sés chaque année ou de man ère p us fréquente à eur seu e d scrét on. Ceux-c se réservent e dro t de es rév ser sans, pour autant, être ob gés de vous informer, sauf si vous en faites spécifiquement la demande.

6.2 Outre ses honora res, e Bureau Assoc é vous facture es fra s et débours qu' engage, par exemp e es fra s és aux recherches, cours ers, serv ces d' nformat on, affranch ssements, té éphone et autres débours d vers, es honora res de traduct ons (réa sées en nterne ou par des t ers), es fra s notar aux, et es fra s adm n strat fs et de ust ce.

### 7. Frais et honoraires lors des dossiers contentieux (CG 4)

7.1 En ce qu concerne es t ges en Jordan e, e Bureau Assoc é ag t pour es C ents au même t tre que es avocats en Ang eterre. donne des nstruct ons aux avocats ocaux comme ce a se prat que pour es avocats en Ang eterre et facture ses serv ces sur a base de notre coût hora re hab tue . Cependant, ces avocats préfèrent recevo r des honora res convenus d'avance et ca cu és en pourcentage

## Conditions | Locales

de a somme réc amée et ns stent généra ement pour être payés de cette man ère. Parfo s, se on e cas, s e Bureau Associé estime que cela bénéficie au Client ou est exigé par une s tuat on part cu ère, peut négoc er un tar f hora re pour 'avocat concerné.

7.2 Même en cas de succès de votre procédure en Jordan e, est rare que es tr bunaux ex gent de votre adversa re qu' vous rembourse a tota té des fra s et honora res que vous avez engagés. S vous êtes perdant, une part e des fra s supportés par votre adversa re peut vous être réc amée. s'ag t d'un su et comp exe que e Bureau Assoc é ou SNR Denton & Co sera heureux de vous exp quer s vous e souha tez.

7.3 Vous serez redevab e de a tota té des factures du Bureau Assoc é, ndépendamment de toute déc s on sur es fra s pr se contre un adversa re.

### 8. Factures (CG 6)

8.1 Les factures du Bureau Assoc é do vent être payées à récept on. Des ntérêts ou péna tés de retard pourront vous être réc amés sur toute facture non payée dans e dé a d'un mo s à compter de sa récept on. Ces ntérêts ou péna tés de retard portant sur es montants mpayés se cumu eront sur une base ourna ère au taux de 15% par an et seront ex g b es à prem ère demande.

8.2 Le Bureau Assoc é accepte que SNR Denton & Co pu sse recouvrer des honora res, fra s, débours ou de a TVA pour son compte. Cet accord ne crée pas de re at ons contractue es entre vous et SNR Denton & Co.

### 9. Couverture d'assurance (CG 9)

Une po ce d'assurance responsab té c v e profess onne e souscr te auprès de Trave ers nsurance Company L m ted and others, c/o AON L m ted, 8 Devonsh re Square, Londres EC2M 4PL, s'app que à tout e trava , es conse s et es serv ces profess onne s fourn s par e Bureau Assoc é en assoc at on avec SNR Denton & Co pour chaque M ss on conc ue avec vous.

### 10. Responsabilité financière (CG 10)

Notre responsabilité financière à votre égard pour chaque mission qui nous est confiée, par vous ou par vos représentants, ne pourra excéder :

(a) tro s m ons de vres ster ng ; ou

(b) tro s fo s e tota des honora res facturés et reçus pour a m ss on (à 'exc us on de a TVA et des débours), s ce montant est p us é evé ; ou

(c) tout autre plafond de responsabilité financière stipulé ou convenu dans a Lettre de M ss on.

### 11. Conflits d'intérêts (CG 11)

« Règles en matière de Conflits » dés gne toutes es réglementations et règles locales relatives aux conflits app cab es au Bureau Assoc é, a ns que ses po t ques internes sur les conflits qui, aux fins de son contrat d'assoc at on avec SNR Denton & Co, respectent es Règ es de la SRA en matière de Conflits.

### 12. Conservation des documents (CG 17)

En règ e généra e, e Bureau Assoc é détru t tous es doss ers s x ans après a c ôture du doss er.

### 13. Loi applicable et juridiction compétente (CG 20)

13.1 Le dro t ordan en rég t toutes es M ss ons entre vous et e Bureau Assoc é ag ssant en assoc at on avec SNR Denton & Co.

13.2 S une p a nte, un t ge ou un d fférend, de que que nature qu' so t, résu te de ces contrats et accords ou est é à ceux-c (par exemp e, toute quest on re at ve à eur ex stence, eur va d té ou eur exp rat on), vous acceptez de vous soumettre à a ur d ct on exc us ve des tr bunaux ordan ens pour es M ss ons rég es par a ég s at on ordan enne. Cependant, e Bureau Assoc é peut déc der, à sa seu e d scrét on, de soumettre a p a nte, e t ge ou e d fférend à 'arb trage à Londres devant un seu arb tre conformément à a C ause 4 des Cond t ons Loca es (D spos t ons re at ves à 'arb trage app cab es aux Cab nets SNR Denton UK).

## Kazakhstan – Conditions Locales

### 1. Champ d'application

En vertu du dro t et de a coutume de a Répub que du Kazakhstan, es présentes Cond t ons ne s'app quent pas aux M ss ons conc ues avec e bureau de SNR Denton Kazakhstan L m ted au Kazakhstan. Des cond t ons d st nctes sont d spon b es sur demande.

### 2. Informations relatives au Bureau

SNR Denton Kazakhstan L m ted est mmatr cu ée en Ang eterre et au Pays de Ga es sous e n° 03603245. E e est ent èrement détenue par SNR Denton UK LLP, qu est autor sée par a So c tors Regu at on Author ty et soum se à cette dern ère. Une ste de ses adm n strateurs et une ste des membres de SNR Denton UK LLP sont d spon b es au s ège soc a : One F eet P ace, Londres EC4M 7WS, Ang eterre. E e exerce sous e nom de SNR Denton au Kazakhstan



## Conditions | Locales

## Koweït (Bureau Associé) – Conditions Locales

### 1. Champ d'application

Les présentes Cond t ons s'app quent à vos M ss ons avec e Cab net d'Avocats du Dr Ahmad A -Sadam ag ssant en assoc at on avec SNR Denton & Co à 'adresse su vante : Am ak Tower F oor 6, Arab an Gu f Road, B ock 1, Muha ab Street (Street 69), Bne d A Gar, Koweït.

### 2. Information sur le Bureau Associé au Koweït

Le Bureau Assoc é exerce au Koweït en assoc at on avec SNR Denton & Co. SNR Denton & Co est autor sée par a So c tors Regu at on Author ty et soum se à cette dern ère. La partnersh p SNR Denton & Co comprend SNR Denton M dd e East Partners LLP et SNR Denton M dd e East L m ted.

### 3. Terminologie des Conditions Locales du Bureau Associé en Jordanie

Les Taxes App cab es comprennent a TVA, sans être m tées à ce e-c .

« Bureau Assoc é » dés gne e Cab net d'Avocats du Dr Ahmad A -Samdam.

« Personne dans e Cab net Assoc é » dés gne un assoc é, un membre, un mandant, un d recteur, un adm n strateur, un emp oyé, un stag a re, un consu tant ou un sous-tra tant du Bureau Assoc é.

« Personne chez SNR Denton » dés gne un assoc é, un membre, un mandant, un d recteur, un adm n strateur, un emp oyé, un stag a re, un consu tant ou un sous-tra tant de SNR Denton UK LLP et de ses filiales, agissant pour SNR Denton & Co ou pour son compte.

### 4. Remarque préliminaire

SNR Denton & Co fourn t des serv ces au Koweït v a e Bureau Assoc é. Cec est ex gé pour respecter es restr ct ons rég ementa res oca es sur a prat que ur d que dans ce pays. Par conséquent, orsque vous engagez SNR Denton & Co pour vous fourn r des prestat ons au Koweït, votre M ss on est conc ue avec e Bureau Assoc é, qu sous-tra te ensu te à SNR Denton & Co 'exécut on de ces prestat ons ur d ques.

### 5. Responsabilité de vos dossiers (CG 2)

Aux fins de la Clause 2 des Conditions Globales, une Personne du Cab net Assoc é et une Personne chez SNR Denton seront responsab es de votre doss er pour chaque M ss on. Dans a mesure autor sée par a o , a Personne chez SNR Denton sera chargée de a gest on courante de votre doss er et pourra vous envoyer a Lettre de M ss on et es factures ées pour e compte du Bureau Assoc é.

### 6. Honoraires et frais (CG 3)

6.1 Les taux hora res du Bureau Assoc é et de SNR Denton & Co sont rév sés chaque année ou de man ère p us fréquente à eur seu e d scrét on. Ceux-c se réservent e dro t de es rév ser sans, pour autant, être ob gés de vous informer sauf si vous en faites spécifiquement la demande.

6.2 Outre ses honora res, e Bureau Assoc é vous facture es fra s et débours qu' engage, par exemp e es fra s és aux recherches, cours ers, serv ces d' nformat on, affranch ssements, té éphone et autres débours d vers, es honora res de traduct ons (réa sées en nterne ou par des t ers), es fra s notar aux, et es fra s adm n strat fs et de ust ce.

### 7. Frais et honoraires lors des dossiers contentieux (CG 4)

7.1 En ce qu concerne es t ges au Koweït, e Bureau Assoc é ag t pour es C ents au même t tre que es avocats en Ang eterre. donne des nstruct ons aux avocats ocaux comme ce a se prat que pour es avocats en Ang eterre et facture ses serv ces sur a base de notre coût hora re hab tue . Cependant, ces avocats préfèrent recevo r des honora res convenus d'avance et ca cu és en pourcentage de a somme réc amée et ns stent généra ement pour être payés de cette man ère. Parfo s, se on e cas, s e Bureau Associé estime que cela bénéficie au Client ou est exigé par une s tuat on part cu ère, peut négoc er un tar f hora re pour 'avocat concerné.

7.2 Même en cas de succès de votre procédure au Koweït, est rare que es tr bunaux ex gent de votre adversa re qu' vous rembourse a tota té des fra s et honora res que vous avez engagés. S vous êtes perdant, une part e des fra s supportés par votre adversa re peut vous être réc amée. s'ag t d'un su et comp exe que e Bureau Assoc é ou SNR Denton & Co sera heureux de vous exp quer s vous e souha tez.

7.3 Vous serez redevab e de a tota té des factures du Bureau Assoc é, ndépendamment de toute déc s on sur es fra s pr se contre un adversa re.

### 8. Factures (CG 6)

8.1 Les factures du Bureau Assoc é do vent être payées à récept on. Des ntérêts ou péna tés de retard pourront vous être réc amés sur toute facture non payée dans e dé a d'un mo s à compter de sa récept on. Ces ntérêts ou péna tés de retard portant sur es montants mpayés se cumu eront sur une base ourna ère au taux de 15% par an et seront ex g b es à prem ère demande.

8.2 Le Bureau Assoc é accepte que SNR Denton & Co pu sse recouvrer des honora res, fra s, débours ou de a TVA pour son compte. Cet accord ne crée pas de re at ons contractue es entre vous et SNR Denton & Co.

## Conditions | Locales

### 9. Couverture d'assurance (CG 9)

Une po ce d'assurance responsab té c v e profess onne e souscr te auprès de Trave ers nsurance Company L m ted and others, c/o AON L m ted, 8 Devonsh re Square, Londres EC2M 4PL, s'app que à tout e trava , es conse s et es serv ces profess onne s fourn s par e Bureau Assoc é en assoc at on avec SNR Denton & Co pour chaque M ss on conc ue avec vous.

### 10. Responsabilité financière (CG 10)

Notre responsabilité financière à votre égard pour chaque mission qui nous est confiée, par vous ou par vos représentants, ne pourra excéder :

(a) tro s m ons de vres ster ng ; ou

(b) tro s fo s e tota des honora res facturés et reçus pour a m ss on (à 'exc us on de a TVA et des débours), s ce montant est p us é evé ; ou

(c) tout autre plafond de responsabilité financière stipulé ou convenu dans a Lettre de M ss on.

### 11. Conflits d'intérêts (CG 11)

« Règles en matière de Conflit » dés gne toutes es réglementations et règles locales relatives aux conflits app cab es au Bureau Assoc é, a ns que ses po t ques internes sur les conflits qui, aux fins de son contrat d'assoc at on avec SNR Denton & Co, respectent es Règ es de la SRA en matière de Conflits.

### 12. Conservation des documents (CG 17)

En règ e généra e, e Bureau Assoc é détru t tous es documents s x ans après a c ôture du doss er.

### 13. Loi applicable et juridiction compétente (CG 20)

13.1 Le dro t de 'Etat du Koweït rég t toutes es M ss ons entre vous et e Bureau Assoc é ag ssant en assoc at on avec SNR Denton & Co.

13.2 S une p a nte, un t ge ou un d fférend, de que que nature qu' so t, résu te de ces contrats et accords ou est é à ceux-c (par exemp e, toute quest on re at ve à eur ex stence, eur va d té ou eur exp rat on), vous acceptez de vous soumettre à a ur d ct on exc us ve des tr bunaux koweït ens pour es M ss ons rég es par a ég s at on du Koweït. Cependant, e Bureau Assoc é peut déc der, à sa seu e d scrét on, de soumettre a p a nte, e t ge ou e d fférend à 'arb trage à Londres devant un seu arb tre conformément à a C ause 4 des Cond t ons Loca es (D spos t ons re at ves à 'arb trage app cab es aux Cab nets SNR Denton UK).

## Sultanat d'Oman – Conditions Locales

### 1. Champ d'application

Les présentes Cond t ons Loca es s'app quent à a prat que ur d que de SNR Denton & Co, Muscat Branch, exercée à A Fannar Bu d ng, Second et Penthouse F oors, Bu d ng n° 569, Way n° 3009, Shatt A Qurum, PO Box 3552, 112 Ruw , Su tanat d'Oman.

### 2. Informations relatives au Bureau

SNR Denton & Co, Muscat Branch est e nom enreg stré de a succursa e de SNR Denton & Co au Su tanat d'Oman. Ce e-c a fa t 'ob et d'une mmatr cu at on commerc a e à Oman sous e n° 1/65635/0. SNR Denton & Co est autor sée à exercer ses act v tés à Oman par e M n stère du Commerce et de ' ndustr e et par a So c tors Regu at on Author ty, et est soum se à ces dern ers. La partnersh p SNR Denton & Co comprend SNR Denton M dd e East Partners LLP et SNR Denton M dd e East L m ted.

### 3. Terminologie des Conditions Locales au Sultanat d'Oman

Oman dés gne e Su tanat d'Oman.

« nous », « notre/nos » et « nous-mêmes » dés gnent e bureau de Mascate de SNR Denton & Co, Muscat Branch.

### 4. Honoraires et frais (CG 3)

4.1 Pour év ter toute amb guïté, nous nous réservons e dro t de facturer toute confirmation fournie en réponse à une demande de vos aud teurs.

4.2 Nos taux hora res sont rév sés chaque année ou de man ère p us fréquente à notre seu e d scrét on. Nous nous réservons e dro t de es rév ser sans, pour autant, être ob gés de vous nformer, sauf s vous en fa tes spécifiquement la demande.

4.3 Outre nos honora res, nous vous facturerons es fra s et débours que nous engageons, par exemp e es fra s é és aux recherches, cours ers, serv ces d' nformat on et voyages, es honora res de traduct ons (réa sées en nterne (ca cu és par référence au nombre de pages tradu tes à notre tar f standard de 25 r a s oman (« RO ») par page) et par des t ers), es fra s notar aux, et es fra s adm n strat fs et de ust ce. Les autres fra s comme es affranch ssements, es fra s de té éphone et autres débours vous seront facturés en p us de nos honora res. Notre prat que hab tue e est de facturer es fra s annexes à un taux forfa ta re éga à 4,5 % de nos honora res profess onne s. Nous facturerons éga ement es autres coûts (par exemp e, es fra s de photocop es et de préparat on de CD) à nos tar fs ord na res a ors en v gueur.



## Conditions | Locales

### 5. Factures (CG 6)

Des ntérêts pourront vous être réc amés sur toute facture non payée dans e dé a d'un mo s à compter de sa récept on. Ces ntérêts portant sur es montants mpayés se cumu eront sur une base ourna ère au taux max mum au moment concerné, déterm né par e M n stère du Commerce et de 'ndustr e pour es dettes commerc a es, et seront ex g b es à prem ère demande.

### 6. Responsabilité financière (CG 10)

Notre responsabilité financière à votre égard pour chaque mission qui nous est confiée, par vous ou par vos représentants, ne pourra excéder :

(a) tro s m ons de vres ster ng ; ou

(b) tro s fo s e tota des honora res facturés et reçus pour a m ss on (à 'exc us on de a TVA et des débours), s ce montant est p us é evé ; ou

(c) tout autre plafond de responsabilité financière stipulé ou convenu dans a Lettre de M ss on.

### 7. Conflits d'intérêts (CG 11)

Les Règles de la SRA en matière de Confits d'intérêt de la SRA nous sont app cab es.

### 8. Conservation des documents (CG 18)

Nous détru sons tous es documents d x ans après a c ôture du doss er.

### 9. Loi applicable et juridiction compétente (CG 20)

Le dro t d'Oman rég t tous es accords et contrats entre vous et nous se rapportant à nos prestat ons. S une p a nte, un t ge ou un d fférend, de que que nature qu' so t, résu te de ces contrats et accords ou est é à ceux-c (par exemp e, toute quest on re at ve à eur ex stence, eur va d té ou eur exp rat on), vous acceptez de vous soumettre à a ur d ct on exc us ve des tr bunaux d'Oman. Cependant, nous pouvons déc der, à notre seu e d scrét on, de soumettre a p a nte, un t ge ou e d fférend à 'arb trage à Londres devant un seu arb tre conformément à a C ause 4 des Cond t ons Loca es (D spos t ons re at ves à 'arb trage app cab es aux Cab nets SNR Denton UK).

## Qatar – Conditions Locales

### 1. Champ d'application

Les présentes Cond t ons Loca es s'app quent à a prat que ur d que de SNR Denton & Co exercée F oor 15, A Fardan office Tower, 61 Al Funduq Street, West Bay, PO Box 64057, Doha, État du Qatar.

### 2. Informations relatives au Bureau

SNR Denton & Co est autor sée à exercer à Oman par a QFC Author ty et a So c tors Regu at on Author ty

d'Ang eterre et du Pays de Ga es et est soum se à cette dern ère. La partnersh p SNR Denton & Co comprend SNR Denton M dd e East Partners LLP et SNR Denton M dd e East L m ted. E e exerce sous e nom de SNR Denton au Qatar.

### 3. Terminologie des Conditions Locales au Qatar

Les Taxes App cab es comprennent a TVA, sans être m tées à ce e-c .

« QFC » dés gne e Qatar F nanc a Centre Author ty.

« nous », « notre/nos » et « nous-mêmes » dés gnent e bureau de Doha de SNR Denton & Co.

### 4. Honoraires et frais (CG 3)

4.1 Nos taux hora res sont rév sés chaque année ou de man ère p us fréquente à notre seu e d scrét on. Nous nous réservons e dro t de es rév ser sans, pour autant, être ob gés de vous nformer sauf s vous en fa tes spécifiquement la demande.

4.2 Outre nos honora res, nous vous facturons es fra s et débours que nous engageons, par exemp e es fra s és aux recherches, cours ers, serv ces d'nformat on, affranch ssements, té éphone et autres débours d vers, es honora res de traduct ons (réa sées en nterne et à 'extér eur), es fra s notar aux, et es fra s adm n strat fs et de ust ce. Nous facturerons éga ement es autres coûts (par exemp e, es fra s de photocop es et de préparat on de CD) à nos tar fs ord na res a ors en v gueur.

### 5. Frais et honoraires lors des dossiers contentieux (CG 4)

5.1 En ce qu concerne es t ges au Qatar, nous ag ssons pour nos c ents au même t tre que es avocats en Ang eterre. Nous donnons des nstruct ons aux avocats du Qatar comme ce a se prat que pour es avocats en Ang eterre et facturons nos prestat ons sur a base de notre coût hora re hab tue . Cependant, ces avocats préfèrent recevo r des honora res convenus d'avance et ca cu és en pourcentage de a somme réc amée et ns stent généra ement pour être payés de cette man ère. Parfo s, selon le cas, si nous estimons que cela bénéficie au client ou est ex gé par une s tuat on part cu ère, nous pouvons négoc er un tar f hora re pour 'avocat concerné.

5.2 Même en cas de succès de votre procédure au Qatar, est rare que es tr bunaux ex gent de votre adversa re qu' vous rembourse a tota té des fra s et honora res que vous avez engagés. Généra ement, a part e gagnante devant es tr bunaux c v s du Qatar peut ne se vo r attr buer qu'une somme symbo que pour es fra s ur d ques qu'e e a engagés. s'ag t d'un su et comp exe que nous serons heureux de vous exp quer s vous e souha tez. Cependant,

## Conditions | Locales

nous tenons à vous préc ser que cette mposs b té de récupérer auprès de a part e perdante es coûts exposés dans le cadre d'un litige ne saurait influer sur nos taux d'honora res standard et notre facturat on te s qu' s sont définis ci-dessous.

### 6. Factures (CG 6)
Des ntérêts ou péna tés de retard pourront vous être réc amés sur toute facture non payée dans e dé a d'un mo s à compter de sa récept on. Ces ntérêts ou péna tés de retard portant sur es montants mpayés se cumu eront sur une base ourna ère au taux de 15% par an et seront ex g b es à prem ère demande.

### 7. Notre responsabilité financière (CG 10)
Notre responsabilité financière à votre égard pour chaque mission qui nous est confiée, par vous ou par vos représentants, ne pourra excéder :

(a)        tro s m ons de vres ster ng ; ou

(b)        tro s fo s e tota des honora res facturés et reçus pour a m ss on (à 'exc us on de a TVA et des débours), s ce montant est p us é evé ; ou

(c)        tout autre plafond de responsabilité financière st pu é ou convenu dans a Lettre de M ss on.

### 8. Conflits d'intérêts (CG 11)
Les Règles de la SRA en matière de Conflits nous sont app cab es.

### 9. Conservation des documents (CG 17)
Nous détru sons tous es documents 15 ans après a c ôture du doss er.

### 10. Loi applicable et juridiction compétente (GT 20)
Le dro t du QFC rég t tous es accords et contrats entre vous et nous se rapportant à nos prestat ons. S une p a nte, un t ge ou un d fférend, de que que nature qu' so t, résu te de ces contrats et accords ou est é à ceux-c (par exemp e, toute quest on re at ve à eur ex stence, eur va d té ou eur exp rat on), vous acceptez de vous soumettre à a ur d ct on exc us ve des tr bunaux du QFC. Cependant, nous pouvons déc der, à notre seu e d scrét on, de soumettre a p a nte, e t ge ou e d fférend à 'arb trage à Londres devant un seu arb tre conformément à a C ause 4 des Cond t ons Loca es (D spos t ons re at ves à 'arb trage app cab es aux Cab nets SNR Denton UK).

## Russie – Conditions Locales

### 1. Champ d'application
Les présentes Cond t ons Loca es s'app quent à a prat que ur d que de SNR Denton (C S) L m ted exercée à Bo shaya D m trovka, Street 7/5 Bu d ng 2, Moscou 125009 Russ e.

### 2. Informations relatives au Bureau
SNR Denton (C S) L m ted est mmatr cu ée en Ang eterre et au Pays de Ga es sous e n° 03372229. E e est ent èrement détenue par SNR Denton UK LLP, qu est autor sée par a So c tors Regu at on Author ty et soum se à cette dern ère. Une ste de ses adm n strateurs et une ste des membres de SNR Denton UK LLP sont d spon b es au s ège soc a : One F eet P ace, Londres EC4M 7WS, Ang eterre. E e exerce sous e nom de SNR Denton et est enregistrée auprès des autorités fiscales russes sous le numéro T N 9909016090.

### 3. Terminologie des Conditions Locales en Russie
Les Taxes App cab es comprennent a TVA, sans être m tées à ce e-c.

« nous », « notre/nos » et « nous-mêmes » dés gnent SNR Denton (C S) L m ted.

### 4. Honoraires et frais (CG 3)
4.1 Nos taux hora res sont rév sés chaque année ou de man ère p us fréquente à notre seu e d scrét on. Nous nous réservons e dro t de es rév ser sans, pour autant, être ob gés d'en nformer nos c ents sauf s' s en font spécifiquement la demande.

4.2 Outre nos honora res, nous vous facturons es fra s et débours que nous engageons, par exemp e es fra s és aux recherches, cours ers, serv ces d' nformat on, affranch ssements, té éphone et autres débours d vers, es honora res de traduct ons (réa sées en nterne ou par des t ers), es fra s notar aux, et es fra s adm n strat fs et de ust ce. Nous vous facturerons éga ement es autres coûts (par exemp e, es fra s de photocop es et de préparat on de CD) à nos tar fs ord na res a ors en v gueur.

### 5. Versement d'acomptes
Toutes es sommes que vous nous versez à t tre d'acompte sur nos honora res, nos fra s et es taxes app cab es seront détenues en notre nom par SNR Denton UK LLP sur un compte banca re à Londres au Royaume-Un .

### 6. Factures (CG 6)
Des ntérêts pourront vous être réc amés sur toute facture non payée dans e dé a d'un mo s à compter de sa récept on. Ces ntérêts ou péna tés de retard portant sur es montants mpayés se cumu eront sur une base ourna ère au taux de 15% par an et seront ex g b es à prem ère demande. Pour de p us amp es nformat ons sur vos dro ts concernant es factures, veu ez vous reporter au dos de ce es-c .

### 7. Obligations et droits des tiers (CG 8)
La C ause 8 des Cond t ons G oba es s'app que nonobstant e Contracts (R ght of Th rd Part es) Act de 1999.



SNR DENTON
snrdenton.com

## Conditions | Locales

### 8. Responsabilité financière (CG 10)

Notre responsabilité financière à votre égard pour chaque mission qui nous est confiée, par vous ou par vos représentants, ne pourra excéder :

(a) tro s m  ons de  vres ster  ng ; ou

(b) tro s fo s e tota  des honora res facturés et reçus pour  a m ss on (à 'exc us on de  a TVA et des débours), s  ce montant est p us é evé ; ou

(c) tout autre plafond de responsabilité financière st pu é ou convenu dans  a Lettre de M ss on.

### 9. Conflits d'intérêts (CG 11)

Les Règles de la SRA en matière de Conflits nous sont app  cab es.

### 10. Conservation des documents (CG 17)

Nous détru sons tous  es documents tro s (3) ans après  a c ôture du doss er.

### 11. Loi applicable et juridiction compétente (CG 20)

Le dro t ang a s rég t tous  es accords et contrats entre vous et nous se rapportant à nos prestat ons, sauf  orsque  a  ég s at on russe s' mpose. S  une p a nte, un  t ge ou un d fférend, de que que nature qu'  so t, résu te de ces contrats et accords ou est  é à ceux-c  (par exemp e, toute quest on re at ve à  eur ex stence,  eur va d té ou  eur exp rat on), vous acceptez de vous soumettre à  a  ur d ct on exc us ve des tr bunaux ang a s. Cependant, nous pouvons déc der, à notre seu e d scrét on, de soumettre  a p a nte,  e  t ge ou  e d fférend à 'arb trage à Londres devant un seu  arb tre conformément à  a C ause 4 des Cond t ons Loca es (D spos t ons re at ves à 'arb trage app cab es aux Cab nets SNR Denton UK).

## Bureau Associé du Royaume d'Arabie Saoudite – Conditions Locales

### 1. Champ d'application

Les présentes Cond t ons Loca es s'app quent à vos M ss ons avec  e Cab net d'Avocats de Wae  A. A ssa ag ssant en assoc at on avec SNR Denton & Co à 'adresse su vante : Tatweer Towers, Tower 1, Leve  8, K ng Fahad Road, en face du M n stère de  a Mun c pa té et des Affa res Rura es, PO Box, 59490, R yad 11525, Royaume d'Arab e Saoud te.

### 2. Informations relatives au Bureau Associé

Le Bureau Assoc é exerce ses act v tés au Royaume d'Arab e Saoud te en assoc at on avec SNR Denton & Co. SNR Denton & Co est autor sée par  a So  c tors Regu at on Author ty et soum se à cette dern ère. La partnersh p SNR Denton & Co comprend SNR Denton M dd e East Partners LLP et SNR Denton M dd e East L m ted.

### 3. Terminologie des Conditions Locales du Bureau Associé au Royaume d'Arabie Saoudite

Les Taxes App  cab es comprennent  a TVA, sans être  m tées à ce  e-c .

« Bureau Assoc é » dés gne  e Cab net d'Avocats de Wae  A. A ssa.

« Personne du Cab net Assoc é » dés gne un assoc é, un membre, un mandant, un d recteur, un adm n strateur, un emp oyé, un stag a re, un consu tant ou un sous-tra tant du Bureau Assoc é.

« RAS » dés gne  e Royaume d'Arab e Saoud te.

« Personne chez SNR Denton » dés gne un assoc é, un membre, un mandant, un d recteur, un adm n strateur, un emp oyé, un stag a re, un consu tant ou un sous-tra tant de SNR Denton UK LLP et de ses filiales, agissant pour SNR Denton & Co ou pour son compte.

### 4. Remarque préliminaire

SNR Denton & Co fourn t des serv ces au RAS v a  e Bureau Assoc é. Cec  est ex gé pour respecter  es restr ct ons rég ementa res  oca es sur  a prat que  ur d que dans ce pays. Par conséquent, quand vous engagez SNR Denton & Co pour vous fourn r des prestat ons au RAS, votre M ss on est conc ue avec  e Bureau Assoc é qu  sous-tra te ensu te à SNR Denton & Co 'exécut on de ces prestat ons  ur d ques.

### 5. Responsabilité de vos dossiers (CG 2)

Aux fins de la Clause 2 des Conditions Globales, une Personne du Cab net Assoc é et une Personne chez SNR Denton seront responsab es de votre doss er pour chaque M ss on. Dans  a mesure autor sée par  a  o , a Personne chez SNR Denton sera chargée de  a  gest on courante de votre doss er et pourra vous envoyer  a Lettre de M ss on et  es factures  ées pour  e compte du Bureau Assoc é.

### 6. Honoraires et frais (CG 3)

4.1 Les taux hora res du Bureau Assoc é et de SNR Denton & Co sont rév sés chaque année ou de man ère p us fréquente à  eur seu e d scrét on. Ceux-c  se réservent  e dro t de  es rév ser sans, pour autant, être ob gés de vous informer, sauf si vous en faites spécifiquement la demande.

4.2 Outre ses honora res,  e Bureau Assoc é vous facture  es fra s et débours qu'  engage, par exemp e  es fra s  és aux recherches, cours ers, serv ces d' nformat on, affranch ssements, té éphone et autres débours d vers,  es honora res de traduct ons (réa sées en  nterne ou par des t ers),  es fra s notar aux, et  es fra s adm n strat fs et de ust ce.

## Conditions | Locales

**7. Frais et honoraires lors des dossiers contentieux (CG 4)**

7.1 En ce qui concerne es t ges au RAS, e Bureau Assoc é ag t pour es C ents au même t tre que es avocats en Ang eterre. donne des nstruct ons aux avocats ocaux comme ce a se prat que pour es avocats en Ang eterre et facture ses serv ces sur a base de notre coût hora re hab tue . Cependant, ces avocats préfèrent recevo r des honora res convenus d'avance et ca cu és en pourcentage de a somme réc amée et ns stent généra ement pour être payés de cette man ère. Parfo s, se on e cas, s e Bureau Associé estime que cela bénéficie au Client ou est exigé par une s tuat on part cu ère, peut négoc er un tar f hora re pour 'avocat concerné.

7.2 Même en cas de succès de votre procédure au RAS, est rare que es tr bunaux ex gent de votre adversa re qu' vous rembourse a tota té des fra s et honora res que vous avez engagés. S vous êtes perdant, une part e des fra s supportés par votre adversa re peut vous être réc amée. s'ag t d'un su et comp exe que e Bureau Assoc é ou SNR Denton & Co sera heureux de vous exp quer s vous e souha tez.

7.3 Vous serez redevab e de a tota té des factures du Bureau Assoc é, ndépendamment de toute déc s on sur es fra s pr se à 'encontre d'un adversa re.

**8. Factures (CG 6)**

8.1 Les factures du Bureau Assoc é do vent être payées à récept on. Des ntérêts ou péna tés de retard pourront vous être réc amés sur toute facture non payée dans e dé a d'un mo s à compter de sa récept on. Ces ntérêts ou péna tés de retard portant sur es montants mpayés se cumu eront sur une base ourna ère au taux de 15% par an et seront ex g b es à prem ère demande.

8.2 Le Bureau Assoc é accepte que SNR Denton & Co pu sse recouvrer des honora res, fra s, débours ou de a TVA pour son compte. Cet accord ne crée pas de re at ons contractue es entre vous et SNR Denton & Co.

**9. Couverture d'assurance (CG 9)**

Une po ce d'assurance responsab té c v e profess onne e souscr te auprès de Trave ers nsurance Company L m ted and others, c/o AON L m ted, 8 Devonsh re Square, Londres EC2M 4PL, s'app que à tout e trava , es conse s et es serv ces profess onne s fourn s par e Bureau Assoc é en assoc at on avec SNR Denton & Co pour chaque M ss on conc ue avec vous.

**10. Responsabilité financière (CG 10)**

Notre responsabilité financière à votre égard pour chaque mission qui nous est confiée, par vous ou par vos représentants, ne pourra excéder :

(a)      tro s m ons de vres ster ng ; ou

(b)      tro s fo s e tota des honora res facturés et reçus pour a m ss on (à 'exc us on de a TVA et des débours), s ce montant est p us é evé ; ou

(c)      tout autre plafond de responsabilité financière st pu é ou convenu dans a Lettre de M ss on.

**11. Conflits d'intérêts (CG 11)**

« Règles de Conflit » dés gne toutes es rég ementat ons et règles locales relatives aux conflits applicables au Bureau Associé, ainsi que ses politiques internes sur les conflits qui, aux fins de son contrat d'association avec SNR Denton & Co, respectent les Règles de la SRA en matière de Conflits.

**12. Conservation des documents (CG 17)**

En règ e généra e, e Bureau Assoc é détru t tous es documents s x ans après a c ôture du doss er.

**13. Loi applicable et juridiction compétente (CG 20)**

13.1 Le dro t du Royaume d'Arab e Saoud te rég t toutes es M ss ons entre vous et e Bureau Assoc é ag ssant en assoc at on avec SNR Denton & Co.

13.2 S une p a nte, un t ge ou un d fférend, de que que nature qu' so t, résu te de ces contrats et accords ou est é à ceux-c (par exemp e, toute quest on re at ve à eur ex stence, eur va d té ou eur exp rat on), vous acceptez de vous soumettre à a ur d ct on exc us ve des tr bunaux du RAS pour es M ss ons rég es par a ég s at on du RAS. Cependant, e Bureau Assoc é peut déc der, à sa seu e d scrét on, de soumettre a p a nte, e t ge ou e d fférend à 'arb trage à Londres devant un seu arb tre conformément à a C ause 4 des Cond t ons Loca es (D spos t ons re at ves à 'arb trage app cab e aux Cab nets SNR Denton UK).

## Singapour – Conditions Locales

**1. Champ d'application**

Les présentes Cond t ons s'app quent à a prat que ur d que de SNR Denton UK LLP exercée au Marsh & McLennan Centre, 18 Cross Street, 07-06/07, S ngapour 048423.

**2. Informations relatives au Bureau**

Le bureau de S ngapour de SNR Denton UK LLP est autor sé par es Attorney Genera 's Chambers de S ngapour. SNR Denton UK LLP est une partnersh p à responsab té m tée mmatr cu ée en Ang eterre et au Pays de Ga es sous e n° OC322045, autor sée par a So c tors Regu at on Author ty et soum se à cette dern ère. Une ste de ses membres est d spon b e à son s ège soc a : One F eet P ace, Londres EC4M 7WS, Ang eterre. E e exerce sous e nom de SNR Denton à S ngapour. SNR Denton UK LLP est enregistrée aux fins de la TVA sous le numéro GB 100 1095 89.

**SNR DENTON**

snrdenton.com

## Conditions | Locales

### 3. Terminologie des Conditions Locales à Singapour

Les Taxes App cab es comprennent a TVA, sans être
m tées à ce e-c .

« nous », « notre/nos » et « nous-mêmes » e bureau de
S ngapour de SNR Denton UK LLP.

### 4. Honoraires et frais (CG 3)

Outre nos honora res, nous vous facturons es fra s et
débours que nous engageons, par exemp e es fra s
 és aux recherches, cours ers, serv ces d' nformat on,
affranch ssements, té éphone et autres débours d vers.
Nous facturerons éga ement es autres coûts (par
exemp e, es fra s de photocop es et de préparat on de
CD) à nos tar fs ord na res a ors en v gueur.

### 5. Versement d'acomptes

Tous es acomptes que vous nous versez sur nos
honora res, nos fra s et es taxes app cab es seront
détenus en notre nom par SNR Denton UK LLP sur un
compte banca re à Londres au Royaume-Un .

### 6. Factures (CG 6)

Des ntérêts pourront vous être réc amés sur toute
facture non payée dans e dé a d'un mo s à compter de
sa récept on. Ces ntérêts ou péna tés de retard portant
sur es montants mpayés se cumu eront sur une base
 ourna ère au taux de 15% par an et seront ex g b es à
prem ère demande. Pour de p us amp es nformat ons sur
vos dro ts concernant es factures, veu ez vous reporter
au dos de ce-c .

### 7. Obligations et droits des tiers (CG 8)

La C ause 8 des Cond t ons G oba es s'app que
nonobstant e Contracts (R ght of Th rd Part es) Act de
1999.

### 8. Responsabilité financière (CG 10)

Notre responsabilité financière à votre égard pour
chaque mission qui nous est confiée, par vous ou par vos
représentants, ne pourra excéder :

(a) tro s m ons de vres ster ng ; ou
(b) tro s fo s e tota des honora res facturés et reçus pour
a m ss on (à 'exc us on de a TVA et des débours), s ce
montant est p us é evé ; ou
(c) tout autre plafond de responsabilité financière stipulé
ou convenu dans a Lettre de M ss on.

### 9. Conflits d'intérêts (CG 11)

Les Règles de la SRA en matière de Conflits nous sont
app cab es.

### 10. Conservation des documents (CG 17)

Nous détru sons tous es documents s x ans après a c ôture
du doss er.

### 11. Loi applicable et juridiction compétente (CG 20)

Le dro t ang a s rég t tous es accords et contrats entre
vous et nous se rapportant à nos prestat ons, sauf orsque
a ég s at on de S ngapour s' mpose. S une p a nte, un t ge
ou un d fférend, de que que nature qu' so t, résu te de
ces contrats et accords ou est é à ceux-c (par exemp e,
toute quest on re at ve à eur ex stence, eur va d té ou eur
exp rat on), vous acceptez de vous soumettre à a ur d ct on
exc us ve des tr bunaux ang a s. Cependant, nous pouvons
déc der, à notre seu e d scrét on, de soumettre a p a nte, e
t ge ou e d fférend à 'arb trage à Londres devant un seu
arb tre conformément à a C ause 4 des Cond t ons Loca es
(D spos t ons re at ves à 'arb trage app cab es aux Cab nets
SNR Denton UK).

## Émirats Arabes Unis – Conditions Locales

### 1. Champ d'application

Les présentes Cond t ons Loca es s'app quent à a prat que
ur d que de SNR Denton & Co exercée dans es bureaux
su vants :

Su te 1204, A Gha th Tower, Hamdan Street, PO Box 47656,
Abou Dhab , Ém rats Arabes Un s ( e « Bureau d'Abou Dhab »)

26th F oor, AP Tower, She kh Zayed Road, PO Box 1756,
Dubaï, Ém rats Arabes Un s ( e « Bureau de Dubaï »)

Office 708, Liberty House, Dubai International Financial
Centre, She kh Zayed Road, Dubaï, Ém rats Arabes Un s ( e «
Bureau D FC »)

### 2. Informations relatives au Bureau

SNR Denton & Co est soum se à a Duba F nanc a Serv ces
Author ty à Dubaï et à a So c tors Regu at on Author ty et
est autor sée par cette dern ère. La partnersh p SNR Denton
& Co comprend SNR Denton M dd e East Partners LLP et
SNR Denton M dd e East L m ted. E e exerce sous e nom
de Denton SNR aux Em rats Arabes Un s.

### 3. Terminologie des Conditions Locales aux Émirats Arabes Unis

Les Taxes App cab es comprennent a TVA, sans être
m tées à ce e-c .

« nous », « notre/nos » et « nous-mêmes » dés gnent e
Bureau d'Abou Dhab , e Bureau de Dubaï et e Bureau D FC
de SNR Denton & Co.

« EAU » dés gne es Ém rats Arabes Un s.

# Conditions | Locales

## 4. Honoraires et frais (CG 3)

4.1 Nos taux hora res sont rév sés chaque année ou de man ère p us fréquente à notre seu e d scrét on. Nous nous réservons e dro t de es rév ser sans, pour autant, être ob gés de vous en nformer sauf s vous en fa tes spécifiquement la demande.

4.2 Outre nos honora res, nous vous facturons es fra s et débours que nous engageons, par exemp e es fra s és aux recherches, cours ers, serv ces d' nformat on, affranch ssements, té éphone et autres débours d vers, es honora res de traduct ons (réa sées en nterne ou par des t ers), es fra s notar aux, et es fra s adm n strat fs et de ust ce. Nous vous facturerons éga ement es autres coûts (par exemp e, es fra s de photocop es et de préparat on de CD) à nos tar fs ord na res a ors en v gueur.

## 5. Frais et honoraires lors des dossiers contentieux (CG 4)

5.1 En ce qu concerne es t ges aux EAU, nous ag ssons pour nos c ents au même t tre que es avocats en Ang eterre. Nous donnons des nstruct ons aux avocats des EAU comme ce a se prat que pour es avocats en Ang eterre et facturons nos prestat ons sur a base de notre coût hora re hab tue . Cependant, ces avocats préfèrent recevo r des honora res convenus d'avance et ca cu és en pourcentage de a somme réc amée et ns stent généra ement pour être payés de cette man ère. Parfo s, se on e cas, s nous estimons que cela bénéficie au client ou est exigé par une s tuat on part cu ère, nous pouvons négoc er un tar f hora re pour 'avocat concerné.

5.2 Même en cas de succès de votre procédure aux EAU, est rare que es tr bunaux ex gent de votre adversa re qu' vous rembourse a tota té des fra s et honora res que vous avez engagés. Généra ement, a part e gagnante devant es tr bunaux c v s des EAU peut ne se vo r attr buer qu'une somme symbo que pour ses fra s ur d ques. s'ag t d'un su et comp exe que nous serons heureux de vous exp quer s vous e souha tez. Cependant, nous tenons à vous préc ser que cette mposs b té de récupérer auprès de a part e perdante es coûts exposés dans e cadre d'un t ge ne sauraît influer sur nos taux d'honoraires standard et notre facturation tels qu'ils sont définis ci-dessous.

## 6. Factures (CG 6)

Des ntérêts pourront vous être réc amés sur toute facture non payée dans e dé a d'un mo s à compter de sa récept on. Ces ntérêts ou péna tés de retard portant sur es montants mpayés se cumu eront sur une base ourna ère au taux de 15% par an et seront ex g b es à prem ère demande.

## 7. Responsabilité Financière (CG 10)

Notre responsabilité financière à votre égard pour chaque mission qui nous est confiée, par vous ou par vos représentants, ne pourra excéder :

(a)      tro s m ons de vres ster ng ; ou

(b)      tro s fo s e tota des honora res facturés et reçus pour a m ss on (à 'exc us on de a TVA et des débours), s ce montant est p us é evé ; ou

(c)      tout autre plafond de responsabilité financière st pu é ou convenu dans a Lettre de M ss on.

## 8. Conflits d'intérêts (CG 11)

Les Règles de la SRA en matière de Conflits d'Intérêts s'app quent à nous.

## 9. Conservation des documents (CG 17)

Nous détru sons tous es documents 15 ans après a c ôture du doss er.

## 10. Loi applicable et juridiction compétente (CG 20)

10.1 Le dro t d'Abou Dhab et a ég s at on fédéra e des EAU rég ssent tous es contrats et accords entre vous et nous se rapportant à nos prestat ons à Abou Dhab .

10.2 Le dro t de Dubaï et a ég s at on fédéra e des EAU rég ssent tous es contrats et accords entre vous et nous se rapportant à nos prestat ons à Dubaï.

10.3 S une p a nte, un t ge ou un d fférend, de que que nature qu' so t, résu te de ces contrats et accords ou est é à ceux-c (par exemp e, toute quest on re at ve à eur ex stence, eur va d té ou eur exp rat on), vous et nous convenons chacun de nous soumettre à a ur d ct on exc us ve des :

(a) tr bunaux d'Abou Dhab pour toutes es M ss ons du Bureau d'Abou Dhab ;

(b) tr bunaux de Dubaï pour toutes es M ss ons du Bureau de Dubaï et du Bureau D FC.

10.4 Cependant, nous pouvons déc der, à notre seu e d scrét on, de soumettre a p a nte, e t ge ou e d fférend à 'arb trage à Londres devant un seu arb tre conformément à a C ause 4 des Cond t ons Loca es (D spos t ons re at ves à 'arb trage app cab es aux Cab nets SNR Denton UK).

## Royaume-Uni – Conditions Locales

### 1. Champ d'application

Les présentes Cond t ons Loca es s'app quent à a prat que ur d que de SNR Denton UK LLP exercée aux adresses su vantes : 1 F eet P ace, London EC4M 7WS, Royaume-Un et The P nnac e, 170 M dsummer Bou evard, M ton Keynes, MK9 1 FE, Royaume-Un .



## Conditions | Locales

### 2. Informations relatives au Bureau

SNR Denton UK LLP est une partnersh p à responsab té m tée mmatr cu ée en Ang eterre et au Pays de Ga es sous e n° OC322045, autor sée par a So c tors Regu at on Author ty et soum se à cette dern ère. Une ste de ses membres est d spon b e au s ège soc a : 1 F eet P ace, Londres EC4M 7WS, Royaume-Un . E e exerce ses act v tés sous e nom de SNR Denton. SNR Denton UK LLP est enregistrée aux fins de la TVA sous le numéro GB 100 1095 89.

### 3. Terminologie des Conditions Locales au Royaume-Uni

Les Taxes App cab es comprennent a TVA, sans être m tées à ce e-c .

« nous », « notre/nos » et « nous-mêmes » dés gnent es bureaux de Londres et de M ton Keynes de SNR Denton LLP.

### 4. Honoraires et frais (CG 3)

4.1 Outre nos honora res, nous vous facturerons es fra s et débours que nous engageons, par exemp e es fra s és aux recherches, aux cours ers, aux serv ces d' nformat on, aux affranch ssements, au té éphone et autres débours d vers. Nous facturerons éga ement es autres coûts (par exemp e, es fra s de photocop es et de préparat on de CD) à nos tar fs ord na res a ors en v gueur.

4.2 est parfo s poss b e d'obten r une assurance « après s n stre ». Veu ez nous nd quer s vous souha tez exp orer cette poss b té ou recevo r nos conse s à cet égard.

4.3 « Personnes », aux fins des honoraires mentionnés à la C ause 3 des Cond t ons G oba es, nc ut es membres du personne qu ne sont pas des avocats nscr ts au Barreau au Royaume-Un .

### 5. Frais et honoraires lors des dossiers contentieux (CG 4)

5.1 La So c tors Regu at on Author ty ex ge que nous vous préven ons que :

(a) vous serez tenu de payer ' ntégra té de nos factures, ndépendamment de toute déc s on sur es fra s pr se contre votre adversa re ;

(b) s vous perdez a procédure, vous serez probab ement tenu de payer vos propres fra s et ceux de votre adversa re ;

(c) même s vous gagnez a procédure, se peut que votre adversa re ne so t pas condamné à payer vos fra s ou qu' soit dans l'incapacité de payer, surtout s'il bénéficie d'une ass stance ur d que gratu te des Commun ty Lega Serv ces ; et

### (d) es règ ements des tr bunaux (Ru es of court) m tent es fra s pouvant être récupérés dans certa ns types de procédures éga es.

5.2 S un tr buna nous ordonne de payer des fra s à cause de a façon dont vous vous avez demandé de mener un doss er ou parce que vous ne nous avez pas rem s es fonds suffisants ou ne nous avez pas donné des instructions adéquates en temps vou u, nous pourrons vous facturer ces fra s.

5.3 À ' ssue d'une aud ence pré m na re, e tr buna peut éva uer ses fra s et ordonner à une part e de es payer. S e tr buna rend ce type de déc s on à votre encontre et nous ne détenons pas de fonds suffisants pour vous sur notre compte c ent, vous serez tenu de nous verser e so de à temps pour que nous pu ss ons rég er ces fra s dans es dé a s mpart s ou de procéder à un pa ement d rect.

### 6. Factures (CG 6)

Des ntérêts pourront vous être réc amés sur toute facture non payée dans e dé a d'un mo s à compter de sa récept on. Ces ntérêts ou péna tés de retard portant sur es montants mpayés se cumu eront sur une base ourna ère au taux a ors app cab e aux dettes constatées par ugement et seront ex g b es à prem ère demande. Pour de p us amp es nformat ons sur vos dro ts concernant es factures, veu ez vous reporter au dos de ce es-c .

### 7. Obligations et droits des tiers (CG 8)

La C ause 8 des Cond t ons G oba es s'app que nonobstant e Contracts (R ght of Th rd Part es) Act de 1999.
8 Couverture d'assurance (CG 9)

Nous sommes couverts par une assurance responsab té c v e profess onne e souscr te auprès de Trave ers nsurance Company L m ted and others, c/o AON L m ted, 8 Devonsh re Square, London EC2M 4PL.

### 9. Responsabilité financière (CG 10)

Notre responsabilité financière à votre égard pour chaque mission qui nous est confiée, par vous ou par vos représentants, ne pourra excéder :

(a)      tro s m ons de vres ster ng ; ou

(b)      tro s fo s e tota des honora res facturés et reçus pour a m ss on (à 'exc us on de a TVA et des débours), s ce montant est p us é evé ; ou

(c)      tout autre plafond de responsabilité financière st pu é ou convenu dans a Lettre de M ss on.

### 10. Conflits d'intérêts (CG 11)

Les Règles de la SRA en matière de Conflits nous sont app cab es.

## Conditions | Locales

### 11. Réclamations (CG 14)

S vous n'êtes pas sat sfa t de a façon dont nous avons géré une réc amat on de votre part, vous pouvez a porter devant e Lega Ombudsman. Vous pouvez u écr re à 'adresse PO Box 15870, B rm ngham B30 9EB, ou e contacter par courr er é ectron que (**enquiries@legalombudsman.org.uk**) ou par té éphone (0300 555 0333). S vous déc dez de porter votre réc amat on devant e Lega Ombudsman, vous êtes tenu de e fa re dans un dé a de s x mo s à compter de votre dern er contact avec nous. S votre réc amat on porte sur une facture, vous pouvez demander une éva uat on au tr buna conformément à a Part e du So c tors Act de 1974.

### 12. Conservation des documents (CG 17)

Nous détru sons tous es documents s x ans après a c ôture du doss er.

### 13. Financial Services and Markets Act 2000

Nos prestat ons peuvent re ever des act v tés rég ementées dans e cadre d' nvest ssements au sens du F nanc a Serv ces and Markets Act of 2000. Nous ne sommes pas agréés par a F nanc a Serv ce Author ty aux termes de cette o . Nous pouvons, cependant, entreprendre des act v tés (te es que 'organ sat on et e conse ) qu sont accesso res à nos prestat ons ur d ques ou peuvent ra sonnab ement être cons dérées comme fa sant part e de ce es-c . Ce fa sant, nous sommes soum s à a So c tors Regu at on Author ty. Vous ne devez nterpréter aucun é ément de nos commun cat ons comme étant un conse sur es avantages de procéder à un que conque nvest ssement ou cess on, ou comme une nv tat on ou une nc tat on à entreprendre des act v tés d' nvest ssement.

### 14. Directive sur les abus de marché

14.1 S vous souha tez que nous étab ss ons et ten ons à jour une liste d'initiés afin que vous puissiez respecter vos ob gat ons aux termes de a D rect ve sur es abus de marché (2003/6/CE) et de toutes es règ es étab es en vertu de cette d rect ve (co ect vement dénommées es « MAR »), vous devez nous en nformer. S vous dés rez un exemp a re d'une ste d' n t és que vous nous avez demandé de ten r à our, nous vous a fourn rons dès que poss b e, à tout moment pendant une pér ode max mum de c nq ans et un our après 'étab ssement ou a m se à our de a ste.

14.2 Nous prendrons toutes les mesures nécessaires afin de veiller à ce que toute personne dont le nom figure sur une ste d' n t és :

(a) a t conna ssance des ob gat ons éga es et rég ementa res en décou ant ; et

(b) so t avert e des sanct ons pour mauva s usage ou circulation inappropriée d'informations financières sensibles.

Vous êtes tenu de respecter le caractère confidentiel de toute ste d' n t és que nous vous fourn rons et de ne 'ut ser qu'à des fins de conformité aux MAR.

### 15. Consumer Protection (Distance Selling) Regulations 2000

Cette C ause ne s'app que qu'aux nouveaux c ents nd v due s qu n'ont pas rencontré a Personne qu ag ra pour eux. Aux termes des Consumer Protect on (D stance Se ng) Regulations 2000, vous disposez d'un « délai de réflexion » de sept jours pendant lequel vous pouvez décider finalement de ne pas fa re appe à nous pour vous représenter. Pendant cette pér ode, nous ne sommes pas autor sés à trava er pour vous. Merc de nous préven r par écr t s vous souha tez annu er vos nstruct ons. S vous nous autor sez à démarrer e trava mméd atement, ce dro t d'annu at on ne s'app que p us et nous pouvons nous mettre au trava sur-e-champ

### 16. Loi applicable et juridiction compétente (CG 20)

Le dro t ang a s rég t tous es accords et contrats entre vous et nous se rapportant à nos prestat ons. S une p a nte, un t ge ou un d fférend, de que que nature qu' so t, résu te de ces contrats et accords ou est é à ceux-c (par exemp e, toute quest on re at ve à eur ex stence, eur va d té ou eur exp rat on), vous acceptez de vous soumettre à a ur d ct on exc us ve des tr bunaux ang a s. Cependant, nous pouvons déc der, à notre seu e d scrét on, de soumettre a p a nte, e t ge ou e d fférend à 'arb trage à Londres devant un seu arb tre conformément à a C ause 4 des Cond t ons Loca es (D spos t ons re at ves à 'arb trage app cab es aux Cab nets SNR Denton UK).

## États-Unis – Conditions Locales

### 1. Champ d'application

Les présentes Cond t ons Loca es s'app quent à a prat que ur d que de SNR Denton US LLP exercée à toutes ses adresses aux Etats-Un s.

### 2. Honoraires et frais

2.1 Le fa t de vous représenter entraîne pour nous des coûts et fra s, qu peuvent nc ure, se on e cas, des fra s de dép acement, des serv ces de courr ers, de vra son express ou en 24 heures, de conférence té éphon que, d'ass stance pour es affa res content euses, de recherches nformat ques, des honora res de conse ur d que, des fra s de ust ce et de dépôt, des coûts de transcr pt on, des coûts de témo ns experts et des honora res de confrères étrangers. À notre d scrét on, nous pouvons fa re 'avance de ces fra s et



## Conditions | Locales

remboursements pour votre compte et nous aurons ensu te dro t au pa ement et au remboursement de votre part. Dans ce cas où n'est pas poss b e ou prat que pour nous d'avancer ces coûts et fra s à des t erces part es ou s nous e déc dons à notre d scrét on, nous pouvons vous demander de les régler directement ou de les financer à l'avance et vous vous engagez à e fa re.

2.2 Nous avons pour po t que à 'heure actue e de ne pas facturer séparément es C ents pour es té écop es et affranch ssements courants. Pour es travaux de reproduct on de rout ne suscept b es d'être effectués en nterne, nous facturons au ourd'hu 10 cents par cop e. Cependant, en cas d'autres travaux de reproduct on comme ceux demandés à des fourn sseurs t ers comprenant des vo umes mportants, des cop es cou eur ou en grand format ou d'autres exigences spécifiques, nous vous facturerons ces fra s à pr x coûtant et, dans certa ns cas, nous ex gerons un pa ement d rect ou ant c pé, comme nd qué c -dessus. Vous vous engagez à rég er ces coûts.

2.3 Pour certa nes dépenses te es que es fra s de recherche nformat que ou es serv ces techno og ques et d'ass stance, nous essayons souvent de rédu re es coûts en trava ant avec des fourn sseurs, par exemp e en nous engageant à acheter un vo ume m n mum de prestat ons dépassant es beso ns d'un seu C ent, y compr s par des accords à pr x forfa ta re. Dans ce cas, nous vous refacturerons ces dépenses à un tar f ra sonnab ement proport onne aux efforts que nous aurons engagés pour vous, qu sera proche des coûts d rects rée s et des fra s généraux liés payés par nous, mais peut ne pas les refléter avec exact tude. Pour es autres dépenses nternes non détaillées par un poste spécifique dans cette Lettre de M ss on, comme a product on, a re ure et 'expéd t on de documents ou d'autres fra s, nous vous es facturerons à pr x coûtant ou nous essa erons de vous attr buer de façon ra sonnab e es coûts d rects et fra s généraux és aux prestat ons que nous vous fourn ssons.

2.4 Vous acceptez éga ement de payer ces fra s et débours en do ars US (sauf d spos t on contra re dans a facture que nous envoyons), nets de toute taxe commerc a e, nd recte, taxe d'usage ou de cess on, taxe sur a va eur a outée et de toute retenue à a source ou tout autre mpôt ex gé sur e pa ement ou 'enca ssement des ces fra s et débours, et vous êtes ent èrement redevab e desd ts mpôts. Nos règ es re at ves au remboursement des fra s sont suscept b es d'être modifiées à tout moment, à notre d scrétion.

### 3. Factures

3.1 Nous nous réservons e dro t, à notre d scrét on, de modifier la fréquence d'envoi des factures et la date de pa ement ou de demander un acompte.

3.2 S'ag ssant des doss ers és à une Lettre de M ss on ém se par un Assoc é à New York, s vous n'êtes pas d'accord avec e montant de nos honora res ou autres fra s pour une ra son que conque (ou vous pensez que tout aspect de notre mandat n'est pas sat sfa sant à que que égard que ce so t), veu ez contacter 'Assoc é en charge des re at ons de façon à d scuter de vos préoccupat ons et résoudre tout désaccord ou prob ème. Cependant, s vous ne parvenez pas à un règ ement sat sfa sant sur tout t ge portant sur nos honora res, vous pouvez demander un arb trage à New York conformément à a Part e 137 des Ru es of the Chief Administrator de l'Office of Court Administration du New York State Unified Court System ou aux procédures app cab es au Barreau, et nous acceptons de part c per ent èrement à cette procédure.

3.4 S'ag ssant des doss ers és à une Lettre de M ss on ém se par un Assoc é en Ca forn e, vous avez e dro t de cho s r un arb tre conformément aux procédures d'arb trage sur es honora res du Barreau de Ca forn e, a ns qu' est st pu é dans a Sect on 6200 et su v. du Ca forn a Bus ness and Profess ons Code. Ces procédures autor sent un ugement après 'arb trage, sauf s es part es acceptent par écr t, après a na ssance du t ge, d'être ées par a sentence arb tra e.

### 4. Intérêts et recouvrements

S a tota té du pa ement n'est pas reçue dans es trente (30) ours su vant a date de a facture, es sommes restant dues donneront eu au versement d' ntérêts à un taux annue éga au taux de base banca re (Pr me Rate) a usté au prem er our de chaque mo s c v et déterm né par référence au Wa Street Journa ou à tout autre nd ce ugé comparab e par nous, à notre ra sonnab e d scrét on. L'ob ect f de ces péna tés de retard est d'éva uer sur une base équ tab e es dépenses supp émenta res auxque es nous sommes exposés du fa t de ces mpayés. Vous acceptez de nous rembourser tous es coûts de recouvrement des sommes dues y compr s, sans que cec so t m tat f, es honora res et fra s ra sonnab es d'avocat, es fra s de ust ce et autres coûts engagés pour 'ut sat on de tout autre mécan sme de réso ut on des t ges en vue de recouvrer es sommes dues.

### 5. Clôture de la Mission

Notre M ss on de représentat on sera réputée être term née une fo s que nous aurons réa sé es prestat ons décr tes dans cette Lettre ou à tout moment après 'écou ement d'une pér ode de s x (6) mo s pendant aque e nous ne vous aurons fourn aucune prestat on facturab e.

## Conditions | Locales

### 6. Dossier Client

Pendant e dérou ement de notre m ss on de représentat on, nous pouvons être amenés à conserver un ou p us eurs doss ers dans eque nous p açons a correspondance, es contrats, es dépôts, a commun cat on de p èces, es p a do r es et autres documents es à notre m ss on de représentat on (« Doss er C ent »). Vous avez un dro t sur votre Doss er C ent. S vous demandez des photocop es des documents de votre Doss er C ent, en règ e généra e nous ne vous es facturons pas. Cependant, s eur vo ume est mportant, vous acceptez de supporter es coûts ra sonnab es és à votre demande. Vous reconna ssez que, faute d' nd cat on contra res écr tes de votre part, nous pouvons é m ner tous es documents concernant tous es doss ers évoqués c -dessus à tout moment à 'ssue d'un dé a de sept (7) ans à compter de a dern ère prestat on réa sée pour ceux-c . Cette é m nat on sera effectuée de man ère à préserver la confidentialité de ces documents. Vous reconna ssez que ces documents contenant e produ t de notre trava d'avocat, nos av s profess onne s, notes, pro ets et e-ma s seront et demeureront notre propr été et ne seront pas cons dérés comme fa sant part e du Doss er C ent. Vous reconna ssez que nous pouvons prendre et mettre en p ace des règ es de conservat on ra sonnab es pour ces documents.

## Ouzbékistan – Conditions Locales

### 1. Champ d'application

Les présentes Cond t ons Loca es s'app quent à a prat que ur d que de SNR Denton CA L m ted exercée au 90 Acad. Vos t Vokh dov Street, Yakkasaraysk y D str ct Tachkent, 100031, Répub que d'Ouzbék stan.

### 2. Informations relatives au Bureau

SNR Denton CA L m ted est mmatr cu ée en Ang eterre et au Pays de Ga es sous e n°04055729. E e est ent èrement détenue par SNR Denton UK LLP, qu est autor sée par a So c tors Regu at on Author ty et soum se à la cert e dern ère. Une ste de ses adm n strateurs et une ste des membres de SNR Denton UK LLP sont d spon b es au s ège soc a : One F eet P ace, Londres EC4M 7WS, Ang eterre. SNR Denton CA L m ted fourn t des serv ces depu s e Royaume-Un en Ouzbék stan v a un bureau qu a représente. E e exerce sous e nom de SNR Denton en Ouzbék stan.

### 3. Terminologie des Conditions Locales en Ouzbékistan

Les Taxes App cab es comprennent a TVA, sans être m tées à ce e-c .

« nous », « notre/nos » et « nous-mêmes » dés gnent SNR Denton CA L m ted.

### 4. Honoraires et frais (CG 3)

4.1 Outre nos honora res, nous vous facturons es fra s et débours que nous engageons, par exemp e es fra s és aux recherches, cours ers, serv ces d' nformat on, photocop es, affranch ssements, té éphone, tax s, honora res de traduct ons réa sées par des t ers, fra s de éga sat on, fra s notar aux, fra s adm n strat fs et de ust ce, fra s banca res, voyages en c asse affa res, hébergement à 'hôte et autres débours. Nous vous facturerons éga ement es autres coûts (par exemp e, es fra s de photocop es et de préparat on de CD) à nos tar fs ord na res a ors en v gueur.

4.2 Nous facturerons e temps passé en dép acement comme su t : ( ) s e montant tota facturab e pour un our que conque s'é ève à hu t heures ou p us, nous vous facturerons un quement e nombre d'heures trava ées ce our- à, à 'exc us on du temps de tra et ; ( ) s e montant tota facturab e pour un our que conque est nfér eur à hu t heures, nous vous facturerons une ournée de hu t heures pour toute ournée comp ète passée en dehors du bureau pendant es heures ouvrées, ndépendamment du nombre d'heures trava ées et du temps de tra et ; ( ) sous réserve des paragraphes ( ) et ( ) c -dessus, e temps de tra et en dehors de nos heures ouvrées hab tue es sera facturé à 50 % de nos tar fs hora res hab tue s.

4.3 est parfo s poss b e d'obten r une assurance « après s n stre ». Veu ez nous fa re savo r s vous souha tez exp orer cette poss b té ou recevo r nos conse s à cet égard.

4.4 Les « Personnes », aux fins des honoraires mentionnés à a C ause 3 des Cond t ons Généra es, nc uent tous es membres du personne non nscr ts au Barreau du Royaume-Un .

### 5. Frais et honoraires lors des dossiers contentieux (CG 4)

5.1 La So c tors Regu at on Author ty ex ge que nous vous préven ons que :

(a) vous serez tenu de payer ' ntégra té de nos factures, ndépendamment de toute déc s on sur es fra s pr se contre votre adversa re ;

(b) s vous perdez a procédure, vous serez probab ement tenu de payer vos propres fra s et ceux de votre adversa re ;

(c) même s vous a gagnez, se peut que votre adversa re ne so t pas condamné à payer vos fra s ou qu' so t dans l'incapacité de payer, surtout s'il bénéficie d'une assistance ur d que et gratu te des Commun ty Lega Serv ces ; et

(d) es règ ements des tr bunaux (Ru es of court) m tent es fra s suscept b es d'être récupérés dans certa ns types de procédures éga es.


snrdenton.com

## Conditions | Locales

5.2 S  un tr buna  nous ordonne de payer des fra s à cause de  a façon dont vous nous avez demandé de mener un doss er ou parce que vous ne nous avez pas rem s  es fonds suffisants ou ne nous avez pas donné des instructions adéquates en temps vou u, nous pourrons vous facturer ces fra s.

5.3 À  ' ssue d'une aud ence pré m na re, e tr buna  peut éva uer ses fra s et ordonner la part e de  es payer. S  e tr buna  rend ce type de déc s on à votre encontre et nous ne détenons pas de fonds suffisants pour vous sur notre compte c ent, vous serez tenu de nous verser  e so de à temps pour que nous pu ss ons rég er ces fra s dans  es dé a s  mpart s ou de procéder à un pa ement d rect.

### 6. Factures (CG 6)
Des  ntérêts pourront vous être réc amés sur toute facture non payée dans  e dé a d'un mo s à compter de sa récept on. Ces  ntérêts portant sur  es montants  mpayés se cumu eront sur une base  ourna ère au taux a ors app cab e aux dettes constatées par  ugement et seront ex g b es à prem ère demande. Pour de p us amp es  nformat ons sur vos dro ts concernant  es factures, veu ez vous reporter au dos de ce es-c .

### 7. Obligations et droits des tiers (CG 8)
La C ause 8 des Cond t ons G oba es s'app que nonobstant  e Contracts (R ght of Th rd Part es) Act de 1999.

### 8. Couverture d'assurance (CG 9)
Nous sommes couverts par une assurance responsab té c v e profess onne e souscr te auprès de Trave ers nsurance Company L m ted and others, c/o AON L m ted, 8 Devonsh re Square, London EC2M 4PL.

### 9. Responsabilité financière (CG 10)
Notre responsabilité financière à votre égard pour chaque mission qui nous est confiée, par vous ou par vos représentants, ne pourra excéder :

(a) tro s m  ons de  vres ster ng ; ou
(b) tro s fo s e tota  des honora res facturés et reçus pour a m ss on (à  'exc us on de  a TVA et des débours), s  ce montant est p us é evé ; ou
(c) tout autre plafond de responsabilité financière stipulé ou convenu dans  a Lettre de M ss on.

### 10. Conflits d'intérêts (CG 11)
Les Règles de la SRA en matière de Conflits nous sont app cab es.

### 11. Réclamations (CG 14)
S  vous n'êtes pas sat sfa t de  a façon dont nous avons géré une réc amat on de votre part, vous pouvez  a porter devant  e Lega  Ombudsman. Vous pouvez  u  écr re à  'adresse PO Box 15870, B rm ngham B30 9EB, ou  e contacter par

courr er é ectron que (enqu r es@ ega ombudsman.org.uk) ou par té éphone (0300 555 0333). S  vous déc dez de porter votre réc amat on devant  e Lega  Ombudsman, vous êtes tenu de  e fa re dans un dé a  de s x mo s à compter de votre dern er contact avec nous. S  votre réc amat on porte sur une facture, vous pouvez demander une éva uat on au tr buna conformément à  a Part e   du So c tors Act de 1974.

### 12 Conservation des documents (CG 17)
Nous détru sons tous  es documents s x ans après  a c ôture du doss er.

### 13. Financial Services and Markets Act 2000
Nos prestat ons peuvent re ever des act v tés rég ementées dans  e cadre d' nvest ssements au sens du F nanc a Serv ces and Markets Act de 2000. Nous ne sommes pas agréés par  a F nanc a  Serv ce Author ty aux termes de cette o . Nous pouvons, cependant, entreprendre des act v tés (te es que  'organ sat on et  e conse ) qu  sont accesso res à nos prestat ons  ur d ques ou peuvent être ra sonnab ement cons dérées comme fa sant part e de ce es-c . Ce fa sant, nous sommes soum s à  a So c tors Regu at on Author ty. Vous ne devez  nterpréter aucun é ément de nos commun cat ons comme étant un conse  sur  es avantages de procéder à un que conque  nvest ssement ou cess on, ou comme une  nv tat on ou une  nc tat on à entreprendre des act v tés d' nvest ssement.

### 14. Directive sur les abus de marché
14.1 S  vous souha tez que nous étab ss ons et ten ons à jour une liste d'initiés afin que vous puissiez respecter vos ob gat ons aux termes de  a D rect ve sur  es abus de marché (2003/6/CE) et de toutes  es règ es étab es en vertu de cette d rect ve (co ect vement dénommées es « MAR »), vous devez nous en nformer. S  vous dés rez un exemp a re d'une  ste d'n t és que vous nous avez demandé de ten r à our, nous vous  a fourn rons dès que poss b e, à tout moment pendant une pér ode max mum de c nq ans et un  our après  'étab ssement ou  a m se à  our de  a  ste.

14.2 Nous prendrons toutes les mesures nécessaires afin de veiller à ce que toute personne dont le nom figure sur une ste d'n t és :

(a) a t conna ssance des ob gat ons éga es et rég ementa res en décou ant ; et
(b) so t avert e des sanct ons pour mauva s usage ou circulation inappropriée d'informations financières sensibles.

Vous êtes tenu de respecter le caractère confidentiel de toute  ste d'n t és que nous vous fourn rons et de ne  ut ser qu'à des fins de conformité aux MAR.

## Conditions | Locales

### 15. Consumer Protection (Distance Selling) Regulations 2000

Cette C ause ne s'app que qu'aux nouveaux c ents nd v due s qu n'ont pas rencontré a Personne qu ag ra pour eux. Aux termes des Consumer Protect on (D stance Se ng) Regulations 2000, vous disposez d'un « délai de réflexion » de sept jours pendant lequel vous pouvez décider finalement de ne pas fa re appe à nous pour vous représenter. Pendant cette pér ode, nous ne sommes pas autor sés à trava er pour vous. Merc de nous préven r par écr t s vous souha tez annu er vos nstruct ons. S vous nous autor sez à démarrer e trava mméd atement, ce dro t d'annu at on ne s'app que p us et nous pouvons nous mettre au trava sur- e-champ

### 16. Loi applicable et juridiction compétente (CG 20)

Le dro t ang a s rég t tous es accords et contrats entre vous et nous se rapportant à nos prestat ons. S une p a nte, un t ge ou un d fférend, de que que nature qu' so t, résu te de ces contrats et accords ou est é à ceux-c (par exemp e, toute quest on re at ve à eur ex stence, eur va d té ou eur exp rat on), vous acceptez de vous soumettre à a ur d ct on exc us ve des tr bunaux ang a s. Cependant, nous pouvons déc der, à notre seu e d scrét on, de soumettre a p a nte, e t ge ou e d fférend à 'arb trage à Londres devant un seu arb tre conformément à a C ause 4 des Cond t ons Loca es (D spos t ons re at ves à 'arb trage app cab es aux Cab nets SNR Denton UK).

**SNR DENTON**



**SNR Denton Locations**
- Offices, associate offices and facilities*
- Associate firms and special alliances*

**SNR DENTON**

snrdenton.com

© 20   SNR Den on.

SNR Den on is he collec ive rade name for an in erna ional legal prac ice. Any reference o a "par ner" means a par ner, member, consul an or employee wi h equivalen s anding and qualifications in one of SNR Denton's affiliates. This publication is not designed to provide legal or other advice and you should not take, or refrain from taking, action based on its con en . A orney Adver ising. Please see snrden on.com for egal No ices, including fur her informa ion on our professional obliga ions.

CS24674—UK Revised October 2011

**ANNEXE B**

RÉPUBLIQUE DE GUINEE
-------------
Travail - Justice – Solidarité

Conakry, le 2 5 AOUT 2012

**MINISTERE DES MINES
ET DE LA GEOLOGIE**
-------------
**CABINET DU MINISTRE**
-------------

N° 1 4 7 2 /MMG/CAB/2012

**STRICTEMENT CONFIDENTIEL**

*Le Ministre*

A

**SNR Denton US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364 USA**

**A l'attention de Mr. Jonathan D. Cahn**

Objet : **Lettre de nomination en tant
Que Conseiller Juridique du
Ministère des Mines et de la
Géologie, Projet Simandou
Guinée – Conakry**

**Monsieur,**

Le 02 mai 2012, la Banque Mondiale a signé avec un consortium de Cabinets spécialisés, le contrat N° 7162670 (Contrat Banque Mondiale). Ce contrat avait notamment pour objet d'assister sur les plans juridique, technique et financier la République de Guinée à travers le Ministère des Mines et de la Géologie (le Ministère), dans la mise en œuvre du Projet SIMANDOU (le Projet).

La présente lettre vise à poursuivre ce contrat en confirmant la nomination, par le Ministère des Mines et de la Géologie (« Ministère ») de la République de Guinée, du Cabinet SNR Denton US LLP (la « Firme »), membre du Consortium recruté par la Banque Mondiale, en qualité de Conseiller Juridique.

Cette nomination en tant que Conseiller du Ministère, est la suite logique du contrat visé ci-dessus, et est considérée avoir commencé le 02 Mai 2012, date à laquelle le Contrat Banque Mondiale a été mis en vigueur, et se prolongera pour la durée dudit Contrat Banque Mondiale, encore valable jusqu'au 30 Septembre 2012. Les Termes de Références relatifs à la poursuite de la mission au-delà du 30 septembre 2012 vous seront transmis.

# REDACTED

De plus, SNR DENTON pourra acquérir de temps en temps les services de conseillers tiers incluant des experts des domaines financiers, techniques, miniers et communication possédant les qualités requises par le Projet et en support à la participation du Gouvernement Guinéen dans le Projet. Votre firme fera cela en accord avec ses pratiques usuelles sous condition de respecter les droits du Ministère, le privilège avocat-client et la confidentialité sur tous les sujets concernant cette représentation. Vous êtes tenu de  notifier par écrit au Ministère avant d'engager un expert ou conseiller tiers et de communiquer les conditions financières de cet engagement.

Toute facturation relative aux activités relatives à la mission relative à cette nomination se fera conformément au Contrat Banque Mondiale et dans la mesure où elle ne serait pas assurée par la Banque Mondiale, sera sujette et en ligne avec les arrangements de financement qui seront agréés entre la Firme et le Ministère.

Je vous prie de croire, **Monsieur,** en l'expression de nos meilleurs sentiments.

**Mohamed Lamine FOFANA**

# SNR DENTON ⅃

**ANNEXE C**

SNR Denton US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

snrdenton.com

Ministry of Mines and Geology Guinea Conakry
Mohamed Lamine Fofana Ministry of Mines and Geology Guinea Co
BP: 295
Conakry
GUINEA

November 27, 2012

**Invoice**

Washington DC, le 27 novembre 2012

Monsieur le Ministre,

Suite à votre dernière rencontre avec la Banque Mondiale, et dans le but de vous fournir les éléments nécessaires pour la définition du budget pour le coût de vos conseillers pour le projet Simandou, nous vous prions de bien vouloir trouver ci-joint notre facture d'honoraires et de dépenses pour la période allant du 2 mai 2012  au 31 octobre 2012, qui reprend l'ensemble du travail effectué par notre firme et ses différents sous–traitants  pour le compte du Ministère des Mines et de la Géologie de la Guinée sur le projet Simandou.

Il est important que vous puissiez prendre connaissance de ce document afin que nous puissions en discuter.

Cette facture a été établie sur la base de nos taux horaires standard. Je souhaiterais avoir un entretien en tête-à-tête avec vous pour discuter de cette question.

Je vous prie de croire, Monsieur le Ministre, en l'expression de mes sentiments dévoués.

Jonathan Guer

## RECAPITULATIF DES HONORAIRES ET DES COUTS

|  | **Totaux** |
|---|---|
| Honoraires (mai-octobre 2012) | $2,821,589 |
| Coûts (mai-octobre 2012) | $190,536 |
| Honoraires et coûts (mai-octobre 2012) | **$3,012,126** |
| Heures travaillées (mai-octobre 2012) | **4445** heures |

1

# SNR DENTON �ُ

SNR Denton US LLP          snrdenton.com
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Ministry of Mines and Geology Guinea Conakry                    November 27, 2012
Mohamed Lamine Fofana Ministry of Mines and Geology Guinea Co
BP: 295                                                                    **Invoice**
Conakry
GUINEA


Client/Matter:   10025788-0001

Simandou Project with Rio Tinto and Chinalco
Négociation et Structuration
_____
Pour services rendus au cours de la période allant du 2 mai 2012 au 31 octobre 2012 :

# REDACTED

25522374\V-1

# SNR DENTON ⅃

SNR Denton US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

snrdenton.com

Ministry of Mines and Geology Guinea Conakry
Mohamed Lamine Fofana Ministry of Mines and Geology Guinea Co
BP: 295
Conakry
GUINEA

November 27, 2012

**Invoice**

# REDACTED

25522374\V-1

# SNR DENTON ⅃

SNR Denton US LLP                    snrdenton.com
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Ministry of Mines and Geology Guinea Conakry                    November 27, 2012
Mohamed Lamine Fofana Ministry of Mines and Geology Guinea Co
BP: 295                                                                         **Invoice**
Conakry
GUINEA

# REDACTED

# SNR DENTON ⁊

SNR Denton US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

snrdenton.com

Ministry of Mines and Geology Guinea Conakry
Mohamed Lamine Fofana Ministry of Mines and Geology Guinea Co
BP: 295
Conakry
GUINEA

November 27, 2012

**Invoice**

# REDACTED

25522374\V-1

# SNR DENTON ⅃

SNR Denton US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

snrdenton.com

Ministry of Mines and Geology Guinea Conakry
Mohamed Lamine Fofana Ministry of Mines and Geology Guinea Co
BP: 295
Conakry
GUINEA

November 27, 2012

**Invoice**

# REDACTED

6