# SNR DENTON

Conakry, December 24, 2012

**HAND DELIVERED**                                                    **STRICTLY CONFIDENTIAL**

His Excellence, the Minister Mohamed Lamine Fofana
Ministry of Mines [and] Geology
PO Box 295
Conakry, Republic of Guinea

Re :     **Engagement letter addressed to the Ministry of Mines and Geology, Project Simandou – Conakry, Guinea**

Dear Minister:

This letter ("Letter") confirms the agreement of the Minister of Mines and Geology of the Republic of Guinea (the "Ministry" or "Client") to engage the firm SNR Denton US LLP and its affiliates (the "Firm") to provide services beginning October 1, 2012 as Legal Advisor to the Ministry and to the Government of the Republic of Guinea in relation with the development and financing of the Simandou iron ore mining project and its related infrastructure, port and railroad ("Simandou" or the "Project").   This new engagement constitutes a continuation of the mission of the Legal Advisor to the Government of Guinea and is further to the engagement letter signed by the Minister of Mines and Geology for the assignment from May 2 through September 30, 2012, attached hereto. This continuation of the engagement will terminate upon the conclusion of the selection process launched by the Government on September 5, 2012 (**P12296 IDA Q8160 WB3228-09/12, WB3227-09/12, and WB3229-09/12)**, in the context of World Bank Project number P122916.

# REDACTED

[initials]

# REDACTED

[initials]

# REDACTED

In addition, the Firm may from time to time seek the services of third party advisors, including experts in financial, technical, mining and communication matters, possessing the qualifications required for the Project and supporting the GoG's participation in the Project. The Firm will do this in accordance with its usual practice, conditioned on respecting the rights of the Ministry, attorney-client privilege and confidentiality in all matters relating to the scope of this engagement. Before hiring any of these third-party experts or advisors, the Firm shall notify the Ministry in writing with the financial terms of their engagements.

   **2.     Terms and Conditions.** Our General Terms and Conditions (the "**Terms and Conditions**"), a copy of which is provided as an attachment hereof, apply to the current matter and any additional matter that we will handle for you. They contain the general terms and conditions applicable to all our international working groups. When one of these groups works on a matter, it does so in accordance with and pursuant to these Terms and Conditions. You should therefore consider these Terms and Conditions as a passport to work with all offices of SNR Denton, wherever they may be located.

                                                                           [initials]

The Terms and Conditions are amended, modified and supplemented by the Local Terms and Conditions. Distinct Local Terms and Conditions apply, depending on the country where the Firms practice. To the extent the General Terms and Conditions and the Local Terms and Conditions differ, Local Terms and Conditions shall prevail. This Engagement Letter shall prevail over the Terms and Conditions and the Local Terms and Conditions. Unless otherwise stated, terms defined in this Letter have the meanings described in the version of the Terms and Conditions.

3.      **Team and Fees.** In accordance with the Terms and Conditions, our costs and fees are due upon receipt of our invoice.  However, the Firm confirms its intention to defer payment as follows: the Firm understands that neither the Ministry nor the Government of the Republic of Guinea currently have the necessary funds to pay for the costs and fees of the representation, but the Ministry will implement in good faith all efforts necessary to secure funding for this representation, either through the Ministry's budget or through external funding. Because we are well aware of the urgent needs of the Ministry to provide the accelerated services described below, as long as the Ministry continues to make these efforts, the Firm, not taking into account the lack of funding, will defer collection of fees and expenses billed in accordance with this Letter and in accordance with the Terms and Conditions until the appropriate financing is in place.  The Firm is entitled to transfer from [*sic*] its invoices, in whole or in part, to third parties, based on terms that do not compromise its loyalty obligations with respect to the Client with respect to the representation, and subject to any other applicable rule regarding professional liability.

Meanwhile, the Ministry authorizes the Firm to seek, with third parties, various options for the financing of its representation and to present these options in the form of a written proposal to the Ministry for its consideration, in which case the Ministry will consider the proposals, in good faith, subject of course to the fact that the Ministry may exercise its right to ensure that our representation as Legal Counsel is sincere and loyal and is ethically independent of any funding source. Our fees will be invoiced based on time spent on the representation and the hourly rates charged by each party according to the table shown below:

| Position | Rate ($ hourly) | Office |
|---|---|---|
| Partners | **700 to 1000** | Washington,      DC, London, Paris |
| Sr. Advisors | **700 to 850** | Washington DC |
| Of Counsel | **600 to 700** | Washington,      D.C., Paris |
| Associates | **200 to 550** | Washington,      D.C., Paris, London |

Our mission will involve costs and / or expenses, as described in the Terms and Conditions. In addition, the Firm may from time to time seek the services of third party advisors, including experts in financial, technical, mining and communication matters, possessing the qualifications required by the Project. The Firm will do this in accordance with its usual practice conditioned on respecting the rights of the Ministry, attorney-client privilege and confidentiality in all matters relating to the scope of this engagement. A list of third-party advisors already providing services on behalf of the Firm will be provided to you by letter. Before hiring any of these additional third-party experts or advisors, the Firm shall notify the Ministry in writing with the financial terms of their engagements.

[initials]

17778932\V-1

Any invoicing related to this mandate will be in accordance with the approved funding terms. To the extent that the Firm will receive, from any third party, payments relating to our mandate pursuant to the conditions thereof, we will make the corresponding deduction of the amounts due by the Ministry. We attach to this Letter the invoice for the period from May 2 to October 31, 2012, which we would ask you to approve by signing same.  Our next invoices will be sent to you on a periodic basis.  Laurent Lavigne du Cadet (Senior Advisor Washington DC), Charles Wood (Partner London) and I will coordinate the representation of the Ministry by the firm. If at any time you have any concern about any aspect of our services including our invoices, kindly let Charles, Laurent or me know and we are committed to resolving any issue that will be raised by the Ministry. We also have a formal complaints procedure and a copy of this procedure is available upon request.

    **4.**    **Conflicts**.  Based on an internal review of our records, we have concluded that we have no conflict of interest in providing this representation. Nevertheless, the Terms and Conditions contain provisions relating to ethical conflicts and conflicts of interest, including provisions relating to issues of conflicts that could arise in the future, which you should read attentively.

# REDACTED

Please confirm your agreement to the terms of this Letter and the Terms and Conditions and the provisions regarding conflicts by signing in the space provided and returning to us two originals. We would appreciate a prompt return of these copies, but as you know, we have already started working on this matter based on the terms and conditions set forth in this Letter. Do not hesitate to contact me if you have any questions about any point of this Letter or the Terms and Conditions, or about any point of our mission.

We are very pleased to be your counsel and work with you on this Project.

Most sincerely,


[signature]

Jonathan D. Cahn
Partner

**<u>Agreement</u>**

The undersigned hereby confirms having read and understood the terms and conditions of this Letter and the Terms and Conditions [*sic*], and having accepted them.


Ministry of Mines and Geology, Guinea

By: _____
His Excellency, the Minister Mohamed Lamine Fofana
Ministry of Mines and Geology




Enc.:   SNR DENTON - Terms and Conditions, Schedule A
        Engagement Letter signed by the Ministry of Mines and Geology dated August 25, 2012, Schedule B

        Invoice for the period from May 2 to October 31, 2013, Schedule C



YNDIGO
TRANSLATIONS

STATE OF NEW YORK )
                   ) ss
COUNTY OF KINGS    )

CERTIFICATE OF ACCURACY

I hereby certify that the attached is, to the best of my knowledge, ability and belief, a true and complete translation from French to English of *Engagement Letter on SNR DENTON letterhead addressed to Minister Mohamed Lamine Fofana, Ministry of Mines and Geology, Project Simandou - Conakry, Guinea, by Jonathan D. Cahn, Partner, SNR Denton US LLP,* dated December 24, 2012

Glenn Cain
President
Yndigo Translations

Subscribed and sworn to before me this ⟨28⟩ day of ⟨JULY⟩, 2014.

_____
Notary Public
My Commission Expires:

PETER K. JACOB
NOTARY PUBLIC, STATE OF NY
NO. 01JA5053666
QUALIFIED IN KINGS COUNTY
COMMISSION EXP: DEC. 26, 20⟨17⟩

709 CARROLL STREET, BROOKLYN, NY 11215 • 347.223.4334 • WWW.YNDIGOTRANSLATIONS.COM

**SNR DENTON**

# Terms of Business

**Welcome to SNR Denton.** We are very pleased you have chosen us to act for or represent you, and we look forward to our relationship. We know this is a lengthy document, but trust that it will assist you by providing in one place detailed information about each of the locations in which we may be of service. This way you may access our services globally through a single set of terms as your passport to our international legal practice. Of course, if any of our Locations do not provide services to you, then their Location-specific provisions will not apply. These Terms of Business, together with an associated Engagement Letter authorised by a Partner, set forth the terms and conditions of our representation. If you have any questions about our representation, please contact your relationship Partner.

## Terminology

SNR Denton is the collective trade name for an international legal practice including SNR Denton Group (a Swiss Verein), SNR Denton UK LLP, SNR Denton US LLP and their affiliated undertakings, each of which is a separate and distinct legal entity. SNR Denton Group (a Swiss Verein) does not itself provide legal or other client services.

"Associate Office" means one of the separate and independent legal practices operated in association with SNR Denton & Co as set out in the applicable Location Terms.

"Client", "you" or "your" means the party or parties to an Engagement Agreement with us.

"Engagement" means each matter on which we act for or represent you under an Engagement Agreement.

"Engagement Agreement" means the contract under which we will provide services to you on each Engagement, the terms and conditions of which are set out in (i) an Engagement Letter; and (ii) the Terms.

"Engagement Letter" or "Letter" means a separate letter of engagement authorised by a Partner and issued by us for each matter on which we act for or represent you or any equivalent record of our Engagement.

"Entity" means a separate and distinct legal entity, company or partnership that is a Member, or owned, partially owned, or controlled, either directly or indirectly, by a Member.

"Global Terms of Business" "Global Terms" or "GT" means the global terms that apply to all Practices and form part of an Engagement Agreement.

"Individual" means a partner, member, principal, manager, director, employee, consultant or subcontractor of a Practice or any predecessor of or successor to a Practice.

"Local Authorities" means the independent regulator or professional ethics bodies that regulate each Practice in the jurisdiction(s) in which they operate and as may be identified in the Location Terms.

Terms of Business | Global

"Location" means any office, Associate Office, facility, associate firm or special alliance within the international legal practice, as the Practice is more specifically defined in the Location Terms.

"Location Terms of Business", "Location Terms" or "LT" means the Location-specific terms and conditions applicable to an Engagement and which form part of an Engagement Agreement.

"Member" means a separate and distinct legal entity with membership in SNR Denton Group (a Swiss Verein).

"Partner" means a partner, member, consultant or employee with equivalent standing and qualifications in a Practice, except as may be modified by the Location Terms.

"Practice" means an Entity and/or Associate Office.

"Related Affiliate" means (a) every organisation which you control, or which controls you or which is under common control with you; and (b) all the directors, employees, representatives, agents and advisers of you and of those entities.

"SNR Denton" or the "Firm" means one or more Practices.

"Terms of Business" or "Terms" means the collective Global Terms and Location Terms.

"We", "our" or "us" means the Practice with which you enter into an Engagement Agreement.

# Global Terms of Business

## 1. Contracting Parties
1.1 You agree that the Terms apply to all your matters, except to the extent we inform you in writing that different terms apply. The Engagement Letter takes precedence over the Terms. These Global Terms apply to all Engagements and are amended, modified and supplemented by the Location Terms. Different Location Terms apply depending on the jurisdiction in which Practices operate, and differ to meet local practising, ethical, tax and regulatory requirements. To the extent these Global Terms and the Location Terms differ, the Location Terms take precedence.

1.2 If we started work for you before the terms of our Engagement Agreement were finalised, you agree that the Engagement Letter and the Terms apply retrospectively to the start of our work for you.

1.3 We may appoint other Practices to assist with your matter. Where we do, we will, at our election, do so by a subcontract or as your agent and these terms and any applicable Location Terms shall apply to that appointment.

1.4 Where we appoint another Practice as agent on your behalf, it will be responsible directly to you for the provision of its services. Where we appoint another Practice by subcontract, we remain solely responsible for the provision of all services under the Engagement.

1.5 We will not be responsible for excluded matters or matters not included in the Engagement Letter.

1.6 If multiple Clients are being represented, any specific additional details will be referred to in the applicable Engagement Letter.

## 2. Responsibility for Your Matters
A Partner will have overall responsibility for each of your matters. Other Individuals may be involved, as appropriate. We may also instruct counsel, experts, lawyers in other jurisdictions or other third parties for you.

## 3. Fees and Charges
3.1 Different terms regarding the calculation of fees and charges may apply to each Practice. These are set out in the Location Terms. Below are the general terms that apply to all such entities but these may be amended, modified or supplemented by the Location Terms or by specific terms in the Engagement Letter.

3.2 Our fees and those of other Practices are generally calculated by reference to the time spent by Individuals on your matter at their hourly charging rates applying at the time, which may be adjusted from time to time. Individuals include legally qualified persons, lawyers, professionals and other support staff. The rates applicable to each matter are set out in the relevant Engagement Letter but may be adjusted from time to time in accordance with the above. All fees stated or quoted are exclusive of all local taxes and net of all withholdings or deductions which may apply in the jurisdiction of the payer, which shall be payable in addition. Without prejudice to the generality of the foregoing, the Location Terms also contain provisions relating to the taxes applicable to each Practice.

3.3 Our charges and those of each other Practice are not contingent and will be payable whether or not a matter is concluded. If we agree on a fee for a matter which then does not conclude, we may charge up to the agreed fee by reference to the time spent.

3.4 As well as our fees, we will charge you and you agree to pay any costs and expenses we incur on your behalf. These are set out in the Location Terms applicable to us. Where costs are charged to us by third parties, we will charge you the amount charged to us. We may retain retrospective discounts or



## Terms of Business | Global

recoveries if it is not economic for us to identify the clients to which they might be rebated. We will charge for other office costs at our standard rates from time to time. Where it is efficient to do so, we may use specialised information and other systems on some types of matters. In these cases we may make a charge for use.

3.5 Where we instruct third parties, such as counsel, experts, lawyers or others on your behalf, we will do so as your agent. You will be responsible for their fees, costs and any applicable tax. We may arrange for these charges to be billed directly to you or include them with or in our invoice to you. If we include them in our invoice to you, we may retain the benefit of any foreign currency fluctuations realised between the time of billing and the time of payment.

3.6 You may have insurance policies covering an Engagement. You should check these carefully and, if coverage is or could be available, notify the relevant insurance company as soon as possible. We will not advise you of the existence, applicability or availability of insurance coverage unless we expressly agree to do so and you give us copies of such policies. If an insurance company pays us any portion of our invoices, you will remain responsible for paying us any balance outstanding.

3.7  Any estimate we give you of our fees, costs and expenses for an Engagement cannot, by its nature, be exact, and because it is based on incomplete or changing information is subject to change. Such estimates will not be binding on us and the actual fees and costs will be determined in accordance with these Terms and may vary significantly from such estimate.

### 4. Charges in Contentious Matters

Each Practice may have separate terms for charges on contentious and potentially contentious matters. These terms are set out in the applicable sections of the Location Terms. In some jurisdictions, it is possible to recover some of the costs you incur on contentious matters and in others it is not.

### 5. Payments on Account

5.1 We may ask you to make payments on account of anticipated fees, costs (including the fees, costs and expenses of other Practices and third parties) and any applicable taxes. A request for payment on account is not an estimate of, or a cap on, any fees, costs, expenses or applicable taxes. We may apply such payments towards any invoice issued to you, unless we received the payment for another specified purpose. This will not affect any statutory right to challenge the amount of the invoice.

5.2  We will hold any funds you pay to us in accordance with the laws and rules that apply to us. Any moneys paid on account of

fees, costs and expenses will be held in your name by us or on our behalf. This money will be held in a bank account at your risk and pursuant to any applicable limitation of liability set out in these Terms.

### 6. Invoices

6.1 We may invoice monthly or otherwise issue interim invoices to you. Other Practices may invoice you directly. Please also let us know any particular invoicing requirements that you have so we can consider them before we start work.

6.2 Our invoices and those of other Practices are payable when delivered. Each Practice has different terms for the non-payment of invoices, which are set out in the applicable sections of the Location Terms.

6.3 Where you expect a third party to reimburse you for our fees, costs and expenses, we are entitled to recover payment in full from you, even if the third party does not pay you on time or at all.

6.4 If you operate or reside in, or arrange to pay any Practice's invoices through, any country or territory whose laws require any withholding or deduction to be made from the payment of those invoices, you must increase the amount of the payment so that the applicable Practice receives the same amount it would have been entitled to receive if no such withholding or deduction had been required. It might not be possible or practicable for Practices to claim, or assist you in claiming, relief from withholding taxes under applicable local laws or double tax treaties.

### 7. Communications and Information Systems

7.1 Practices may communicate with you and any of your Related Affiliates using any usual method they consider appropriate, including email. Email may not be an absolutely secure method of communication, may be copied and held by various computers as it passes between us, and could be intercepted by improperly accessing your computer or our computers or even another computer unconnected to either of us through which email passes. Please contact the Partner responsible for your matter if you need special security arrangements or other communication requirements (for example, that we should communicate only with a named individual).

7.2 Where possible, Practices will circulate draft documents and other correspondence in electronic form only and not in hard copy (unless specifically requested). We will not use specific security arrangements for electronic transmissions unless directed otherwise.

7.3 Subject to any specific confidentiality restrictions that need to be in place for a matter, we may share any information we receive from you or send to you with other Practices. Any information that you pass to us will be treated by other Practices with the same level of protection and confidentiality that we would apply to it.

## Terms of Business | Global

7.4 Practices have taken steps they believe to be reasonable to keep their information and communications systems secure, available and safe from attack. To the extent permitted by law, Practices do not accept any liability (whether caused by our or another Practice's negligence or otherwise) that results from:

(a) use of email communication;
(b) viruses or other malicious programs;
(c) interruptions to the availability of our information services; or
(d) third parties obtaining unauthorised access to information in our systems or during transmission.

7.5 The spam and virus filters and security arrangements of Practices may sometimes reject or filter out legitimate emails. You should, therefore, follow up important emails by telephone.

### 8. Duties and Rights of Third Parties

8.1 To the extent permitted by law and unless otherwise agreed in writing, we and each Practice disclaim any liability to any person other than the Client named in the Engagement Letter. If another person specifically asks for the right to rely on our or another Practice's advice, we will consider it, but we reserve the right to decline. You agree that you are not seeking our advice or services on behalf of another, unless we expressly agree in writing in advance.

8.2 You may not assign an Engagement Agreement.

8.3 We do not intend any terms of an Engagement Agreement other than those in Clause 10 of these Global Terms to be enforceable by any person who is not a party to the Engagement Agreement. No consent is required from any person who is not a party to the Engagement Agreement in order to rescind, vary, waive, assign, novate or otherwise dispose of all or any of our respective rights or obligations under it.

### 9. Insurance Coverage

Each Practice has professional indemnity insurance cover.
See the SNR Denton website and, where relevant, the Location Terms for details.

### 10. Liability

10.1 The provisions in this Clause 10 deal with the liability we and other Practices may have to you under an Engagement Agreement; specifically how that liability is limited. For some jurisdictions where Practices operate, applicable laws prohibit any such limitation. This Clause 10 will not apply to work performed by Practices in those jurisdictions.

10.2 Our financial liability to you arising in connection with an Engagement will not exceed the financial liability limit applicable to us and stated in the Location Terms.

10.3 Where we appoint another Practice by subcontract to provide services under an Engagement:

(a) such Practice will not have any liability to you; and
(b) you shall not bring any claim against such Practice, whether in contract or tort (for example, negligence or misrepresentation), for breach of statutory or other duty, or otherwise.

10.4 Where we, as your agent, appoint another Practice to assist on an Engagement that Practice will be liable to you for its advice and services, subject to the limitations, indemnities and disclaimers set out in the Global Terms and the Location Terms applicable to it and we will not be liable to you for any claims, demands, actions, losses, costs, liabilities or expenses resulting from that advice or those services.

10.5 On any Engagement on which we act for you:

(a) no Individual (save for the Partners of an Associate Office) will have any liability to you; and
(b) you shall not bring any claim against such Individuals, whether in contract or tort (for example, negligence or misrepresentation), for breach of statutory or other duty, or otherwise.

10.6 Where we are liable to you and other third parties in respect of an Engagement, the limitations of liability in this Clause 10 shall apply and represent our total liability to you and all such third parties.

10.7 If a Practice is liable to you on an Engagement and:

(a) it is jointly liable with any third party; or
(b) it has a right to contribution from any third party (including any of your Related Affiliates), then its liability is limited to its net contribution. Its net contribution will be calculated assuming all third parties have paid (and therefore after deducting) all amounts for which they: (i) are liable to you or it (whether or not you or we can collect any such amount); or (ii) would have been liable to you or it but for any limit on or exclusion of or compromise or reduction in liability (whether by law or agreement) in favour of the third party or Related Affiliate.

10.8 You agree to prevent your Related Affiliates from bringing any claim against a Practice or Individual in respect of an Engagement unless a Practice has expressly agreed in writing to accept liability to those Related Affiliates. You must indemnify all Practices and all Individuals against any claim in breach of this Clause (for example, a claim for negligence) and all related costs. If a Practice does accept liability to any Related Affiliate, the limits of liability in these terms apply to you and that Related Affiliate taken together, without increasing the aggregate liability of any Practice.

## Terms of Business | Global

10.9 The limits in this Clause 10 and the Location Terms apply to all liabilities whether arising in contract or tort (for example, negligence or misrepresentation), for breach of statutory or other duty, or otherwise, except:

(a) liability for death or personal injury caused by our negligence;
(b) liability for our fraud or our reckless disregard of professional obligations; or
(c) any other liability to the extent that its limitation or exclusion is prohibited by law.

### 11. Conflicts of Interest and Confidential Information

11.1 In this Clause "Conflict Rules" has the meaning given under the Location Terms applicable to us and each Practice.

11.2. You understand that each Practice may be a separate entity with separate client, matter and accounting systems. Further, you understand that Practices provide services in many areas of law, with numerous offices, lawyers and clients. The Practices may represent clients that are borrowers, creditors, investors or shareholders of yours or your Related Affiliates, or other entities with which you may transact business. Additionally, the Practices also may represent debtors, creditor committees or other parties with interests in, or connections to, for example, an insolvency or bankruptcy proceeding or workout situation in which you might be involved.

11.3  Except as may be expressly agreed and to the extent allowable under applicable law, you consent to the Practices acting on matters against you and any Related Affiliates provided that (a) they do not also act for you in the same or a related matter without your consent; and (b) they comply with the Conflict Rules, including those obligations to preserve confidentiality. Unless Members are working on the same matter, the conduct of one Member, if permitted under applicable rules of professional conduct, will not cause another Member to breach the Conflict Rules applicable to it or otherwise create a conflict of interest. Any specific additional details are referred to in the accompanying Engagement Letter.

11.4 If you become aware of a possible conflict of interest or a potential problem relating to our duties of confidentiality and disclosure, please raise it immediately with the Partner handling your matter.

11.5 Practices have no duty to disclose to you or use for your benefit confidential information they have obtained, or may obtain, from any person as a result of another Client providing us with instructions or confidential information.

11.6 If you give any Practice confidential information but then do not instruct it (or it cannot act for you), it may act for another Client on any matter to which your confidential information is relevant to the extent permissible under the Conflict Rules.

11.7 Sometimes Practices will second Individuals to work under the day-to-day control of a Client. The activities of these Individuals and confidential information acquired by them while on secondment shall not be attributed to any Practice for the purposes of, and shall not restrict the activities of any Practice under, the Conflict Rules.

### 12. Publicity

Practices are often asked to provide information about their experience, including matters they have handled and Clients for whom they act. They also issue publicity about themselves or particular matters. You consent to Practices issuing publicity that identifies you as a Client and describes the matters on which they have acted for you, in particular naming the parties, the industry area and the approximate value involved.

### 13. Data Protection and Anti-Money Laundering

13.1 This Clause 13.1 applies to any information you send to Practices located in the European Economic Area ("EEA") and the United Arab Emirates ("UAE"). In acting for you, Practices may need to process information about you, your employees, agents, contractors or other individuals whose details you give them. You confirm, for yourself and for any other individuals whose information you give us, that Practices have your consent to process this information for each of these purposes:

(a) providing their services and those of third parties they instruct on your behalf;
(b) preparing and sending marketing information about Practices or their activities except to those who have indicated they do not wish to receive it;
(c) identifying and avoiding conflicts of interest;
(d) as permitted by law; and
(e) transmitting or making it available to Practices outside the EEA or UAE. Our policy is to ensure that any information so disclosed or made available outside the EEA or UAE is treated with the same degree of confidentiality as in the EEA or UAE.

13.2 If, and to the extent that, Practices act as your data processor, they will only process personal data in accordance with your instructions and ensure that appropriate technical and organisational measures are taken against unauthorised or unlawful processing of personal data and against accidental loss or destruction of, or damage to, personal data.

## Terms of Business | Global

13.3 Practices have internal policies on their duties under anti-money laundering, anti-terrorist and other similar legislation applicable to each of them. Under these laws Practices may need to: (a) identify you, your Related Affiliates, agents, contractors or others whose details you disclose to them; and (b) obtain other information (including evidence of source of funds and ultimate beneficial ownership) at the start of, and at various times during, your relationship with them. You must provide Practices with all the evidence and other information they need for these purposes promptly. They may use it and any other information they obtain on you or any such person to comply with these policies and our legal obligations. They may also obtain information about you for these purposes from third party information providers. Subject to Clause 13.4, Practices will treat all such information with the strictest of confidence.

13.4 Practices will respect to the greatest extent possible your legal professional privilege and confidentiality. However, in some jurisdictions, Practices will be legally required in certain circumstances to make a report concerning you or your matters to relevant agencies, bodies or authorities. In such circumstances, you will have no recourse to the reporting Practice, including (without limitation) in respect of any losses, damages, costs or expenses you incur as a result.

### 14. Complaints

14.1 Practices strive to offer only the highest standards of service and in the unlikely and unfortunate event that you are dissatisfied with any aspect of their services, including the invoice, please contact the Partner with overall responsibility for the Engagement or your relationship Partner. If you are dissatisfied with the response, please write to our complaints Partner.

14.2 It is the policy of all Practices to investigate complaints thoroughly and respond promptly. A copy of our complaints policy is available on request.

### 15. Ending the Engagement Agreement

15.1  You may end an Engagement Agreement at any time unless other arrangements are expressly agreed for a matter or implicit in its circumstances. We may end an Engagement Agreement at any time on reasonable notice, except as otherwise precluded by our professional obligations. After the end of an Engagement Agreement, you agree to pay our and each other Practice's fees, costs, expenses and applicable taxes incurred before that Engagement Agreement ended and for any work we or they have to do afterwards. If we have agreed a fee for a matter and the Engagement Agreement ends before the matter concludes, we may charge up to the agreed fee by reference to the time spent. To the extent allowable under applicable law, until payment of all

sums due to us and all Practices, we will have a lien on all of your papers and on any other assets we hold for you.

15.2 You also agree to pay our invoices on time and not to object if we seek to terminate an Engagement Agreement due to non-payment of fees, costs or expenses.

### 16. Translations

Where Practices use or prepare a translation on your matter you should be aware that words and legal concepts used in one language may not have equivalents in another. You should not assume, therefore, that any translation exactly replicates the original text.

### 17. Retention of Records

Practices will only keep your paper, electronic or other records of your matter for the time periods and under the conditions  listed in the Location Terms applicable to them. They will not keep these records indefinitely and will generally destroy all records once that time has expired. If you would like a Practice to keep certain records for longer, please contact the Partner handling your matter or your relationship Partner. Practices may charge you if you ask them to retrieve or copy records for you after a matter has finished.

### 18. Copyright

Copyright and all other intellectual property rights in all documents, software and other work products any Practice supplies to you will stay vested in that entity (or their licensors). Each Practice hereby grants you, to the fullest extent they can, a licence to use and copy such work products but only in respect of the matters for which they were supplied to you.

### 19. Changes

We reserve the right to change or add to these Global Terms, either generally or for a particular Engagement, by notice in writing.

### 20. Governing Law and Jurisdiction

20.1 The law governing an Engagement Agreement is specified under our Location Terms.

20.2 The dispute resolution mechanisms for Engagement Agreements involving each Practice are listed in the Location Terms.

### 21. Client Understandings

You acknowledge that we cannot make and have not made any guarantees regarding the outcome of any matter. Any discussions we have with you regarding our representation of you are limited by our knowledge at the time.

## Terms of Business | Global

### 22. Client Responsibilities

You agree to cooperate fully with us in our work by, among other things, providing us with relevant documents and information; making yourself reasonably available for consultation and interviews; and giving us full and candid disclosure of all facts that we request or that appear relevant regarding the representation.

### 23. Entire Agreement

An Engagement Agreement constitutes the entire agreement pertaining to our Engagement, and it shall not be modified by any policies, procedures, guidelines or correspondence from you or your representatives unless agreed to in writing by us.

### 24. Severability

If any part of an Engagement Agreement shall be held to be illegal, invalid or unenforceable, it shall to that extent be deemed not to form part of that agreement and the enforceability of the remainder of the Engagement Agreement shall not be effected. For the avoidance of doubt, any terms in an Engagement Agreement will not apply if there is an overriding contrary provision of law which is not capable of exclusion by these Terms.

## Location Terms of Business

### 1. Application of Terms

The Global Terms apply to all Engagements and are amended, modified and supplemented by the Location Terms. Different Location Terms apply depending on the jurisdiction in which Practices operate, and differ to meet local practising, ethical, tax and regulatory requirements. To the extent the Global Terms and the Location Terms differ, the Location Terms take precedence.

### 2. Overview of Location Terms by Practice

Each Practice has an applicable section of the Location Terms broadly organised by jurisdiction of practice:

- **Bahrain** – SNR Denton & Co
- **Belgium** – SNR Denton US LLP
- **Egypt** – SNR Denton Egypt LLC
- **France** – SNR Denton UK LLP
- **Jordan Associate Office** – Safwan Moubaydeen Law Firm in association with SNR Denton & Co
- **Kazakhstan** – SNR Denton Kazakhstan Limited
- **Kuwait Associate Office** – The law office of Dr Ahmed Al-Samdan in association with SNR Denton & Co.
- **Sultanate of Oman** – SNR Denton & Co
- **Qatar** – SNR Denton & Co
- **Russia** – SNR Denton (CIS) Limited

- **Kingdom of Saudi Arabia Associate Office** – The law firm of Wael A. Alissa in association with SNR Denton & Co
- **Singapore** – SNR Denton UK LLP
- **Switzerland** – SNR Denton US LLP
- **United Arab Emirates** – SNR Denton & Co
- **United Kingdom** – SNR Denton UK LLP
- **United States of America** – SNR Denton US LLP
- **Uzbekistan** – SNR Denton CA Limited

### 3. Terminology Applicable to Location Terms

"LCIA Jurisdictions" mean any jurisdiction where SNR Denton UK LLP and any Practice it owns, partially owns or controls, either directly or indirectly, operates.

"SRA" or "Solicitors Regulation Authority" means the Solicitors Regulation Authority of England and Wales. The Law Society is a designated professional body for the purposes of the Financial Services and Markets Act 2000 but responsibility for regulation and complaints handling has been separated from the Law Society's representative functions. The Solicitors Regulation Authority is the independent regulatory body of the Law Society. The Legal Ombudsman is the independent body in England and Wales that handles complaints about the provision of legal services.

"SRA Conflict Rules" means the SRA's rules and guidelines on conflicts of interest and confidential information (available on the SRA's website at www.sra.org.uk/code-of-conduct.page).

"VAT" means any value added tax, sales tax or similar tax which may be or may become payable on services provided by any Practice.

### 4. Arbitration Provision Applicable to "LCIA Jurisdictions"

Where a matter is referred to arbitration under the applicable Location Terms by or against a Practice operating within an LCIA Jurisdiction:

(a) the language to be used in the arbitral proceedings will be English;
(b) the arbitration will be decided under the London Court of International Arbitration ("LCIA") rules from time to time in force;
(c) we will, jointly with you, appoint the arbitrator not later than 30 days after we send you written notice of our intention to do so;
(d) if you and we cannot agree on the appointment of an arbitrator within 30 days, the arbitrator will be appointed on application by either of us to the LCIA;
(e) the arbitrator's award will be final and binding; and
(f) judgment on any award may be entered, or either party may apply for judicial acceptance of the award and an order for enforcement in any court with jurisdiction.

# Terms of Business | Location

## Bahrain Location Terms

### 1. Application
These Location Terms apply to the legal practice of SNR Denton & Co operated from PO Box 5852, Bahrain Financial Harbour – West Tower, 15th Floor Office, 1501-1504, Building 1459, Road 4626, Block 346, Manama, Kingdom of Bahrain.

### 2. Office Details
SNR Denton & Co is registered with the Dubai Financial Services Authority and regulated by the Solicitors Regulation Authority and the Bahrain Ministry of Justice and Islamic Affairs. The SNR Denton & Co partnership comprises SNR Denton Middle East Partners LLP and SNR Denton Middle East Limited. It uses the trade name SNR Denton in the Kingdom of Bahrain.

### 3. Terminology for the Bahrain Location Terms
Applicable Taxes include but are not limited to VAT.

"Bahrain" means the Kingdom of Bahrain.

"We," "our" or "us" means the Bahrain office of SNR Denton & Co.

### 4. Fees and Charges (GT 3)
4.1 Our hourly rates are reviewed annually or more frequently at our discretion and we reserve the right to revise them without being under any obligation to inform you of such revision unless specifically requested to do so.

4.2 As well as our fees, we will charge you costs and expenses we incur, for example charges for searches, couriers, information services, postage, telephone, other petty disbursements, translation fees (both internal and external) and notarisation, government and court fees. We will also charge for other costs (for example, photocopying and CD preparation charges) at our standard rates from time to time.

### 5. Charges in Contentious Matters (GT 4)
5.1  In relation to litigation in Bahrain, we act for clients in a similar capacity to that of solicitors in England, instructing Bahrain advocates in much the same way as one would instruct a barrister in England and charging on our usual time cost basis. However, such advocates prefer, and usually insist on, being paid a fee calculated as a percentage of the amount claimed and agreed in advance. Sometimes, depending on the case, if we feel it is beneficial to a client or required in that particular instance, we may negotiate an hourly charging rate for the advocate concerned.

5.2 Even if you are successful in any action litigated in Bahrain, it is rare for the courts to require the other party to pay anything like the full amount of your costs. Generally, a successful litigant in proceedings before the civil courts of Bahrain may only be awarded a nominal amount in respect of their legal costs. This is a complex subject which we shall be happy to explain further if

you wish. However, we should emphasise that the ability to recover costs from an unsuccessful party will not vary our standard terms in respect of fee structures and invoicing as set out herein.

### 6. Our Liability (GT 10)
Our financial liability to you arising in connection with each matter on which you, or your agents, engage us will not exceed:

(a) three million pounds; or
(b) if greater, three times the total fees (excluding VAT and disbursements) invoiced and received by us for that matter; or
(c) the financial liability limit otherwise stated or agreed in the Engagement Letter.

### 7. Conflicts of Interest (GT 11)
The SRA Conflict Rules apply to us in addition to applicable local laws.

### 8. Complaints (GT 14)
If we cannot together resolve the problem, you may refer the matter to the Ministry of Justice and Islamic Affairs ("MOJIA").

### 9. Retention of Records (GT 17)
We will destroy all records 15 years after a matter is finished.

### 10. Governing Law and Jurisdiction (GT 20)
The laws of England and Wales govern all the agreements and arrangements between you and us relating to our services. If any claim, dispute or difference of any kind whatsoever (for example, any question regarding their existence, validity or termination) arises out of or in connection with those agreements or arrangements, you and we each agree to submit to the exclusive jurisdiction of the Bahrain courts. However, we may, at our sole option, refer the claim, dispute or difference to arbitration in London before a single arbitrator in accordance with clause 4 of the Location Terms (Arbitration Provision Applicable to SNR Denton UK Practices).

## Belgium Location Terms

### 1. Application
These Location Terms apply to the legal practice of SNR Denton US LLP operated from Avenue Louise 65, bte 11, 1050 Brussels, Belgium

### 2. Fees
The applicable rates are set out in the Letter but may be adjusted from time to time, and charges will be incurred at the rates in effect at the time that the services are performed.  Our fees shall be paid to us in Euros (unless otherwise provided for in a billing statement we send you) net of any sales, use, excise, transfer, value-added, withholding or other taxes that may otherwise be imposed upon the payment or receipt of such fees, which taxes shall be your sole responsibility.

## Terms of Business | Location

### 3. Costs and Disbursements

A. Our representation of you will involve costs and/or disbursements, which may include, depending on the matter, travel expenses, messenger services, overnight or express delivery services, conference calling services, litigation support services, computerized research services, agency lawyer services, court costs and filing fees, transcript costs, litigation support services, expert witness expenses, and foreign associate services. At our discretion, we may advance these costs or disbursements on your behalf, and we will be entitled to payment or reimbursement from you. In cases where it is not possible or practical for us to advance such costs or fees to third parties, or otherwise at our discretion, we may request that you pay such costs or fees directly, or that you fund them in advance. You agree to do so.

B. It is our current policy not to charge Clients separately for ordinary postage and facsimiles. For routine reproduction jobs that can be handled in-house, we currently charge 10 cents per copy. However, in the case of other reproduction jobs, such as those sent to third-party vendors, involving large volume, colour copies, oversize copies, or other specific needs, we will invoice such charges to you at our cost, and in some cases may request direct or advance payment, as stated above. You agree to pay for these costs.

C. For certain expenses, such as computerized legal research, technology and support services, we often attempt to reduce costs by working with vendors, such as by contracting to purchase a minimum volume of service that is beyond the needs of any single Client, including through fixed-fee arrangements. In such cases, we will invoice you at a rate reasonably apportioned to our effort to you, which will approximate but may not exactly reflect the actual direct cost and related overhead paid by us. For other in-house expenses not specifically itemized in this Engagement Letter, such as document production, binding, shipping, or other charges, we will charge you at cost or will reasonably attempt to allocate the direct cost and overhead attributed to the services we provide to you.

D. You also agree to pay for such costs or disbursements in Euros (unless otherwise provided for in a billing statement we send you) net of any sales, use, excise, transfer, value-added, withholding, or other taxes that may otherwise be imposed upon the payment or receipt of such costs or disbursements, which taxes shall be your sole responsibility.

### 4. Invoices

We reserve the right in our discretion to change the frequency of billing and the time for payment or request a retainer.

### 5. Interest and Collections

If full payment is not received within thirty (30) days of the statement date, such amounts due shall bear interest at a per annum rate equal to the "Prime Rate" of interest adjusted as of the first day of each calendar month and as determined by reference to the Wall Street Journal, or such substitute index determined by us to be comparable, in its reasonable discretion. The purpose of the late charge is to assess on an equitable basis the added expenses incurred by us for overdue accounts. You agree to reimburse us for all costs of collection of amounts due, including but not limited to reasonable attorneys fees and expenses, court costs and other costs incurred relating to any alternative dispute resolution mechanism utilized in the collection of amounts due.

### 6. Completion of Engagement

Our Engagement to represent you will be deemed to have terminated when we have completed the services described in the Letter or at any time that a period of six (6) months elapses during which we do not furnish any billable services to you.

### 7. Client File

During the course of our representation, we may maintain one or more files in which we may place correspondence, agreements, filings, disclosures, pleadings and other documents related to your representation ("Client File"). You have a right to your Client File. If you request copies of documents from the Client File, we generally do not charge for such copies; however, if the volume is significant, you agree to bear the reasonable costs associated with your request. You agree that, absent written direction from you to the contrary, we may dispose of all files pertaining to each of the matters described above at any time after seven (7) years have elapsed after we have last performed services on such matter. Such disposal will be accomplished in a manner that will protect the confidentiality of such files. You agree that documents containing our attorney work product, mental impressions, notes, drafts, and emails shall be and remain our property, and will not be considered part of the Client File. You agree that we may enact and implement reasonable retention policies for such documents.

## Egypt Location Terms

### 1. Application

These Location Terms apply to the legal practice of SNR Denton Egypt LLC operated in association with the El Oteifi and Afifi Law Office from 9 Shagaret El Dor Street, Zamalek, PO Box 35, Agouza, Cairo, Egypt.

### 2. Office Details

SNR Denton Egypt LLC is registered under Commercial Register no. 2946. It operates in Cairo in association with El Oteifi and Afifi Law Office. SNR Denton Egypt LLC is wholly owned by SNR Denton UK LLP, which is regulated by the Solicitors Regulation Authority. It uses the trade name SNR Denton in Egypt.



## Terms of Business | Location

### 3. Terminology for the Egypt Location Terms
"We", "our" or "us" means SNR Denton Egypt LLC.

### 4. Fees and Charges (GT 3)
4.1 Our hourly rates are reviewed annually or more frequently at our discretion and we reserve the right to revise them without being under any obligation to inform Clients of such revision unless specifically requested to do so by Clients.

4.2 As well as our fees, we will charge you costs and expenses we incur, for example charges for searches, couriers, information services, postage, telephone, other petty disbursements, translation fees (both internal and external) and notarisation, government and court fees. Where costs are charged to us by third parties, we will charge you the amount charged to us. We may retain retrospective discounts or recoveries if it is not economic for us to identify the Clients to which they might be rebated. We will charge for other costs (for example, photocopying and CD preparation charges) at our standard rates from time to time.

### 5. Charges in Contentious Matters (GT 4)
Even if you are successful in any action litigated in Egypt, it is not possible to require the other party to pay your costs. However, we would emphasise that the inability to recover costs from an unsuccessful party in litigation will not vary our standard terms in respect of fee structures and invoicing as set out in these Terms of Business.

### 6. Invoices (GT 6)
Our invoices are payable in full in US dollars when delivered. We may charge you interest on any invoice not paid within one month after delivery. Interest or the compensatory fee will accrue daily on the unpaid amounts at the rate at the time being on judgment debts and will be payable on demand.

### 7. Liability (GT 10)
Our financial liability to you arising in connection with each matter on which you, or your agents, engage us will not exceed:

(a) three million pounds; or
(b) if greater, three times the total fees (excluding VAT and disbursements) invoiced and received by us for that matter; or
(c) the financial liability limit otherwise stated or agreed in the Engagement Letter.

### 8. Conflicts of Interest (GT 11)
The SRA Conflict Rules apply to us.

### 9. Publicity (GT 12)
We would not, of course, reveal any commercial or other information which has not been made publicly available. We assume that you have no objection to this: if you do, please let us know.

### 10. Retention of Records (GT 17)
We will generally destroy all records six years after a matter is finished.

### 11. Governing Law and Jurisdiction (GT 20)
Egyptian law governs all the agreements and arrangements between you and us relating to our services. If any claim, dispute or difference of any kind whatsoever arises out of or in connection with those agreements or arrangements (for example, any question regarding their existence, validity or termination), you and we each agree to submit to the exclusive jurisdiction of the Egyptian courts. However, we may, at our sole option, refer the claim, dispute or difference to arbitration in London before a single arbitrator in accordance with clause 4 of the Location Terms (Arbitration Provision Applicable to SNR Denton UK Practices).

## France Location Terms

### 1. Application
These Location Terms apply to the legal practice of SNR Denton UK LLP operated from 112 avenue Kléber, 75116, Paris, France.

### 2. Office Details
The Paris office of SNR Denton UK LLP is registered with and regulated by the Paris Bar in accordance with Directive 98/5/CE. SNR Denton UK LLP is a limited liability partnership registered in England and Wales under no. OC322045. Also regulated by the Solicitors Regulation Authority. A list of its members is open to inspection at its registered office: One Fleet Place, London EC4M 7WS, England. It uses the trade name SNR Denton in France. TVA/VAT registration number: FR 84 512 435 116.

### 3. Terminology for the France Location Terms
Applicable Taxes include but are not limited to TVA.

"We" , "our" and "us" means the Paris office of SNR Denton UK LLP.

### 4. Fees and Charges (GT 3)
4.1 Our hourly rates are reviewed annually or more frequently at our discretion and we reserve the right to revise them without being under any obligation to inform Clients of such revision unless specifically requested to do so by Clients.

4.2 As well as our fees, we will charge you costs and expenses we incur, for example charges for searches, couriers, information services, postage and other petty disbursements, translation fees (both internal and external), and notarisation, Government and court fees. We will add a fixed lump sum designed to cover the costs of telephone, photocopies and/or printing. The amount

## Terms of Business | Location

will be €35 (excluding taxes) for any invoice containing a total for fees lower than or equal to €10,000, and €75 (excluding taxes) for any invoice containing a total for fees exceeding €10,000. However, if, on a particular matter, we actually incur costs for telephone, photocopies and/or printing that exceed the respective lump sums, then we will charge for all these costs in accordance with this paragraph. We will charge for other costs (for example, photocopying not within the scope of the lump sums and CD preparation charges) at our standard rates from time to time.

### 5. Invoices (GT 6)
We may charge you interest or a compensatory fee on any invoice not paid within one month after delivery. Interest or the compensatory fee will accrue daily on the unpaid amounts at the applicable legal rate and will be payable on demand.

### 6. Liability (GT 10)
Our financial liability to you arising in connection with each matter on which you, or your agents, engage us will not exceed:

(a) three million pounds; or
(b) if greater, three times the total fees (excluding VAT and disbursements) invoiced and received by us for that matter; or
(c) the financial liability limit otherwise stated or agreed in the Engagement Letter.

### 7. Conflicts of Interest (GT 11)
Rules mean the SRA conflict Rules and the Internal Rules of the Paris Bar.

### 8. Financial Services and Markets Act 2000
Our services may involve regulated activities relating to investments within the meaning of the Financial Services and Markets Act 2000. We are not authorised by the Financial Services Authority under that Act. We may, however, undertake activities (such as arranging and advising) which are incidental to our legal services or which may reasonably be regarded as a necessary part of them. In doing so we are regulated by the SRA. You should not interpret anything in any of our communications with you as advice on the merits of acquiring or disposing of particular investments or as an invitation or inducement to engage in any investment activity.

### 9. Market Abuse Directive
9.1 We expect you to tell us when you require us to establish and maintain an insider list to comply with your obligations under the Market Abuse Directive (2003/6/EC) and any rules made under it (together the "MAR"). If you request a copy of an insider list you have asked us to maintain we will provide it as soon as possible at any time up to five years and one day after the list was drawn up or updated.

9.2 We will take all necessary measures to ensure that any person whose name is on an insider list:

(a) acknowledges the legal and regulatory duties entailed; and
(b) is aware of the sanctions for misuse or improper circulation of such price-sensitive information.

You must keep confidential any insider list we give you and only use it for compliance with the MAR.

### 10. Governing Law and Jurisdiction (GT 20)
10.1 French law governs all the agreements and arrangements between you and us relating to our services. If any claim, dispute or difference of any kind whatsoever arises out of or in connection with those agreements or arrangements, you and we each agree to submit to the exclusive jurisdiction of the French courts.

10.2 Any disputes relating to the amount and payment of our fees shall be submitted to arbitration by the Bâtonnier of the Paris Bar Association.

## Jordan Associate Office Location Terms

### 1. Application
These Locations Terms apply to your Engagements with Safwan Moubaydeen Law Firm when acting in association with SNR Denton & Co at Emmar Towers, Building B, 12th Floor, Zahran Street, PO Box 926442, Amman 11190 Jordan.

### 2. Associate Office Details
The Associate Office operates in Jordan in association with SNR Denton & Co. SNR Denton & Co is regulated by the Solicitors Regulation Authority. The SNR Denton & Co partnership comprises SNR Denton Middle East Partners LLP and SNR Denton Middle East Limited.

### 3. Terminology Applicable to the Jordan Associate Office Location Terms
Applicable Taxes include but are not limited to VAT.

"Associate Office" means Safwan Moubaydeen Law Firm.

"Associate Office Individual" means a partner, member, principal, manager, director, employee, secondee, consultant or subcontractor of the Associate Office.

"SNR Denton Individual" means a partner, member, principal, manager, director, employee, secondee, consultant or subcontractor of SNR Denton UK LLP and its subsidiaries acting for or on behalf of SNR Denton & Co.

### 4. Introduction
SNR Denton & Co provides services in Jordan through the Associate Office. This is required to meet local regulatory restrictions for legal practice in that jurisdiction. Therefore, when you engage SNR Denton & Co to provide services in Jordan, your Engagement will be with the Associate Office, who will then appoint SNR Denton & Co by subcontract to provide such legal services.

## Terms of Business | Location

### 5. Responsibility for Your Matters (GT 2)
For the purposes of clause 2 of the Global Terms, on each Engagement there will be an Associate Office Individual and an SNR Denton Individual responsible for your matter. To the extent permitted under local law, the SNR Denton Individual will have the day-to-day conduct of your matter and may send you the Letter of Engagement and related invoices on behalf of the Associate Office.

### 6. Fees and Charges (GT 3)
6.1 The Associate Office and SNR Denton & Co hourly rates are reviewed annually or more frequently at their discretion and they reserve the right to revise them without being under any obligation to inform you of such revision unless you specifically request it.

6.2 As well as its fees, the Associate Office will charge you costs and expenses it incurs, for example charges for searches, couriers, information services, postage, telephone, other petty disbursements, translation fees (both internal and external) and notarisation, government and court fees.

### 7. Charges in Contentious Matters (GT 4)
7.1 For litigation conducted in Jordan, the Associate Office acts for Clients in a similar capacity to that of solicitors in England, instructing local advocates in much the same way as one would instruct a barrister in England and charging on our usual time cost basis. However, such advocates prefer, and usually insist on, being paid a fee calculated as a percentage of the amount claimed and agreed in advance. Sometimes, depending on the case, if the Associate Office feels it is beneficial to the Client or required in that particular instance, it may negotiate an hourly charging rate for the advocate concerned.

7.2 Even if you are successful in any action litigated in Jordan, it is rare for the courts to require the other party to pay the full amount of your costs. If you lose the case, you may have to pay an amount towards the opponent's costs. This is a complex subject which the Associate Office or SNR Denton & Co can explain further if you wish.

7.3 You will be responsible for the Associate Office's invoices in full, regardless of any order for costs made against an opponent.

### 8. Invoices (GT 6)
8.1 The invoices of the Associate Office are payable when delivered. It may charge you interest or a compensatory fee on any invoice not paid within one month after delivery. Interest or the compensatory fee will accrue daily on the unpaid amounts at the rate of 15 per cent per annum and will be payable on demand.

8.2 The Associate Office has agreed that SNR Denton & Co may collect fees, costs, disbursements and VAT on its behalf. This arrangement does not create a contractual relationship between you and SNR Denton & Co.

### 9. Insurance Coverage (GT 9)
Professional indemnity insurance policy issued by Travelers Insurance Company Limited and others, c/o AON Limited, 8 Devonshire Square, London EC2M 4PL, applies to all professional work, advice and services provided by the Associate Office in associate with SNR Denton & Co on each Engagement with you.

### 10. Liability (GT 10)
The financial liability of the Associate Office arising in connection with each Engagement will not exceed:

(a) three million pounds; or
(b) if greater, three times the total fees (excluding VAT and disbursements) invoiced and received by the Associate Office for that Engagement; or
(c) the financial liability limit otherwise stated or agreed in the Engagement Letter.

### 11. Conflicts of Interest (GT 11)
"Conflict Rules" means any local conflicts rules and regulations applicable to the Associate Office and its internal conflicts policies which, for the purposes of its association agreement with SNR Denton & Co, comply with the SRA Conflict Rules.

### 12. Retention of Records (GT 17)
The Associate Office will generally destroy all records six years after a matter is finished.

### 13. Governing Law and Jurisdiction (GT 20)
13.1 The laws of Jordan govern all the Engagements between you and the Associate Office acting in association with SNR Denton & Co.

13.2 If any claim, dispute or difference of any kind whatsoever arises out of or in connection with those Engagements (for example, any question regarding their existence, validity or termination), you agree to submit to the exclusive jurisdiction of the Jordanian courts for Engagements governed by Jordanian law. However, the Associate Office may, at its sole option, refer the claim, dispute or difference to arbitration in London before a single arbitrator in accordance with clause 4 of the Location Terms (Arbitration Provision Applicable to SNR Denton UK Practices).

## Kazakhstan Location Terms

### 1. Application
Under the laws and custom of the Republic of Kazakhstan, these Terms of Business shall not apply to Engagements with the Kazakhstan office of SNR Denton Kazakhstan Limited. Separate terms and conditions are available on request.

# Terms of Business | Location

## 2. Office Details

SNR Denton Kazakhstan Limited is registered in England and Wales under no. 03603245. It is wholly owned by SNR Denton UK LLP, which is regulated by the Solicitors Regulation Authority. Lists of its directors and the members of SNR Denton UK LLP are open for inspection at its registered office: One Fleet Place, London EC4M 7WS, England. It uses the trade name SNR Denton in Kazakhstan.

## Kuwait Associate Office Location Terms

### 1. Application

These Terms apply to your Engagements with The Law Office of Dr Ahmad Al-Samdan when acting in association with SNR Denton & Co, Amlak Tower Floor 6, Arabian Gulf Road, Block 1, Muhalab Street (Street 69), Bneid Al Gar, Kuwait.

### 2. Associate Office Details

The Associate Office operates in Kuwait in association with SNR Denton & Co. SNR Denton & Co is regulated by the Solicitors Regulation Authority. The SNR Denton & Co partnership comprises SNR Denton Middle East Partners LLP and SNR Denton Middle East Limited.

### 3. Terminology Applicable to the Kuwait Associate Office Location Terms

Applicable Taxes include but are not limited to VAT.

"Associate Office" means The Law Office of Dr Ahmad Al-Samdan.

"Associate Office Individual" means a partner, member, principal, manager, director, employee, secondee, consultant or subcontractor of the Associate Office.

"SNR Denton Individual" means a partner, member, principal, manager, director, employee, secondee, consultant or subcontractor of SNR Denton UK LLP and its subsidiaries acting for or on behalf of SNR Denton & Co.

### 4. Introduction

SNR Denton & Co provides services in Kuwait through the Associate Office. This is required to meet local regulatory restrictions for legal practice in that jurisdiction. Therefore, when you engage SNR Denton & Co to provide services in Kuwait, your Engagement will be with the Associate Office, who will then appoint SNR Denton & Co by subcontract to provide such legal services.

### 5. Responsibility for Your Matters (GT 2)

For the purposes of clause 2 of the Global Terms, on each Engagement there will be an Associate Office Individual and an SNR Denton Individual responsible for your matter. To the extent permitted under local law, the SNR Denton Individual will have

the day-to-day conduct of your matter and may send you the Letter of Engagement and related invoices on behalf of the Associate Office.

### 6. Fees and Charges (GT 3)

6.1 The Associate Office and SNR Denton & Co hourly rates are reviewed annually or more frequently at their discretion and they reserve the right to revise them without being under any obligation to inform you of such revision unless you specifically request it.

6.2 As well as its fees, the Associate Office will charge you costs and expenses it incurs, for example charges for searches, couriers, information services, postage, telephone, other petty disbursements, translation fees (both internal and external) and notarisation, government and court fees.

### 7. Charges in Contentious Matters (GT 4)

7.1 For litigation conducted in Kuwait, the Associate Office acts for Clients in a similar capacity to that of solicitors in England, instructing local advocates in much the same way as one would instruct a barrister in England and charging on our usual time cost basis. However, such advocates prefer, and usually insist on, being paid a fee calculated as a percentage of the amount claimed and agreed in advance. Sometimes, depending on the case, if the Associate Office feels it is beneficial to the Client or required in that particular instance, it may negotiate an hourly charging rate for the advocate concerned.

7.2 Even if you are successful in any action litigated in Kuwait, it is rare for the courts to require the other party to pay the full amount of your costs. If you lose the case, you may have to pay an amount towards the opponent's costs. This is a complex subject which the Associate Office or SNR Denton & Co can explain further if you wish.

7.3 You will be responsible for the Associate Office's invoices in full, regardless of any order for costs made against an opponent.

### 8. Invoices (GT 6)

8.1 The invoices of the Associate Office are payable when delivered. It may charge you interest or a compensatory fee on any invoice not paid within one month after delivery. Interest or the compensatory fee will accrue daily on the unpaid amounts at the rate of 15 per cent per annum and will be payable on demand.

8.2 The Associate Office has agreed that SNR Denton & Co may collect fees, costs, disbursements and VAT on its behalf. This arrangement does not create a contractual relationship between you and SNR Denton & Co.

### 9. Insurance Coverage (GT 9)

Professional indemnity insurance policy issued by Travelers Insurance Company Limited and others, c/o AON Limited, 8 Devonshire Square, London EC2M 4PL, applies to all professional work, advice and services provided by the Associate Office in associate with SNR Denton & Co on each Engagement with you.

## Terms of Business | Location

### 10. Liability (GT 10)
The financial liability of the Associate Office arising in connection with each Engagement will not exceed:

(a) three million pounds; or
(b) if greater, three times the total fees (excluding VAT and disbursements) invoiced and received by us for that Engagement; or
(c) the financial liability limit otherwise stated or agreed in the Engagement Letter.

### 11. Conflicts of Interest (GT 11)
"Conflict Rules" means any local conflicts rules and regulations applicable to the Associate Office and its internal conflicts policies which, for the purposes of its association agreement with SNR Denton & Co, comply with the SRA Conflict Rules.

### 12. Retention of Records (GT 17)
The Associate Office will generally destroy all records six years after a matter is finished.

### 13. Governing Law and Jurisdiction (GT 20)
13.1 The laws of the State of Kuwait govern all the Engagements between you and the Associate Office acting in association with SNR Denton & Co.

13.2 If any claim, dispute or difference of any kind whatsoever arises out of or in connection with those Engagements (for example, any question regarding their existence, validity or termination), you agree to submit to the exclusive jurisdiction of the Kuwaiti courts for Engagements governed by Kuwaiti law. However, the Associate Office may, at its sole option, refer the claim, dispute or difference to arbitration in London before a single arbitrator in accordance with clause 4 of the Location Terms (Arbitration Provision Applicable to SNR Denton UK Practices).

## Sultanate of Oman Location Terms

### 1. Application
These Location Terms apply to the legal practice of SNR Denton & Co, Oman Branch operated from Al Fannar Building Second and Penthouse Floors, Building No. 569, Way No. 3009, Shatti Al Qurum, PO Box 3552, 112 Ruwi, Sultanate of Oman.

### 2. Office Details
SNR Denton & Co, Oman Branch, is the registered name of SNR Denton & Co's branch in the Sultanate of Oman. It is registered in Oman under Commercial Registration no. 1/65635/0. SNR Denton & Co is licensed to operate, and regulated, in Oman by the Ministry of Commerce and Industry. It is also regulated by the Solicitors Regulation Authority. The SNR Denton & Co partnership comprises SNR Denton Middle East Partners LLP and SNR Denton Middle East Limited.

### 3. Terminology for the Sultanate of Oman Location Terms
Oman means the Sultanate of Oman.

"We", "our" or "us" means SNR Denton & Co, Oman Branch.

### 4. Fees and Charges (GT 3)
4.1 For the avoidance of doubt, we reserve the right to charge for any provision of any confirmation given in response to a request from your auditors.

4.2 Our hourly rates are reviewed annually or more frequently at our discretion and we reserve the right to revise them without being under any obligation to inform you of such revision unless specifically requested to do so.

4.3 As well as our fees, we will charge you costs and expenses we incur, for example charges for searches, couriers, information services, travel, translation fees (both internal (calculated by reference to the number of pages translated at our standard rate of Omani Rials ("RO") 25 per page) and external) and notarisation, government and court fees. Other incidental disbursements such as postage, telephone and other petty disbursements will be charged in addition to our fees and it is our normal practice to charge incidentals at a flat rate of 4.5 per cent of our professional fees. We also will charge for other costs (for example, photocopying and CD preparation charges) at our standard rates from time to time.

### 5. Invoices (GT 6)
We may charge you interest on any invoice not paid within one month after delivery. Interest will accrue daily on the unpaid amounts at the maximum rate for the time being determined by the Minister of Commerce and Industry in respect of commercial debts and will be payable on demand.

### 6. Liability (GT 10)
Our financial liability to you arising in connection with each matter on which you, or your agents, engage us will not exceed:

(a) RO two million ; or
(b) if greater, three times the total fees (excluding disbursements) invoiced and received by us for that matter; or
(c) the financial liability limit otherwise stated or agreed in the Engagement Letter.

### 7. Conflicts of Interest (GT 11)
The SRA Conflict Rules apply to us.

### 8. Retention of Records (GT 18)
We will destroy all records 10 years after a matter is finished.

### 9. Governing Law and Jurisdiction (GT 20)
The laws of Oman govern all the agreements and arrangements between you and us relating to our services. If any claim, dispute

## Terms of Business | Location

or difference of any kind whatsoever (for example, any question regarding their existence, validity or termination) arises out of or in connection with those agreements or arrangements, you and we each agree to submit to the exclusive jurisdiction of the Oman courts. However, we may, at our sole option, refer the claim, dispute or difference to arbitration in London before a single arbitrator in accordance with clause 4 of the Location Terms (Arbitration Provision Applicable to SNR Denton UK Practices).

## Qatar Location Terms

### 1. Application
These Location Terms apply to the legal practice of SNR Denton & Co operated from Floor 15, Al Fardan Office Tower, 61 Al Funduq Street, West Bay, PO Box 64057, Doha, State of Qatar.

### 2. Office Details
SNR Denton & Co is licensed by the QFC Authority and regulated by the Solicitors Regulation Authority of England and Wales. The SNR Denton & Co partnership comprises SNR Denton Middle East Partners  LLP and SNR Denton Middle East Limited. It uses the trade name SNR Denton in Qatar.

### 3. Terminology for the Qatar Location Terms
Applicable Taxes include but are not limited to VAT.

"QFC" means the Qatar Financial Centre Authority.

"We," "our" or "us" means the Doha office of SNR Denton & Co.

### 4. Fees and Charges (GT 3)
4.1 Our hourly rates are reviewed annually or more frequently at our discretion and we reserve the right to revise them without being under any obligation to inform you of such revision unless specifically requested to do so.

4.2 As well as our fees, we will charge you costs and expenses we incur, for example charges for searches, couriers, information services, postage, telephone, other petty disbursements, translation fees (both internal and external) and notarisation, government and court fees. We will also charge for other costs (for example, photocopying and CD preparation charges) at our standard rates from time to time.

### Charges in Contentious Matters (GT 4)
5.1 In relation to litigation in Qatar, we act for Clients in a similar capacity to that of solicitors in England, instructing Qatar advocates in much the same way as one would instruct a barrister in England and charging on our usual time cost basis. However, such advocates prefer, and usually insist on, being paid a fee calculated as a percentage of the amount claimed and agreed in advance. Sometimes, depending on the case, if we feel it is beneficial to a Client or required in that particular instance, we may negotiate an hourly charging rate for the advocate concerned.

5.2 Even if you are successful in any action litigated in the Qatar, it is rare for the courts to require the other party to pay anything like the full amount of your costs. Generally, a successful litigant in proceedings before the civil courts of the Qatar may only be awarded a nominal amount in respect of their legal costs. This is a complex subject which we shall be happy to explain further if you wish. However, we should emphasise that the ability to recover costs from an unsuccessful party will not vary our standard terms in respect of fee structures and invoicing as set out herein.

### 6. Invoices (GT 6)
We may charge you interest or a compensatory fee on any invoice not paid within one month after delivery. Interest or the compensatory fee will accrue daily on the unpaid amounts at the rate of 15 per cent per annum and will be payable on demand.

### 7. Our Liability (GT 10)
Our financial liability to you arising in connection with each matter on which you, or your agents, engage us will not exceed:

(a) three million pounds; or
(b) if greater, three times the total fees (excluding VAT and disbursements) invoiced and received by us for that matter; or
(c) the financial liability limit otherwise stated or agreed in the Engagement Letter.

### 8. Conflicts of Interest (GT 11)
The SRA Conflict Rules apply to us.

### 9. Retention of Records (GT 17)
We will destroy all records 15 years after a matter is finished.

### 10. Governing Law and Jurisdiction (GT 20)
The Rules of the QFC govern all the agreements and arrangements between you and us relating to our services. If any claim, dispute or difference of any kind whatsoever (for example, any question regarding their existence, validity or termination) arises out of or in connection with those agreements or arrangements, you and we each agree to submit to the exclusive jurisdiction of the QFC courts. However, we may, at our sole option, refer the claim, dispute or difference to arbitration in London before a single arbitrator in accordance with clause 4 of the Location Terms (Arbitration Provision Applicable to SNR Denton UK Practices).

## Russia Location Terms

### 1. Application
These Terms apply to the legal practice of SNR Denton (CIS) Limited operated from Bolshaya Dmitrovka, Street 7/5 Building 2, Moscow 125009 Russia.

## Terms of Business | Location

### 2. Office Details
SNR Denton (CIS) Limited is registered in England and Wales under no. 03372229. It is wholly owned by SNR Denton UK LLP, which is regulated by the Solicitors Regulation Authority. Lists of its directors and the members of SNR Denton UK LLP are open for inspection at its registered office: One Fleet Place, London EC4M 7WS, England. It uses the trade name SNR Denton. SNR Denton (CIS) Limited is registered with the Russian Tax Authorities under TIN 9909016090.

### 3. Terminology for the Russia Location Terms
Applicable Taxes include but are not limited to VAT.

"We", "our" or "us" means SNR Denton (CIS) Limited.

### 4. Fees and Charges (GT 3)
4.1 Our hourly rates are reviewed annually or more frequently at our discretion and we reserve the right to revise them without being under any obligation to inform clients of such revision unless specifically requested to do so by clients.

4.2 As well as our fees, we will charge you costs and expenses we incur, for example charges for searches, couriers, information services, postage, telephone, other petty disbursements, translation fees (both internal and external) and notarisation, government and court fees. We will also charge for other costs (for example, photocopying and CD preparation charges) at our standard rates from time to time.

### 5. Payments on Account
Any moneys you pay us on account of our fees, costs and any applicable taxes will be held on our behalf by SNR Denton UK LLP in a bank account in London, United Kingdom.

### 6. Invoices (GT 6)
We may charge you interest on any invoice not paid within one month after delivery. Interest will accrue daily on the unpaid amounts at the rate of 15 per cent per annum and will be payable on demand. For more information about your rights relating to invoices see the back of our invoices.

### 7. Duties and Rights of Third Parties (GT 8)
Clause 8 of the Global Terms applies notwithstanding the Contracts (Rights of Third Parties) Act 1999.

### 8. Liability (GT 10)
Our financial liability to you arising in connection with each matter on which you, or your agents, engage us will not exceed:

(a) three million pounds; or
(b) if greater, three times the total fees (excluding VAT and disbursements) invoiced and received by us for that matter; or
(c) the financial liability limit otherwise stated or agreed in the Engagement Letter.

### 9. Conflicts of Interest (GT 11)
The SRA Conflict Rules apply to us.

### 10. Retention of Records (GT 17)
We will destroy all records three (3) years after a matter is finished.

### 11. Governing Law and Jurisdiction (GT 20)
English law governs all the agreements and arrangements between you and us relating to our services, except where Russian law is mandatory. If any claim, dispute or difference of any kind whatsoever (for example, any question regarding their existence, validity or termination) arises out of or in connection with those agreements or arrangements, you and we each agree to submit to the exclusive jurisdiction of the English courts. However, we may, at our sole option, refer the claim, dispute or difference to arbitration in London before a single arbitrator in accordance with clause 4 of the Location Terms (Arbitration Provision Applicable to SNR Denton UK Practices).

## Kingdom of Saudi Arabia Associate Office Location Terms

### 1. Application
These Location Terms apply to your Engagements with The Law Firm of Wael A. Alissa when acting in association with SNR Denton & Co at Tatweer Towers, Tower 1, Level 8, King Fahad Road, Opp. The Ministry of Municipality & Rural Affairs, PO Box 59490, Riyadh 11525, Kingdom of Saudi Arabia.

### 2. Associate Office Details
The Associate Office operates in the KSA in association with SNR Denton & Co. SNR Denton & Co is regulated by the Solicitors Regulation Authority. The SNR Denton & Co partnership comprises SNR Denton Middle East Partners LLP and SNR Denton Middle East Limited.

### 3. Terminology Applicable to the KSA Associate Office Location Terms
Applicable Taxes include but are not limited to VAT.

"Associate Office", means the Law Firm of Wael A. Alissa.

"Associate Office Individual" means a partner, member, principal, manager, director, employee, secondee, consultant or subcontractor of the Associate Office.

"the KSA" means the Kingdom of Saudi Arabia.

"SNR Denton Individual" means a partner, member, principal, manager, director, employee, secondee, consultant or subcontractor of SNR Denton UK LLP and its subsidiaries acting for or on behalf of SNR Denton & Co.

## Terms of Business | Location

### 4. Introduction

SNR Denton & Co provides services in the KSA through the Associate Office. This is required to meet local regulatory restrictions for legal practice in that jurisdictions. Therefore, when you engage SNR Denton & Co to provide services in the KSA, your Engagement will be with the Associate Office, who will then appoint SNR Denton & Co by subcontract to provide such legal services.

### 5. Responsibility for Your Matters (GT 2)

For the purposes of clause 2 of the Global Terms, on each Engagement there will be an Associate Office Individual and an SNR Denton Individual responsible for your matter. To the extent permitted under local law, the SNR Denton Individual will have the day-to-day conduct of your matter and may send you the Letter of Engagement and related invoices on behalf of the Associate Office.

### 6. Fees and Charges (GT 3)

6.1 The Associate Office and SNR Denton & Co hourly rates are reviewed annually or more frequently at their discretion and they reserve the right to revise them without being under any obligation to inform you of such revision unless you specifically request it.

6.2 As well as its fees, the Associate Office will charge you costs and expenses it incurs, for example charges for searches, couriers, information services, postage, telephone, other petty disbursements, translation fees (both internal and external) and notarisation, government and court fees.

### 7. Charges in Contentious Matters (GT 4)

7.1 For litigation conducted in the KSA, the Associate Office acts for Clients in a similar capacity to that of solicitors in England, instructing local advocates in much the same way as one would instruct a barrister in England and charging on our usual time cost basis. However, such advocates prefer, and usually insist on, being paid a fee calculated as a percentage of the amount claimed and agreed in advance. Sometimes, depending on the case, if the Associate Office feels it is beneficial to the Client or required in that particular instance, it may negotiate an hourly charging rate for the advocate concerned.

7.2 Even if you are successful in any action litigated in the KSA, it is rare for the courts to require the other party to pay the full amount of your costs. If you lose the case, you may have to pay an amount towards the opponent's costs. This is a complex subject which the Associate Office or SNR Denton & Co can explain further if you wish.

7.3 You will be responsible for the Associate Office's invoices in full, regardless of any order for costs made against an opponent.

### 8. Invoices (GT 6)

8.1 The invoices of the Associate Office are payable when delivered. It may charge you interest or a compensatory fee on any invoice not paid within one month after delivery. Interest or the compensatory fee will accrue daily on the unpaid amounts at the rate of 15 per cent per annum and will be payable on demand.

8.2 The Associate Office has agreed that SNR Denton & Co may collect fees, costs, disbursements and VAT on its behalf. This arrangement does not create a contractual relationship between you and SNR Denton & Co.

### 9. Insurance Coverage (GT 9)

Professional indemnity insurance policy issued by Travelers Insurance Company Limited and others, c/o AON Limited, 8 Devonshire Square, London EC2M 4PL, applies to all professional work, advice and services provided by the Associate Office in association with SNR Denton & Co on each Engagement with you.

### 10. Our Liability (GT 10)

The financial liability of the Associate Office arising in connection with each Engagement will not exceed:

(a) three million pounds; or
(b) if greater, three times the total fees (excluding VAT and disbursements) invoiced and received by the Associate Office for that Engagement; or
(c) the financial liability limit otherwise stated or agreed in the Engagement Letter.

### 11. Conflicts of Interest (GT 11)

"Conflict Rules" means any local conflicts rules and regulations applicable to the Associate Office and its internal conflicts policies which, for the purposes of its association agreement with SNR Denton & Co, comply with the SRA Conflict Rules.

### 12. Retention of Records (GT 17)

The Associate Office will generally destroy all records six years after a matter is finished.

### 13. Governing Law and Jurisdiction (GT 20)

13.1 The laws of the KSA govern all the Engagements between you and the Associate Office acting in association with SNR Denton & Co.

13.2 If any claim, dispute or difference of any kind whatsoever arises out of or in connection with those Engagements (for example, any question regarding their existence, validity or termination), you agree to submit to the exclusive jurisdiction of the KSA courts for Engagements governed by KSA law. However, the Associate Office may, at its sole option, refer the claim, dispute or difference to arbitration in London before a single arbitrator in accordance with clause 4 of the Location Terms (Arbitration Provision Applicable to SNR Denton UK Practices).

# Terms of Business | Location

## Singapore Location Terms

### 1. Application
These Location Terms apply to the legal practice of SNR Denton UK LLP operated from Marsh & McLennan Centre, 18 Cross Street, 07-06/07, Singapore 048423.

### 2. Office Details
The Singapore office of SNR Denton UK LLP is licensed by the Singapore Attorney-General's Chambers. SNR Denton UK LLP is a limited liability partnership registered in England and Wales under no. OC322045. Regulated by the Solicitors Regulation Authority. A list of its members is open for inspection at its registered office: One Fleet Place, London EC4M 7WS, England. It uses the trade name SNR Denton in Singapore. SNR Denton UK LLP is registered for VAT purposes with VAT registration number GB 100 1095 89.

### 3. Terminology for the Singapore Location Terms
Applicable Taxes include but are not limited to GST.

"We", "our" or "us" means the Singapore office of SNR Denton UK LLP.

### 4. Fees and Charges (GT 3)
As well as our fees, we will charge you costs and expenses we incur, for example charges for searches, couriers, information services, postage, telephone and other petty disbursements. We will also charge for other costs (for example, photocopying and CD preparation charges) at our standard rates from time to time.

### 5. Payments on Account
Any moneys you pay us on account of our fees, costs and any applicable taxes will be held on our behalf by SNR Denton UK LLP in a bank account in London, United Kingdom.

### 6. Invoices (GT 6)
We may charge you interest on any invoice not paid within one month after delivery. Interest will accrue daily on the unpaid amounts at the rate of 15 per cent per annum and will be payable on demand. For more information about your rights relating to invoices see the back of our invoices.

### 7. Our Duties and Rights to Third Parties (GT 8)
Clause 8 of the Global Terms applies notwithstanding the Contracts (Rights of Third Parties) Act 1999.

### 8. Liability (GT 10)
Our financial liability to you arising in connection with each matter on which you, or your agents, engage us will not exceed:

(a) three million pounds; or
(b) if greater, three times the total fees (excluding VAT and disbursements) invoiced and received by us for that matter; or
(c) the financial liability limit otherwise stated or agreed in the Engagement Letter.

### 9. Conflicts of Interest (GT 11)
The SRA Conflict Rules apply to us.

### 10. Retention of Records (GT 17)
We will destroy all records six years after a matter is finished.

### 11. Governing Law & Jurisdiction (GT 20)
English law governs all the agreements and arrangements between you and us relating to our services except where Singaporean law is mandatory. If any claim, dispute or difference of any kind whatsoever (for example, any question regarding their existence, validity or termination) arises out of or in connection with those agreements or arrangements, you and we each agree to submit to the exclusive jurisdiction of the English courts. However, we may, at our sole option, refer the claim, dispute or difference to arbitration in London before a single arbitrator in accordance with clause 4 of the Location Terms (Arbitration provision applicable to SNR Denton UK Practices).

## Switzerland Location Terms

### 1. Application
These Location Terms apply to the legal practice of SNR Denton US LLP operated from Zollikerstrasse 226, CH 8008 Zurich, Switzerland

### 2. Fees
The applicable rates are set out in the Letter but may be adjusted from time to time, and charges will be incurred at the rates in effect at the time that the services are performed. Our fees shall be paid to us in Swiss Francs (unless otherwise provided for in a billing statement we send you) net of any sales, use, excise, transfer, value-added, withholding or other taxes that may otherwise be imposed upon the payment or receipt of such fees, which taxes shall be your sole responsibility.

### 3. Costs and Disbursements
A. Our representation of you will involve costs and/or disbursements, which may include, depending on the matter, travel expenses, messenger services, overnight or express delivery services, conference calling services, litigation support services, computerized research services, agency lawyer services, court costs and filing fees, transcript costs, litigation support services, expert witness expenses, and foreign associate services. At our discretion, we may advance these costs or disbursements on your behalf, and we will be entitled to payment or reimbursement from you. In cases where it is not possible or practical for us to advance such costs or fees to third parties, or otherwise at our discretion, we may request that you pay such costs or fees directly, or that you fund them in advance. You agree to do so.

B. It is our current policy not to charge Clients separately for ordinary postage and facsimiles. For routine reproduction jobs

# Terms of Business | Location

that can be handled in-house, we currently charge 10 cents per copy. However, in the case of other reproduction jobs, such as those sent to third-party vendors, involving large volume, colour copies, oversize copies, or other specific needs, we will invoice such charges to you at our cost, and in some cases may request direct or advance payment, as stated above. You agree to pay for these costs.

C. For certain expenses, such as computerized legal research, technology and support services, we often attempt to reduce costs by working with vendors, such as by contracting to purchase a minimum volume of service that is beyond the needs of any single Client, including through fixed-fee arrangements. In such cases, we will invoice you at a rate reasonably apportioned to our effort to you, which will approximate but may not exactly reflect the actual direct cost and related overhead paid by us. For other in-house expenses not specifically itemized in this Engagement Letter, such as document production, binding, shipping, or other charges, we will charge you at cost or will reasonably attempt to allocate the direct cost and overhead attributed to the services we provide to you.

D. You also agree to pay for such costs or disbursements in Swiss Francs (unless otherwise provided for in a billing statement we send you) net of any sales, use, excise, transfer, value-added, withholding, or other taxes that may otherwise be imposed upon the payment or receipt of such costs or disbursements, which taxes shall be your sole responsibility. Our policies regarding expense reimbursement are subject to change from time to time at our discretion.

## 4. Invoices
We reserve the right in our discretion to change the frequency of billing and the time for payment or request a retainer.

## 5. Interest and Collections
If full payment is not received within thirty (30) days of the statement date, such amounts due shall bear interest at a per annum rate equal to the "Prime Rate" of interest adjusted as of the first day of each calendar month and as determined by reference to the Wall Street Journal, or such substitute index determined by us to be comparable, in its reasonable discretion. The purpose of the late charge is to assess on an equitable basis the added expenses incurred by us for overdue accounts. You agree to reimburse us for all costs of collection of amounts due, including but not limited to reasonable attorneys fees and expenses, court costs and other costs incurred relating to any alternative dispute resolution mechanism utilized in the collection of amounts due.

## 6. Completion of Engagement
Our Engagement to represent you will be deemed to have terminated when we have completed the services described in the Letter or at any time that a period of six (6) months elapses during which we do not furnish any billable services to you.

## 7. Client File
During the course of our representation, we may maintain one or more files in which we may place correspondence, agreements, filings, disclosures, pleadings,  and other documents related to your representation ("Client File"). You have a right to your Client File. If you request copies of documents from the Client File, we generally do not charge for such copies; however, if the volume is significant, you agree to bear the reasonable costs associated with your request. You agree that, absent written direction from you to the contrary, we may dispose of all files pertaining to each of the matters described above at any time after ten (10) years  have elapsed after we have last performed services on such matter. Such disposal will be accomplished in a manner that will protect the confidentiality of such files. You agree that documents containing our attorney work product, mental impressions, notes, drafts, and emails shall be and remain our property, and will not be considered part of the Client File. You agree that we may enact and implement reasonable retention policies for such documents.

## United Arab Emirates Location Terms

### 1. Application
These Location Terms apply to the legal practices of SNR Denton & Co operated from the following offices:

A. Suite 1204, Al Ghaith Tower, Hamdan Street, PO Box 47656, Abu Dhabi, United Arab Emirates (the "Abu Dhabi Office")

B. 26th Floor, API Tower, Sheikh Zayed Road, PO Box 1756, Dubai, United Arab Emirates (the "Dubai Office")

C. Office 708, Liberty House, Dubai International Financial Centre, Sheikh Zayed Road, Dubai, United Arab Emirates (the "DIFC Office").

### 2. Office Details
SNR Denton & Co is regulated by the Dubai Financial Services Authority in Dubai and the Solicitors Regulation Authority. The SNR Denton & Co partnership comprises SNR Denton Middle East Partners LLP and SNR Denton Middle East Limited. It uses the trade name SNR Denton in the UAE.

### 3. Terminology for the United Arab Emirates Location Terms
Applicable Taxes include but are not limited to VAT.

"We", "our" or "us" means the Abu Dhabi Office, the Dubai Office and the DIFC Office of SNR Denton & Co.

The "UAE" means the United Arab Emirates.

### 4. Fees and Charges (GT 3)
4.1 Our hourly rates are reviewed annually or more frequently at our discretion and we reserve the right to revise them without being under any obligation to inform you of such revision unless specifically requested to do so by you.

## Terms of Business | Location

4.2 As well as our fees, we will charge you costs and expenses we incur, for example charges for searches, couriers, information services, postage, telephone, other petty disbursements, translation fees (both internal and external) and notarisation, government and court fees. We will also charge for other costs (for example, photocopying and CD preparation charges) at our standard rates from time to time.

### 5. Charges in Contentious Matters (GT 4)
5.1  In relation to litigation in the UAE, we act for clients in a similar capacity to that of solicitors in England, instructing UAE advocates in much the same way as one would instruct a barrister in England and charging on our usual time cost basis. However, such advocates prefer, and usually insist on, being paid a fee calculated as a percentage of the amount claimed and agreed in advance. Sometimes, depending on the case, if we feel it is beneficial to a Client or required in that particular instance, we may negotiate an hourly charging rate for the advocate concerned.

5.2 Even if you are successful in any action litigated in the UAE, it is rare for the courts to require the other party to pay anything like the full amount of your costs. Generally, a successful litigant in proceedings before the civil courts of the UAE may only be awarded a nominal amount in respect of their legal costs. This is a complex subject which we shall be happy to explain further if you wish. However, we should emphasise that the ability to recover costs from an unsuccessful party will not vary our standard terms in respect of fee structures and invoicing as set out herein.

### 6. Invoices (GT 6)
We may charge you interest or a compensatory fee on any invoice not paid within one month after delivery. Interest or the compensatory fee will accrue daily on the unpaid amounts at the rate of 15 per cent per annum and will be payable on demand.

### 7. Liability (GT 10)
Our financial liability to you arising in connection with each matter on which you, or your agents, engage us will not exceed:

(a) three million pounds; or
(b) if greater, three times the total fees (excluding VAT and disbursements) invoiced and received by us for that matter; or
(c) the financial liability limit otherwise stated or agreed in the Engagement Letter.

### 8. Conflicts of Interest (GT 11)
The SRA Conflict Rules apply to us.

### 9. Retention of Records (GT 17)
We will destroy all records 15 years after a matter is finished.

### 10. Governing Law and Jurisdiction (GT 20)
10.1 The laws of Abu Dhabi and the federal laws of the UAE govern all the agreements and arrangements between you and us relating to our services in Abu Dhabi.

10.2 The laws of Dubai and the federal laws of the UAE govern all the agreements and arrangements between you and us relating to our services in Dubai.

10.3 If any claim, dispute or difference of any kind whatsoever (for example, any question regarding their existence, validity or termination) arises out of or in connection with those agreements or arrangements, you and we each agree to submit to the exclusive jurisdiction of:

(a) the Abu Dhabi courts, for all Engagements with the Abu Dhabi Office;
(b) the Dubai courts, for all Engagements with the Dubai Office and the DIFC Office.

However, we may, at our sole option, refer the claim, dispute or difference to arbitration in London before a single arbitrator in accordance with clause 4 of the Location Terms (Arbitration Provision Applicable to SNR Denton UK Practices).

## United Kingdom Location Terms

### 1. Application
These Terms apply to the legal practices of SNR Denton UK LLP operated from 1 Fleet Place, London EC4M 7WS, United Kingdom, and The Pinnacle, 170 Midsummer Boulevard, Milton Keynes MK9 1FE, United Kingdom.

### 2. Office Details
SNR Denton UK LLP is a limited liability partnership registered in England and Wales under no. OC322045. Regulated by the Solicitors Regulation Authority. A list of its members is open for inspection at its registered office: One Fleet Place, London EC4M 7WS. It uses the trade name SNR Denton. SNR Denton UK LLP is registered for VAT purposes with VAT registration number GB 100 1095 89.

### 3. Terminology for the United Kingdom Location Terms
Applicable Taxes include but are not limited to VAT.

"We" , "our"  or "us" means the London and Milton Keynes offices of SNR Denton UK LLP.

### 4. Fees and Charges (GT 3)
4.1 As well as our fees, we will charge you costs and expenses we incur, for example charges for searches, couriers, information services, postage, telephone and other petty disbursements. We will also charge for other costs (for example, photocopying and CD preparation charges) at our standard rates from time to time.

## Terms of Business | Location

4.2 It may sometimes be possible to obtain "after the event" insurance. Please let us know if you intend to explore that possibility or wish us to advise on it.

4.3 "Individuals", for the purposes of fees quoted under clause 3 of the Global Terms, includes members of staff who are not English-qualified solicitors.

### Charges in Contentious Matters (GT 4)
5.1 The Solicitors Regulation Authority requires us to tell you that:

(a) you will be responsible for paying our invoices in full, regardless of any order for costs made against an opponent;
(b) if the case is lost, you will probably have to pay the opponent's costs as well as your own;
(c) even if you win, the opponent may not be ordered to pay or be capable of paying your costs, especially if they have legal aid or help from the Community Legal Services fund; and
(d) rules of court limit the costs recoverable in some types of legal proceedings.

5.2 If the court orders us to pay any costs because of the way in which you instructed us to conduct a matter, or because you did not put us in funds or give us adequate and timely instructions, we may charge those costs to you.

5.3 At the end of an interim hearing, the court may assess its costs and order a party to pay them. If the court makes this sort of order against you, and we do not hold enough funds for you in our client account, you must provide the balance in time for us to pay within the deadline, or you must arrange payment direct.

### 6. Invoices (GT 6)
We may charge you interest on any invoice not paid within one month after delivery. Interest will accrue daily on the unpaid amounts at the rate for the time being on judgment debts and will be payable on demand. For more information about your rights relating to invoices see the back of our invoices.

### 7. Duties and Rights of Third Parties (GT 8)
Clause 8 of the Global Terms applies notwithstanding the Contracts (Rights of Third Parties) Act 1999.

### 8. Insurance Coverage (GT 9)
We are covered by a professional indemnity insurance policy issued by Travelers Insurance Company Limited and others, c/o AON Limited, 8 Devonshire Square, London EC2M 4PL.

### 9. Liability (GT 10)
Our financial liability to you arising in connection with each matter on which you, or your agents, engage us will not exceed:

(a) three million pounds; or
(b) if greater, three times the total fees (excluding VAT and disbursements) invoiced and received by us for that matter; or
(c) the financial liability limit otherwise stated or agreed in the Engagement Letter.

### 10. Conflicts of Interest (GT 11)
The SRA Conflict Rules apply to us.

### 11. Complaints (GT 14)
If you are not satisfied with how we have dealt with your complaint, you have the right to refer your complaint to the Legal Ombudsman. You may write to the Legal Ombudsman at PO Box 15870, Birmingham B30 9EB, or contact the Ombudsman by email (enquiries@legalombudsman.org.uk) or phone (0300 555 0333). If you decide to refer your complaint to the Legal Ombudsman, you must make the referral within six months of your last contact with us. In the case of a bill, you may have the right to apply to the court for an assessment under Part III of the Solicitors Act 1974.

### 12. Retention of Records (GT 17)
We will destroy all records six years after that matter is finished.

### 13. Financial Services and Markets Act 2000
Our services may involve regulated activities relating to investments within the meaning of the Financial Services and Markets Act 2000. We are not authorised by the Financial Services Authority under that Act. We may, however, undertake activities (such as arranging and advising) which are incidental to our legal services or which may reasonably be regarded as a necessary part of them. In doing so we are regulated by the SRA. You should not interpret anything in any of our communications with you as advice on the merits of acquiring or disposing of particular investments or as an invitation or inducement to engage in any investment activity.

### 14. Market Abuse Directive
14.1 We expect you to tell us when you require us to establish and maintain an insider list to comply with your obligations under the Market Abuse Directive (2003/6/EC) and any rules made under it (together the "MAR"). If you request a copy of an insider list you have asked us to maintain we will provide it as soon as possible at any time up to five years and one day after the list was drawn up or updated.

14.2 We will take all necessary measures to ensure that any person whose name is on an insider list:

(a) acknowledges the legal and regulatory duties entailed; and
(b) is aware of the sanctions for misuse or improper circulation of such price-sensitive information.

You must keep confidential any insider list we give you and only use it for compliance with the MAR.

## Terms of Business | Location

### 15. The Consumer Protection (Distance Selling) Regulations 2000

This Clause applies only to new individual clients who have not met the Individual who would be acting for them. Under the Consumer Protection (Distance Selling) Regulations 2000, you have a seven-day "cooling off" period during which you may decide not to have us act for you after all. During this time we may not start work for you. Please let us know in writing if you decide to cancel your instructions. If you authorise us to start work immediately, this right to cancel no longer applies and we can start work at once.

### 16. Governing Law and Jurisdiction (GT 20)

English law governs all the agreements and arrangements between you and us relating to our services. If any claim, dispute or difference of any kind whatsoever (for example, any question regarding their existence, validity or termination) arises out of or in connection with those agreements or arrangements, you and we each agree to submit to the exclusive jurisdiction of the English courts. However, we may, at our sole option, refer the claim, dispute or difference to arbitration in London before a single arbitrator in accordance with clause 4 of the Location Terms (Arbitration provision applicable to SNR Denton UK Practices).

## United States Location Terms

### 1. Application

These Location Terms apply to the legal practices of SNR Denton US LLP operated from all locations within the United States of America.

### 2. Fees

The applicable rates are set out in the Letter but may be adjusted from time to time, and charges will be incurred at the rates in effect at the time that the services are performed.  Our fees shall be paid to us in US Dollars (unless otherwise provided for in a billing statement we send you) net of any sales, use, excise, transfer, value-added, withholding or other taxes that may otherwise be imposed upon the payment or receipt of such fees, which taxes shall be your sole responsibility.

### 3. Costs and Disbursements

A. Our representation of you will involve costs and/or disbursements, which may include, depending on the matter, travel expenses, messenger services, overnight or express delivery services, conference calling services, computerized research services, agency lawyer services, court costs and filing fees, transcript costs, litigation support services, expert witness expenses, and foreign associate services. At our discretion, we may advance these costs or disbursements on your behalf, and we will be entitled to payment or reimbursement from us. In cases where it is not possible or practical for us to advance such

costs or fees to third parties, or otherwise at our discretion, we may request that you pay such costs or fees directly, or that you fund them in advance. You agree to do so.

B. It is our current policy not to charge Clients separately for ordinary postage and facsimiles. For routine reproduction jobs that can be handled in-house, we currently charge 10 cents per copy. However, in the case of other reproduction jobs, such as those sent to third-party vendors, involving large volume, colour copies, oversize copies, or other specific needs, we will invoice such charges to you at our cost, and in some cases may request direct or advance payment, as stated above. You agree to pay for these costs.

C. For certain expenses, such as computerized legal research, technology and support services, we often attempt to reduce costs by working with vendors, such as by contracting to purchase a minimum volume of service that is beyond the needs of any single Client, including through fixed-fee arrangements. In such cases, we will invoice you at a rate reasonably apportioned to our effort to you, which will approximate but may not exactly reflect the actual direct cost and related overhead paid by us. For other in-house expenses not specifically itemized in this Engagement Letter, such as document production, binding, shipping, or other charges, we will charge you at cost or will reasonably attempt to allocate the direct cost and overhead attributed to the services we provide to you.

D. You also agree to pay for such costs or disbursements in US Dollars (unless otherwise provided for in a billing statement we send you) net of any sales, use, excise, transfer, value-added, withholding, or other taxes that may otherwise be imposed upon the payment or receipt of such costs or disbursements, which taxes shall be your sole responsibility. Our policies regarding expense reimbursement are subject to change from time to time at our discretion.

### 4. Invoices

A. We reserve the right in our discretion to change the frequency of billing and the time for payment or request a retainer.

B. For matters associated with an Engagement Letter issued by a Partner in New York, if, for any reason, you disagree with the amount of our fees or other charges (or, indeed, if you believe that any aspect of our representation of you is unsatisfactory in any respect), please contact the relationship Partner immediately so that your concerns may be discussed and any disagreement or other problem resolved. However, in the event we are unable to reach a satisfactory resolution of any fee dispute, you have the right to request arbitration in New York City under Part 137 of the Rules of the Chief Administrator of the Office of Court Administration of the New

## Terms of Business | Location

York State Unified Court System, or under applicable bar association procedures, and we agree to participate fully in that process.

C. For matters associated with an Engagement Letter issued by a Partner in California, you have the right to elect arbitration pursuant to the fee arbitration procedures of the State Bar of California, as set forth in the California Business and Professions Code Section 6200, et seq. Those procedures permit a trial after arbitration, unless the parties agree in writing, after the dispute has arisen, to be bound by the arbitration award.

### 5. Interest and Collections

If full payment is not received within thirty (30) days of the statement date, such amounts due shall bear interest at a per annum rate equal to the "Prime Rate" of interest adjusted as of the first day of each calendar month and as determined by reference to the Wall Street Journal, or such substitute index determined by us to be comparable, in our reasonable discretion. The purpose of the late charge is to assess on an equitable basis the added expenses incurred by us for overdue accounts. You agree to reimburse us for all costs of collection of amounts due, including but not limited to reasonable attorneys fees and expenses, court costs and other costs incurred relating to any alternative dispute resolution mechanism utilized in the collection of amounts due.

### 6. Completion of Engagement

Our Engagement to represent you will be deemed to have terminated when we have completed the services described in the Letter or at any time that a period of six (6) months elapses during which we do not furnish any billable services to you.

### 7. Client File

During the course of our representation, we may maintain one or more files in which we may place correspondence, agreements, filings, disclosures, pleadings and other documents related to your representation ("Client File"). You have a right to your Client File. If you request copies of documents from the Client File, we generally do not charge for such copies; however, if the volume is significant, you agree to bear the reasonable costs associated with your request. You agree that, absent written direction from you to the contrary, we may dispose of all files pertaining to each of the matters described above at any time after seven (7) years have elapsed after we have last performed services on such matter. Such disposal will be accomplished in a manner that will protect the confidentiality of such files. You agree that documents containing our attorney work product, mental impressions, notes, drafts, and emails shall be and remain our property, and will not be considered part of the Client File. You agree that we may enact and implement reasonable retention policies for such documents.

## Uzbekistan Location Terms

### 1. Application

These Location Terms apply to the legal practice of SNR Denton CA  Limited operated from 90 Acad. Vosit Vokhidov St, Yakkasarayskiy District, Tashkent, 100031, Republic of Uzbekistan.

### 2. Office Details

SNR Denton CA Limited is registered in England and Wales under no. 04055729. It is wholly owned by SNR Denton UK LLP, which is regulated by the Solicitors Regulation Authority . A list of its directors and a list of the members of SNR Denton UK LLP are open for inspection at its registered office: One Fleet Place, London EC4M 7WS, England.

SNR Denton CA  Limited provides services from the United Kingdom to Uzbekistan through a representative office. It uses the trade name SNR Denton in Uzbekistan.

### 3. Terminology for the Uzbekistan Location Terms

Applicable Taxes include but are not limited to VAT.

"We" , "our" or "us" means SNR Denton CA Limited.

### 4. Fees and Charges (GT 3)

4.1 In addition to our fees, we will charge you costs and expenses we incur, for example charges for searches, couriers, information services, photocopying, postage, telephone, taxi cab fares, external translations, notarisation and legalisation charges, government and court fees, bank charges, business class travel, hotel accommodation, and other disbursements.

4.2 For time spent travelling, we will charge as follows: (i) if the total amount of billable time in any day is eight hours or more, we will charge only for the actual number of hours worked that day, exclusive of travel time; (ii) if the total amount of billable time in a day is less than eight hours, we will charge for an eight-hour day for any full day away from the office during business hours, regardless of the number of hours worked and travel time; (iii) subject to (i) and (ii) above, travel time outside of our regular business hours will be charged at 50 per cent of our standard hourly rates.

4.3 It may sometimes be possible to obtain "after the event" insurance. Please let us know if you intend to explore that possibility or wish us to advise on it.

4.4 "Individuals", for the purposes of fees quoted under clause 3 of the Global Terms, includes members of staff who are not English-qualified solicitors.

### 5. Charges in Contentious Matters (GT 4)

5.1 The Solicitors Regulation Authority requires us to tell you that:

(a) you will be responsible for paying our invoices in full, regardless of any order for costs made against an opponent;

## Terms of Business | Location

(b) if the case is lost, you will probably have to pay the opponent's costs as well as your own;
(c) even if you win, the opponent may not be ordered to pay or be capable of paying your costs, especially if they have legal aid or help from the Community Legal Services fund; and
(d) rules of court limit the costs recoverable in some types of legal proceedings.

5.2 If the court orders us to pay any costs because of the way in which you instructed us to conduct a matter, or because you did not put us in funds or give us adequate and timely instructions, we may charge those costs to you.

5.3 At the end of an interim hearing, the court may assess its costs and order a party to pay them. If the court makes this sort of order against you, and we do not hold enough funds for you in our client account, you must provide the balance in time for us to pay within the deadline, or you must arrange payment direct.

### 6. Invoices (GT 6)
We may charge you interest on any invoice not paid within one month after delivery. Interest will accrue daily on the unpaid amounts at the rate for the time being on judgment debts and will be payable on demand. For more information about your rights relating to invoices see the back of our invoices.

### 7. Duties and Rights of Third Parties (GT 8)
Clause 8 of the Global Terms applies notwithstanding the Contracts (Rights of Third Parties) Act 1999.

### 8. Insurance Coverage (GT 9)
We are covered by a professional indemnity insurance policy issued by Travelers Insurance Company Limited and others, c/o AON Limited, 8 Devonshire Square, London EC2M 4PL.

### 9. Liability (GT 10)
Our financial liability to you arising in connection with each matter on which you, or your agents, engage us will not exceed:

(a) three million pounds; or
(b) if greater, three times the total fees (excluding VAT and disbursements) invoiced and received by us for that matter; or
(c) the financial liability limit otherwise stated or agreed in the Engagement Letter.

### 10. Conflicts of Interest (GT 11)
The SRA Conflict Rules apply to us.

### 11. Complaints (GT 14)
If you are not satisfied with how we have dealt with your complaint, you have the right to refer your complaint to the Legal Ombudsman. You may write to the Legal Ombudsman at PO Box 15870, Birmingham B30 9EB, or contact the Ombudsman by email (enquiries@legalombudsman.org.uk) or phone (0300 555 0333). If you decide to refer your complaint to the Legal Ombudsman, you must make the referral within six months of your last contact with us. In the case of a bill, you may have the right to apply to the court for an assessment under Part III of the Solicitors Act 1974.

### 12. Retention of Records (GT 17)
We will destroy all records six years after that matter is finished.

### 13. Financial Services and Markets Act 2000
Our services may involve regulated activities relating to investments within the meaning of the Financial Services and Markets Act 2000. We are not authorised by the Financial Services Authority under that Act. We may, however, undertake activities (such as arranging and advising) which are incidental to our legal services or which may reasonably be regarded as a necessary part of them. In doing so we are regulated by the SRA. You should not interpret anything in any of our communications with you as advice on the merits of acquiring or disposing of particular investments or as an invitation or inducement to engage in any investment activity.

### 14. Market Abuse Directive
14.1 We expect you to tell us when you require us to establish and maintain an insider list to comply with your obligations under the Market Abuse Directive (2003/6/EC) and any rules made under it (together the "MAR"). If you request a copy of an insider list you have asked us to maintain we will provide it as soon as possible at any time up to five years and one day after the list was drawn up or updated.

14.2 We will take all necessary measures to ensure that any person whose name is on an insider list:

(a) acknowledges the legal and regulatory duties entailed; and
(b) is aware of the sanctions for misuse or improper circulation of such price-sensitive information.

You must keep confidential any insider list we give you and only use it for compliance with the MAR.

### 15. The Consumer Protection (Distance Selling) Regulations 2000
This Clause applies only to new individual Clients who have not met the Individual who would be acting for them. Under the Consumer Protection (Distance Selling) Regulations 2000, you have a seven-day "cooling off" period during which you may decide not to have us act for you after all. During this time we may not start work for you. Please let us know in writing if you decide to cancel your instructions. If you authorise us to start work immediately, this right to cancel no longer applies and we can start work at once.

# Terms of Business | Location

**16. Governing Law and Jurisdiction (GT 20)**
English law governs all the agreements and arrangements
between you and us relating to our services. If any claim, dispute
or difference of any kind whatsoever (for example, any question
regarding their existence, validity or termination) arises out of or
in connection with those agreements or arrangements, you and
we each agree to submit to the exclusive jurisdiction of the
English courts. However, we may, at our sole option, refer the
claim, dispute or difference to arbitration in London before a
single arbitrator in accordance with clause 4 of the Location
Terms (Arbitration Provision Applicable to SNR Denton UK
Practices).





Revised September 2010
Version 1.1

© 2010 SNR Denton.  SNR Denton is the collective trade name of an international legal practice.



**MINISTRY OF MINES
AND GEOLOGY**
------------

**OFFICE OF THE MINISTER**
------------

No. 1472 / MMG / CAB / 2012

**REPUBLIC OF GUINEA**

Work - Justice - Solidarity

Conakry, August 25, 2012

**STRICTLY CONFIDENTIAL**

**From the Minister**

**To:**
SNR Denton US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005-3364, U.S.A.

**Re:    Letter of Appointment as Legal Counsel to the Ministry of Mines and Geology –
            Simandou Project – Conakry, Guinea**

**Attn: Mr. Jonathan D. Cahn**

**Dear Sir:**

On May 2, 2012, the World Bank signed Agreement No. 7162670 (the "World Bank
Agreement") with a consortium of specialized firms.
The purpose of this Agreement was, in particular, to legally, technically, and financially assist
the Republic of Guinea, through its Ministry of Mines and Geology (the "Ministry"), in the
implementation of the SIMANDOU Project (the "Project").

The aim of this letter is to pursue this Agreement by confirming the appointment by the Republic of
Guinea's Ministry of Mines and Geology (the "Ministry") of the SNR Denton US LLP Law Firm
(the "Firm"), which is a member of the Consortium retained by the World Bank, as its Legal
Counsel.

This appointment as Ministry's Counsel is the logical consequence of the above referenced
Agreement and is considered to have begun on May 2, 2012, the date on which the World Bank
Agreement took effect, and will continue for the duration of the World Bank Agreement, which is
still valid up until September 30, 2012. The Terms of Reference for continuing the assignment after
September 30, 2012 will be forwarded to you.

# REDACTED

Additionally, SNR DENTON may, from time to time, hire the services of third-party consultants including experts in financial, technical, mining and communication areas that possess the qualifications needed for the Project, in support of the Guinean Government's participation in the Project. Your Firm will do so in accordance with your usual practices, subject to compliance with the rights of the Ministry, attorney-client privilege and confidentiality on all the matters concerning this appointment. You must notify the Ministry in writing before hiring a third-party expert or attorney, and you must communicate the financial terms of this appointment.

All billing related to the activities related to the assignment related to this appointment will be performed in accordance with the World Bank Agreement and, insofar as it would not be handled by the World Bank, will be subject to, and in line with, the financial arrangements that will be agreed upon between your Firm and the Ministry.

Very truly yours,

[seal] Ministry of Mines and
Geology – Republic of Guinea /
The Minister

**Mohamed Lamine FOFANA**



STATE OF NEW YORK   )
                      ) ss
COUNTY OF KINGS   )

### CERTIFICATE OF ACCURACY

I hereby certify that the attached is, to the best of my knowledge, ability and belief, a true and complete translation from French to English of *Letter of Appointment as Legal Counsel to the Ministry of Mines and Geology – Simandou Project – Conakry, Guinea, from the Office of the Minister Mohamed Lamine Fofana, to SNR Denton US LLP*, dated August 25, 2012.

Glenn Cain
President
Yndigo Translations

Subscribed and sworn to before me this 24ᵗʰ day of _____, 2014.

Notary Public
My Commission Expires:  05-13-20 /

MOHAMED W KHAN
Notary Public - State of New York
NO. 01KH6281695
Qualified in Queens County
My Commission Expires May 13, 2017

# SNR DENTON

SCHEDULE C

SNR Denton US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364

snrdenton.com

Ministry of Mines and Geology Guinea Conakry
Mohamed Lamine Fofana Ministry of Mines and Geology Guinea Co
PO Box: 295
Conakry
GUINEA

November 27, 2012

**Invoice**

Washington DC, November 27, 2012

Dear Minister:

Further to your last meeting with the World Bank and in order to provide you with the necessary elements to budget the cost of your legal counsel in connection with the Simandou Project, please find enclosed our invoice outlining our fees and expenses for the period of May 2, 2012 to October 31, 2012, which includes all work performed by our firm and the various subcontractors on behalf of the Ministry of Mines and Geology of Guinea on the Simandou Project.

It is important that you become familiar with said document so that we can discuss it.

The invoice was based upon our standard rates. I wish to have a face-to-face meeting with you in order to discuss this issue.

Sincerely yours,

Jonathan Cahn
[signature]

### SUMMARY OF FEES AND COSTS

|  | Totals |
|---|---|
| Fees (May-October 2012) | $2,821,589 |
| Costs (May-October 2012) | $190,536 |
| Fees and Costs (May-October 2012) | **$3,012,126** |
| Hours Worked (May-October 2012) | **4,445** hours |

25524453\V-1

# SNR DENTON ⁊

SNR Denton US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

snrdenton.com

Ministry of Mines and Geology Guinea Conakry
Mohamed Lamine Fofana Ministry of Mines and Geology Guinea Co
PO Box: 295
Conakry
GUINEA

November 27, 2012

**Invoice**

Client/Matter:   10025788-0001

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

For Services Rendered May 2, 2012 through November 30, 2012:

# REDACTED

25524453\V-1

# SNR DENTON ⌐

SNR Denton US LLP                    snrdenton.com
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Ministry of Mines and Geology Guinea Conakry                                    November 27, 2012
Mohamed Lamine Fofana Ministry of Mines and Geology Guinea Co
PO Box: 295                                                                                          **Invoice**
Conakry
GUINEA

# REDACTED

25524453\V-1

# SNR DENTON ⌐

SNR Denton US LLP                     snrdenton.com
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Ministry of Mines and Geology Guinea Conakry                          November 27, 2012
Mohamed Lamine Fofana Ministry of Mines and Geology Guinea Co
PO Box: 295                                                                    **Invoice**
Conakry
GUINEA

# REDACTED

4

# SNR DENTON ⅃

SNR Denton US LLP                    snrdenton.com
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Ministry of Mines and Geology Guinea Conakry                    November 27, 2012
Mohamed Lamine Fofana Ministry of Mines and Geology Guinea Co
PO Box: 295                                                                  **Invoice**
Conakry
GUINEA

# REDACTED

25524453\V-1

# SNR DENTON ⅃

SNR Denton US LLP          snrdenton.com
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005-3364

Ministry of Mines and Geology Guinea Conakry                November 27, 2012
Mohamed Lamine Fofana Ministry of Mines and Geology Guinea Co
PO Box: 295                                                          **Invoice**
Conakry
GUINEA

# REDACTED

25524453\V-1



# YNDIGO
### TRANSLATIONS

STATE OF NEW YORK   )
                    ) ss
COUNTY OF KINGS     )


## CERTIFICATE OF ACCURACY

I hereby certify that the attached is, to the best of my knowledge, ability and belief, a true and complete translation from French to English of *Invoice for Services with Cover Letter from SNR Denton US LLP to Mohamed Lamine Fofana, Ministry of Mines and Geology Guinea Conakry, dated November 27, 2012.*


Glenn Cain
President
Yndigo Translations


Subscribed and sworn to before me this __28__ day of __July__, 2014.


Notary Public
My Commission Expires:

PETER K. JACOB
NOTARY PUBLIC, STATE OF NY
NO. 01JA5053666
QUALIFIED IN KINGS COUNTY
COMMISSION EXP: DEC. 26, 20 17