**HAND DELIVERED**

His Excellency, the Minister Mohamed Lamine Fofana
Ministry of Mines [and] Geology
PO Box 295
Conakry, Republic of Guinea

**STRICTLY CONFIDENTIAL**

Re: **Engagement letter addressed to the Ministry of Mines and Geology, Project Simandou - Guinea Conakry**

Dear Minister:

This letter ("Letter") confirms the agreement of the Minister of Mines and Geology of the Republic of Guinea (the "Ministry" or "Client") to engage the firm SNR Denton US LLP and its affiliates (the "Firm") to provide services beginning October 1, 2012 as Legal Advisor to the Ministry and to the Government of the Republic of Guinea in relation with the development and financing of the Simandou iron ore mining project and its related infrastructure, port and railroad ("Simandou" or the "Project"). This new engagement constitutes a continuation of the mission of the Legal Advisor to the Government of Guinea and is further to the engagement letter signed by the Minister of Mines and Geology for the assignment from May 2 through September 30, 2012, attached hereto. This continuation of the engagement will terminate upon the conclusion of the selection process launched by the Government on September 5, 2012 (P12296 **IDA Q8160 WB3228-09/12, WB3227-09/12, and WB3229-09/12)**, in the context of World Bank Project number P122916.

# REDACTED

[two sets of initials]

# REDACTED

[two sets of initials]

# REDACTED

[two sets of initials]

# REDACTED

[two sets of initials]

# REDACTED

[two sets of initials]

. **REDACTED**

. • In addition, the Firm may from time to time seek the services of third-party advisors, including experts in financial, technical, mining and communication matters, possessing the qualifications required for the Project and supporting the GoG's participation in the Project. The Firm will do this in accordance with its usual practice, conditioned on respecting the rights of the Ministry, attorney-client privilege and confidentiality in all matters relating to the scope of this engagement. Before hiring any of these third-party experts or advisors, the Firm shall notify the Ministry in writing with the financial terms of their engagements.

**2.** **Terms and Conditions.** Our General Terms and Conditions (the "Terms and Conditions"), a copy of which is provided as an attachment hereof, apply to the current matter and any additional matter that we will handle for you. They contain the general terms and conditions applicable to all our international working groups. When one of these groups works on a matter, it does so in accordance with and pursuant to these Terms and Conditions.

[two sets of initials]

You should therefore consider these Terms and Conditions as a passport to work with all offices of SNR Denton, wherever they may be located.

The Terms and Conditions are amended, modified and supplemented by the Local Terms and Conditions. Distinct Local Terms and Conditions apply, depending on the country where the Firms practice. To the extent the General Terms and Conditions and the Local Terms and Conditions differ, Local Terms and Conditions shall prevail. This Engagement Letter shall prevail over the Terms and Conditions and the Local Terms and Conditions. Unless otherwise stated, terms defined in this Letter have the meanings described in the version of the Terms and Conditions.

3.  **Team and Fees.** In accordance with the Terms and Conditions, our costs and fees are due upon receipt of our invoice. However, the Firm confirms its intention to defer payment as follows: the Firm understands that neither the Ministry nor the Government of the Republic of Guinea currently have the necessary funds to pay for the costs and fees of the representation, but the Ministry will implement in good faith all efforts necessary to secure funding for this representation, either through the Ministry's budget or through external funding. Because we are well aware of the urgent needs of the Ministry to provide the accelerated services described below, as long as the Ministry continues to make these efforts, the Firm, not taking into account the lack of funding, will defer collection of fees and expenses billed in accordance with this Letter and in accordance with the Terms and Conditions until the appropriate financing is in place. The Firm is entitled to transfer from [*sic*] its invoices, in whole or in part, to third parties, based on terms that do not compromise its loyalty obligations with respect to the Client with respect to the representation, and subject to any other applicable rule regarding professional liability.

[two sets of initials]

Meanwhile, the Ministry authorizes the Firm to seek, with third parties, various options for the financing of its representation and to present these options in the form of a written proposal to the Ministry for its consideration, in which case the Ministry will consider the proposals, in good faith, subject of course to the fact that the Ministry may exercise its right to ensure that our representation as Legal Counsel is sincere and loyal and is ethically independent of any funding source. Our fees will be invoiced based on time spent on the representation and the hourly rates charged by each party according to the table shown below:

**Position**

Partners

Sr. Advisors Of Counsel

Associates

**Rate ($ hourly)**

**700 to 1000**

**700 to 850**

**600 to 700**

**200 to 550**

**Office**

Washington, DC, London, Paris Washington DC Washington, D.C., Paris Washington, D.C., Paris, London [*sic*]

Our mission will involve costs and / or expenses, as described in the Terms and Conditions.


[two sets of initials]

In addition, the Firm may from time to time seek the services of third party advisors, including experts in financial, technical, mining and communication matters, possessing the qualifications required by the Project.

The Firm will do this in accordance with its usual practice conditioned on respecting the rights of the Ministry, attorney-client privilege and confidentiality in all matters relating to the scope of this engagement. A list of third-party advisors already providing services on behalf of the Firm will be provided to you by letter. Before hiring any of these additional third-party experts or advisors, the Firm shall notify the Ministry in writing with the financial terms of their engagements.

Any invoicing related to this mandate will be in accordance with the approved funding terms. To the extent that the Firm will receive, from any third party, payments relating to our mandate pursuant to the conditions thereof, we will make the corresponding deduction of the amounts due by the Ministry. We attach to this Letter the invoice for the period from May 2 to October 31, 2012, which we would ask you to approve by signing same.  Our next invoices will be sent to you on a periodic basis.  Laurent Lavigne du Cadet (Senior Advisor Washington DC), Charles Wood (Partner London) and I will coordinate the representation of the Ministry by the firm. If at any time you have any concern about any aspect of our services including our invoices, kindly let Charles, Laurent or me know and we are committed to resolving any issue that will be raised by the Ministry. We also have a formal complaints procedure and a copy of this procedure is available upon request.

[two sets of initials]

**4.** **Conflicts**.  Based on an internal review of our records, we have concluded that we have no conflict of interest in providing this representation.

Nevertheless, the Terms and Conditions contain provisions relating to ethical conflicts and conflicts of interest, including provisions relating to issues of conflicts that could arise in the future, which you should read attentively.

# REDACTED

[two sets of initials]

Please confirm your agreement to the terms of this Letter and the Terms and Conditions and the provisions regarding conflicts by signing in the space provided and returning to us two originals. We would appreciate a prompt return of these copies, but as you know, we have already started working on this matter based on the terms and conditions set forth in this Letter. Do not hesitate to contact me if you have any questions about any point of this Letter or the Terms and Conditions, or about any point of our mission.

We are very pleased to be your counsel and work with you on this Project.

Most sincerely,

[signed]

                              Read and approved,
                              Minister of Mines and Geology

                              [signed]

                              **Mohamed Lamine FOFANA**

Jonathan D. Cahn, Partner

[stamp] Ministry of Mines and Geology – R.G. /The Minister



STATE OF NEW YORK  )
                   ) ss
COUNTY OF KINGS    )

CERTIFICATE OF ACCURACY

I hereby certify that the attached is, to the best of my knowledge, ability and belief, a true and complete translation from French to English of *Engagement Letter addressed to Minister Mohamed Lamine Fofana, Ministry of Mines and Geology, Project Simandou - Conakry, Guinea, by Jonathan D. Cahn, Partner, SNR Denton US LLP.*

Glenn Cain
President
Yndigo Translations

Subscribed and sworn to before me this  23rd  day of  July , 2014.

Notary Public
My Commission Expires: 7-9-2016

JOSEPH ANTHONY SHEPERIS
Notary Public - State of New York
NO. 01SH6265143
Qualified in Kings County
My Commission Expires 7-9-2016

709 CARROLL STREET, BROOKLYN, NY 11215 • 347.223.4334 • WWW.YNDIGOTRANSLATIONS.COM