

**REBULIC OF GUINEA**

Work – Justice – Solidarity

Conakry, March 25, 2013

**MINISTRY OF MINES AND GEOLOGY**

**OFFICE OF THE MINISTER**

No. 0424 - - - - /MMG/CAB/FC/2013

*The Minister*

*To:*

Mr. Jonathan D. Cahn
SNR DENTON
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364 USA
E-mail : jonathan.cahn@snrdenton.com

**Dear Sir:**

Further to our telephone conversation of Sunday, March 24, 2013, around 5pm, I am honored to confirm with you that the Republic of Guinea, as client, is prepared to perform all of its contractual obligations contained in the agreement between you and the Ministry of Mines and Geology in terms of providing support and advice in monitoring, negotiating, drafting and implementing the undertakings relating to the Simandou file.

In this regard, I would like to reassure you that it is agreed that Rio Tinto will pay your fees and all expenses duly approved by the competent bodies of the State, actually incurred in the performance of your missions and having taken delivery of documents required by the Guinean State, through its divisions involved in the Project, mainly the Ministry of Mines and Geology.

However, in the event where Rio Tinto does not pay the fees and expenses as indicated above, the Guinean State will pay such fees and expenses which, as with the other fees shall be included in the costs of the Simandou Project.

Lastly, I would like to draw your attention to the urgency of the delivery of the documents and the pressing need to comply with all delivery timetables agreed to for the required documents, some of which are a critical part in completing the project.

Yours truly,

| [stamp] Ministry of Mines and Geology – R.G./ The Minister | [signature] |

**Mohamed Lamine FOFANA**



STATE OF NEW YORK    )
                     ) ss
COUNTY OF KINGS      )

## CERTIFICATE OF ACCURACY

I hereby certify that the attached is, to the best of my knowledge, ability and belief, a true and complete translation from French to English of *Letter from Minister Mohamed Lamine Fofana, Ministry of Mines and Geology, Republic of Guinea, to Jonathan D. Cahn, Partner, SNR Denton, regarding payment of fees and expenses, and delivery of documents*, dated March 25, 2013.

_____
Glenn Cain
President
Yndigo Translations

Subscribed and sworn to before me this 28 day of JULY, 2014.

_____
Notary Public
My Commission Expires:

PETER K. JACOB
NOTARY PUBLIC, STATE OF NY
NO. 01JA5053666
QUALIFIED IN KINGS COUNTY
COMMISSION EXP: DEC. 26, 2017

709 CARROLL STREET, BROOKLYN, NY 11215 • 347.223.4334 • WWW.YNDIGOTRANSLATIONS.COM