IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENTONS US LLP,<br><br>      Plaintiff,<br><br> v.<br><br>THE REPUBLIC OF GUINEA, and<br><br>THE MINISTRY OF MINES AND GEOLOGY,<br><br>      Defendants. | Case No. 1:14-cv-1312 |

**DEFENDANTS' MOTION TO DISMISS**

  Defendants The Republic of Guinea ("Guinea") and The Ministry of Mines and Geology ("Ministry") hereby make a special appearance to move to dismiss the Complaint pursuant to Fed. R. Civ. Pro. 12(b)(1), (b)(3), and (b)(6). Defendants, as foreign sovereigns, dispute the jurisdiction of this Court to hear and decide the above-captioned case.

  As discussed in detail in the concurrently filed Memorandum in Support of Defendants' Motion to Dismiss, this action should be dismissed because:

  1. Guinea (along with its Ministry) is a foreign sovereign and immune from suit in U.S. courts under the doctrine of sovereign immunity codified in the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1602 *et seq.*;

  2. Guinea did not waive its sovereign immunity, nor did it agree to be subject to U.S. law or the U.S. court system, when it entered into the Retainer Agreement with the Firm;

3.  No exception to Guinea's sovereign immunity applies to this dispute arising out of the Firm's agreement to provide legal counsel to guide Guinea, a sovereign nation, through the governmental issues involved in financing and developing Guinea's own national assets and infrastructure, matters entirely unrelated to the United States.

4.  This action lacks sufficient connection with the United States and is properly dismissed on the grounds of *forum non conveniens*; and

5.  The Firm, in its Retainer Agreement, waived any possible right to bring this claim for fees in a U.S. Court.

WHEREFORE, the Defendants respectfully request that the instant law suit be dismissed and for such other relief as this Court deems just.

Defendants request an oral hearing on the Motion.

November 7, 2014                         Respectfully submitted,

    s/David H. Dickieson
David H. Dickieson    DC Bar #321778
Robert Spagnoletti    DC Bar #
Schertler & Onorato, LLP
575 – 7th Street, N.W., Suite 300 South
Washington, DC  20004
ddickieson@schertlerlaw.com
Telephone:  202-824-1222
Facsimile:  202-628-4177