

Avocats au Berreau de Paris

Dentons UKMEA LLP
112 avenue Kléber
75116 Paris
France
Toque W10

dentons.com

Dentons US LLP
1221 Avenue of the Americas
New York
NY10020
USA
Attn: Marian Hagler

Dated: 3 April 2013

Invoice No: 10022828

VAT Registration No: FR 84 512 435 116

Client/Matter: 74001.00199

**Mining. Advising Guinean government on mining and infrastructure project**

**For Professional Services Rendered**
for the month of January 2012

618,947.80

(in French here)

Outside the scope of VAT, pursuant to section 259B of the French Tax Code

(in French here)

**Disbursements not subject to VAT**

Travel, hotel and restaurant                                17,139.47
Communications                                                  577.07

(in French here)

**Other Charges not subject to VAT**

Professional Services - Od Rom                                 212.23
Photocopying & Printing                                      4,420.97

(in French here)



Ce relavé est payable à réception. Pénalités de retard applicables au taux d'intérêt appliqué par la Banque centrale européanne à son opération de refinancement la plus récente majoré de 10 points de pourcentage. Tous frais engagés pour votre compte à la fin de cette période qui n'auraient pas été inclus, vous seront facturés séparément. Une indemnité forfaitaire pour frais de recouvrement de 40€ est due dès le premier jour de retard de paiement (article L441-6 du code de commerce).

Dentons est un cabinet juridique international fournissant ses services aux clients dans le monde entier par l'intermédiaire de ses sociétés membres et ses affiliés. Dentons UKMEA LLP est une société en nom collectif à responsabilité limitée immatriculée en Angleterre et au Pays de Galles sous le n° OC322045. Son entité de Paris est immatriculée et réglementée par le Barreau de Paris conformément à la Directive 98/5/CE et est également agréée et réglementée par la Solicitors Regulation Authority d'Angleterre et du Pays de Galles. Une liste de ses membres est consultable et peut être examinée à son siège social: One Fleet Place, London EC4M 7WS, Angleterre. Toute référence à un "associé" désigne une personne qui est associé, membre, consultant ou salarié exerçant des functions et possédant des qualifications équivalentes chez l'un des affiliés de Dentons. Veuillez consulter les Mentions Légales sur dentons.com.

Our fees are payable when you receive this invoice. Interest chargeable on overdue payments at the rate used by the European Central Bank in its most recent financing operation plus 10 percentage points. Any disbursements incurred on your behalf at the end of this period which have not been included will be invoiced to you separately. A fixed charge for recovery costs of 40€ is payable from the first day payment is overdue (article L441-6 of the French Commercial Code).

Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. Dentons UKMEA LLP is a limited liability partnership registered in England and Wales under no. OC322045. Its Paris office is registered with and regulated by the Paris Bar in accordance with Directive 98/5/CE and is also authorised and regulated by the Solicitors Regulation Authority of England and Wales. A list of its members is open to inspection at its registered office: One Fleet Place, London EC4M 7WS, England. Any reference to a "partner" means a person who is a partner, member, consultant or employee with equivalent standing and qualifications in one of Dentons' affiliates. Please see dentons.com for Legal Notices.


Avocats au Berreau de Paris

Dentons UKMEA LLP
112 avenue Kléber
75116 Paris
France
Toque W10

dentons.com

Dentons US LLP
1221 Avenue of the Americas
New York
NY10020
USA
Attn: Marian Hagler

Dated: 3 April 2013

Invoice No: 10022828

VAT Registration No: FR 84 512 435 116

Client/Matter: 74001.00199

**Mining.  Advising Guinean government on mining and infrastructure project**

**Invoice Total**                                             USD          641,297.54

Ce relavé est payable à réception. Pénalités de retard applicables au taux d'intérêt appliqué par la Banque centrale européanne à son opération de refinancement la plus récente majoré de 10 points de pourcentage. Tous frais engagés pour votre compte à la fin de cette période qui n'auraient pas été inclus, vous seront facturés séparément. Une indemnité forfaitaire pour frais de recouvrement de 40€ est due dès le premier jour de retard de paiement (article L441-6 du code de commerce).

Dentons est un cabinet juridique international fournissant ses services aux clients dans le monde entier par l'intermédiaire de ses sociétés membres et ses affiliés. Dentons UKMEA LLP est une société en nom collectif à responsabilité limitée immatriculée en Angleterre et au Pays de Galles sous le n° OC322045. Son entité de Paris est immatriculée et règlementée par le Barreau de Paris conformémant à la Directive 98/5/CE et est également agréée et réglementée par la Solicitors Regulation Authority d'Angleterre et du Pays de Galles. Une liste de ses membres est consultable et peut être examinée à son siège social: One Fleet Place, London EC4M 7WS, Angleterre. Toute référence à un "associé" désigne une personne qui est associé, membre, consultant ou salarié exerçant des fonctions et possédant des qualifications équivalentes chez l'un des affiliés de Dentons. Veuillez consulter les Mentions Légales sur dentons.com.

Our fees are payable when you receive this invoice. Interest chargeable on overdue payments at the rate used by the European Central Bank in its most recent financing operation plus 10 percentage points. Any disbursements incurred on your behalf at the end of this period which have not been included will be invoiced to you separately. A fixed charge for recovery costs of 40€ is payable from the first day payment is overdue (article L441-6 of the French Commercial Code).

Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. Dentons UKMEA LLP is a limited liability partnership registered in England and Wales under no. OC322045. Its Paris office is registered with and regulated by the Paris Bar in accordance with Directive 98/5/CE and is also authorised and regulated by the Solicitors Regulation Authority of England and Wales. A list of its members is open to inspection at its registered office: One Fleet Place, London EC4M 7WS, England. Any reference to a "partner" means a person who is a partner, member, consultant or employee with equivalent standing and qualifications in one of Dentons' affiliates. Please see dentons.com for Legal Notices.