UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENTONS US LLP, | ) |
| Plaintiff, | ) |
| v. | ) Case No 1:14-cv-01312-RDM |
| THE REPUBLIC OF GUINEA, and | ) |
| THE MINISTRY OF MINES AND GEOLOGY, | ) |
| Defendants. | ) |

## ORDER

On August 1, 2014, plaintiff Dentons US LLP (f/k/a SNR Denton US LLP) ("plaintiff") filed complaint against defendants The Republic of Guinea and The Ministry of Mines and Geology, The Republic of Guinea ("defendants") alleging jurisdiction pursuant to 28 U.S.C. § 1330(a) and § 1605(a)(2) and damages of $10,214,458.48 under alternative theories of breach of contract, quantum meruit, unjust enrichment, and account stated damages as well as pre- and post-judgment interest, fees and expenses for legal services provided to defendants in 2012-2013. Compl., ECF No. 1. Defendants entered special appearance to file a Motion to Dismiss. ECF No. 15. Plaintiff filed a Memorandum in Opposition and defendant filed a reply. ECF Nos. 18, 20.

Upon consideration of the above referenced filings and for reasons given in the memorandum opinion issued this date, it is hereby:

**ORDERED** that defendants' motion is DENIED;

**SO ORDERED.**

Signed by Royce C. Lamberth, Judge, on September 22, 2015.