# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENTONS US LLP,** | ) |
| *Plaintiff*, | ) ) ) |
| *v.* | ) ) Case No. 1:14-cv-1312-RDM |
| **THE REPUBLIC OF GUINEA et al.,** | ) ) |
| *Defendants*. | ) ) |
| **THE REPUBLIC OF GUINEA et al.,** | ) ) |
| *Counterclaim and Third Party Plaintiffs,* | ) ) |
| *v.* | ) ) |
| **DENTONS US LLP et al.,** | ) ) |
| *Counterclaim and Third Party Defendants.* | ) ) ) |

### PLAINTIFF'S STIPULATED MOTION FOR THE ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
### PURSUANT TO THE HAGUE CONVENTION OF MARCH 18, 1970

WILLIAMS & CONNOLLY LLP
Michael S. Sundermeyer (No. 931873)
Ana C. Reyes (No. 477354)
Leslie C. Mahaffey (No. 1019782)
725 12th Street, NW
Washington, D.C. 20005
Tel. (202) 434-5000
Fax (202) 434-5029
msundermeyer@wc.com
areyes@wc.com
lmahaffey@wc.com

August 15, 2016

Plaintiff Dentons US LLP ("Dentons US") moves for the issuance by the Court of the Letter of Request in the form attached hereto as Exhibit A, addressed to the appropriate Central Authority in England, and request that the Authority direct Clyde & Co, a law firm with an office in England, to provide the documents requested in the enclosed subpoena.  This motion is made pursuant to, and in conformity with, The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. 7444, 23 U.S.T. 2555, reprinted in 28 U.S.C. § 1781 ("Hague Convention"), to which the United Kingdom is a signatory.

In 2012 and 2013, Dentons US provided legal counsel to Guinea in connection with the "Simandou Project."  The Project involved two components:  (1) iron ore mining rights sought by Rio Tinto (through its Guinean subsidiary, Simfer S.A.); and (2) large-scale infrastructure construction.  After repeated requests for payment were denied by Guinea, Dentons US filed a lawsuit in the District of Columbia.  Dentons US alleges that Guinea breached the parties' Retainer Agreement and seeks payment for its legal fees and expenses.  Guinea has filed counterclaims.

An issue in the case is the work performed by Dentons US's successor counsel, Clyde & Co.  As successor counsel, Clyde & Co will have documents in its possession concerning the work performed by Dentons US and the work required by Guinea.

The grounds for this motion are set forth in the Letter of Request submitted herewith as Exhibit A.  In short, discovery regarding Clyde & Co will aid adjudication of the parties' pending claims by establishing facts surrounding the scope of Clyde & Co's representation and the work product it provided to Guinea.

Dentons US presently believes that the Hague Convention provides the only means of obtaining testimony and/or document production from Clyde & Co.  Dentons US has conferred with counsel for Defendants, who have agreed to this Motion and the attached Exhibit A.

For those reasons, Dentons US respectfully submits that the proposed Letter of Request is just and appropriate, and specifically requests that the Court sign and issue the Letter of Request.

Respectfully submitted,

    /s/ Ana C. Reyes
Ana C. Reyes (No. 477354)
WILLIAMS & CONNOLLY LLP
Michael S. Sundermeyer (No. 931873)
Leslie C. Mahaffey (No. 1019782)
725 12th Street, NW
Washington, D.C.  20005
Tel. (202) 434-5000
Fax (202) 434-5029
msundermeyer@wc.com
areyes@wc.com
lmahaffey@wc.com

Dated: August 15, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2016, a copy of the foregoing **PLAINTIFF'S MOTION FOR THE ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF MARCH 18, 1970** was filed electronically via ECF. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    /s/ Ana C. Reyes
Ana C. Reyes (No. 477354)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENTONS US LLP** | ) |
| *Plaintiff*, | ) |
| v. | ) |
| | ) Case No. 1:14-cv-1312-RDM |
| **THE REPUBLIC OF GUINEA et al.,** | ) |
| *Defendants*. | ) |
| | ) |
| **THE REPUBLIC OF GUINEA et al.,** | ) **ORDER** |
| *Counterclaim Plaintiffs*, | ) |
| v. | ) |
| **DENTONS US LLP et al.,** | ) |
| *Counterclaim and Third Party Defendants.* | ) |

Upon consideration of Plaintiff Dentons US LLP's Stipulated Motion for the Issuance of a Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of March 18, 1970, I find good cause to grant the Motion. As such, it is

HEREBY ORDERED that Plaintiff Dentons US LLP's Motion is granted and a signed and sealed copy of its Letter of Request may be picked up from the Clerk's office.

SO ORDERED,

_____
RANDOLPH D. MOSS
United States District Judge

Dated: _____