

Australian Government

Attorney-General's Department

*Let it be filed.*
*Randolph D. Moss*
*USDJ*
*6/16/17*

Our reference: 16/13403

30 May 2017

Office of the Clerk of the Court
United States District Court for the District
of Columbia
333 Constitution Ave., N.W.
Washington DC 20001
USA

Dear Sir/Madam

**Request for assistance with the production of documents – Dentons US LLP v The Republic of Guinea et al. – Case No. 1:14-cv-1312-RDM**

I refer to your request for assistance with the production of documents pursuant to the *Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters 1970* from Rio Tinto in the matter of *Dentons US LLP v The Republic of Guinea et al.*

The Victorian State Solicitor's Office has reviewed your request and has advised that the request does not fully comply with the *Evidence (Miscellaneous Provisions) Act 1958* (Vic). They consider that the request is quite broad in nature and individual documents must be separately described. In addition, these documents must be actual documents as opposed to conjectural documents.

Please also note that Rio Tinto would only be able to produce documents that are within their possession.

We would be grateful if you would provide a list of individual documents that you require in order for the request to be progressed by **9 June 2017**.

If you have any questions, please contact me on the email address below.

Yours sincerely

Ruba Rashid
Private International Law Section

Email: pil@ag.gov.au

**Australian Government**

**Attorney-General's Department**

3-5 National Circuit, Barton ACT 2600

CASE NO: 1:14-CV-1312-RDM

OFFICE OF THE CLERK OF THE COURT
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
333 CONSTITUTION AVE., N.W.
WASHINGTON DC 20001
USA

POSTAGE PAID AUSTRALIA