COURS DE DISTRICT DES ÉTATS-UNIS
POUR LE DISTRICT DE COLOMBIA

| | |
|---|---|
| DENTONS US LLP,<br><br>*Plaignant,*<br>Contre<br><br>LA RÉPUBLIQUE DE GUINÉE et al.<br><br>*Défendeurs*<br>_____<br><br>LA RÉPUBLIQUE DE GUINÉE et al.<br><br>*Demande reconventionnelle des plaignants,*<br><br>contre<br><br>DENTONS US LLP et al.,<br><br>*Demande reconventionnelle et tierce partie Défendeurs.* | Cas n° 1:14-cv-1312-RDM |

## <u>DÉCLARATION DE MONSIEUR KERFALLA YANSANE, MINISTRE D'ETAT, MINISTRE CONSEILLER DU PRESIDENT DE LA REPUBLIQUE</u>

**Defendants' Exhibit**

**7**



Je soussigné, Kerfalla Yansané, justifie avoir l'âge légal et conformément à la réglementation 28 USC § 1746 (1), déclare et reconnaît :

1.  J'ai été ministre d'État, ministre de l'Économie et des Finances pour la République de Guinée (« Guinée »), le plus haut représentant du Ministère de l'Économie et des Finances de Guinée (« Ministère des Finances »). J'ai occupé ces fonctions de février 2010 à janvier 2014, puis Ministre d'État, ministre des mines et de la géologie de janvier 2014 à janvier 2016. Depuis, j'occupe les fonctions de Ministre d'État, Ministre Conseiller en charge des relations avec les institutions internationales et les questions monétaires et bancaires à la Présidence de la République.

2.  Le Ministère de l'Économie et des Finances a pour mission, la conception, l'élaboration et la mise en œuvre de la politique du Gouvernement en matière de finances publiques. Il est particulièrement chargé :
    - De concevoir, d'élaborer et de mettre en œuvre la politique du Gouvernement en matière de finances publiques ;
    - D'élaborer et d'assurer l'application de la réglementation sur les marchés publics ;
    - De représenter l'Etat aux négociations avec les partenaires au développement et de signer les conventions et accords financiers;
    - De définir la politique d'endettement public et de veiller à son application;
    - D'assurer le suivi de la gestion de la trésorerie publique;
    - De participer à l'élaboration des lois de finances et au suivi de leur exécution;
    - De participer à la fixation des objectifs de politique monétaire et de change en collaboration avec les autorités monétaires.

3.  La Guinée, comme les États-Unis, dispose d'un système des marchés publics.

4.  Tous les contrats gouvernementaux sont assujettis aux lois sur les marchés publics. LOI L/2012/No. 020/CNT (11 octobre 2012) (ci-après, « Loi ») ; DÉCRET D/2012/128/PRG/SGG (3 décembre 2012) (ci-après, « Décret »).



5. Ces lois ont été promulguées aux fins express pour assurer la promotion de la bonne gouvernance, la transparence et assurer la bonne qualité des dépenses publiques et partant lutter contre la corruption. D'où la nécessité de soumettre tous les contrats gouvernementaux relatifs aux marchés au processus d'appels à concurrence et à un système d'approbation rigoureux. Loi tit. I art.

6. En Guinée, les contrats gouvernementaux sont attribués dans le cadre d'un appel d'offres. Loi tit. III art. 11(1)

7. « Tout recours à quelques autres moyens de passation de marchés doit être effectué dans les conditions prévues par la loi et être autorisé par le ministre des Finances. » Loi tit. III art. 11(1).

8. Dans certaines circonstances exceptionnelles (où un appel d'offres n'est pas requis,) notamment pour les opérations spécialisées, il peut être procédé à des consultations restreintes qui seront soumises à l'autorisation préalable obligatoire du ministre des Finances. Loi tit. III art. 11 (1) ; Article 38 du décret. Si des intérêts nationaux en matière de sécurité exigent le secret, une commission spéciale sera créée pour régir la procédure du marché et son exécution. Article 39 du Décret.

9. « Les contrats qui n'ont pas fait objet d'appels d'offres ou de consultation restreinte et qui ont été approuvés sont nuls et non avenus. » Article 74 du décret. La lettre d'engagement de Denton n'a jamais bénéficié ni de la procédure normale ni de la procédure dérogatoire.

10. En ma qualité de Ministre des finances pour la période 2010-2014, période de la signature de la lettre d'engagement de Denton, je fais les déclarations suivantes en fonction de mes connaissances personnelles et des informations mises à ma disposition dans l'exercice de mes fonctions.

11. La lettre de mission datée du 24 décembre 2012, signée avec Jonathan D. Cahn de SNR Denton n'a jamais été portée à ma connaissance et je ne l'ai jamais approuvée en ma qualité de ministre guinéen des Finances. Cette lettre n'a pas été signée dans le respect de la réglementation guinéenne. Donc à ma connaissance il n'existe au sein du Ministère de l'Économie et des Finances aucune preuve de l'existence de tout contrat avec SNR Dentons, Dentons US ou l'une de ses sociétés affiliées concernant le projet Simandou ni de preuve d'approbation de tel contrat.



12. La lettre de mission datée du 24 décembre 2012 mentionnée ci-dessus ne constitue pas un contrat valable ou ayant force obligatoire, car seul le Ministre de l'Économie et des Finances a le pouvoir d'engager financièrement l'État.

13. Au demeurant, la demande de Dentons d'un montant de 12 millions de dollars en services juridiques pour 12 mois de factures représenterait environ 1 % du budget annuel pour l'ensemble du gouvernement de Guinée en 2012, n'était pas inscrite dans le budget de l'Etat et ne pouvait pas l'être compte tenu du montant et des capacités financières de l'Etat à l'époque. C'est pour cette raison que le Gouvernement avait sollicité à l'époque l'assistance financière de la Banque Mondiale dès le début des négociations sur le projet Simandou pour le financement des cabinets d'avocats et autres conseillers techniques et financiers. A ma connaissance le montant qui était prévu dans l'appel d'offres que la Banque Mondiale s'était proposé à organiser s'élevait à environ un million de dollars.

14. En résumé, à ma connaissance, le mandat de représentation de SNR Dentons n'a jamais été soumis au ministère des Finances pour approbation ni approuvé par un autre moyen juridique en vertu de la loi guinéenne. Le mandat de représentation de SNR Dentons est nul et non avenu en tant qu'obligation des autorités financières de la République de Guinée.

Je déclare, sous peine de parjure, en vertu des lois des États-Unis d'Amérique que les informations susmentionnées sont légitimes et correctes.

Ministre d'État, Ministre Conseiller en charge des relations avec les institutions internationales et les questions monétaires et bancaires à la Présidence de la République
Ancien Ministère de l'Économie et des Finances
Ancien Ministre des Mines et de la Géologie
République de Guinée

Exécuté le : 30/07/2017