**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DENTONS US LLP, )<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>THE REPUBLIC OF GUINEA et al., )<br>)<br>    *Defendants*. )<br>_____)<br>)<br>THE REPUBLIC OF GUINEA et al., )<br>)<br>    *Counterclaim Plaintiffs*, )<br>)<br>v. )<br>)<br>DENTONS US LLP et al., )<br>)<br>    *Counterclaim and Third Party*<br>    *Defendants*. )<br>_____) | Case No. 1:14-cv-1312-RDM |

**SWORN STATEMENT BY MR KERFALLA YANSANE, MINISTER OF STATE,
MINISTER COUNSELOR TO THE PRESIDENT OF THE REPUBLIC**

**Defendants' Exhibit
8**

[initials]

I, the undersigned, Kerfalla Yansané, being of legal age and pursuant to the provisions of 28 U.S.C. § 1746(1), hereby declare and state:

1.     I was Minister of State, Minister of Economy and Finance for the Republic of Guinea ("Guinea") and the highest representative of Guinea's Ministry of Economy and Finance ("Ministry of Finance"). I held these positions from February 2010 to January 2014, then the positions of Minister of State, Minister of Mining and Geology from January 2014 to January 2016. Since then, I have held the positions of Minister of State, Minister Counselor to the Presidency of the Republic, in charge of relations with international institutions and monetary and banking matters.

2.     The Ministry of Economy and Finance is responsible for the creation, development and implementation of government policy in the area of public finance. Its mission includes, in particular:
- Creating, developing and implementing government policy in the area of public finance;
- Developing and ensuring the application of the regulations relative to public procurement contracts;
- Representing the State in negotiations with development partners and signing the financial contracts and agreements;
- Defining the public indebtedness policy and ensuring its application;
- Supervising the management of the public treasury;
- Participating in the elaboration of financial laws and in supervising their execution;
- Contributing to establishing objectives for the monetary and exchange policy, in collaboration with the monetary authorities.

3.     Guinea, like the United States, has a public procurement system.

4.     All government contracts are subject to the public procurement laws. LAW L/2012/No. 020/CNT (Oct. 11, 2012) (hereinafter, the "Law"); DECREE D/2012/128/PRG/SGG (Dec. 3, 2012) (hereinafter, the "Decree").

[initials]

5. These laws were enacted for the express purposes of ensuring the promotion of proper governance, transparency, and quality of the public expenditures and in this respect helping to combat corruption. Thus, it is necessary to submit all government procurement contracts to a robust bidding and approval process.  Law tit. I art.

6. In Guinea, government contracts are awarded through a competitive bidding process. Law tit. III art. 11(1).

7. "Any other method of procurement must be carried out under the conditions defined by the law and must be authorized by the Finance Minister". Law tit. III art. 11 (1).

8. In certain exceptional circumstances (in which a call for tenders is not required), notably for specialized operations, restricted consultations may be carried out, which will be subject to the prior consent of the Minister of Finance. Law tit. III art. 11(1); Article 38 of the Decree. If national security interests require secrecy, a special commission will be created to govern the procurement procedure and its execution. Article 39 of the Decree.

9. "Contracts which have not been subject to calls for tender or restricted consultation and which have been approved are null and void." Article 74 of the Decree. The Denton engagement letter did not benefit from either the normal procedure or the exceptional one.

10. In my capacity of Minister of Finance for the 2010-2014 period, in which the Denton engagement letter was signed, I declare the following based on my personal knowledge and the information made available to me as part of my duties.

11. The engagement letter dated December 24, 2012, signed with Jonathan D. Cahn of SNR Dentons was never brought to my attention and I never approved it in my capacity as Guinean Minister of Finance. This letter was not signed in compliance with Guinean regulations. Thus, to my knowledge there is no proof at the Ministry of Economy and Finance of the existence of any contract with SNR Dentons, Dentons US or any of its affiliated companies regarding the Simandou project, nor any proof of the approval of such a contract.

[initials]

12. The aforementioned engagement letter dated December 24, 2012 does not constitute a valid or binding contract because the Minister of Economy and Finance alone has the power to financially commit the State.

13. Incidentally, Dentons' claim for $12 million in legal services for 12 months of invoices, which would represent approximately 1% of the annual budget for the entire Government of Guinea in 2012, was not included in the State budget and could not have been, given the level of the State's financial capacity at that time. This is why the Government had, at that time, requested financial support from the World Bank at the start of the negotiations on the Simandou project, to finance the law firms and other technical and financial advisers. To my knowledge, the planned amount in the call for tenders that the World Bank offered to organize came to some one million dollars.

14. To summarize, to my knowledge, the SNR Dentons retainer agreement was never submitted to the Ministry of Finance for approval, nor was it approved by any legal alternative method under Guinean law. The SNR Dentons retainer agreement is null and void as an obligation of the financial authorities of the Republic of Guinea.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Minister of State, Minister Counselor to the Presidency of the Republic, in charge of relations with international institutions and monetary and banking matters
Former Minister of Economy and Finance
Former Minister of Mining and Geology
Republic of Guinea

Executed on:   [handwritten:] *07/30/2017*

[signature]



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document "Déclaration de Mr K YANSANE" is to the best of my knowledge and belief, a true and accurate translation from French into English (US).

_____
Aurora Landman

Sworn to before me this
August 2, 2017

_____
Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

_____
Stamp, Notary Public