*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Cahn Ex. 26

# FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Cahn Ex. 27

## FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Cahn Ex. 28

**DENTONS**

| | | |
|---|---|---|
| **Jonathan D. Cahn** | jonathan.cahn@dentons.com | **Salans FMC SNR Denton** |
| Partner | D  +1 202 408 9134 | dentons.com |

Dentons US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364 USA

T  +1 202 408 6400
F  +1 202 408 6399

**MEMORANDUM**

**PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT**

To:  Government of Guinea

From:  Jonathan D. Cahn, Dentons
Arnfinn Jacobsen, Kreab Gavin Anderson

Date:  April 16, 2013

Subject:  Strategic Communications Plan

Rio Tinto appears to have a problem with taking "yes" for an answer.  Despite the Government's good faith offering -- and acceptance -- of key terms for the Simandou project in line with Rio Tinto's demands, it appears that Rio Tinto is now unwilling to accept an agreement that it sought and language it requested. In our view, Rio Tinto's delay in moving forward on Simandou may be driven by the company's global challenges, which include falling commodity prices in Rio Tinto's key sectors, difficulty in Rio Tinto's operations in Mozambique and Mongolia, a company-wide effort to sell off non-core assets, and a new CEO. However, Rio Tinto's stalling is not new. It has been going on for a long time and an argument can be made that Rio Tinto wants Simandou on its books to avoid it from falling into competitor hands, but that Rio Tinto never intended to develop the project according to the agreed timeline.

To date, the Government has allowed Rio Tinto to dominate the media environment in connection with Simandou, effectively allowing Rio Tinto to shape public opinion in its favor and against the Government. As attention focuses on the Paris negotiations, there is a window of opportunity for the Government to engage in a strategic communications effort to re-position Guinea for what it is: a young democracy that is welcoming to foreign investment.  This memorandum outlines a highly confidential strategic communications campaign that is intended to deliver this message, and to complement and strengthen the Government's negotiating position with respect to the ongoing discussions about the nature of Rio Tinto's participation in Simandou.

The objectives of this communications strategy are two-fold. First, increase the pressure on Rio Tinto to disclose its true intentions with respect to the development of Simandou. Second,  increase the pressure on Rio Tinto to meet its commitments to advance this project according to the agreed timetable.  Central to this approach is a set of activities designed to inform the public about the Simandou project and its importance for Guinea and to draw international attention to why Rio Tinto's public statements about Simandou are inconsistent with Rio Tinto's actual efforts on the ground.

Framing the Issue: Establishing the Government's Narrative

One of the key framing points for this communication strategy is to position Rio Tinto as manipulative and unduly dismissive of the Government, which is an internationally recognized, legitimate democracy that is welcoming to foreign investment and has made significant accommodations to enable Rio Tinto to be its partner.

In advancing this framing point, the communication strategy would seek to establish a context as follows:

DENUS00628314

**DENTONS**

Government of Guinea
April 16, 2013
Page 2

Salans FMC SNR Denton
dentons.com

- Guinea is currently a poor country in desperate need of investment.
- At a time of growing resource nationalism with governments around the world clamping down on investments, Guinea is actively welcoming foreign investors for responsible development of its natural resources.
- The Simandou iron ore project is Guinea's marquee economic development undertaking, and the key to unlocking the country's economic potential.
- Simandou is critical to Guinea's growth and development, particularly as the Government - which is Guinea's first democratically elected leadership - nurtures democratic best practices.
- Guinea sought out Rio Tinto as a partner because the President of Guinea believed that Rio Tinto's strong corporate governance, global experience, financial strength and engineering prowess meant it could be trusted with a project of Simandou's size and importance.

Within this context, the Government, through its own representatives and its surrogates and supporters, should present the following argument:

- In 2011, Rio Tinto and the Government signed a commercially reasonable, transparent agreement by which Rio Tinto committed to undertaking "First Commercial Production" from Simandou by June 2015.
- Simandou is Guinea's best shot at long-term economic development and the Government has delivered on everything Rio Tinto has asked for in order for the project to be completed on schedule.
    o Declared Simandou a project of national importance
    o 50-year tax and customs stabilization
    o Approved rail alignment and port location Rio Tinto requested (even though it required relocation of a planned international airport and an international hydroelectric project)
    o Internationalized the agreements, by having them controlled not just by Guinea law but international law
    o Amended mining code to make it more investor friendly

Apparently, for Rio Tinto, everything is still not enough. Rio Tinto is a company that can't take "yes" for an answer. After two years of Rio Tinto shifting its stated objectives, and the Government consistently making accommodations to welcome Rio Tinto as its partner, the Government and the people of Guinea need to know if Rio Tinto is in or out on Simandou.

<u>Delivering and Deploying the Message</u>

To deliver these messages with credibility and impact, we recommend preparing a targeted suite of documents and presentations, and seeking to engage on these materials with a carefully selected set of international media outlets.

**Materials and Presentations**. We recommend developing three core communications tools: (1) a one page document that we can share with media outlining the top-level key narratives and themes, as described above; (2) a four to five page briefing paper that details the context and documents the factual support for our main arguments; and (3) a concise verbal briefing, including message points, that sharply conveys our messaging and provides a sufficient introduction to attract deeper media attention.

**Targeted Media Outreach**. To most effectively leverage the media within the short time frame before negotiations commence in earnest, we recommend that the communications plan target a few high-impact international print media, particularly the Financial Times ("FT"), Wall Street Journal and Australian

**DENTONS**

Government of Guinea
April 16, 2013
Page 3

Salans FMC SNR Denton
dentons.com

Financial Review. Reporting in these media will also generate wider interest in the story and further coverage.

The FT is a particularly important, as it covered Simandou extensively in late 2012 and early 2013, in all likelihood after outreach by Rio Tinto. There was, however, a clear shift in the FT's reporting after the Government published its mining contracts online in February of this year. On March 12, the FT referenced the Rio Tinto contract, and said the Government only had an option - not an obligation - to take a stake in Simandou's infrastructure development. While not directly contradicting the FT's earlier reporting, it can be argued that Rio Tinto's previous statements to the FT on the issue of infrastructure financing were deliberately vague, if not misleading. Since then, the FT has not covered Simandou. It may therefore now be an opportune moment for the Government to approach the FT and tell its story. If this were to occur, then the FT would almost certainly approach Rio Tinto for comment, and may this time be less inclined to take Rio Tinto's statements at face value.

**Engage Third Party Validators.**  To enhance the value of a strategic communications plan, the Government should also start the process of cultivating allies who can validate and amplify the Government's message.  This is not a process that is completed in a matter of weeks, but it is something the Government should begin as soon as possible. We recommend starting with briefings of mining analysts covering Rio Tinto in London and Sydney. In addition to their direct link to the mining and investor community, these analysts are frequently used as media sources and help shape coverage. We also suggest that the Government consider engaging with certain other influential individuals and groups who may be inclined to support the Government -- or have interests that are aligned with the Government -- with respect to Simandou.

<u>Conclusion</u>

This communications strategy is intended to enhance the negotiating position of the Government, and as such, it is important that the further development and execution of the strategy be informed by -- and coordinated with -- the negotiating team. Additionally, this communications strategy must also be actively managed and flexible, so that it can be adapted or modified to incorporate, leverage, or react to developments at the negotiating table or on the ground or elsewhere.

Confidential

# Cahn Ex. 29



Salans FMC SNR Denton
dentons.com

## SUMMARY OF SERVICES RENDERED/SOMMAIRE DES SERVICES FOURNIS

### APRIL/AVRIL 2013

| Invoice No./FACTURE No. 1476245 | | |
|---|---|---|
| TOTAL FEES & EXPENSES THIS INVOICE/TOTAL DES HONORAIRES ET DES FRAIS: | USD | $1,150,900.67 |
| | | |
| **FEES/HONORAIRES** | | |
| US OFFICES/BUREAUX AUX ÉTATS-UNIS | USD | $180,817.50 |
| UK OFFICES/BUREAUX AU ROYAUME-UNI | USD | $88,715.00 |
| CHINA OFFICES/ BUREAUX EN CHINE | USD | $44,213.00 |
| CANADA OFFICES/ BUREAUX AU CANADA | USD | $90,339.46 |
| SALANS OFFICES / BUREAUX À NEW YORK | USD | $155,805.00 |
| **SUBTOTAL FEES/TOTAL PARTIEL - HONORAIRES** | **USD** | **$559,889.96** |
| **EXPENSES/FRAIS** | | |
| US OFFICES / BUREAUX AUX ÉTATS-UNIS | USD | $541,164.00 |
| UK OFFICES / BUREAUX AU ROYAUME-UNI | USD | $2,917.80 |
| CANADA OFFICES / BUREAUX AU CANADA | USD | $23,081.48 |
| SALANS OFFICES / BUREAUX À NEW YORK | USD | $23,847.43 |
| | | |
| **SUBTOTAL EXPENSES/TOTAL PARTIEL – FRAIS** | **USD** | **$591,010.71** |
| | | |
| **CONSULTANTS** | | |
| | | |
| JOHN W. FFOOKS & CO | USD | $24,019.56 |
| LAZARD FRERES | USD | $398,194.74 |
| PHILIPPE BENSOUSSAN | USD | $3,600.00 |
| ANDREW C. THOMPSON | USD | $25,380.00 |
| VARIOUS | USD | $8,929.24 |
| | | |
| **SUBTOTAL CONSULTANT EXPENSES/TOTAL PARTIEL FRAIS DES CONSULTANTS** | **USD** | **$460,123.54** |

1

CONFIDENTIAL

DENUS00001098

CONFIDENTIAL

8895036SVC5

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 10025788-0001
Invoice No. 1476245

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|---|---|---|---|---|
| 4/15/13 | T. Golden | 5.00 | Review and analyze the agenda for the team status meeting; Attend status update call with the Guinea team; Update the Master calendar for circulation to the team; Review the file to obtain documents needed for attorney review and use; Review, analyze and update the file for continued review and use. | Révision et analyse de l'ordre du jour pour la réunion sur le statut de l'équipe ; participation à la réunion de mise à jour du statut avec l'équipe de Guinée ; mise à jour du calendrier principal pour sa diffusion au sein de l'équipe ; révision du fichier pour obtenir les documents nécessaires pour leur révision et usage par l'avocat ; révision, analyse et mise à jour du fichier pour sa révision et son usage continus. |
| 4/15/13 | J. Cahn | 3.50 | Drafting/revising letter to Rio Tinto following up Abu Dhabi meetings; emails to Sheila Khama, emails to Marc Sage re upcoming meetings in Paris; confer with Daniel Wouters regarding negotiations support; coordination revisions to draft letter from client | Projet / révision de la lettre à Rio Tinto pour préparer les réunions d'Abu Dhabi ; courriels à Sheila Khama, courriels à Marc Sage concernant les réunions à venir à Paris ; consultation avec Daniel Wouters concernant le soutien des négociations ; coordination des révisions du projet de lettre du client. |
| 4/16/13 | J. Cahn | 7.50 | Travel to Conakry; prepare for meetings with client regarding upcoming meetings with Rio Tinto, confer with Daniel Wouters. | Voyage à Conakry; préparer les réunions avec le client concernant les réunions à venir avec Rio Tinto, s'entretenir avec Daniel Wouters. |
| 4/16/13 | K. Weaver | 7.30 | (1) Arrangement and sending of additional documents to A Magassouba; (2) Circulation of news on BSGR and FCPA probe by US authorities; (3) Working group list update; (4) Arrangement of Lazard translations; (5) Meeting with A Jin on Chalco's position and interests in the Simandou project; (5) Sending of documents to P Collier; (6) Arrangement of copies to be made for moderators; (7) Correspondence regarding 51% stake in InfraCo as option, not obligation. | (1) Agencement et envoi de documents additionnels à A. Magassouba ; (2) Diffusion de nouvelles sur l'investigation sur BSGR et FCPA par les autorités américaines ; 83) Mise à jour de la liste du groupe de travail ; (4) Agencement des traductions de Lazard ; (5) Réunion avec A. Jin sur la position de Chalco et ses intérêts sur le projet Simandou ; (5) Envoi de documents à P. Collier ; (6) Agencement des copies à faire pour les modérateurs ; (7) Correspondance relative à la participation d'un intérêt de 51 % à InfraCo comme option, et non une obligation. |
| 4/16/13 | J. Papastavridis | 1.00 | Collection and sorting of articles for weekly media brief. | Collecte et classement d'articles pour un briefing média hebdomadaire. |
| 4/17/13 | J. Papastavridis | 2.50 | Organized and filed log of past media information from February and March in organized brief and filed all pdfs for | Organisation et classement du carnet de bord des informations média passées de février à mars dans un |

CONFIDENTIAL

8095305VC5

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 10025788-0001
Invoice No. 1476245

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|------|-----------|------|-----------|---------------------|
| 4/17/13 | M. Hagler | 4.50 | Review background materials from K Weaver and begin preparing Key Principles of Settlement Agreement use on shared drive. | Révision des documents sur le contexte de K. Weaver et début de préparation des Principes clés de l'Accord transactionnel.<br><br>briefing organisé et classement de tous les PDF pour leur utilisation sur le disque partagé. |
| 4/17/13 | K. Weaver | 7.50 | (1) Strategic Communications Plan translation circulation; (2) Circulation of finalized Amended Convention de Base (ACdB) and Infrastructure Agreement (IA) with English Control versions for April 2-3, including explanation of versions (and version control) and draft plan for moving forward on future changes; (3) Conference call on negotiator's notes for Paris with I Harding, R Golem; (4) Development with I Harding of table for notes and explanations of the key principles; (5) Arrangement of 2013 Mining Code English control version. | (1) Diffusion de la traduction du Plan de communication stratégique ; (2) Diffusion de la Convention de base amendée (CdBa) finalisée et de l'Accord d'infrastructure (AI) avec les versions de contrôle en anglais pour les 2-3 avril, comprenant l'explication des versions (et contrôle de version) et proposition de plan d'avancement vers des changements futurs ; (3) Appel conférence sur les notes du négociateur pour Paris avec I. Harding, R. Golem ; (4) Développement avec I. Harding du tableau pour les notes et les explications des principes clés ; (5) Agencement de la version de contrôle anglaise du Code minier de 2013. |
| 4/17/13 | P. Feldman | 1.00 | Review various correspondences, as well as file materials, to continue development negotiating angles. | Révision de diverses correspondances et de documents du dossier pour continuer le développement de l'orientation des négociations. |
| 4/18/13 | M. Hagler | 3.70 | Send working draft of Key Principles to J Cahn for review and comment; continue to finalize; meeting with K Weaver regarding same; send finalized version to J Cahn for review; brief review of new version of deal summary forwarded by K Weaver | Envoi de la proposition de travail des Principes clés à J. Cahn pour révision et commentaire ; poursuite de la finalisation ; réunion connexe avec K. Weaver ; envoi de la version finale à J. Cahn pour révision ; brève révision de la nouvelle version du résumé de l'accord transmis à K. Weaver. |
| 4/18/13 | K. Weaver | 8.10 | (1) Memorialization of analysis by A Jin and circulation for her review; (2) Review of Key Principles of the SA by M Hagler and suggested edits; (3) Slides for J Cahn on the key principles, noting Government position as it is in accordance with 2002 CdB and 2011 SA and arrangement of the same with I Harding, D Johnston, R Golem and C | (1) Notes de l'analyse d'A. Jin et diffusion de sa révision ; (2) Révision des Principes clés de l'AT par M. Hagler et modifications suggérées ; (3) Diapositives par J. Cahn sur les principes clés en soulignant la position du gouvernement en accord avec la CdB de 2002 et de l'AT de 2011 et l'arrangement de celui-ci avec I. Harding, D. |

CONFIDENTIAL

8095305D5.VLS

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 10025788-0001
Invoice No. 1476245

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|---|---|---|---|---|
| 4/18/13 | J. Cahn | 5.50 | Turcotte; (4) Sending of files to S Khama and P Collier and A Magassouba (PEA and DEA); (5) Value of delay paper review and incorporation into slides; (6) Dataroom search for RT-Chalco MOU; and (7) Call with I Harding. | Johnston, R. Golem et C. Turcotte ; (4) Envoi des fichiers à S. Khama et P. Collier et A. Magassouba (Programme d'évaluation environnementale et EDT) ; (5) Évaluation de la révision des papiers de retard et incorporation aux diapositives ; (6) Recherche dans la salle de données du protocole d'entente RT-Chalco ; et (7) Appel avec I. Harding. |
| 4/18/13 | J. Cahn | 5.50 | Meetings; draft of key issues list, revisions to letter to Rio Tinto, -- both translated; confer with Marc Sage and Daniel Wouters. | Réunions ; proposition de liste des questions clés ; révisions de la lettre à Rio Tinto, -- toutes deux traduites ; consultation de Marc Sage et Daniel Wouters. |
| 4/18/13 | J. Papastavridis | 1.30 | Gathered weekly media information for update. | Rassemblement d'informations média hebdomadaires pour mise à jour. |
| 4/19/13 | J. Cahn | 7.50 | Work with D. Wouters and M. Sage on strategic communications presentation for Minister Fofana and review and comment on memorandum sumamrizing key elements of the settlement agreement to be used to brief negotiating team and moderators in light of RT position. | Travail avec D. Wouters et M. Sage sur la présentation des communications stratégiques pour le ministre Fofana et révision et commentaire de la note de service résumant les éléments clés de l'Accord transactionnel à utiliser pour briefer l'équipe de négociation et les modérateurs à la lumière de la position de RT. |
| 4/19/13 | P. Ho Sang | 2.80 | Continue editing and updating Working Parties' List per edits from I. Harding and K. Weaver. | Poursuite des modifications et des mises à jour de la liste des parties de travail selon les modifications de I. Harding et K. Weaver. |
| 4/19/13 | J. Cahn | 1.50 | Finalizing letter to Simandou investors; finalizing key points outline; review comparison of studies; review and comment on memorandum sumamrizing key elements of the settlement agreement to be used to brief negotiating team and moderators in light of RT position. | Finalisation de la lettre aux investisseurs de Simandou ; finalisation de l'aperçu des points clés ; révision de la comparaison d'études ; révision et commentaire sur la note de service résumant les éléments clés de l'Accord transactionnel à utiliser pour préparer l'équipe de négociations et les modérateurs à la lumière de la position de RT. |
| 4/19/13 | M. Hagler | 4.50 | Review J Cahn comments to Key Principles, make modifications and send final version; begin work on JDA principles with K Weaver; per J Cahn request, review | Révision des commentaires de J. Cahn sur les Principes clés ; modifications et envoi de la version finale ; début de travail sur les principes de l'ADC avec K. Weaver ; |

CONFIDENTIAL

80950505VC5

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 10025788-0001
Invoice No. 1476245

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|---|---|---|---|---|
| 4/19/13 | K. Weaver | 6.80 | (1) Editing of slides from C Turcotte, formatting and arrangement of all slides into master deck on the key principles of the Amended Convention de Base (and Government positions on those key principles, as they are in accordance with the 2002 CdB and 2011 SA) and sent to J Cahn and M Sage; (2) Update to the Guinea team in an e-mail; (3) Conference with I Harding and R Golem; (4) Lazard analyses to A Thompson; (5) Creation of Table on the Rio Tinto - Chalco JDA; (6) E-mail to S Khama and P Collier with 2011 Settlement Agreement; (7) Attention to filing with T Golden; and (8) Correspondence re Media Brief with J Papastavrides. | (1) Modification des diapositives de C. Turcotte, formatage et agencement de toutes les diapos dans le compartiment principal de la Convention de base amendée (et des positions du gouvernement sur ces principes clés car ils sont en accord avec la CdB de 2002 et de l'AT de 2011) et envoi à J. Cahn et M. Sage ; (2) Mise à jour de l'équipe de Guinée par courriel ; (3) Conférence avec I. Harding et R. Golem ; (4) Analyses de Lazard à A. Thompson ; (5) Création d'un tableau de l'ADC Rio Tinto-Chalco ; (6) Courriel à S. Khama et P. Collier avec l'Accord transactionnel de 2011 ; (7) Étude de classement avec T. Golden ; et (8) Correspondance avec J. Papastavrides concernant la note de service média. |
| 4/20/13 | M. Hagler | 2.30 | Review of JDA background materials and draft implications table prepared by K Weaver; provide comments to K Weaver | Révision des documents du contexte de l'ADC et proposition de tableau des implications préparé par K. Weaver ; commentaires à K. Weaver. |
| 4/20/13 | J. Cahn | 4.00 | Meeting with Minister Fofana regarding key issues outstanding; review and forward proposed communications plan to Minister Fofana; assembling elements of Negotiation Roadmap. | Réunion avec le ministre Fofana concernant les questions clés en cours ; révisions et transmission des plans de communications proposés au ministre Fofana ; assemblage des éléments de la feuille de route des négociations. |
| 4/20/13 | J. Papastavridis | 2.30 | Received assignments from J. Cahn re negotiations | Réception des tâches de J. Cahn concernant la feuille de |

DENUS00001115

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Cahn Ex. 30

## FILED UNDER SEAL

# Cahn Ex. 31

**DENTONS**

Salans FMC SNR Denton
dentons.com

### SUMMARY OF SERVICES RENDERED/SOMMAIRE DES SERVICES FOURNIS

### JUNE/JUIN 2013

| Invoice No./FACTURE No. 1495608 | | |
|---|---|---|
| TOTAL FEES & EXPENSES THIS INVOICE/TOTAL DES HONORAIRES ET DES FRAIS: | USD | $601,053.55 |
| | | |
| **FEES/HONORAIRES** | | |
| | | |
| US OFFICES/BUREAUX AUX ÉTATS-UNIS | USD | $275,073.00 |
| | | |
| UK OFFICES/BUREAUX AU ROYAUME-UNI | USD | $12,940.00 |
| | | |
| CHINA OFFICES/ BUREAUX EN CHINE | USD | $1,305.00 |
| | | |
| CANADA OFFICES/ BUREAUX AU CANADA | USD | $72,595.83 |
| | | |
| SALANS OFFICES / BUREAUX À NEW YORK | USD | $44,180.00 |
| INCURRED FEES/HONORAIRES | USD | $406,093.83 |
| | | |
| **EXPENSES/FRAIS** | | |
| | | |
| US OFFICES/BUREAUX AUX ÉTATS-UNIS | USD | $179,287.77 |
| | | |
| UK OFFICES/BUREAUX AU ROYAUME-UNI | USD | $638.41 |
| | | |
| CHINA OFFICES/ BUREAUX EN CHINE | USD | $27.66 |
| | | |
| CANADA OFFICES/ BUREAUX AU CANADA | USD | $3,411.61 |
| | | |
| SALANS OFFICES / BUREAUX À NEW YORK | USD | $11,594.27 |
| | | |
| **SUBTOTAL EXPENSES/TOTAL PARTIEL – FRAIS** | USD | $194,959.72 |
| | | |
| **CONSULTANTS** | | |
| | | |
| LEO BRENNINKMEYER | USD | $2,560.00 |
| DANIEL WOUTERS | USD | $59,918.00 |
| ANDREW C. THOMPSON | USD | $23,732.96 |
| LAZARD FRERES (Expenses Dec-June) | USD | $46,849.11 |
| | | |
| **SUBTOTAL CONSULTANT EXPENSES/TOTAL PARTIEL FRAIS DES CONSULTANTS** | USD | $133,060.07 |

25536379\V-1

CONFIDENTIAL

DENUS00001287

CONFIDENTIAL



**DENTONS**

Dentons US LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
Dept. 7247-6670

Salans FMC SNR Denton
dentons.com

Ministry of Mines and Geology Guinea Conakry
Mohamed Lamine Fofana Ministry of Mines and Geology Guinea Co
BP: 295
Conakry
GUINEA

September 3, 2013

**Invoice No. 1495608**

Client/Matter: 1002578B-0001

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Payment Due Upon Receipt

For Professional Services Rendered through June 20, 2013:

| Date | Timekeeper | Hour | Narrative |
|---|---|---|---|
| 6/3/13 | J. Papastavridis | 0.80 | Meeting re CTA with M. Hagler and K. Weaver; attention to media brief; conversation with R. Golem re ACdB/SA chart. |
| 6/3/13 | K. Weaver | 6.90 | (1) Correspondence with D Wouters for preparations in Conakry and forwarding materials for him to take over; (2) Assistance to R Golem with further edits and translations of the interlinkages memoranda; (3) Common Terms Agreement / Common Terms Schedule - meeting with J Papastavridis and M Hagler and creation of two tables, one for provisions and one for definitions for filing in, call with the former as follow-up; (4) Call with M Sage on Conakry and Paris dates and updates; (5) Work flow management; (6) Draft proposal to J Cahn regarding proposed future process for redrafting ACdB and IA. |

**Narrative in French**

(1) Correspondance avec D. Wouters sur les préparations pour Conakry et transfert des matériaux pour prendre le relais, (2) de l'aide à la R. Golem avec d'autres modifications et traductions des notes de service sur les interconnexions ; (3) la CTA / ses annexes - réunion avec J. Papastavridis et M. Hagler et la création de deux organigrammes, une pour les dispositions et l'autre pour les définitions, appel pour le suivi; (4) Appel à M. Sage à Conakry et les dates et les mises à jour de Paris; (5) Gestion du flux de travail; (6) Proposition à J. Cahn concernant le processus pour une nouvelle rédaction de la CdBA et de l'AI.

**Narrative in French**

Réunion concernant l'accord des termes communs ; étude des médias ; communications avec R. Golem concernant l'organigramme sur la CdBA / AT.

DENUS00001294

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 1002578-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|------|-----------|------|-----------|---------------------|
| 6/3/13 | T. Laryea | 3.00 | Assist with negotiation strategy issues. | Aide sur les questions de stratégie et de négociation. |
| 6/3/13 | M. Hagler | 1.00 | Confer with K Weaver and J Papastavridis regarding common terms agreement and conversion of ACDB into Guinea MMA form and related issues; review common terms charts. | Discussion avec K. Weaver et J. Papastavridis concernant les termes communs et la conversion de CdBA en forme Guinée MMA et les questions connexes; révision des tableaux des termes communs. |
| 6/3/13 | J. Cahn | 7.50 | Meeting with Beijing team to discuss strategy, and review of options; organize meeting with senior member of steel industry; various e-mail messages regarding strategy to AM. | Réunion avec l'équipe de Beijing pour discuter de la stratégie, et l'examen des options; Organisation d'une réunion avec les membres supérieurs de l'industrie de l'acier; divers courriels concernant la stratégie à AM. |
| 6/4/13 | J. Cahn | 3.50 | Meeting with senior member of China steel industry; email briefing regarding same to Minister Fofana | Rencontre avec quelqu'un d'éminent de l'industrie d'acier en Chine; e-mail briefing concernant la réunion avec ministre Fofana. |
| 6/4/13 | M. Hagler | 2.20 | Various e-mail messages regarding common terms agreement (CTA) project and analysis of Settlement Agreement; continued work on same; various e-mail messages regarding transfer pricing inquiry | Différents messages e-mail concernant l'accord des termes communs (CTA) et analyse de l'accord Transactionnel, travail continue sur des accords, divers messages e-mail concernant l'enquête sur les prix de transfert. |
| 6/4/13 | T. Laryea | 1.50 | Attention to updates and strategic developments. | Attention aux alertes et aux développements stratégiques. |
| 6/4/13 | K. Weaver | 6.00 | (1) Identifying and forwarding RT materials re: fiscal provision and revised Appendix I (from R Golem and Montreal team) to tax team (2) Common Terms Agreement: Development of comparative table including 2007 Guinean Model Mining Agreement and also the Model Mining Development Agreement 1.0 against ACdB and IA provisions, and update to M Hagler and J Papastavridis, drafting of memorandum | (1) Identification et transmission des matières à RT concernant la disposition fiscale et l'Annexe I révisée (de R Golem et de l'équipe de Montréal) à l'équipe de fiscalité (2) Accord des Termes Communs : Développement d'un tableau comparatif comprenant l'accord de 2007 guinéen MMA et également le modèle de développement minier 1.0 contre la CdBA et les dispositions de l'AI, et mise à jour à M. Hagler et J. |

DENUS00001295

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 10025788-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|---|---|---|---|---|
| 6/4/13 | J. Papastavridis | 3.20 | Communicated with K. Weaver re CTA: completed table with ACdB and IA definitions; drafted memorandum with K. Weaver describing purpose of and issues regarding CTA; highlighted diverging and converging definitional terms. | Communications avec K. Weaver concernant l'Accord des termes en commun : tableau rempli avec des définitions de la CdBA et l'AI; rédaction d'un mémorandum avec K. Weaver décrivant but et les questions relatives à l'Accord des termes en communs; souligner les définitions divergentes et convergentes. |
| 6/4/13 | T. Golden | 7.20 | Review and analyze the 2007 Guinean Model Mining Agreement and the MMDA; Update the Common Terms Provision table in accordance to the provisions set out the these agreements. | Examen et analyse de la convention minière modèle guinéen de 2007 et le MMDA; actualisation du tableau des termes table en commun conformément aux dispositions énoncées dans ces accords. |
| 6/5/13 | T. Golden | 5.40 | Finalize the review of the 2007 Guinean Model Mining Agreement and the MMDA and updating of the Common Terms Provision table; Review and prepare calculations on the SOA for attorney review. | Finalisation de la consultation de la convention minière modèle guinéen de 2007 et le MMDA et mise à jour du tableau de l'Accord des termes en commun ; préparation des calculs sur la SOA pour consultation par un avocat. |
| 6/5/13 | J. Papastavridis | 1.40 | Meeting with M. Hagler and K. Weaver to discuss CTS strategy based on findings in tables showing commonalities and divergences in terms; pulled easily reconcilable terms to create schedule. | Réunion avec M. Hagler et K. Weaver pour discuter de la stratégie sur l'Accord des termes en commun en fonction des résultats dans des tableaux montrant les points communs et les divergences des termes; sélection des termes facilement conciliables pour créer un calendrier. |
| 6/5/13 | K. Weaver | 0.80 | Call re: Common Terms Agreement, Work flow management and correspondence. | Appel concernant l'Accord des termes en commun, gestion du flux de travail et de la correspondance. |
|  |  | 3.20 | Communicated with K. Weaver re CTA: completed table with ACdB and IA definitions; (3) Work flow management. | Papastavridis, la rédaction d'un mémorandum et les conclusions expliquant et recommandations proposées, l'envoi à J Papastavridis pour ses corrections, (3) gestion des flux de travail. |

DENUS00001296

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 1002578B-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|---|---|---|---|---|
| 6/5/13 | T. Laryea | 2.00 | Assist with negotiation and strategic developments. | Aide avec la négociation et les développements stratégiques. |
| 6/5/13 | M. Hagler | 2.80 | Review draft CTA tables; call with K Weaver and J Papastavridis regarding common terms agreement (CTA) review of tables, memorandum to J Cahn requesting guidance and next project steps | Examen des projets de tableaux CTA; appel avec K. Weaver et J. Papastavridis concernant l'accord des termes en commun (CTA), de l'examen des tableaux, note de service à J. Cahn demandant des directives et les prochaines étapes du projet. |
| 6/5/13 | J. Cahn | 2.00 | Email correspondence instructing preparation of materials for upcoming briefings; drafting roadmap analysis | Correspondance par courriel demandant préparation des matières pour les prochaines séances d'information, la rédaction de la feuille de route. |
| 6/6/13 | K. Weaver | 1.10 | (1) Development of new Binders I, II, and III with R Golem for second round of discussions; (2) correspondence re: JDA and SHA materials; (3) team correspondence and work flow management; review of J Papastavridis draft of Common Terms Schedule and revisions. | (1) développement de nouveaux dossiers I, II, et III avec R Golem pour les deuxièmes discussions, (2) de la correspondance concernant les matières du JDA et du SHA, (3) la correspondance d'équipe et la gestion du flux de travail, révision du travail de J Papastavridis projet de l'accord des termes communs (CTA) et révisions. |
| 6/6/13 | L. Harris | 1.50 | Work on review of documents to guide summary; correspondence with team regarding briefing books. | Examen des documents pour le sommaire; correspondance avec l'équipe en ce qui concerne les dossiers préparatoires. |
| 6/6/13 | N. Lipovac | 0.80 | Review and respond to e-mail requests regarding summary memo re. JDA for GdG briefing to take place end of the month in Paris; review the summary memo in order to determine what supplemental materials may be needed. | Réponses aux demandes par courriel concernant les dossiers préparatoires l'ADC pour le GdG qui aura lieu à la fin du mois à Paris; examen de la note de synthèse afin de déterminer quels matières supplémentaires seront nécessaires. |
| 6/6/13 | J. Papastavridis | 0.40 | Attention to weekly media brief and articles provided by team members and Dentons library services. | Attention aux médias et des articles fournis par les membres de l'équipe interne et les services de la |

DENUS00001297

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 1002578B-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|------|-----------|------|-----------|---------------------|
| 6/7/13 | J. Papastavridis | 3.30 | Researched project-related media updates; read various articles; compiled media information; synthesized relevant articles and information; distributed update to Guinea Central list. | Recherche des mises à jour médiatiques liées au projet ; lecture de divers articles; information des médias ; Synthèse des articles et des informations pertinentes; mise à jour distribuée à la Guinée liste centrale. |
| 6/7/13 | L. Harris | 4.50 | Call with J. Cahn; calls with N. Lipovac regarding revisions to JDA summary; prepare additional questions for GoG to ask Rio Tinto; suggest revisions to revised summary. | Appel avec J. Cahn; appels avec N. Lipovac au sujet des révisions au sommaire de l'ADC ; préparation des questions supplémentaires du GdG pour Rio Tinto; suggestion des révisions au sommaire révisé. |
| 6/7/13 | K. Weaver | 4.50 | (1) Collection and organizing of three binders (on infrastructure, tax/fiscal, and the RT-Chalco joint development agreement), with R Golem, for J Cahn to take to Conakry. (2) Team prep and work flow management; (3) Conference with J Cahn, M Sage regarding strategic clusters and their development; (4) Outline of the eight Value Drivers from J Cahn notes. | (1) Compilation et organisation de trois classeurs (sur l'infrastructure, impôts / fiscale, et de l'accord de développement conjoint RT-Chalco) avec R. Golem, pour J. Cahn, à prendre à Conakry (2) préparation de l'équipe et gestion des flux de travail; (3) Conférence avec J. Cahn, M Sage concernant certains points stratégiques et leur développement; (4) Aperçu des points clés des huit inducteurs de valeur des notes de J. Cahn. |
| 6/7/13 | M. Hagler | 2.50 | Continued work on common terms agreement project; confer with K Weaver, review and edit K Weaver draft memo outlining project hurdles and questions; review tables for example applicability | Poursuite du travail sur le projet de l'accord des termes en commun : discussion et revisions avec K Weaver ; consultation et modifications au mémo de K. Weaver décrivant les obstacles du projet et les questions ; consultation des tableaux pour l'applicabilité des exemples. |
| 6/7/13 | T. Laryea | 1.50 | Attention to updates and materials regarding developments and strategy. | Attention aux mises à jour et des matières relatives à l'évolution du projet et de la stratégie. |

6

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 10025788-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|---|---|---|---|---|
| 6/7/13 | J. Rubin | 1.50 | Review proposal for environmental warranty and meeting with J. Cahn on next steps; discussion with E and E about potential start to SEIA review and translation of proposal into French. | Révision de la proposition de la garantie de l'environnement et réunion avec J. Cahn sur les prochaines étapes ; discussion avec E et E sur le potentiel de commencer un examen SEIA et la traduction de la proposition en français. |
| 6/7/13 | T. Golden | 2.70 | Review correspondence and update the file with the same; Telephone conference regarding invoices and SOA's; Review the same and start updating for attorney review and use. | Révision de la correspondance et mise à jour du dossier ; conférence téléphonique concernant les factures et SOA ; Examen et mise à jour pour examen et utilisation par les avocats. |
| 6/7/13 | N. Lipovac | 5.20 | Review and respond to e-mails; conference call with L. Harris regarding preparing a summary memo; conference call with Marc Sage regarding the same; prepare a summary memo of the main considerations for the JDA for the GoG briefing book. | Révision et réponse aux courriels ; conférence téléphonique avec L. Harris sur la préparation d'une note de synthèse ; conférence téléphonique avec Marc Sage à cet égard ; préparation d'une note de synthèse des principales considérations pour l'JDC pour le dossiers préparatoires du GdG. |
| 6/7/13 | J. Cahn | 4.50 | Call to L. Harris regarding JDA analysis; strategy review with K Weaver and M Sage upcoming meetings; various e-mail messages/schedules; focused drafting strategy map; discuss CTA with K. Weaver. | Appel à L. Harris par rapport à l'analyse de l'JDC ; révision de la stratégie avec K. Weaver et M. Sage pour les prochaines réunions ; divers courriels / calendrier ; rédaction du plan stratégique ; discussion du CTA avec K. Weaver. |
| 6/8/13 | N. Lipovac | 3.30 | Additional revisions to the summary memo re. JDA for the GoG briefing book; review and respond to e-mails. | D'autres révisions à la note de synthèse JDC pour les dossiers préparatoires du GdG, l'examen et réponses aux e-mails. |
| 6/8/13 | K. Weaver | 1.10 | Correspondence to Ambassador Bob Gelbard regarding Paris talks, and team update. | Correspondance à l'Ambassadeur Bob Gelbard concernant les réunions à Paris, et mise à jour de l'équipe. |
| 6/8/13 | L. Harris | 1.00 | Review emails; correspondence; check N. Lipovac's | Révision des courriels, correspondance, revue du |

DENUS00001299

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 1002578B-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|---|---|---|---|---|
| 6/9/13 | K. Weaver | 1.70 | work and summary to J. Cahn. (1) Correspondence with C Turcotte re: updating drafts; (2) With D Wouters, on Extranet access; (3) Further development of Binders with R Golem; (4) Build-out of Strategy Value Drivers notes. | travail de N. Lipovac et résumé à J. Cahn. (1) Correspondance avec C. Turcotte sur la mise à jour des projets; (2) Avec D. Wouters, sur l'accès à l'Extranet; (3) développement des classeurs avec R. Golem; (4) Développement des notes stratégiques. |
| 6/9/13 | J. Cahn | 6.00 | Reviewing case materials; outlining key issues for discussion with Working Group, collect materials to be used in connection with briefing (3 party access; tax, etc); travel to Paris en route to Guinea reviewing case materials | Revue du dossier ; aperçu des questions clés pour la discussion avec le groupe de travail, collection des documents qui seront utilisés dans le cadre des dossiers préparatoires (accès des tiers, taxe, etc.) ; voyage à Paris en route vers la Guinée examen de documents |
| 6/10/13 | J. Cahn | 9.00 | Preparing materials for meeting at working group; travel to Guinea | Préparation des documents pour une réunion avec le groupe de travail ; voyage en Guinée. |
| 6/10/13 | L. Harris | 5.00 | Work on shareholder terms. | Travail sur les conditions des actionnaires. |
| 6/10/13 | D. Boor | 0.60 | Assisting external users with permissions to extranet site. | Aide aux utilisateurs externes avec des autorisations du site extranet. |
| 6/10/13 | T. Laryea | 0.80 | Review updates and background materials. | Examen des mises à jour et de la documentation. |
| 6/10/13 | K. Weaver | 7.40 | (1) Arrangements for Paris and Conakry trips; (2) Eight "strategic value drivers"; (3) Working parties list; (4) French Negotiations book to Bouna and Saadou; (5) Arrangement of English translation of long-form strategy memo; (6) RT-Chalco JDA review; (7) Call with T Golden; (8) Work flow management. | (1) Préparations pour voyages à Paris et à Conakry ; (2) Huit « inducteurs de valeur stratégiques »; (3) Travail sur la liste des parties ; (4) dossiers préparatoires de Bouna et de Saadou en français ; (5) Disposition de la traduction anglaise de la note de stratégie à long-forme ; (6) Examen de l'IADC RT-Chalco ; (7) Appel à T. Golden ; (8) Gestion du flux de travail. |
| 6/10/13 | P. Ho Sang | 0.80 | E-mail communication with K.Weaver re updating Main | Courriels avec K. Weaver sur les mises à jour de la |

DENUS00001300

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 1002578-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|---|---|---|---|---|
| | | | Socrates Contact List, update accordingly. | liste des contacts du Projet Socrate et mises à jour. |
| 6/11/13 | P. Ho Sang | 0.20 | E-mail communication with K.Weaver re updating Main Socrates Contact List, update accordingly. | Courriels avec K. Weaver sur les mises à jour de la liste des contacts du Projet Socrate et mises à jour. |
| 6/11/13 | K. Weaver | 8.50 | (1) Initial filled-out draft of "Strategic Value Drivers", based on J. Cahn's bullet points, i.e. the eight areas where tax/fiscal changes can make major impact on GoG take; (2) Logistics for J Charyere flight to Conakry this Thursday; (3) Contacts of working group members; (4) Binders logistics (Binders 3–5); (5) Arrangements for A. Jacobsen to join in Paris; (6) Call with L Harris and correspondence with memo and also the tables which undergird our work; (7) Draft memo re: the Davies' letter of 25 Jan and its implications for the purposes of summarizing some of our work/analysis thus far for delivery to MoM Fofana; (8) Assignment to J Sivek and discussion re: Project Standards. | (1) Projet initial des clés stratégiques, basé sur les points principaux de J. Cahn, à savoir les huit domaines où des changements fiscaux peuvent avoir un impact majeur sur GdG ; (2) Logistique pour le vol de J. Charyere à Conakry ce jeudi ; (3) Les contacts des membres du groupe de travail ; (4) Reliures (3–5), (5) des dispositions pour A. Jacobsen pour rejoindre l'équipe à Paris; (6) appel à L Harris et de la correspondance avec la note et aussi les tableaux qui soutiennent notre travail ; (7) Projet de note sur la lettre du 25 janvier de Davies et ses implications afinde résumer une partie de notre travail / d'analyse à ce jour pour la livraison à Fofana ; (8) L'affectation à J. Sivek et discussion sur les normes du projet. |
| 6/11/13 | T. Laryea | 0.50 | Attention to updates. | Attention aux dernières mises à jour. |
| 6/11/13 | L. Harris | 2.80 | Revise term sheet for Simfer S.A. shareholder agreement; telephone call with K. Weaver and J. Cahn. | Révision de la fiche de conditions sur le pacte d'actionnaires de Simfer SA, appel téléphonique avec K. Weaver et J. Cahn. |
| 6/11/13 | J. Cahn | 11.00 | Finish travel to Guinea: meeting with Marc Sage and Daniel Wouters planning for the meetings with Working Group to prepare for 2nd series of meetings in Paris | Voyage en Guinée ; réunion avec Marc Sage et Daniel Wouters afin de planifier des réunions avec le groupe de travail chargé de préparer pour la 2ème série de réunions à Paris. |
| 6/12/13 | J. Cahn | 7.50 | Continue travel to Guinea for working group consultations and support; drafting strategy note | Continuation du voyage en Guinée pour des consultations et le soutien du groupe, rédaction de la |

DENUS00001301

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 1002578-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|---|---|---|---|---|
| | | | regarding same. | note de stratégie connexe. |
| 6/12/13 | L. Harris | 2.00 | Talk to K. Weaver; begin reviewing documents. | Discussion avec K. Weaver ; commence l'examen des documents. |
| 6/12/13 | M. Hagler | 0.20 | Various e-mail messages regarding Le Monde inquiry | Courriels concernant l'enquête dans Le Monde. |
| 6/12/13 | K. Weaver | 7.60 | (1) First draft of 32-slide deck of highly pictorial, storyboard-esque powerpoint that was developed from A. Thompson's initial 7-slide deck, on Government Take and RR Tariff; (2) Call with M Makanova on project management; (3) Logistics for J Charyere to Conakry; (4) Work on Binders management (Binders 1-3); (5) Initial draft of team update; (5) Extensive finalizing of related fiscal matters. | (1) Projet du très picturale, storyboard-esque PowerPoint qui a été développé à partir d'une première présentation de Thompson, sur ce que le gouvernement prendra et le tarif ferroviaire ; (2) appel avec M. Makanova sur la gestion du projet ; (3) Logistique de J. Charyere à Conakry ; (4) Travail sur la gestion des Reliures 1-3, (5) le projet initial de mise à jour de l'équipe; (5) Finalisation des questions fiscales connexes. |
| 6/13/13 | K. Weaver | 8.10 | (1) With regard to IFC Standards, provisions/statements which relevant that benefits our client, review of work by J Sivek; (2) Further work on the Common Terms Agreement and Schedule; (3) Call with T Golden; (4) Update to highly pictorial, storyboard-esque powerpoint that was developed from A. Thompson's initial 7-slide deck on Government Take and RR Tariff, sent for translation including further slides on GoG take and its effect (total net 25.5 cents from $1 decrease in RR Tariff); (5) Correspondence to halt Paris-bound team. | (1) En ce qui concerne normes de l'IFC, les provisions / déclarations pertinentes aux avantages de notre client, l'examen du travail de J. Sivek ; (2) Poursuite du travail sur la CTA et de son annexe des termes courants ; (3) Appel avec T. Golden ; (4) Mise à jour au PowerPoint très picturale, story-board-esque qui a été développé à partir d'une première présentation de Thompson, sur ce que le gouvernement prendra et le tarif ferroviaire, envoyé pour une traduction, y compris les nouvelles diapositives sur GdG et ses effets (nets totaux 25.5 centimes d'une diminution de $1 sur le tarif ferroviaire ; (5) Correspondance pour arrêter l'équipe allant à Paris. |
| 6/13/13 | J. Papastavridis | 0.80 | CTA discussion with K. Weaver, reviewed 2013 mining code in conjunction with ACdB and IA to look for possible preliminary overlapping definitions with the | Discussion sur la CTA avec K. Weaver; revue du code minier de 2013 avec la CdbA et l'IA pour chercher d'éventuelles définitions qui se chevauchent avec la |

DENUS00001302

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 1002578-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|------|-----------|------|-----------|---------------------|
| 6/13/13 | T. Laryea | 0.50 | CTA. | CTA. |
| 6/13/13 | M. Hagler | 0.60 | Discussion regarding strategy. | Discussion sur la stratégie. |
| 6/13/13 | L. Harris | 2.00 | Confer with K Weaver regarding common terms agreement status; confer with A Thompson regarding fiscal issues relevant to continued review of Settlement Agreement | Discussion avec K. Weaver concernant la CTA ; discussions avec A. Thompson en ce qui concerne les questions fiscales qui sont pertinentes à la révision des termes de l'Accord Transactionnel. |
| 6/13/13 | T. Golden | 1.50 | Review materials sent by K. Weaver. | Révision des documents envoyés par K. Weaver. |
| 6/13/13 | J. Cahn | 7.50 | Telephone conference with K. Weaver regarding Simandou Project reports; Begin reviewing and prepare a summary of the same. | Conférence téléphonique avec K. Weaver concernant les rapports de projet Simandou; Début de l'étude et la préparation d'un résumé connexe. |
| 6/13/13 | J. Cahn | 12.00 | Meeting with working group, together with Marc Sage, Daniel Wouters, to review agenda for upcoming meeting with sponsors; post-meeting status review, and logistics | Réunion avec le groupe de travail, en collaboration avec Marc Sage, Daniel Wouters, pour examiner l'ordre du jour pour la prochaine réunion avec les commanditaires ; révision post-réunion et de la logistique. |
| 6/14/13 | J. Cahn | 1.60 | Morning meeting with working group preparing for follow-up meeting with project sponsors; afternoon working with Marc Sage and Daniel Wouters to draft Q+A's and presentations for group; forward to Montreal team; emails re Fiscal and other strategy to AM. | Réunion du matin avec le groupe de travail préparant pour une réunion de suivi avec les commanditaires de projets ; après-midi de travail avec Marc Sage et Daniel Wouters au projet questions et réponses et présentations du groupe ; transmission à l'équipe de Montréal ; courriels concernant la stratégie fiscale et autre stratégie pour AM. |
| | | | Confer with Dr. Andrew Thompson regarding Rio Tinto Jan 25 letter and tax analysis of same; draft outline key issues; telephone call KW regarding analysis by Jacques Chareyre | Discussion avec Dr. Andrew Thompson concernant la lettre de Rio Tinto du 25 janvier et l'analyse fiscale connexe ; projets de questions clés ; appel avec KW en ce qui concerne l'analyse par Jacques Chareyre. |

11

DENUS00001303

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 1002578-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|---|---|---|---|---|
| 6/14/13 | J. Cahn | 10.00 | Meeting with Working Group to present and explain Binder 6; develop presentation materials; confer regarding strategy; post- meeting consultation w/MS and DW -- key trade-offs for Government to consider; report to Min. Fofana; travel to Paris | Réunion avec le groupe de travail pour présenter et expliquer le relieur 6 ; élaboration du matériel de présentation ; conférer concernant la stratégie, la consultation post-réunion w / MS et DW - clé arbitrages de gouvernement à envisager ; rapport à Min. Fofana ; voyage à Paris. |
| 6/14/13 | L. Harris | 4.00 | Conference call with team regarding CTA; review and revise CTA. | Conférence téléphonique avec l'équipe en ce qui concerne la CTA; examiner et révisions à la CTA. |
| 6/14/13 | T. Laryea | 0.50 | Strategic update. | Mise à jour stratégique. |
| 6/14/13 | M. Hagler | 1.80 | Status email to J Cahn; review common terms agreement tables; call with L Harris and K Weaver | Courriels à J. Cahn, examen des termes de l'accord communes ; appel avec L. Harris et K. Weaver. |
| 6/14/13 | A. Masylkanova | 1.50 | Reviewing the Model Mining Development Agreement and Guinean Model Mining Agreement for provisions providing the government the right to require compliance with project documentation and demand information from the holder(s) of the mining title. Compiling the relevant provisions of the agreements in a chart. | Révision de l'entente minier du modèle et de la convention minière guinéenne pour les dispositions prévoyant que le gouvernement a le droit d'exiger le respect de la documentation du projet et de l'information à la demande des détenteur(s) du titre minier. Compilation les dispositions pertinentes des accords dans un tableau. |
| 6/14/13 | K. Weaver | 9.10 | (1) Call with L Harris, M Hagler, and J Papastavridis, and then finalizing initial Common Terms Agreement with all and only those Definitions and provisions which are common, i.e., identical, across the two essential documents, the Amended Convention de Base, and the Infrastructure Agreement and sent to L Harris; (2) With R Golem, tracking down documents for assembling into Binder No. 6 (3) Arrangement of A Masylkanova's research into compliance with project documentation and GoG rights to demand information | (1) Appel avec L. Harris, M. Hagler, et J. Papastavridis, et finalisation de la CTA initiale avec les définitions et les dispositions qui sont communes, c'est-à-dire, qui sont identique dans les deux documents essentiels: la CdBA, et l'AI et envoyé à L. Harris ; (2) avec R. Golem, recherche des documents assemblés en Binder No. 6 (3) Coordination de la recherche de A. Masylkanova avec la documentation du projet et les droits du GdG pour demander des informations auprès du titulaire du le titre minier; (4) Examen des travaux par J. Sivek |

DENUS00001304

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 1002578-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|---|---|---|---|---|
| | | | from the holder of the mining title; (4) Review of work by J Sivek regarding Project Standards; (5) Environmental Warranty in French; (6) Descriptions of Services with T Golden; (7) English translation of the long-form strategy memo; (8) Work flow management. | |
| 6/14/13 | J. Papastavridis | 5.80 | Meeting with L. Chaplik, M. Hagler and K. Weaver to discuss process for producing CTA with L. Chaplik's supervision; discussion of steps to creating list of matching definitions from ACdb and IA, as well as the 2013 mining code; research, compilation and distribution of weekly media brief. | Réunion avec L. Chaplik, M. Hagler et K. Weaver pour discuter du processus pour créer la CTA avec la supervision de L. Chaplik ; discussion des mesures pour créer la liste des définitions de contrepartie de la CdBA et l'AI, ainsi que le code minier de 2013 ; la recherche, la compilation et la distribution de médias hebdomadaires. |
| 6/14/13 | J. Rubin | 0.20 | Review current status of project; communication with consultant regarding translation of proposal | Etude de l'état actuel du projet, de la communication avec le conseiller sur la traduction de la proposition. |
| 6/15/13 | K. Weaver | 3.80 | (1) Response to L Harris regarding Common Terms Agreement and bringing to "Phase 2"; (2) Draft powerpoints for 51% Option and Fiscal Regime; (3) Arrangement for powerpoints on concession fees and tariffs by Lazard; (4) Request to Jacques for review of RT fiscal responses; (5) Calls with J Cahn on project needs (multiple); (6) With R Golem, re-purposing and re-organizing Binder 6. | (1) Réponse à L. Harris concernant la CTA et de l'apporter en « Phase 2 » ; (2) Projet des powerpoints concernant l'option des 51 % et le régime fiscal ; (3) Coordination des powerpoints sur les droits de concession et tarifs de Lazard ; (4) demande à Jacques de l'étude des réponses fiscales RT ; (5) Appels avec J. Cahn sur les étapes du projet (multiple), (6) avec R Golem, réaffectation et réorganisation du Dossier 6. |
| 6/15/13 | J. Cahn | 3.00 | Review and revise key points analysis; confer with DW and MS regarding key points | Etude et révisions de l'analyse de points clés ; discussions avec DW et MS concernant les points clés. |
| 6/15/13 | M. Hagler | 0.50 | Brief review of L Harris comments to initial set of common terms for CTA | Etude rapide des commentaires de L. Harris à l'ensemble de termes communs pour la CTA. |

DENUS00001305

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 10025788-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|------|-----------|------|-----------|---------------------|
| 6/16/13 | J. Cahn | 13.30 | Meeting with Minister Fofana to review developments; office Paris to pick up documents for meeting with working group; review Thompson analysis of Rio Tinto model; confer with MS regarding same and strategy; meeting to prep working group | Réunions avec le ministre Fofana ; bureau de Paris pour ramasser les documents pour une réunion avec le groupe de travail ; examen de l'analyse de Thompson sure le modèle de Rio Tinto ; discussions avec MS au sujet de la stratégie; réunion de groupe de travail. |
| 6/16/13 | K. Weaver | 3.60 | (1) Arrangement of powerpoints for GoG to use in Paris, re- styling and re-formatting; (2) First draft of a one-pager on the Government's role as regulator and arbitrator with respect to third party access and tariffs, in consultation with D.Johnston; (3) Work flow management and correspondence with Conakry and Paris-based teams. | (1) Disposition des powerpoints pour le GdG à Paris, (2) première ébauche d'un document d'une page sur le rôle du gouvernement en tant que régulateur et arbitre à l'égard de l'accès des tiers et les droits de douane en consultation avec D. Johnston ; (3) la gestion des flux de travail et la correspondance avec les équipes basées à Conakry et à Paris. |
| 6/17/13 | A. Masyikanova | 8.00 | Reviewing the Model Mining Development Agreement and Guinean Model Mining Agreement for provisions providing the government the right to require compliance with project documentation and demand information from the holder(s) of the mining title. Compiling the relevant provisions of the agreements in a chart. | Examen de l'entente modèle de développement minier et la convention minière guinéenne en cherchant des dispositions prévoyant que le gouvernement ait le droit d'exiger le respect de la documentation du projet et de l'information à la demande du détenteur(s) du titre minier. Recueil des dispositions pertinentes des accords dans un tableau. |
| 6/17/13 | L. Harris | 2.50 | Mark up terms of K. Weaver and review draft terms sent by K. Weaver and J. Cahn. | Révision des termes de K. Weaver et étude des termes envoyés par K. Weaver et J. Cahn. |
| 6/17/13 | N. Yost | 0.30 | Receive and review e-mail from J. Rubin with attached proposal by consultant. | Etude du courriel de J. Rubin à la proposition jointe par le consultant. |
| 6/17/13 | K. Weaver | 5.90 | (1) Arrangement of A Thompson's 4-page piece on RT's ETR estimate; (2) Analysis with D.Johnston and R Golem of applicability of rail access code in Australia for preparation of piece, conference call on examples for preparation of a brief description on State role in | (1) Disposition des 4 pages envoyées par A. Thompson sur l'estimation de RT pour l'ETR ; (2) Analyse avec D. Johnston et R. Golem sur l'applicabilité des codes d'accès ferroviaire en Australie pour la préparation du code, conférence sur des |

14

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 1002578B-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|------|-----------|------|-----------|---------------------|
| 6/17/13 | M. Hagler | 0.30 | third party access and tariff setting; (3) two-page piece on the 8 Strategic Value Drivers; (4) Powerpoints to Guinean delegation; (5) Project management. | exemples pour une brève description du rôle de l'État dans l'accès des tiers et les tarifs ; (3) de deux pages sur les 8 points de valeur stratégiques ; (4) PowerPoints à la délégation guinéenne; (5) gestion du projet. |
| 6/17/13 | J. Cahn | 0.30 | Brief review of J Cahn sample CTA | Brève révision de la CTA de J. Cahn. |
| 6/18/13 | J. Cahn | 7.50 | Support for working group in Paris; meeting with Minister Fofana and Marc Sage; materials assembly for working group | Soutien au groupe de travail à Paris, rencontre avec Ministre Fofana et Marc Sage ; l'assemblage des matériaux pour groupe de travail |
| 6/18/13 | J. Cahn | 10.00 | Meeting with Minister Fofana; review work on CTA; review Binder 6; attention to support for Working Group; travel back to Washington; | Réunion avec Ministre Fofana, révision du travail sur la CTA, l'examen de dossier 6 ; soutien au groupe de travail ; voyage à Washington; |
| 6/18/13 | M. Hagler | 0.30 | Various e-mail messages with K Weaver regarding source of other CTA samples; review project updates | Divers courriels avec K. Weaver sur la source d'autres CTAs ; étude des mises à jour du projet. |
| 6/18/13 | K. Weaver | 7.90 | (1) Common Terms Agreement: Call with L Harris and development of initial first round of Definitions, research our entire US database for common terms agreements and review of Yukos example, and of SEC's EDGAR database, review of hits on common terms agreements for specific industries; division into categories of Definitions and Provisions (2) Circulation of project updates; (3) Arrangement of further translation. | (1) CTA : Appel à L Harris et le développement des définitions, de la recherche de l'ensemble de notre base de données américaine des accords et l'examen de l'exemple Yukos, et de la base de données EDGAR de la SEC, l'étude des accords de termes communs pour certaines industries, de la division en catégories de définitions et de dispositions (2) distribution des mises à jour du projet ; (3) dispositions pour traduction ultérieure. |
| 6/18/13 | L. Harris | 2.50 | Talk to K. Weaver and begin reviewing revised CTA. | Discussions avec K. Weaver et révisions de la CTA. |
| 6/19/13 | L. Harris | 4.80 | Work on definitions for CTA. | Travail sur les définitions de la CTA. |

15

DENUS00001307

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 10025788-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|------|-----------|------|-----------|---------------------|
| 6/19/13 | K. Weaver | 7.60 | (1) Call with D Johnston and review with him of latest Infrastructure Agreement, and further work to be done for finalizing; (2) Drafting status update to J. Cahn outlining where we are on the Amended Convention de Base, Common Terms Agreement, Infrastructure Agreement, and related agreements; (3) Review of work by J Sivek on compliance with project documentation, and whether the Government of Guinea have any rights to demand information from the holder of the mining title; (4) Common Terms Agreement: incorporation of revisions by L Harris and further work on provisions section; (5) Work flow management. | (1) Appel à D. Johnston et révisions avec lui du dernier AI, et poursuite des travaux à faire pour le finaliser, (2) L'état de rédaction à J. Cahn soulignant où nous sommes sur la CdBA, la CTA, l'IAI et d'autres accords connexes ; (3) Révision du travail par J. Sivek sur le respect de la documentation du projet, et si le Gouvernement de la Guinée possède d'un droit d'exiger des informations auprès du titulaire du titre minier ; (4) CTA: incorporation des révisions par L. Harris et poursuite des changements sur la section des dispositions ; (5) gestion du flux de travail. |
| 6/19/13 | T. Golden | 1.50 | Project management/administrative review. | Gestion / examen administratif du projet. |
| 6/20/13 | K. Weaver | 8.10 | (1) Common Terms Agreement: Extensive further work on first 12 pages of "Definitions" section to incorporate L Harris comments (made to an earlier version) and synching versions, discussion with L Harris re: the same, and additional work on remaining 28 pages including on identifying their usage through ACdB and IA and reconceptualizing those Definitions which seem very much tied to a particular document and what we're trying to do internally to that document, i.e., the concepts of Finance Documents, Finance Protocol, et al, to the Infrastructure Agreement and on movement to provisions section, beginning with the "boilerplate" (2) E-mail to L Harris re the Common Terms Agreement and on status and suggested next steps. | (1) CTA : poursuite des travaux sur 12 premières pages de la section "Définitions" pour incorporer les commentaires de L. Harris (fait dans une version antérieure) et discussion avec L. Harris connexe, et le travail supplémentaire sur les 28 pages restantes, y compris sur l'identification de leur utilisation par la CdBA et l'IAI re-conceptualisation de ces définitions qui semblent très liés à un document particulier et ce que nous essayons d'utiliser dans de ce document, à savoir les Documents Financiers, le Protocole Finances, etc. à l'accord de l'Infrastructure et l'article des dispositions, à commencer par le « passe-partout » (2) Courriel à L. Harris sur la CTA et sur les prochaines étapes. |

16

DENUS00001308

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 1002578-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|------|-----------|------|-----------|---------------------|
| 6/20/13 | A. Masylkanova | 0.80 | Reviewing the Model Mining Development Agreement and Guinean Model Mining Agreement for provisions providing the government the right to require compliance with project documentation and demand information from the holder(s) of the mining title. Compiling the relevant provisions of the agreements in a chart. | Examen de l'Entente sur le développement modèle minier du et de la convention minière guinéenne en cherchant des dispositions prévoyant que le gouvernement ait le droit d'exiger le respect de la documentation du projet et de l'information à la demande du détenteur (s) du titre minier. Compilation des dispositions pertinentes des accords dans un tableau. |
| 6/20/13 | A. Masylkanova | 0.40 | Updating Vale and BHP background information documents with new developments. | Mise à jour des documents d'information de Vale et de BHP avec de nouveaux développements. |
| 6/20/13 | L. Harris | 8.50 | Work on CTA; conference with K. Weaver. | CTA ; conférence avec K. Weaver. |
| 6/20/13 | J. Papastavridis | 0.70 | Read articles for media brief. | Lecture d'articles pour le briefing média. |
| 6/21/13 | M. Hagler | 1.50 | Review various e-mail messages between K Weaver and L Harris regarding CTA and current draft CTA. | Révision des différents courriels entre K. Weaver et L. Harris concernant la CTA et la proposition de la CTA actuel. |
| 6/21/13 | J. Papastavridis | 3.80 | Conversation with K. Weaver re next steps for CTA; CTA emails; research, compilation and distribution of weekly media brief. | Conversation avec K. Weaver sur les prochaines étapes de la CTA, courriels concernant la CTA, recherche, compilation et la distribution du briefing média. |
| 6/21/13 | A. Masylkanova | 3.70 | Reviewing the Model Mining Development Agreement and Guinean Model Mining Agreement for provisions providing the government the right to require compliance with project documentation and demand information from the holder(s) of the mining title. Compiling the relevant provisions of the agreements in a chart. | Examen de l'Entente sur le développement modèle minier du et de la convention minière guinéenne en cherchant des dispositions prévoyant que le gouvernement ait le droit d'exiger le respect de la documentation du projet et de l'information à la demande du détenteur (s) du titre minier. Compilation des dispositions pertinentes des accords dans un tableau. |

17

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 1002578B-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|---|---|---|---|---|
| 6/21/13 | K. Weaver | 4.50 | (1) Review of suggested indemnity sections and definitions from Sara Lee/7A via L Harris, for the Common Terms Agreement, and work on the "provisions" section of the CTA; (2) Project management. | (1) Examen de l'indemnisation proposés et des définitions de Sara Lee / 7A par L Harris, pour la CTA, et la partie « dispositions » de la CTA, (2) gestion du projet. |
| 6/21/13 | T. Laryea | 1.00 | Review of updates; comment on IFC approach to rail infrastructure financing. | Examen des mises à jour, commentaires sur l'approche de l'IFC au financement de l'infrastructure ferroviaire. |
| 6/23/13 | T. Golden | 1.20 | Project Management/Administrative Review. | Gestion / examen administratif du projet. |
| 6/24/13 | M. Hagler | 2.50 | Review CTA drafts and correspondence | Révision de la CTA et de la correspondance. |
| 6/24/13 | K. Weaver | 6.90 | (1) Conference with R Gelbard on RT lunch and update.; (2) Common Terms Agreement - call with L Harris, Definitions and provisions sections (focusing on incorporation of changes by L Harris into Definitions section, and system of "Project Activities" et al, and "Project Infrastructure" et al, discussion with L Harris with how to use the Simfer Jersey SHA; incorporation of new MMDA and Guinean Model Mining Agreement provisions and comparison). | (1) Conférence avec R. Gelbard sur le déjeuner RT et mise à jour ; (2) CTA - appel à L Harris, les définitions et les provisions (en mettant l'accent sur l'intégration des changements par L. Harris dans la partie Définitions, et le système de « activités de projet » etc., et « Infrastructure Project » etc., discussion avec L. Harris sur l'utilisation de la SHA de Simfer Jersey ; intégration de la nouvelle MMDA et à la convention minière guinéenne). |
| 6/24/13 | T. Laryea | 0.80 | Review materials regarding updates. | Examen des mises à jour. |
| 6/24/13 | T. Golden | 1.00 | Project Management/Administrative Review. | Gestion / examen administratif du projet. |
| 6/25/13 | T. Laryea | 1.00 | Attention to strategy issues. | Étude des questions de stratégie. |
| 6/25/13 | K. Weaver | 4.50 | (1) Table of Contents side-by-side for En/Fr by R Golem; (2) Call with J Siverston re: Simfer S.A. SHA; (3) Common Terms Agreement; (4) Analysis and incorporation of "boilerplate" terms of Simfer Jersey | (1) Table des matières côte à côte pour anglais / français par R. Golem, (2) Appel à J. Siverston sur le SHA de Simfer SA ; (3) CTA ; (4) Analyse et intégration des termes « passe-partout » du SHA de Simfer Jersey |

DENUS00001310

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 10025788-0001
Invoice No. 1485950

September 3, 2013

SHA into CTA. — dans la CTA.

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|---|---|---|---|---|
| 6/25/13 | L. Harris | 3.00 | Work on Simfer S.A. Shareholders Agreement. | Travail sur l'Accord des Actionnaires de Simfer S.A. |
| 6/26/13 | L. Harris | 3.30 | Review terms of shareholder agreement; talk to K. Weaver; revise preamble by way of background, etc. | Révision des termes de l'accord des actionnaires ; parler avec K. Weaver ; révision du préambule afin de comprendre le contexte, etc. |
| 6/26/13 | K. Weaver | 7.10 | (1) Arrangement of Simandou working group agenda translation; (2) Guinea team update; (3) Project management and work flow; (4) Common Terms Agreement and call with J Cape re: Tax definitions; (5) Call with L Harris re Simfer S.A. SHA and e-mail to J Cahn re: the same; (6) Edits to preamble of Simfer S.A. Shareholders agreement; (7) Review and analysis of Statuts of Simfer S.A. | (1) Agencement de la traduction de l'ordre du jour du groupe ; (2) Mise à jour à l'équipe Guinée ; (3) la gestion de projet et du flux de travail ; (4) CTA et appel à J. Cape sur les définitions fiscales ; (5) Appel à L. Harris sur Simfer SA SHA et appel à J Cahn ; (6) les modifications apportées au préambule de l'accord des actionnaires de Simfer SA; (7) examen et analyse des Statuts de Simfer S.A. |
| 6/26/13 | T. Golden | 1.80 | Project Management/Administrative Review. | Gestion / examen administratif du projet. |
| 6/27/13 | K. Weaver | 7.50 | Call with J Cape re: Conrad analyses; Common Terms Agreement provisions section, project management. | Appel à J. Cape sur les analyses de Conrad ; dispositions de la CTA, gestion du projet. |
| 6/27/13 | L. Harris | 1.30 | Work on Simfer S.A. Shareholders Agreement. | Travail sur l'accord des actionnaires de Simfer S.A. |
| 6/28/13 | K. Weaver | 4.30 | Attention to project management, including project management activities per J Cahn's request, and direction of M. Smyth and T Golden to assist the same; call with J Cape to analyze tax/fiscal issues and GoG approach to the same. | Étude de la gestion du projet, y compris les activités de gestion de projet par la demande de J. Cahn, et la direction de M. Smyth et T. Golden pour son son aide ; appel à J. Cape pour son analyse des impôts / questions fiscales et l'approche du GdG. |
| 6/28/13 | T. Laryea | 1.00 | Attention to update regarding development and strategy for going forward. | Étude de la mise à jour stratégique à l'avenir. |
| 6/28/13 | L. Harris | 7.00 | Work on Simfer S.A. Amended and Restated Shareholders Agreement. | Travail sur l'Accord des Actionnaires de Simfer S.A. |

DENUS00001311

CONFIDENTIAL

Simandou Project with Rio Tinto and Chinalco
Negotiations and Structuring

Matter: 1002578B-0001
Invoice No. 1485950

September 3, 2013

| Date | Timekeeper | Hour | Narrative | Narrative in French |
|---|---|---|---|---|
| 6/30/13 | L. Harris | 3.50 | Continue working on shareholders agreement, definitions, etc. | Continuation du travail sur l'accord des actionnaires, les définitions, etc. |

Total Hours    409.70

Fee
Amount    $275,073.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Cahn | $1,045.00 | 115.90 | $121,115.50 |
| L. Harris | $855.00 | 59.20 | $50,616.00 |
| N. Yost | $930.00 | 0.30 | $279.00 |
| M. Hagler | $745.00 | 16.20 | $12,069.00 |
| T. Laryea | $780.00 | 14.10 | $10,998.00 |
| J. Rubin | $700.00 | 1.70 | $1,190.00 |
| N. Lipovac | $545.00 | 9.30 | $5,068.50 |
| K. Weaver | $420.00 | 134.50 | $56,490.00 |
| A. Masylkanova | $255.00 | 14.40 | $3,672.00 |
| J. Papastavridis | $350.00 | 20.20 | $7,070.00 |
| P. Ho Sang | $295.00 | 1.00 | $295.00 |
| T. Golden | $270.00 | 22.30 | $6,021.00 |
| D. Boor | $315.00 | 0.60 | $189.00 |

20

DENUS00001312

# Cahn Ex. 32

## FILED UNDER SEAL

# Cahn Ex. 33



**MINISTERE DES MINES
ET DE LA GEOLOGIE**
---------------
**CABINET DU MINISTRE**
---------------

N°..................../MMG/CAB/FC/2011

**REPUBLIQUE DE GUINEE**
---------------
Travail - ~~~~~~~ – Solidarité

Conakry, le ........................  '18 JUIL 2013

*Le Ministre*

À

**Monsieur Alan Davies
Chef et Directeur Général
Rio Tinto Diamants et Minéraux/Simandou
CONAKY**

**Monsieur le Directeur Général,**

J'ai l'honneur de vous faire parvenir, ci-joint, la lettre relative aux honoraires Dentons soumis à SIMFER SA.

Je vous donne mon accord pour le règlement desdits honoraires.

Veuillez agréer, **Monsieur le Directeur Général,** l'expression de mes meilleurs sentiments.

**Mohamed Lamine FOFANA**

P.J. : 1

CONFIDENTIAL

GUINEA00001498



**MINISTRY OF MINES
AND GEOLOGY**
-------------
**MINISTER'S OFFICE**
------------

**REPUBLIC OF GUINEA**
----------------
Work- Justice – Solidarity

Conakry, JULY 18, 2013

**No. 0944-/MMG/CAB/FC/2011**

*The Minister*

*To*

**Mr. Alan Davies
Chief Executive Officer
Rio Tinto Diamonds and Minerals/Simandou
<u>CONAKY</u>** (sic)

**Dear Sir,**

I have the honor of forwarding to you the enclosed letter relating to the Denton fees submitted to SIMFER SA.

I give my consent for payment of these fees.

Sincerely,



**[Stamp:]  Ministry of Mines and Geology * [Illegible] * The Minister**

<u>Enclosure:  1</u>

CONFIDENTIAL

GUINEA00001498



# YNDIGO
TRANSLATIONS

STATE OF NEW YORK   )
                          ) ss
COUNTY OF KINGS     )

## CERTIFICATE OF ACCURACY

I hereby certify that the attached is, to the best of my knowledge, ability and belief, a true and complete translation from French to English of *Document with Bates No. GUINEA00001498.*

_____
Glenn Cain
President
Yndigo Translations

Subscribed and sworn to before me this ___6ᵗʰ___ day of ___Dec___, 2017.

_____
Notary Public
My Commission Expires: 6/11/2020

JOHN MAZUREK
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA6263411
Qualified in Kings County
My Commission Expires 6/11/2020

709 CARROLL STREET, BROOKLYN, NY 11215 • 347.223.4334 • WWW.YNDIGOTRANSLATIONS.COM

# Cahn Ex. 34

Strictly Confidential – Draft for Discussion Purposes Only

**3rd Meeting of the Simandou Project Working Group, July 15th-20[th] 2013, Paris**
**Proposed Agenda – Overall Themes and Detailed Issues to be Addressed**

| Day 1, Monday 15th July.  Theme – PROJECT FUNDING | | |
|---|---|---|
| **Timing** | **Issue to be Resolved** | **Issue "Lead"** |
| Am | a)  What is the proposed optimum funding plan and structure (debt / equity[1] ratio, borrowing vehicles, security packages, lending sources, finance documents, *etc.*)? | RT |
| | b)  What is the quantum of equity funding required from existing SPV / Simfer contributing shareholders and other third party equity investors prior to financial close (*i.e.* "interim" funding)? | RT |
| | c)  To what extent will the State be a contributing shareholder in the SPV?  If it is a contributing shareholder, how will it fund its equity share of infrastructure costs?  If it is not a contributing shareholder, what alternative sources of infrastructure funding does the State propose?  NB criticality of defining the State's role (*i.e.* investor / regulator or regulator only) up-front in order to provide certainty for third party equity investors and for lenders, and in addition the private investors | State |
| | d)  Aside from the private investors (and the State, if applicable), who are the third party sources of equity funding (*i.e.* infrastructure-only investors *vs.* infrastructure & mine investors *vs.* infrastructure users / investors) and what CPs will they impose? | Chalco |
| | e)  How will the State leverage its Simfer share purchase options (historical cost and/or market value options) to attract additional third party infrastructure equity investors? | State |
| | f)  What flexibility is there, while remaining consistent with OHADA rules (or imminent amendments thereto), to utilise innovative equity funding mechanisms (*e.g.* priority shares, preferred shares) to raise additional infrastructure equity funding without changing the SPV shareholding structure? | RT |
| | g)  What CPs will the private investors require before they are willing to commit further equity to the project? | RT |
| | h)  What opportunities are there to outsource certain project assets to third party investors under BOO- asset leasing-type arrangements, thus reducing funding obligations on the project participants?  What implementation regulations will the State needs to establish to facilitate such opportunities? | RT |
| | i)  Because of the time required to secure debt financing, equity funding will necessarily need to contribute 100% of project costs during the "interim" period between the restart of project activities and the closing of any debt facility.  In this context, how can binding commitments to fund be secured from third party investors?  What are the likely equity funding requirements post financial close? | RT |
| Pm | j)  Who are the sources of debt (*i.e.* import credit *vs.* export credit *vs.* commercial lending *vs.* subordinated debt) and what conditions will they impose *e.g.* lender security arrangements, offshore bank accounts (recognising that such accounts would be held with banks authorised by the CB of Guinea), flexible FX control processes, completion support, Equator Principles compliance)? | IFC |
| | k)  How will the ECA financing strategy be aligned with the project procurement / contracting strategy to maximise the opportunity of securing export credit, while preserving local content requirements? | State |
| | l)  How will the project iron ore marketing strategy be established to maximise the opportunity of securing import credit?  How will this strategy be reconciled with future support for in-country iron ore processing / beneficiation? | RT / Chalco |
| Evening | m)  What is the mandate / T&Cs of the project financial advisor?  What selection criteria will be applied?  When will the project financial advisor be appointed? | IFC |
| | n)  What are the key milestones to financial close? | RT |
| | o)  How will historical costs be agreed between the project participants? | RT |

---

[1] In this agenda and in other funding-related documentation, "equity" means funding through formal share capital injections as well as through interest-free loans from direct shareholders of affiliates thereof (such loans being made in proportion to shareholdings)

| Day 2, Tuesday 16th July.  Theme – INFRASTRUCTURE OPERATORSHIP / REGULATION | | |
|---|---|---|
| **Timing** | **Issue to be Resolved** | **Issue "Lead"** |
| Am | a) What is the respective allocation of responsibilities between the Infrastructure Operator, the SPV, and Simfer (as Foundation Customer) *e.g.* in respect of infrastructure budgeting / cash calls, infrastructure capacity estimation, negotiation of access / tariff arrangements with third party users, managing infrastructure expansions, train / vessel scheduling, Port Authority activities?  How will this allocation reflect the requirements of lenders? | RT |
| | b) What does "hook & pull" (*i.e.* the haulage regime) look like in practice, *e.g.* will the Infrastructure Operator be required to load and unload wagons on behalf of a third party user? | RT |
| Pm | c) Under what circumstances could the Infrastructure Operator be replaced? Under what circumstances could Simfer (or lenders) "step-in" to assume infrastructure operatorship (especially after the end of the BOT period)? | RT |
| | d) What management fee regime will apply to the Infrastructure Operator (recognising that both onshore and offshore management fee structure will be required to ensure international best practice can be applied to the Simandou infrastructure project)? | RT |
| | e) What procedure(s) will be followed re infrastructure contract awards, recognising that this will to a large extent be driven by whether or not the State is an equity participant in the SPV? | RT |
| Evening | f) What operating standards and protocols will apply to the Simandou infrastructure?  How will these standards and protocols be established and enforced (Infrastructure Operator vis-à-vis a future Regulator)?  What standard of conduct and level of liability will apply to the Infrastructure Operator? | RT |
| | g) State to present its vision re the mandate / objectives of a future Regulator with respect to the infrastructure | State |
| | h) Private investors to present "regulation by contract" model, and explain how it will meet the requirements of the State, the private investors, other sources of infrastructure funding (especially lenders), and ensure efficient and safe infrastructure operations.  Presentation to include lessons learned from other multi-user infrastructure systems | RT |
| | i) Parties to agree appropriate infrastructure regulatory regime | All |

DENUS00671786

Strictly Confidential – Draft for Discussion Purposes Only

| Day 3, Wednesday 17th July.  Theme – INFRASTRUCTURE MULTI-USE / EXPANSION / TARIFF REGIME | | |
|---|---|---|
| **Timing** | **Issue to be Resolved** | **Issue "Lead"** |
| Am / Pm | a) What infrastructure access / expansion regime will apply to Simfer, specifying foundation customer rights with respect to *inter alia* priority access rights, priority right to expand, right to appoint the Infrastructure Operator?  Linkage between foundation customer rights, underwriting the infrastructure capital cost *via* the tariff regime, and the requirements of lenders and other sources of infrastructure funding to be emphasised | RT |
| | b) What infrastructure access / expansion regime will apply to third party mining companies?  In practice, how will such a "Producer" access the Simandou infrastructure (worked example for illustrative purposes)?  Are there any sections of the infrastructure that will not be open to third party access?  What technical / financial standards will Producers need to meet to secure access?  How will lenders' requirements be accommodated? | RT |
| | c) What are the technical / commercial parameters of the passenger / associated freight rail service?  How will small-scale agricultural enterprises benefit from this service (worked example for illustrative purposes)? | RT |
| | d) How do the respective access / expansion rights of Simfer *vs.* third party users change after the end of the BOT period? | RT |
| Pm / Evening | e) What infrastructure tariff regime will apply to Simfer, and how will it take into account foundation customer rights, the agreed allocation of project risk, and the requirements of sources of infrastructure funding (especially lenders)? | RT |
| | f) What infrastructure tariff regime will apply to third party Producers, and how will it take into account foundation customer rights, the agreed allocation of project risk, and the requirements of sources of infrastructure funding (especially lenders)?  How in practice will access tariffs be set for a Producer (worked example for illustrative purposes)? | RT |
| | g) What tariff regime will apply to the passenger / associated freight rail service?  How will tariffs for commercial users (*e.g.* small-scale agricultural enterprises) be set so as to subsidise the passenger service?  How in practice will access tariffs be set for a small-scale agricultural enterprise (worked example for illustrative purposes)? | RT |
| | h) How will the respective tariff regimes applicable to Simfer *vs.* third party users change after the end of the BOT period? | RT |
| | i) What is the appropriate SPV return on equity?  NB this will to a large extent be driven by resolution of other issues (relating to *inter alia* project funding, the respective shareholding stuctures of Simfer and SPV, the resulting risk allocation) as well as the criticality of establishing overall project arrangements which are sustainable in the long-term *i.e.* long-term alignment of interests between Simfer and SPV? | RT |

DENUS00671787

Strictly Confidential – Draft for Discussion Purposes Only

| Day 4, Thursday 18th July.  Theme – RECAP, PROJECT SCHEDULE (NB agenda tailored to Prof. Collier attendance) | | |
|---|---|---|
| **Timing** | **Issue to be Resolved** | **Issue "Lead"** |
| Am | a)  Recap on project funding plan (from day 1) | RT |
| | b)  Recap on infrastructure operatorship, multi-user / expansion / tariff / regulatory regime (from days 2 and 3) | RT |
| Pm / Evening | a)  Finalise more detailed project schedule, including inter-dependencies and Conditions Precedent to progress (such CPs to include resolution of question re State participation in SPV and consequences of non-participation) | RT |
| | b)  Agree allocation of responsibilities for each component of the project schedule between the private investors, the State, and others | All |
| | c)  Discuss and agree timings for each component of the project schedule, based on the agreed accountabilities → "bottom up" approach to recasting First Commercial Production Date | All |
| | d)  Discuss and agree basis for any future delays to the re-worked project schedule and consequences | RT |

DENUS00671788

Strictly Confidential – Draft for Discussion Purposes Only

| Day 5, Friday 19th July. Theme – LOCAL CONTENT, CONSTRUCTION ENABLERS | | |
|---|---|---|
| **Timing** | **Issue to be Resolved** | **Issue "Lead"** |
| Am | c) What is the overall project policy with respect to local employment, local procurement, knowledge transfer / capacity building, measures of local content, acknowledging the inevitable interaction with the broader project funding plan? | RT |
| | d) What local content criteria will be applied in contract awards? How will these criteria be reconciled with the need to maximise export credit opportunities and to expedite project delivery? | RT |
| | e) Subject to finalising the overall project schedule, what will local content delivery look like in 2015 (again, linkage with the broader funding plan needs to be acknowledged)? | RT |
| | f) What is an appropriate level of State participation in contract awards, recognising that this will to a large extent be driven by whether or not the State is an equity participant in the SPV (*i.e.* State as investor / regulator or just regulator), by the requirements of project lenders, and by the need to expedite project delivery? | State |
| Pm / Evening | a) Working Group to establish "authorising environment" with respect to the following pre-requisites to the commencement of construction activities: <br> i. Land regime and availability schedule consistent with overall project schedule and IFC Performance Standards <br> ii. Enforcement of the PIN on the ground <br> iii. Quarrying rights and taxation regime <br> iv. Project Contracting Plan / EPCM mandate <br> v. Effective contract approval process <br> vi. Unrestricted project fuel importation rights (or if not, what alternative fuel supply arrangements does the State propose?) <br> vii. Authorisation of project-related dredging activities in Guinea's EEZ <br> viii. Expedited customs / importation procedures, consistent with the overall project schedule, including: <br> • Changes to Pre-shipment Inspections (Bureau Veritas) <br> • Adoption of an Electronic Cahier de Charges (automated changes) <br> • Standard Operating Procedures between Simfer and the Guinea Customs <br> ix. Implementation of project VAT exemption, including: <br> • Ensuring compliance by various central and decentralised government agencies with the project VAT regime <br> • Extend VAT exemption or "zero VAT rate" regulation to local companies to promote local content more generally <br> • Recovery of outstanding VAT credit balance / payment due to Simfer from the State (GNF46,107,712,155 as at March 2013) <br> • Agree process for VAT credit balance / payment due to Rio Tinto iron Ore Atlantic Limited (GNF6,914,390,000 as at March 2013) <br> • Ensuring application of VAT exemption to Exclusive Contractors, including resolution of current disputes re Sodexho and Fluor <br> x. Explosives importation and security procedures (EU requirement) consistent with the overall project schedule <br> xi. Expedited permitting & approvals, consistent with the overall project schedule <br> xii. Implementation regulations to facilitate establishment of BOO- / asset leasing-type arrangements as required for the Simandou project | State |
| | b) In each case, this "authorising environment" must include: <br> i. clear allocation of responsibility for meeting each of the above pre-requisites (*e.g.* existing Fuel Working Group mandated to issue project fuel importation permit) <br> ii. identification of a Working Group member to report to the broader Working Group re progress in respect of each item <br> iii. agreement of a detailed timetable for meeting each of the above pre-requisites, with a final delivery date no later than 30th September 2013 (or such other date as it agreed at the Working Group for finalisation of the Investment Framework | State |

DENUS00671789

Strictly Confidential – Draft for Discussion Purposes Only

| Day 6, Saturday 20th July.  Theme – NEXT STEPS / SECURING PRINCIPALS' AGREEMENT | | |
|---|---|---|
| Timing | Issue to be Resolved | Issue "Lead" |
| Am | a) What additional resources does the State require to facilitate finalisation of the Investment Framework and Funding Plan?  When will these additional resources be required? | State |
| | b) What is the deadline for reaching agreement on the Investment Framework? | All |
| | c) How will the private investors work with the State to expedite the convention ratification process?  What are the consequences if the National Assembly requires substantial revisions to the Investment Framework agreements signed by the private investors and the State? | State |
| Pm | a) Finalisation of "MoU" incorporating agreed positions on all the issued discussed during days 1-6, for escalation to respective principals | All |
| | b) Discuss and agree public position statement / press release regarding 3rd Working Group meeting proceedings | All |
| | c) Demonstration of Working Group document sharing portal | RT |
| | d) Discuss and agree logistics for next Working Group meeting (see below) | All |

DENUS00671790

Strictly Confidential – Draft for Discussion Purposes Only

**Outstanding Issues Requiring Resolution at 4th Working Group Meeting**
**(timing tbc but will need to be prior to commencement of detailed drafting process)**

| Theme – LEGAL & GOVERNANCE ARRANGEMENTS | | |
|---|---|---|
| **Timing** | **Issue to be Resolved** | **Issue "Lead"** |
| All day | a) In addition to the list of Investment Framework documents already notified to the State, what other documents will be required to complete the Investment Framework?  In respect of all the Investment Framework documents, who will the legal parties be? | RT |
| | b) State to provide confirmation that the Simandou infrastructure convention will convey full benefits and protections of the BOT Law and Investment Code | State |
| | c) What corporate governance arrangements will apply to Simfer and SPV *e.g.* respective rights of shareholders to appoint Board representatives and executives, respective decision-making mandates of executives *vs.* Board *vs.* AGM, Board and AGM voting and approval procedures? | RT |
| | d) What is an appropriate level of State oversight into the activities of the project entities from a corporate perspective, recognising that this will to a large extent be driven by the level of State equity participation (i.e. is the State an investor / regulator or just a regulator?), and will also need to take into account the requirements of lenders? | State |
| | e) State to provide confirmation of the fiscal & legal regimes and stabilisation provisions of the 2002 Convention de Base and 2011 Settlement Agreement | State |
| | f) What law(s) will govern the various Investment Framework documents? | RT |
| | g) What provisions will be put in place with regard to related party contracts? | RT |
| | h) What dispute resolution mechanisms will apply?  What additional investor protections (*e.g.* Bilateral Investment Treaties) do the private investors require? | RT |
| | i) What provisions will be put in place with respect to termination of the Amended Convention de Base, the infrastructure (BOT) convention, and the other legal agreements that comprise the Investment Framework? | RT |

DENUS00671791

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Cahn Ex. 35

## FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Cahn Ex. 36

## FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Cahn Ex. 37

## FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Cahn Ex. 38

# FILED UNDER SEAL

# Cahn Ex. 39

FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Cahn Ex. 40

## FILED UNDER SEAL

# Cahn Ex. 41

Message

| | |
|---|---|
| **From**: | Jones, Kimberly R. [kimberly.jones@dentons.com] |
| **Sent**: | 8/14/2013 9:52:49 PM |
| **To**: | Weaver, Kenyon S. [kenyon.weaver@dentons.com] |
| **CC**: | Jones, Kimberly R. [kimberly.jones@dentons.com] |
| **Subject**: | FW: Payment [SNRD-US_Active.FID318599] |
| **Attachments**: | Socrates - Description of Services for May 2013(78541307_2).doc; Socrates - April 2013 Description of Service(78541164_2).doc; Socrates - Description of Service (Narratives by Timekeeper) for Novembe....doc; Socrates - Legend for Description of Services - Jan, Feb, March 2013(785....doc; Socrates - List of Deliverables(78536042_2).doc |

Found it.  "Socrates - List of Deliverables..."

**Kimberly R. Jones**
Assistant To: Jonathan D. Cahn, Guly Sabahi, Marian M. Hagler, Sergey N. Kotelnikov, Kenyon S. Weaver
Practice Assistant

D +1 202 408 9102
T +1 202 408 6400
F +1 202 408 6399

Dentons US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364

kimberly.jones@dentons.com
dentons.com

SNR Denton is proud to join Salans and FMC as a founding member of Dentons

Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices, including IRS Circular 230.

**From:** Jones, Kimberly R.
**Sent:** Wednesday, August 14, 2013 5:08 PM
**To:** Weaver, Kenyon S.
**Cc:** Jones, Kimberly R.
**Subject:** RE: Payment [SNRD-US_Active.FID318599]

This looks like November 2012 - May 2013.  Does this cover it?

**From:** Weaver, Kenyon S.
**Sent:** Sunday, August 11, 2013 4:33 PM
**To:** Jones, Kimberly R.
**Subject:** FW: Payment

I could really use your help with Point 2.

We have these "deliverable" lists in like 3-4 places.

The first is the list that we created back in Nov 2012.   The second are "descriptions of service" for Nov, Dec, Jan, Feb, Mar, and Tax Team.   Maybe also April and May 2013.

I will be the author of all fo these various Descriptions of Service.  Can you try to round up on Worksite/DocsOpen?

Terrible internet out here and they lost the bag with my power cord. ISN'T VACATION SUPPOSED TO BE RELAXING ???

**Kenyon S. Weaver**

D **+1 202 408 3250**
Dentons US LLP
Washington, DC
kenyon.weaver@dentons.com

**From:** Cahn, Jonathan D.
**Sent:** Sunday, August 11, 2013 9:09 AM
**To:** Weaver, Kenyon S.
**Subject:** Payment

- The Ministry of Finance is proposing to pay some of our past fees & expenses from the World Bank funding made available to Guinea from the Bank.   I believe that the Bank made public announcement of the total funding.   I would be grateful if you could locate the relevant announcements and determine the total funding package to which we may have access.

- In our discussions with the Ministry of Finance, they were clearly impressed by the fact of our work, its quality, and the deliverables.   Would you have to hand the various deliverable lists we prepared.

- On another topic, would you be able to resend to me your memorandum on stabilization/enforceability, in particular, I am looking for the jurisprudence that confirms the enforceability of internaitonal obligations, even where they are not in full compliance with Government procedures.

**Jonathan D. Cahn**

D **+1 202 408 9134**
Dentons US LLP
Washington, DC
jonathan.cahn@dentons.com

Confidential

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Cahn Ex. 42

## FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Cahn Ex. 43

## FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Cahn Ex. 44

## FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Cahn Ex. 45

## FILED UNDER SEAL

# Cahn Ex. 46

**DENTONS**

| | | |
|---|---|---|
| **Peter Wolfson** | peter.wolfson@dentons.com | **Salans FMC SNR Denton** |
| US Chief Executive Officer | D  212-768-6840 | dentons.com |
| | | |
| | 1221 Avenue of the Americas | |
| | New York, NY 10020 | |

September 9, 2013

Mr. Minister Mohamed Lamine Fofana
Minister of Mines & Geology
BP 295
Conakry, The Republic of Guinea

BY EMAIL: mfwind@gmail.com

Re:      Payment of Dentons Invoices re Simandou Project

Dear Minister Fofana:

As you may know, Mr. Thiam, the Special Advisor to the President, met with Mike McNamara (our US Managing Partner) and Jonathan Cahn last Tuesday and then again with me and Jonathan Cahn last Thursday at our offices in Washington D.C.  This letter is to confirm the points raised during those meetings.

First, I wish to note that Dentons is appreciative of the confidence the Government of Guinea has placed in us to assist Guinea in the negotiation, documentation and general representation in connection with the Simandou project, and Mr. Thiam's and others' statements that we have done an excellent job and are a valued contributor to the success of the project.  We too value the relationship and look forward to continuing with this representation, as we believe we can continue to be of immense help to the Government of Guinea.

For nearly one and a half years Dentons organized, under the Ministry of Mines and Geology's supervision and direction, and worked extensively with, a world class team of advisors to assist the Government on this historic project.  These advisors include investment bank Lazard Freres, a fiscal team chaired by James Otto, a world-renowned expert in mining fiscal regimes, and the Firm's own market leading mining and infrastructure legal teams.

This combined team has worked intensively to protect Guinea's interests and most recently worked to support the newly formed Government working group in its discussions with Rio Tinto and the other Simandou investors.  A project of Simandou's magnitude and complexity requires top outside advisors, and Dentons is confident in the counsel its team has provided to the Government of Guinea.

Our unpaid invoices for fees ($8,394,098.27) and expenses ($3,820,360.21) through June 2013 total $12,214,458.48, less one payment of $2,000,000 on account, which leaves a balance due of $10,214,458.48, plus interest.  The expenses include, in addition to our out of pocket expenses, fees owed to the financial advisors, engineers and fiscal experts engaged on behalf of Guinea.

We agreed to defer payment for a reasonable period of time to enable the Government of Guinea to attempt to secure payment, in whole or in part, from sources such as the World Bank or Rio Tinto, neither of which has  been achieved at this date.  We accommodated the Government's desire to use World

17805823

Confidential

DENUS00268489

**DENTONS**

Salans FMC SNR Denton
dentons.com

September 9, 2013
Page 2

Bank financing by participating in a World Bank supervised tender winning with a technical score of 96 out of 100, but you have advised that funding by the World Bank still has not been achieved.  Further, while we understood and the Ministry advised us that Rio Tinto had agreed to provide funding, you have now advised that, unexpectedly, they do not agree to do so, leaving the Government to shoulder these costs without outside funding.

Notwithstanding the various accommodations we have made, pursuant to our engagement letter, the obligation to pay the full amount rests unconditionally upon the Government of Guinea, and is now long past due.  As we discussed with Mr. Thiam, in an effort to accommodate Guinea's requests for a discount, we have agreed to accept $9,416,920.46 in satisfaction of the amounts invoiced through June, 2013, which represents a discount of approximately $800,000, exclusive of prior voluntary reductions.

As we have been stating for months, we can no longer wait for the Government of Guinea to secure payment from Rio Tinto or the World Bank.  We are at the point where we can no longer continue to represent Guinea without immediate payment.  Our offer to accept the reduced amount of $9,416,920.46 will be withdrawn if we do not receive that payment by Thursday, September 12, 2013.  If paid by then, we will be happy to assist you to the extent we can in seeking funding from the Rio Tinto, the World Bank, or other sources, if Guinea chooses to do so.

If not paid by Thursday, September 12, will have no choice but to take all steps necessary to secure payment of the full amount due, plus interest and costs of collection.  We will, among other things, promptly file a law suit to compel payment, and will engage with and seek whatever appropriate assistance we can from US governmental authorities, multilateral institutions and others.

Over the past year and a half we have accomplished a great deal.  Regrettably we have now reached a juncture where Dentons can no longer continue to support the Government of Guinea until these payment issues are resolved.  I sincerely hope that payment will be promptly made so that we can continue to work with you, which, as we both believe, would be in the best interests of the Government of Guinea.

Very Truly Yours,

Peter D. Wolfson
US Chief Executive Officer

cc:  Mr. Idrissa Thiam
        idrissathiam1er@yahoo.com

17805823

Confidential

# Cahn Ex. 47



**MINISTÈRE D'ETAT CHARGE
DES MINES ET DE LA GEOLOGIE**

**CABINET DU MINISTRE**

N° 0 9 3 0 /MEMG/CAB/2014

**RÉPUBLIQUE DE GUINÉE**

Travail -     - Solidarité

Conakry, le **2 2 JUIL 2014**

*Le Ministre d' Etat*

*A*

**Monsieur le Président
du Cabinet DENTONS**

<u>Objet :</u> Votre proposition de réduction de vos honoraires



EXHIBIT   18
WIT:
DATE:
Maureen Pollard, RMR

**Monsieur le Président,**

Je me réfère à vos messages récents courriels, du 21 juin 2014 et du 15 juillet 2014.

Je confirme le désir du Gouvernement de la République de Guinée de trouver une solution satisfaisante à la divergence de vues actuelles et appréciations du contexte et du montant des factures impayées émises par votre entreprise au nom des membres du consortium composé de Dentons, Lazard Frères et des autres Consultants à savoir Katib & Alami et Jacques Chareyre.

Je tiens d'abord à vous remercier pour votre proposition consistant en une réduction de 25% sur les honoraires de Dentons pendant que vous nous proposez de payer l'intégralité des frais des sous traitants ainsi que les débours propres de Dentons.

Je tiens également à vous assurer que le Ministère des Mines et de la Géologie, examine votre proposition sur la base des éléments disponibles à ce jour. À cet égard, je vous saurais gré si vous pouviez fournir rapidement les documents et renseignements suivants :

(i) la preuve de l'approbation par le Ministère des Mines et de la Géologie, du recrutement de Lazard, de Katib & Alami ainsi que de Jacques Chareyre , y compris l'approbation de leurs offres techniques et financières; et

(ii) pour chacun des sous traitants à savoir Lazard, Katib & Alami et Jacques Chareyre, la répartition des frais et débours, avec la justification raisonnable des services rendus et les débours exposés.

S'agissant des honoraires et débours propres de Dentons et bien que comprenant votre proposition relative à la réduction de 25% des honoraires, je souhaite recevoir une nouvelle proposition allant dans le sens d'une remise plus significative, sur lesdits honoraires et les débours, étant entendu que tous les détails et les justifications habituelles ont déjà été fournis.

Au cas où vous auriez des questions supplémentaires, vous voudriez bien faire prendre contact avec mes services, à l'effet de recevoir les informations souhaitées.

Veuillez agréer, **Monsieur le Président,** l'expression de mes sentiments distingués.

Kerfalla YANSANE

GUINEA00001506



**REPUBLIC OF GUINEA**

-----------------

Work – Justice – Solidarity
Conakry, July 22, 2014

**MINISTRY OF STATE IN CHARGE
OF MINES AND GEOLOGY**

------------

**OFFICE OF THE MINSISTER**

------------

**NO. 0930 [ILLEG.] /MEMG/CAB/2014**

*The Minister of State*
*TO*

**The Chairman
Of the DENTONS Firm**

**Re:** Your offer to reduce your fees

**Dear Mr. Chairman,**

I make reference to your recent email messages from June 21, 2014 and July 15, 2014.

I am hereby confirming the desire on the part of the Government of the Republic of Guinea to find a satisfactory solution to the currently diverging views and assessments of the background and amount of unpaid invoices issued by your company in the name of members of the consortium made up of Dentons, Lazard Frères and other Consultants, namely Katib & Alami and Jacques Chareyre.

I would first like to thank you for your offer consisting in reducing Dentons' fees by 25% during which time you are offering to pay all subcontractors' fees in addition to Dentons' own disbursements.

I would also like to assure you that the Ministry of Mines and Geology is examining your offer based on the information available to date. Regarding this, I would be grateful to you if you could quickly provide the following documents and information:

(i) proof of the Ministry of Mines and Geology's approval for retaining Lazard, Katib & Alami and Jacques Chareyre, including the approval of their technical and financial offers; and

(ii) for each of the subcontractors, i.e., Lazard, Katib & Alami and Jacques Chareyre, the breakdown of fees and disbursements, with reasonable explanations for the services provided and disbursements made.

PO BOX 295/Tel.: (224) 30-45-45-26/Fax: (224) 30-41-49-13 – Building OFAB-CBG Bd du Commerce, Conakry

**CONFIDENTIAL**

**GUINEA00001505**

With regard to Dentons' own fees and disbursements, even including your offer of a 25% reduction in fees, I would like to receive a new offer that makes the discount on said fees and disbursements even larger, with the understanding that all of the breakdowns and customary explanations have already been provided.

In the event you have further questions, please contact my teams to get the desired information.

Yours truly,


[stamp: The Minister of State/                    [signature]
Ministry of Mines and Geology/
R.G. (Republic of Guinea)]               **Kerfalla YANSANE**


**CONFIDENTIAL**                                                          **GUINEA00001506**



YNDIGO
TRANSLATIONS

STATE OF NEW YORK   )
                    ) ss
COUNTY OF KINGS     )

CERTIFICATE OF ACCURACY

I hereby certify that the attached is, to the best of my knowledge, ability and belief, a true and complete translation from French to English of *Document with Bates Nos. GUINEA00001505 - GUINEA00001506.*

Glenn Cain
President
Yndigo Translations

Subscribed and sworn to before me this ___14___ day of __SEPTEMBER__, 2017.

Notary Public
My Commission Expires:

PETER K. JACOB
NOTARY PUBLIC, STATE OF NY
NO. 01JA5053666
QUALIFIED IN KINGS COUNTY
COMMISSION EXP.: DEC. 26, 2017