*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Sage Ex. 1

## FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Sage Ex. 2

## FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Sage Ex. 3

## FILED UNDER SEAL

# Sage Ex. 4

## FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Sage Ex. 5

## FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Sage Ex. 6

## FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Sage Ex. 7

## FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Sage Ex. 8

## FILED UNDER SEAL