*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Wouters Ex. 1

Daniel Wouters
22, Allée des Deux Etangs
64200 Bassussarry,   FRANCE
Tel : +33678746705

Jonathan D. Cahn
Partner
Head Emerging Markets Energy Strategies
Dentons US LLP
1301 K Street, NW.    Suite 600, East Tower
Washington, DC 20005 – 3364 USA

Bassussarry, May 30, 2013

Dear Jonathan,

### Re: INVOICE  FOR SERVICES – SIMANDOU PROJECT

Further to our conversations, this is to provide you with an **INVOICE for SERVICES** rendered during the months of April and May 2013, as a consultant supporting the team organized by your firm in order to fulfill your mandate as an advisor of the Government of Guinea and concerning the Simandou project. Please find, attached, **EXPENSES REPORTS** for the missions and travels during April and May.

*Comme suite à nos conversations, ce document pour vous présenter cette NOTE D'HONORAIRES pour services rendus durant les mois d'avril et mai 2013, en qualité de consultant à l'appui de l'équipe de votre cabinet en charge de la réalisation de votre mandat de conseiller du Gouvernement de Guinée dans l'affaire du projet Simandou. Je vous demanderais également de bien vouloir trouver ci-joint copie des relevés de dépenses faites pendant les voyages et missions faits pendant avril et mai 2013.*

| | **For the mission in Conakry from April 17 to April 23** | |
|---|---|---|
| | 7 days of travel and mission abroad @ a rate of USD 3.000 per day | 21.000,- |
| | *7 jours de voyage et mission à l'étranger au taux de USD 3.000 par jour* | |
| | | |
| | Object of the mission: accompany J.Cahn and M. Sage for presentation to the Government, the Administration.  Contribution to the preparation of the next meeting of the Working Group (WG) , discussion and redrafting of the Agenda of the WG, drafting (or translation in French) of comments on the proposed changes of the Agenda, drafting (and Translation in French) of draft letters of the MoM to Rio Tinto (principles and key issues) , drafting (and Translation in French) of the "Key issues" list,  drafting of a Strategic Communication Plan, discussions with  representatives of the  Administration concerning  their views of the Key issues list, the Deliverables of Dentons to the Administration. | |
| | *Objet de la mission: accompagner J. Cahn et M. Sage pour présentation au Gouvernement et à l'administration. Contribution à la préparation de la prochaine réunion du Groupe de Travail ( GT) . Discussions et Modifications de l'Agenda du GT. Rédaction(ou traduction en français) et commentaires sur les amendements proposés à l'Agenda, rédaction(ou traduction en français) des projets de lettres du MoM à Rio Tinto (Principes et Points Clés), rédaction(ou traduction en français) de la liste des Points  Clé.  Rédaction(ou  traduction  en  français)  d'un  Plan  Stratégique  de* | |

1

                                                  DENUS00904797

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Wouters Ex. 2

**From:**                Daniel Wouters (Gmail) <daniel.wouters@gmail.com>
**Sent:**                 Wednesday, June 05, 2013 12:15 PM
**To:**                    Cahn, Jonathan D.; Sage, Marc; Weaver, Kenyon S.
**Subject:**            Call report First discussions in onakry

**Categories:**        [Inbox/Processed Mail], CC OK

I was early at the Ministry.

Saw the minister only 5 minutes. He said: you will discuss with Saadou the following:

Good news:

1)    The Minister agrees with the Invoices and signs the Account
Statements and sends them to Rio before going to London this Friday. He said he discussed that with Rio.

2)    He will insist to have Rio to agree and pay these amounts.

3)    I examine with the Financial controller the Account Statements
and  the payment channels. I assume Rio will pay directly in the Denton Account as described in each Account
Statement. I assume Rio will pay the entire amounts of the Account Statements and Dentons with reimburse any
advance received from the Government.

Bad or So-So news:

4)    The Minister insists that - for the future - we put in place a
defined " Denton team" to conduct the negotiations (for the Framework Agreement ? more ?) with a monthly cap (he
said "forfait" not exactly
the same thing) that he will have agreed with Rio.    My analysis: We
should think about a "formula"  or a basis of calculation instead. I mean we can have a "forfait" for legal fees . We open
the formula if the negotiation requires much more Lazard than anticipated or much more technical expertise, etc...

5)    I spent 4 hours with the Financial controller examining the
Account Statements. We have to redo calculations with Kenyon tonight and be ready with final  versions tomorrow
morning Conakry time.

6)    The Minister had no time to discuss the Meetings in Paris (past
& future). I will try later on today to see him again.

I went to Magasse office: He said that he discussed with Thiam, Minister Fofana, members of the Guinea team for the
Working Group  the following:

              DENUS00662836

7)     The team will leave Conakry on the 16 th not before, they will
see Dentons in Paris on the 17th afternoon. They have organized "informal discussions" with RT on the 18th  (?) . Formal discussions will take place from the 19th to the 22d.

8)     Their view is to have the preparation made in Conakry: from
Tuesday the 11th to Friday the 14th. 4 days even if those are not full days.  He recommends 2 days concerning tax matters, 2 days for the rest.
The members of the team will give full priority to their attendance to the Preparation meetings.


Best Regards

Daniel

Confidential

# Wouters Ex. 3

## FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Wouters Ex. 4

## FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Wouters Ex. 5

| | |
|---|---|
| **From:** | daniel.wouters@gmail.com |
| **Sent:** | Saturday, August 10, 2013 1:53 PM |
| **To:** | Marc L. Sage |
| **Subject:** | Re: Comment cela se passe-t-il? |

Marc, JC et moi sommes alles chez Yansanne avec Fofana et Magasse.
Yansane veut qu'on discute avec Bk Mondiale pour nous payer. Il dit que la decsion sera rapide. Le GoG paiera la difference si c'est raisonnable. Ca concerne le passe et le futur. En attendant JC a demande un paiement rapide d' au moins usd 3 moi sur l'existant par le GoG reponse mardi et discussions avec Bk M lundi ou mardi A voir !
---- Envoyé avec BlackBerry® d'Orange ---- _____

From: "Marc L. Sage" <marc.sage@dentons.com>
Date: Sat, 10 Aug 2013 16:44:49 +0000
To: Mr. Daniel R.F. R.F. Wouters<daniel.wouters@gmail.com>
Subject: Comment cela se passe-t-il?


Sent from my BlackBerry 10 smartphone.
        SALANS is proud to join FMC and SNR Denton as a founding member
of Dentons <http://www.dentons.com> .

Dentons is a global legal practice providing client services worldwide
through its member firms and affiliates. This email may be confidential
and protected by legal privilege. If you are not the intended recipient,
disclosure, copying, distribution and use are prohibited; please notify
us immediately and delete this email from your systems.
Salans FMC SNR Denton Europe LLP is a limited liability partnership
registered in England and Wales under no.OC316822. It is authorised and
regulated by the Solicitors Regulation Authority. A list of its members
and non-members who are designated as partners are open for inspection
at its registered address: Millennium Bridge House, 2 Lambeth Hill,
London, EC4V 4AJ. England. Please see dentons.com
<http://www.dentons.com> for Legal Notices, including IRS Circular 230.

Confidential

| | |
|---|---|
| **From:** | daniel.wouters@gmail.com |
| **Sent:** | Saturday, August 10, 2013 1:53 PM |
| **To:** | Marc L. Sage |
| **Subject:** | Re: How are things going? |

Marc, JC and I went to see Yansanne with Fofana and Magasse.
Yansane wants us to discuss with the World Bank to pay us.  He says that the decision will be quick.  The GoG will pay the difference if it's reasonable. This concerns the past and the future.  In the meantime, JC asked for quick payment by the GoG of at least USD 3 [million] of the existing fees answer Tuesday and discussions with the World Bank on Monday or Tuesday, Stay tuned!
---Sent with Orange BlackBerry®----_____

From: "Marc L. Sage" <marc.sage@dentons.com>
Date: Sat, 10 Aug 2013 16:44:49 +0000
To: Mr. Daniel R.F. R.F. Wouters<daniel.wouters@gmail.com>
Subject:How are things going?


Sent from my BlackBerry 10 smartphone.
          SALANS is proud to join FMC and SNR Denton as a founding member
of Dentons <http://www.dentons.com> .

Dentons is a global legal practice providing client services worldwide
through its member firms and affiliates. This email may be confidential
and protected by legal privilege. If you are not the intended recipient,
disclosure, copying, distribution and use are prohibited; please notify
us immediately and delete this email from your systems.
Salans FMC SNR Denton Europe LLP is a limited liability partnership
registered in England and Wales under no.OC316822. It is authorised and
regulated by the Solicitors Regulation Authority. A list of its members
and non-members who are designated as partners are open for inspection
at its registered address: Millennium Bridge House, 2 Lambeth Hill,
London, EC4V 4AJ. England. Please see dentons.com
<http://www.dentons.com> for Legal Notices, including IRS Circular 230.



# YNDIGO
### TRANSLATIONS

STATE OF NEW YORK    )
                              ) ss
COUNTY OF KINGS     )

## CERTIFICATE OF ACCURACY

I hereby certify that the attached is, to the best of my knowledge, ability and belief, a true and complete translation from French to English of *Document with Bates Nos. DENUS00415096*.

_____

Glenn Cain
President
Yndigo Translations

Subscribed and sworn to before me this ___13th___ day of ___Sept___, 2017.

_____

Notary Public
My Commission Expires:

JOHN MAZUREK
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA6263411
Qualified in Kings County
My Commission Expires ___6/11/2020___

# Wouters Ex. 6

| **From:** | Daniel Wouters (Gmail) <daniel.wouters@gmail.com> |
| **Sent:** | Wednesday, August 21, 2013 10:25 AM |
| **To:** | Cahn, Jonathan D.; Sage, Marc |
| **Subject:** | RE: Following Up on Payment of Invoices |
| | |
| **Categories:** | [Inbox/Processed Mail], CC OK |

Jonathan,


I called Minister Yansanne : no response.

I just had a very long conversation with Mr. Thiam.

He confirmed that the Minister of Finance is aware of a letter sent to him by Minister Fofana.

Thiam has accepted to help us locate the letter and make sure that Minister of Finance receives that.


I insisted on the fact that an Immediate payment is an indispensable feature to demonstrate the determination of the Government to work out a solution.


Because Thiam continues to think that we come late with that question, I
had to remind him that the Minister of Mines and   Dentons have received
from Rio (many months ago) the assurance that the costs of the Government experts would be added to the costs of the
project and that this is the origin of the question.


He agrees with me that Rio Tinto should remain a possible part of the solution.


Best Regards


Daniel


From: Cahn, Jonathan D. [mailto:jonathan.cahn@dentons.com]
Sent: mercredi 21 août 2013 14:35
To: Daniel Wouters (Gmail); Sage, Marc
Subject: RE: Following Up on Payment of Invoices

Confidential

Thanks very much! I will cal Minister Fofana again today.  One thing Magasse emphasized -- is that with Minister Fofana supporting the
interim payment at $3m is very important.   With his endorsement of this
amount, we should be able to overcome objecitons of the Minister of Finance.

<http://www.dentons.com/logo.jpg>

Jonathan D. Cahn

D +1 202 408 9134

Dentons US LLP

jonathan.cahn@dentons.com <mailto:jonathan.cahn@dentons.com>
dentons.com <http://www.dentons.com>

SNR Denton is proud to join Salans and FMC as a founding member of Dentons <http://www.dentons.com>

Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices, including IRS Circular 230.

From: Daniel Wouters (Gmail) [mailto:daniel.wouters@gmail.com]
Sent: Wednesday, August 21, 2013 8:03 AM
To: Cahn, Jonathan D.; Sage, Marc
Subject: RE: Following Up on Payment of Invoices

Jonathan,

OK I will call Yansanne . I will also continue to try speaking to Thiam Maybe he can help positioning that letter also.

Best Regards

Daniel

Confidential

From: Cahn, Jonathan D. [mailto:jonathan.cahn@dentons.com]
Sent: mercredi 21 août 2013 13:20
To: Daniel Wouters (Gmail); Sage, Marc
Subject: RE: Following Up on Payment of Invoices


Daniel,


I spoke with Magasse yesterday, and advised that the letter approving the first $1m payment had been sent by the Ministry of Mines to the
Ministry of Finance.   (It is the Ministry of Finance which seems unable
to find the letter.)  The information you have received from Minister Fofana and Saadou is consistent with the information I have provided Magasse.


May I ask you to call Minister Yansane directly, advising him that the Ministry of Mines has confirmed (both Minister Fofana and Saadou Nimaga) that the Ministry of Finance has received a letter approving payment of the first $1m, and we are now awaiting Ministry of Finance payment of the first $1m.


Please also ask him who in the Ministry of Finance we should contact directly to ensure that payment is made this week.


Best regards,


Jonathan


 <http://www.dentons.com/logo.jpg>

Jonathan D. Cahn

D +1 202 408 9134

Dentons US LLP

jonathan.cahn@dentons.com <mailto:jonathan.cahn@dentons.com>
dentons.com <http://www.dentons.com>

SNR Denton is proud to join Salans and FMC as a founding member of Dentons <http://www.dentons.com>

Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices, including IRS Circular 230.

From: Daniel Wouters (Gmail) [mailto:daniel.wouters@gmail.com]
Sent: Wednesday, August 21, 2013 5:08 AM
To: Cahn, Jonathan D.; Sage, Marc
Subject: Following Up on Payment of Invoices


Jonathan, Marc,


I called Minister Fofana this Wednesday morning

He is travelling in the country, he is not in Conakry : bad communications.


1.- I repeated the position as we discussed it with the Minister of Finance and Mr. Thiam Friday and over the week end. At the end, I asked if the Minister had received some information meanwhile.

He confirmed that he has not received yet anything new.


2.- I suggested that he could propose to the Minister of Finance  to take the initiative to pay immediately the USD 1 Mio he said to Dentons he would be ready to pay. This would be a sign of determination to solve the situation  even if he knows this is not enough.

The Minister of Mines said that he already did that by sending a letter in that vein to the Minister of Finance soon after Dentons last meeting with the Minister of Finance.


3.- The Minister of Mines said that he will recontact Mr Thiam and the Minister of Finance as soon as he  reaches  a place with a communication network . He anticipates that a solution will not be possible before next week because he needs more time to discuss and convince.


Before calling the Minister of Mines, I had Saadou Nimagua on the phone.
He has no new information. He mentioned that a letter had been sent  to the Minister of Finance concerning the payment of invoices over the week end. This was subsequently confirmed by the Minister of Mines.

Confidential

I tried several times to reach Mr Thiam. I continue to do so

Best regards

Daniel

From: Cahn, Jonathan D. [mailto:jonathan.cahn@dentons.com]
Sent: mardi 20 août 2013 17:59
To: Daniel Wouters (Gmail); Sage, Marc
Subject: RE: Following Up on Payment of Invoices

Ok.   That was sent.   Added a note at end re pending tasks.   We are
already falling behind.

<http://www.dentons.com/logo.jpg>

Jonathan D. Cahn

D +1 202 408 9134

Dentons US LLP

jonathan.cahn@dentons.com <mailto:jonathan.cahn@dentons.com>
dentons.com <http://www.dentons.com>

SNR Denton is proud to join Salans and FMC as a founding member of Dentons <http://www.dentons.com>

Dentons is an international legal practice providing client services worldwide through its member firms and affiliates.
This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying,
distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see
dentons.com for Legal Notices, including IRS Circular 230.

From: Daniel Wouters (Gmail) [mailto:daniel.wouters@gmail.com]
Sent: Tuesday, August 20, 2013 11:43 AM
To: Cahn, Jonathan D.; Sage, Marc
Subject: RE: Following Up on Payment of Invoices

Confidential

I agree as well


From: Cahn, Jonathan D. [mailto:jonathan.cahn@dentons.com]
Sent: mardi 20 août 2013 16:54
To: Sage, Marc; daniel.wouters@gmail.com
Subject: RE: Following Up on Payment of Invoices


agree



<http://www.dentons.com/logo.jpg>

Jonathan D. Cahn

D +1 202 408 9134

Dentons US LLP

jonathan.cahn@dentons.com <mailto:jonathan.cahn@dentons.com>
dentons.com <http://www.dentons.com>

SNR Denton is proud to join Salans and FMC as a founding member of Dentons <http://www.dentons.com>


Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices, including IRS Circular 230.

From: Marc L. Sage [mailto:marc.sage@dentons.com]
Sent: Tuesday, August 20, 2013 10:52 AM
To: Cahn, Jonathan D.; daniel.wouters@gmail.com
Subject: Re: Following Up on Payment of Invoices


I would just add in the last paragraph that the issues can be resolved quickly except for the WB process.


Sent from my BlackBerry 10 smartphone.

From: Jonathan Cahn

Sent: Tuesday, August 20, 2013 10:41 AM

Confidential

To: daniel.wouters@gmail.com; Marc L. Sage

Subject: Following Up on Payment of Invoices

CONSIDERING SENDING TO Minister Fofana, Minister Yansane, and Idrissa Thiam . . . any thoughts?

Dear Minister Yansane and Minister Fofana,

I have asked Daniel Wouters to follow-up with yourselves regarding payment of Dentons' outstanding invoices, and he has kindly agreed to do
so until matters are resolved.    Below are a number of the concepts
tabled for discussion:

·      Interim payment -- the issue currently being discussed is the
amount;

·      World bank --  providing funds for: (a) work going forward as
well; and (b)  work previously undertaken.  We are awaiting the name of the World Bank official/consultant tasked with assisting in this matter.
(Note that prior to entering into the LoE, the Ministry of Mines requested and received a "no objection" notice to the engagement from
the World Bank head in Conakry.   Boubacar Bacoum has been aware of the
engagement from its inception.)

·      Factoring -- authority is granted in the Letter of Engagement
for Dentons to factor outstanding invoices.  (This would require
putting the invoices in proper form and securing a formal acceptance from the Ministry of Finance.)  This has the advantage of reducing
impact on Guinea's cash flow.   However, there would be a substantial
financial cost to the firm.   Dentons would therefore likely only factor
the invoices partially, if this were the approach Guinea adopts.

·      The Project -- RT made a financial commitment to underwrite
advisors' fees.  If there is concern that such payments would undermine the independence of legal counsel, the engineering, financial, and
fiscal modeling services can be defrayed in this way.

Confidential

These strategies, together, have the potential to resolve outstanding invoices, and together with the monthly fixed fee proposal we have made, should resolve outstanding matters.



<http://www.dentons.com/logo.jpg>

Jonathan D. Cahn

D +1 202 408 9134

Dentons US LLP
Washington, DC

jonathan.cahn@dentons.com <mailto:jonathan.cahn@dentons.com>

DENUS00681962

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Wouters Ex. 7

## FILED UNDER SEAL

# Wouters Ex. 8

## FILED UNDER SEAL

*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Wouters Ex. 9

## FILED UNDER SEAL