*Dentons US LLP v. The Republic of Guinea, et al.*
**Case No. 1:14-cv-1312-RDM**

# Soumah Ex. 1

# 2012 CODE OF PUBLIC PROCUREMENT

## LAW L/2012/No. 020/CNT (Oct. 11, 2012)

**TITLE I: Purpose, Definitions, General Principles, and Scope & Threshold of Application**

**Article 1: Purpose and Definitions**

This law establishes the rules that govern the award, control and regulation of public procurement contracts and public service delegations.

For the purposes of this law, a public procurement contract shall be understood to mean any written contract entered into for consideration and awarded in accordance with its provisions by which a contractor, supplier, or service provider undertakes toward one of the legal persons mentioned in Article 3 below either to carry out work or provide goods or services in exchange for payment of a price.

For the purposes of this law, a public service delegation shall be understood to mean any contract by which one of the public legal persons referred to in Article 3 below entrusts the management of a public service for which it is responsible to a delegatee, whose remuneration is linked to or essentially assured by the income derived from operation of the service. Public service delegations include the state services concerned, delegated service contracts, and public service concessions, whether or not they include the completion of work.

**Article 2: General Principles**

The rules for awarding the contracts are based on the principles of competition, freedom of access to public procurement, equal treatment of the candidates, economy and efficacy in the procurement process, and transparency of the procedures. These principles apply to all public procurement regardless of the amounts and the sources of funding, insofar as they appear in the budget of the State, the territorial administration or any other public entity.

**Article 4: Application Threshold**

The provisions of this law apply to public procurement contracts with an estimated value, including all taxes, greater than or equal to the thresholds for awarding public procurement contracts as set out by decree in the Council of Ministers.

The contracting authorities' assessments of the amounts of their contracts and the budget lines allocated to them shall not result in their exoneration from the rules that are normally applicable to them under this law.

**TITLE III: General rules applicable to procedures governing the award of public contracts and public service delegations**

**Chapter 3: Procedures governing the award of public procurement contracts and public service delegations**

**Article 11: Types of procedures**

Defendants' Exhibit

**10**

1) Public procurement contracts and public service delegations are awarded after a competitive procedure involving the potential candidates. The invitation to tender procedure is the rule. Any other method of procurement must be carried out under the conditions defined by the law and must be authorized by the Finance Minister, the recipient of the request, after justification by the contracting authority of his choice and notification to the structure in charge of controlling public contracts.

2) The invitation to tender is the procedure by which the structure in charge of awarding the contracts, with the assistance of the contracting authority, selects the offer that is consistent with the technical specifications, that has been evaluated as the lowest price offer, and whose tenderer has met the qualification criteria. This procedure is concluded without negotiation on the basis of objective evaluation criteria that are brought to the attention of the candidates in advance in the tender documentation in connection with the purpose of the contract and which are expressed in monetary terms.

3) In exceptional cases, contracts may be awarded following a simplified consultation procedure if the application threshold indicated in Article 4 of this Law is not met or according to the direct agreement procedure under the conditions defined in this Law. The contract is awarded by direct agreement where the contracting authority conducts informal discussions as it deems appropriate with one or more contractors, suppliers, or service providers.

4) Contracts are awarded by direct agreement in the following cases:

- where the requirements can only be filled by services involving the use of a patent, license, or exclusive rights held by a single contractor, supplier, or service provider;

- where the contracts concern defense and national security requirements for which secrecy is necessary or for which the protection of the State's essential interests is incompatible with publicity measures;

- in cases of extreme urgency, for work, delivery of supplies, or performance of services that the contracting authority must carry out in the place of a defaulting contractor, supplier, or service provider;

- in cases of utmost urgency arising from unforeseeable circumstances or force majeure events that make it impossible to respect the time frames provided for in the invitation to tender procedure and that require immediate intervention, provided that the contract authority was unable to foresee the circumstances at the origin of the urgency.

5) Contracts involving intellectual services, which represent activities for which the predominant element is not physically quantifiable, are awarded after a consultation with candidates selected after the publication of a call for expression of interest and submission of proposals.

## DECREE D/2012/128/PRG/SGG (Dec. 3, 2012)

**TITLE 3: Procedures governing the Award of Public Procurement Contracts and Public Service Delegations**

**Chapter 1: Procedures for awarding public procurement contracts**

**Section 5: Contracts by direct agreement or negotiated contracts**

**Article 38: Prior Authorization**

With the exception of the contracts referred to in Article 39 below, contracts by direct agreement must be authorized in advance by the Minister of Finance after justification by the contracting authority and obtaining a reasoned opinion from the ACGPMP (*Administration et Contrôle des Grands Projets et des Marchés Publics* [Administration and Control of Major Projects and Public Procurement]).

The over-the-counter procedure, however, cannot have the effect of allowing the contracting authority to evade its competitive tendering obligation to include at least three candidates with the potential of executing the contract, to the exclusion of the scenario described in the first paragraph of Article 11, paragraph 4, of Law 1J2012/No. 020/CNT of October 11, 2012 establishing the rules that govern the award, control, and regulation of public procurement contracts and public service delegations.

The ACGPMP and the DNMP (*Direction Nationale des Marchés Publics* [National Public Procurement Directorate]) shall ensure for each budget year that the total amount of over-the-counter contracts awarded by each contracting authority shall not exceed ten percent (10%) of the total amount of public procurement contracts awarded by this authority.

In the event that a contracting authority requests authorization from the Minister of Finance to award an over-the-counter agreement even though the ten percent (10%) threshold described above has already been exceeded, the DNMP, unless the authorization is refused, shall be obligated to contact the regulation authority, which must validate the procedure.

**Article 39: Defense contracts**

In application of the provisions of Law L/2012/No.020/CNT of 11 October 2012 relative to public procurement contracts and public service delegations, and when the contract relates to national defense and security needs requiring secrecy or for which the protection of the State's vital interests is incompatible with publicity measures, the legal conditions required to implement a procedure for awarding contracts by direct agreement are established by a special commission attached to the Presidency of the Republic, which is created and operates in accordance with modalities defined on a regulatory basis. This special commission has the powers to monitor the procedure for awarding the contract and its execution.

**Section 13: Signing, Approval, and Notification of the Contract**

**Article 73: Contract Signing**

Once the selection procedure and the draft contract are deemed compliant by the ACGPMP, the contract or delegation shall be signed by the successful bidder, the representative of the contracting authority, and the ACGPMP before approval by the Minister of Finance.

Whether or not the contract signing takes place in a single session, the signatories shall have a period of seven (7) business days for the signing of the contract or delegation starting with the date of receipt of the draft contract validated by ACGPMP and signed by the successful bidder.

**Article 74: Contract Approval**

Public contracts, according to the capacity of the contracting authority, are sent by the DNMP to the Minister of Finance within his authority for approval or, as applicable, to any financial controller who has received a delegation from the Minister of Finance. The contract approval either takes place during the single signing session or after signing of the contract as defined in Article 73.

This approval must be obtained within the offer validity period.

The approval of the contract may only be refused by a reasoned decision rendered within seven (7) business days of transmission of the file for approval. It may be appealed before the ARMP (*Autorité de Régulation des Marchés Publics* [Public Procurement Regulation Authority]) by any party to the contract.

Approval may not be refused except in the case of a lack of appropriations or insufficient appropriations.

Contracts that have not been approved are null and void.



TRANSPERFECT

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the excerpts of the "2012 Code de Marchés Publics" are to the best of my knowledge and belief, true and accurate translations from French into English (US).

Aurora Landman

Sworn to before me this
August 2, 2017

Signature, Notary Public



NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
OF NEW YORK

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

# Soumah Ex. 2

PRESIDENCE DE LA REPUBLIQUE

SECRETARIAT GENERAL

DU GOUVERNEMENT

REPUBLIQUE DE GUINEE

Travail – Justice – Solidarité

# DECRET D/2016/ 125 /PRG/SGG
## PORTANT ATTRIBUTIONS ET ORGANISATION
## DU MINISTERE DES MINES ET DE LA GEOLOGIE

## LE PRESIDENT DE LA REPUBLIQUE,

Vu    la Constitution ;

 'u    la Loi L/2001/029/AN du 31 Décembre 2001, portant Principes Fondamentaux de Création, d'Organisation et de Contrôle des  Structures des Services Publics ;

Vu    le Décret D/2015/226/PRG/SGG du 26 Décembre 2015, portant nomination du Premier Ministre, Chef du Gouvernement ;

Vu    le Décret D/2015/227/PRG/SGG du 30 Décembre 2015, portant, structure du Gouvernement ;

Vu le Décret D/2016/003/PRG/SGG du 04 Janvier 2016, portant nomination des membres du Gouvernement.

## DECRETE :

## CHAPITRE I : DISPOSITIONS GENERALES

Article 1er : Le Ministère des Mines et de la Géologie a pour mission la conception, 'élaboration et la mise en œuvre de la politique du Gouvernement dans les domaines des mines et de la géologie.

A ce titre, il est particulièrement chargé :
- de concevoir, d'élaborer et de suivre l'application des textes législatifs et règlementaires en matière de mines et de la géologie ;
- d'élaborer et de mettre en œuvre les plans stratégiques de développement en matière de mines et de la géologie ;
- de réaliser des études prospectives dans le domaine des mines et de la géologie ;
- de réaliser des infrastructures géologiques, géochimiques, géophysiques, hydrogéologiques et géotechniques du Territoire National ;
- d'inventorier et d'évaluer les ressources minérales y compris les eaux souterraines;
- d'exécuter ou de faire exécuter les travaux géologiques, hydrogéologiques, géophysiques, géotechniques, de télédétections et 'd'assurer le traitement et l'interprétation des données qui en résultent ;
- d'organiser l'exploitation minière artisanale et la commercialisation de la production artisanale ;

1

- de suivre et contrôler la mise en œuvre des plans d'action proposés par les sociétés et les projets miniers ;
- d'assurer le suivi et le contrôle de tout programme de recherche et/ou de prospection initiés par les investisseurs privés dans les domaines des mines, de géologie, de géochimie, de géophysique, de l'hydrogéologie, de la géotechnique;
- d'assurer la surveillance sismologique du pays ;
- de prévenir et de gérer les conflits dans les localités minières ;
- de procéder à la mise en œuvre de la politique du contenu local ;
- de négocier, de conclure tout accord et convention dans le cadre de la gestion du patrimoine minier et géologique ;
- de veiller au respect de la gestion, de la réglementation et des conditions sécuritaires des produits explosifs à usage civil en collaboration avec les autres Départements concernés ;
- d'assurer la gestion du Système d'Information Géologique et Minière ;
- de veiller à la mise en place des infrastructures auxiliaires d'évacuation des minerais ;
- de veiller au renforcement des capacités humaines de l'administration minière ;
- d'appuyer l'émergence d'un secteur privé minier national dynamique ;
- d'assurer la sécurisation des ressources minières à l'exportation ;
- d'instruire les demandes d'attribution et de renouvellement des autorisations de reconnaissance et des titres des carrières et des matériaux de construction ;
- de participer aux rencontres, colloques, conférences, séminaires et négociations sous régionaux, régionaux et internationaux traitant des questions relatives aux domaines de compétence du Ministère ;
- de prendre en compte la dimension environnementale dans les programmes et projets du secteur ;
- de promouvoir le genre et l'équité dans les activités du secteur.

## CHAPITRE II : ORGANISATION

Article 2 : Pour accomplir sa mission, le Ministère des Mines et de la Géologie comprend :
- un Secrétaire Général ;
- un Cabinet ;
- des Services d'Appui ;
- des Directions Nationales ;
- des Services Rattachés ;
- des Etablissements Publics ;
- des Programmes et Projets Publics ;
- des Services Déconcentrés ;
- des Organes Consultatifs.

Article 3 : Le Cabinet comprend :
- un Chef de Cabinet ;
- un Conseiller Economique et Fiscal ;
- un Conseiller en Charge des Questions Techniques;
- un Conseiller chargé des Questions d'Infrastructures ;
- un Conseiller chargé de Mission ;
- un Attaché de Cabinet.

2

Article 4 : Les Services d'Appui sont :

- l'Inspection Générale;
- le Bureau de Stratégie et de Développement ;
- la Division des Affaires Financières ;
- la Division des Ressources Humaines ;
- le Service des Affaires Juridiques ;
- la Brigade Anti-fraude des Matières Précieuses ;
- leCentrede  Documentation et des Archives ;
- leService deModernisation des Systèmes d'Information ;
- le Service Sécurité, Santé et Hygiène ;
- le Service de Coopération et d'Investissement du Secteur Minier ;
- le Service des Relations Communautaires et Développement du Contenu Local ;
- le Service Genre et Equité ;
- le Service Accueil et information ;
- le Secrétariat Central ;
- la Cellule Communication et Relations Publiques;

Article 5 : Les Directions Nationales sont :
- la Direction Nationale des Mines ;
- la Direction Nationale de la Géologie.

Article 6 : Les Services Rattachés sont :
- le Centre de Promotion et de Développement Minier ;
- le Centre de Géophysique et de Sismologie ;
- le Service National de Coordination des Projets Miniers.

Article 7 : Les Etablissements Publics sont :
- l'Office National des Géo-Services ;
- le Bureau National d'Expertise du Diamant, Or et des Matières précieuses ;
- la Société Guinéenne du Patrimoine Minier ;
- l'Agence Nationale d'Aménagement des Infrastructures Minières ;
- le Laboratoire National de la Géologie ;
- le Fonds d'Investissement Minier.

Article 8 :Les Programmes et Projets Publics sont ceux initiés dans les domaines d'interventions spécifiques du Ministère, dont :
- le Projet Mifergui-Nimba.
- le Projet Intégré Dian-Dian ;
- le Projet d'Usine d'Alumine de Sangarédi;
- le Projet d'Usine d'Alumine de Kamsar;
- le Projet d'Appui à la Gouvernance  dans le Secteur Minier.

Article 9 : Les Services Déconcentrés sont :
- les Directions Régionales des Mines et de la Géologie ;
- les Directions Préfectorales des Mines et de la Géologie

Article 10 : Les Organes Consultatifs sont :

- l'Initiative pour la Transparence dans les Industries Extractives;
- la Commission Nationale de la Sécurité Minière ;

3

- la Chambre des Mines de Guinée ;
- le Secrétariat Permanent du Processus de Kimberley ;
- le Conseil de discipline.

## CHAPITRE III : DISPOSITIONS FINALES

**Article 11** : Des Décrets du Président de la République fixent séparément les Statuts des Etablissements Publics, des Organes Consultatifs, le mode d'Organisation et de Fonctionnement de l'Inspection Générale, des Services déconcentrés, des Programmes et Projets Publics de Développement.

**Article 12** : Des Arrêtés du Ministre des Mines et de la Géologie fixent séparément, les Attributions et l'Organisation des Directions Nationales et des autres Services du Département.

**Article 13** : Le présent Décret qui abroge toutes dispositions antérieures contraires, prend effet à compter de la date de signature, sera enregistré et publié au Journal Officiel de la République.

Conakry, le 2 0 AVR. 2016 2016

Prof. Alpha CONDE

4

| | |
|---|---|
| **PRESIDENCY OF THE REPUBLIC** | **REPUBLIC OF GUINEA** |
| ----------------- | -------------------- |
| **GENERAL SECRETARIAT** | **Work – Justice – Solidarity** |
| **OF THE GOVERNMENT** | |

**DECREE D/2016/125/PRG/SGG**
**SETTING FORTH DUTIES AND ORGANIZATION OF THE**
**MINISTRY OF MINES AND GEOLOGY**

**THE PRESIDENT OF THE REPUBLIC,**

**In view of**  The Constitution;

**In view of**  Law L/2001/029/AN dated December 31, 2001, setting forth Fundamental Principles of Creation, Organization, and Oversight of Structures of Public Departments;

**In view of**  Decree D/2015/226/PRG/SGG dated December 26, 2015, setting forth appointment of the Prime Minister, Head of the Government;

**In view of**  Decree D/2015/227/PRG/SGG dated December 30, 2015, setting forth the structure of the Government;

**In view of**  Decree D/2016/003/PRG/SGG dated January 4, 2016, setting forth appointment of the members of the Government.

# DECREES:

**CHAPTER I: GENERAL PROVISIONS**

Article 1: The mission of the Ministry of Mines and Geology is to design, develop, and implement the Government's policy in the areas of mines and geology.

In this respect, it is specifically tasked with:
- designing, developing and ensuring the application of laws and regulations related to mines and geology;
- developing and implementing strategic and development plans related to mines and geology;
- carrying out prospective studies in the areas of mines and geology;
- establishing geological, geochemical, geophysical, hydrogeological and geotechnical infrastructures in the National Territory;
- inventorying and evaluating mineral resources, including underground water;
- carrying out, or causing to be carried out, geological, hydrogeological, geophysical, geotechnical, and remote-sensing projects and ensuring the processing and interpretation of results stemming therefrom;
- organizing traditional mining exploitation and commercialization of traditional production;

- tracking and overseeing the implementation of action plans proposed by mining companies and projects;
- ensuring the tracking and oversight of any research and/or prospecting program initiated by private investors in the fields of mining, geology, geochemistry, geophysics, hydrogeology and geo-technology;
- ensuring the country's seismic surveillance;
- preventing and managing conflicts in mining localities;
- implementing the local content policy;
- negotiating and entering into all agreements and contracts as part of managing the mining and geological heritage;
- ensuring compliance with the management, regulations and safety conditions for explosives for civilian use in collaboration with the other Departments affected;
- ensuring management of the Geological and Mining IT System;
- ensuring implementation of backup infrastructure for the discharge of ore;
- ensuring development of human capacity and mine management;
- supporting the emergence of a dynamic private domestic mining sector;
- ensuring the securing of mining resources for export;
- processing applications for granting and renewing mining permits and titles to quarries and construction equipment;
- participating in sub-regional, regional, and international gatherings, symposiums, conferences, seminars and negotiations on issues addressing the Ministry's areas of expertise;
- taking into account the environmental dimension in the sector's programs and projects;
- promoting gender equity and fairness in the sector's activities.

-

**CHAPTER II: ORGANIZATION**

**Article 2:** To fulfil its mission, the Ministry of Mines and Geology includes:
- a General Secretariat;
- an Office;
- Support Services;
- National Departments;
- Dedicated Departments;
- Public Entities;
- Public Programs and Projects;
- Non-centralized Departments;
- Advisory Bodies.

**Article 3:** The Office includes:
- a Chief of Staff;
- an Economic and Tax Advisor;
- an Advisor in Charge of Technical Issues;
- an Advisor in Charge of Infrastructure Issues;
- a Lead Mission Advisor
- an Office Attaché

2

**Article 4:** The Support Services are:
- the General Inspectorate;
- Office of Strategy and Development;
- Financial Affairs Division;
- Human Resources Division;
- Legal Affairs Department;
- Precious Materials Anti-Fraud Brigade;
- Documentation and Archives Center;
- IT System-Modernization Department;
- Safety, Health, and Hygiene Department;
- Mining Sector Cooperation and Investment Department;
- Community Relations and Local Content Development Department;
- Gender and Equity Department;
- Welcome and Information Department;
- Central Secretariat.
- Communications and Public Relations Committee;

**Article 5:** The National Departments are:
- the National Department of Mines;
- the National Department of Geology;

**Article 6:** The Dedicated Departments are:
- the Center for Mining Promotion and Development;
- the Center for Geophysics and Seismology;
- the National Mining Project Coordination Department.

**Article 7:** The Public Entities are:
- the National Geo-Services Office.
- the National Bureau of Expertise in Diamonds, Gold and Precious Materials;
- the Guinean Society of Mining Heritage;
- the National Agency for the Development of Mining Infrastructure;
- the National Laboratory of Mines.
- the Fund for Mining Investment;

**Article 8:** The Public Programs and Projects are those initiated in areas in which the Ministry has special expertise, including:
- the Mifergui-Nimba Project;
- the Dian-Dian Integrated Project;
- the Sangarédi Aluminum Plant Project;
- the Kamsar Aluminum Plant Project;
- the Project to Support Governance in the Mining Sector.

**Article 9:** The Non-Centralized Departments are:
- the Regional Departments of Mines and Geology;
- the Prefectural Departments of Mines and Geology.

**Article 10:** The Advisory Bodies are:
- the Initiative for Transparency in Extractive Industries;
- the National Commission on Mining Safety;

3

- the Chamber of Mines of Guinea;
- the Permanent Secretariat of the Kimberley Process;
- the Discipline Council.


**CHAPTER III: FINAL PROVISIONS**

**Article 11**: Decrees by the President of the Republic establish separate Statutes for the Public Entities, Advisory Bodies, how the General Inspectorate is Organized and Operates, the Non-Centralized Departments, and the Public Development Programs and Projects.

**Article 12**: Orders by the Minister of Mines and Geology establish separate Duties and Organization of the National Departments and other Services of the Department.

**Article 13**: This Decree, which repeals all contrary prior provisions, shall take effect as of its signing, and will be recorded and published in the Official Journal of the Republic.

Conakry, <u>April 20,</u> 2016

[signature]

**Professor Alpha CONDE**

4



STATE OF NEW YORK   )
                            ) ss
COUNTY OF KINGS     )

## CERTIFICATE OF ACCURACY

I hereby certify that the attached is, to the best of my knowledge, ability and belief, a true and complete translation from French to English of *DECREE D/2016/125/PRG/SGG ON THE DUTIES AND ORGANIZATION OF THE MINISTRY OF MINES AND GEOLOGY, signed by Prof. Alpha CONDE on April 20, 2016.*

Glenn Cain
President
Yndigo Translations

Subscribed and sworn to before me this ____7____ day of ____DECEMBER____, 2017.

_____
Notary Public
My Commission Expires:

PETER K. JACOB
NOTARY PUBLIC, STATE OF NY
NO. 01JA5053666
QUALIFIED IN KINGS COUNTY
COMMISSION EXP.: DEC. 26, 20 17

709 CARROLL STREET, BROOKLYN, NY 11215 • 347.223.4334 • WWW.YNDIGOTRANSLATIONS.COM

# Soumah Ex. 3

RESIDENCE DE LA REPUBLIQUE

--------------------

SECRETARIAT GENERAL
DU GOUVERNEMENT

REPUBLIQUE DE GUINEE

--------------------

Travail- Justice- Solidarité

# DECRET

## D/2008/_040_/PRG/SGG

## PORTANT ATTRIBUTIONS ET ORGANISATION DES DEPARTEMENTS MINISTERIELS, DES SECRETARIATS GENERAUX ET DE LA PRIMATURE

-----------------------------------------

### LE PRESIDENT DE LA REPUBLIQUE,

**Vu** la Loi Fondamentale ;

**Vu** la Loi L/2001/029/AN du 31 décembre 2001, portant principes fondamentaux de création, d'organisation et de contrôle des structures des services publics ;

**Vu** le Décret D/2007/004/PRG/SGG du 31 janvier 2007, portant attributions du Premier Ministre, Chef du Gouvernement ;

**Vu** le Décret D/2008/021/PRG/SGG du 20 mai 2008, portant nomination du Premier Ministre, Chef du Gouvernement ;

**Vu** le Décret D/2008/024/PRG/SGG du 13 juin 2008, portant restructuration du Gouvernement ;

**Vu** le Décret D/2008/025/PRG/SGG du 19 juin 2008, portant nomination des membres du Gouvernement.

Le Conseil des Ministres entendu en ses sessions des 03 et 10 juillet 2008,

## _ DECRETE _

### I- MINISTERE DES AFFAIRES ETRANGERES

### CHAPITRE I : DISPOSITIONS GENERALES

**Article 1er**: Le Ministère des Affaires Etrangères a pour mission, la conception, l'élaboration, la mise en œuvre, le suivi et l'évaluation de la politique du Gouvernement en matière de diplomatie et de relations consulaires.

# XIV - MINISTERE
## DES MINES ET DE LA GEOLOGIE

## CHAPITRE I : DISPOSITIONS GENERALES

**Article 104**: Le Ministère des Mines et de la Géologie a pour mission, la conception, l'élaboration, la mise en œuvre, le suivi et l'évaluation de la politique du Gouvernement dans les domaines des Mines, de la Géologie et des Hydrocarbures.

A ce titre, il est particulièrement chargé :

- de définir la politique nationale de mise en valeur des ressources minières ;
- d'élaborer la législation et la réglementation minières et d'en assurer le suivi sur l'ensemble du territoire national ;
- de promouvoir les investissements privés tant nationaux qu'étrangers dans le secteur minier ;
- de favoriser l'intégration économique et sociale des entreprises minières dans les tissus économique national ;
- d'établir les infrastructures géologiques, hydrogéologiques et géotechniques du territoire national à différentes échelles ;
- d'inventorier et d'évaluer les ressources minérales et le potentiel en hydrocarbures du pays ;
- d'exécuter les travaux géologiques, hydrogéologiques, géophysiques, géotechniques et de recherche d'hydrocarbures et d'assurer le traitement et l'interprétation des données qui en résultent ;
- d'exécuter les travaux de télédétection et d'assurer le traitement et l'interprétation des données qui en résultent ;
- de suivre et de contrôler la mise en œuvre des plans d'actions proposés par les sociétés et les projets miniers ;
- de veiller à l'application de la législation et de la réglementation environnementales dans le secteur minier sur l'ensemble du territoire national ;
- de favoriser l'insertion et l'emploi des femmes et des jeunes dans le secteur minier ;
- d'assurer, au plan technique, le suivi et le contrôle de tout programme de recherche et /ou de prospection initié par l'Etat ou les investisseurs privés dans le domaine des mines, de l'hydrogéologie, de la géotechnique et des hydrocarbures ;

- d'initier et de conduire en relation avec les partenaires des programmes de recherche fondamentale dans le domaine des sciences de la terre ;
- d'assurer la surveillance sismologique du pays ;
- d'exécuter pour les tiers des travaux dans le domaine de la recherche géologique et minière ;
- de négocier et de conclure tous les Accords et Conventions dans le cadre de la gestion du patrimoine minier ;
- de suivre la gestion des participations de l'Etat dans les Sociétés Minières en relation avec les Départements compétents ;
- de suivre l'évolution des marchés des matières premières et de réaliser des études prospectives.
- de participer aux négociations et de coordonner et faciliter la mise en œuvre et l'application correcte des conventions, traités régionaux et internationaux en matière de mines et géologie auxquels la Guinée a souscrit.

## CHAPITRE II : ORGANISATION

**Article 105**: Pour accomplir sa mission, le Ministère des Mines et de la Géologie comprend :

- un Secrétariat Général ;
- un Cabinet ;
- des Services d'Appui ;
- des Directions Nationales ;
- des Services Rattachés ;
- des Etablissements Publics ;
- des Programmes et Projets Publics de Développement ;
- des Entreprises sous tutelle ;
- des Services Déconcentrés ;
- des Organes Consultatifs.

**Article 106**: Le Cabinet du Ministre comprend :

- un Chef de Cabinet ;
- un Conseiller Technique ;
- un Conseiller Economique et Fiscal ;
- un Conseiller Juridique ;
- un Conseiller Chargé de Missions ;
- un Attaché de Cabinet.

RESIDENCE OF THE REPUBLIC
----------------
**GENERAL SECRETARIAT
OF THE GOVERNMENT**

**REPUBLIC OF GUINEA**
--------------------
**Work – Justice – Solidarity**

# DECREE

**D/2008/040 [ILLEG.]/PRG/SSG**

**SETTING FORTH DUTIES AND ORGANIZATION OF THE
MINISTERIAL DEPARTMENTS, GENERAL SECRETARIATS
AND PRIME MINISTER'S OFFICE**
----------------------------------

**THE PRESIDENT OF THE REPUBLIC,**

| | |
|---|---|
| **In view of** | The Fundamental Law; |
| **In view of** | Law L/2001/029/AN dated December 31, 2001, setting forth fundamental principles of creation, organization, and oversight of structures of public departments; |
| **In view of** | Decree D/2007/004/PRG/SSG dated January 31, 2007, setting forth duties of the Prime Minister, Head of the Government; |
| **In view of** | Decree D/2008/021/PRG/SSG dated May 20, 2008, setting forth appointment of the Prime Minister, Head of the Government; |
| **In view of** | Decree D/2008/024/PRG/SSG dated June 13, 2008, setting forth restructuring of the Government; |
| **In view of** | Decree D/2008/025/PRG/SSG dated June 19, 2008, setting forth appointment of the members of the Government. |

The Council of Ministers meeting in its sessions of July 3rd and 10th, 2008,

# DECREES
**I- MINISTRY OF FOREIGN AFFAIRS**

**CHAPTER i: GENERAL PROVISIONS**

**Article First:** The mission of the Ministry of Foreign Affairs is to design, develop, implement, monitor, and evaluate the Government's policy in terms of diplomacy and consular relations.

[signature]

## XIV – MINISTRY
## OF MINES AND GEOLOGY


### CHAPTER I: GENERAL PROVISIONS

**Article 104:** The mission of the Ministry of Mines and Geology is to design, develop, implement, monitor and evaluate the Government's policy in the areas of Mines, Geology and Hydrocarbons.

In this respect, it is specifically tasked with:

- outlining the national policy on exploiting mining resources;
- developing mining legislation and regulations and ensuring these are followed throughout the national territory;
- promote private investments both nationally and from abroad in the mining sector;
- encourage economic and social integration of mining companies into the national economic fabric;
- establish geological, hydrogeological and geotechnical infrastructures at various levels in the national territory;
- inventory and evaluate mineral resources and the country's hydrocarbon potential;
- carry out geological, hydrogeological, geophysical, geotechnical, and hydrocarbon-research projects and ensure the processing and interpretation of results stemming therefrom;
- perform remote-sensing work and ensure the processing and interpretation of results stemming therefrom;
- track and oversee the implementation of action plans proposed by mining companies and projects;
- ensure environmental legislation and regulations are applied in the mining sector throughout the national territory;
- encourage the integration and employment of women and young people in the mining sector;
- from a technical standpoint, ensure the tracking and oversight of any research and/or prospecting program initiated by the State or private investors in the field of mining, hydrogeology, geotechnology and hydrocarbons;

[signature]

- initiate and run, alongside partners,  fundamental research programs in the field of earth sciences;
- ensure the country's seismic surveillance;
- carry out projects for third-parties in the area of geological and mining research;
- negotiate and enter into all Agreements and Contracts as part of managing the mining heritage;
- track and manage the State's shareholdings in Mining Companies in relation with the competent Departments;
- track the market trends for raw materials and undertake prospective studies;
- participate in negotiations and coordinate and facilitate the implementation and proper application of contracts, and regional and international treaties Guinea has signed in the areas of mining and geology.

## CHAPTER II: ORGANIZATION

**Article 105:** To fulfil its mission, the Ministry of Mines and Geology includes:

- a General Secretariat;
- an Office;
- Support Services;
- National Departments;
- Dedicated Departments;
- Public Entities;
- Public Development Programs and Projects;
- Trusteeships;
- Non-centralized Departments;
- Advisory Bodies.

**Article 106:** The Office of the Minister includes:

- a Chief of Staff;
- a Technical Consultant;
- an Economic and Tax Consultant;
- a Legal Consultant;
- a Mission Lead;
- an Office Attaché.

[signature]



STATE OF NEW YORK )
                  ) ss
COUNTY OF KINGS   )


CERTIFICATE OF ACCURACY


I hereby certify that the attached is, to the best of my knowledge, ability and belief, a true and complete translation from French to English of *DECREE D/2008/040/PRG/SSG from the REPUBLIC OF GUINEA, which Sets Forth the Duties and Organization of the Ministerial Departments, General Secretariats and Prime Minister's Office.*


Glenn Cain
President
Yndigo Translations


Subscribed and sworn to before me this _14_ day of _SEPTEMBER_, 2017.


Notary Public
My Commission Expires:

PETER K. JACOB
NOTARY PUBLIC, STATE OF NY
NO. 01JA5053666
QUALIFIED IN KINGS COUNTY
COMMISSION EXP.: DEC. 26, 20 _17_

# Soumah Ex. 4

**CODE   CIVIL DE LA REPUBLIQUE DE GUINEE**

**DISPOSITIONS PRELIMINAIRES : THEORIE GENERALE DE LA LOI**

**Article premier** : Les Lois sont exécutoires dans toute l'étendue du Territoire de la République de Guinée en vertu de la promulgation qui en est faite par le Président de la République. ([1])

Elles seront exécutées dans chaque partie de la République après leur publication.

**Article 2** : La promulgation est l'acte par lequel le Chef de l'Etat atteste la régularité de la procédure législative et ordonne l'exécution de la Loi.

**Article 3** : La publication est l'opération qui porte la Loi à la connaissance du public. Elle se fait au moyen d'une insertion au Journal Officiel.

**Article 4** : La Loi régulièrement publiée est réputée connue de tous, hormis les cas de force majeure.([2])

**Article 5** : Les erreurs matérielles qui se trouveront dans le Journal Officiel pourront être rectifiées sous forme d'errata qui seront eux-mêmes publiés.

**Article 6** : La Loi s'applique tant qu'elle n'est pas abrogée.

L'abrogation est expresse lorsqu'un texte nouveau décide formellement que tel texte ancien est abrogé.

Elle est tacite lorsqu'elle résulte de la simple contradiction entre le texte nouveau et un texte ancien sans qu'intervienne une formule spéciale d'abrogation.

En ce cas, c'est le texte nouveau  qui s'applique; l'ancien texte est considéré comme abrogé.

**Article 7** : La Loi ne dispose que pour l'avenir, elle n'a point d'effet rétroactif, sauf disposition contraire ou lorsqu'il s'agit d'une loi interprétative d'une loi ancienne.

**Article 8** : Lorsqu'une situation juridique créée sous l'empire de la Loi ancienne est appelée à se prolonger sous l'empire de la Loi nouvelle, celle-ci s'applique immédiatement sous réserve de ne pas porter atteinte aux droits acquis. Toutefois un droit acquis ne peut faire obstacle à l'application d'une Loi d'ordre public.

**Article 9** : Les Lois de police et de sûreté obligent tous ceux qui habitent le Territoire National les immeubles, même ceux possédés par des étrangers, sont régis par la Loi guinéenne.

---

[1] *Voir également l'article 65 de la Loi Fondamentale.*
[2] *La "force majeure" n'est pas définie par le code Civil; pour la jurisprudence, il s'agit d'un évènement imprévisible, insurmontable et étranger à la personne le subissant qui empêche cette dernière d'exécuter son obligation, dan le cas de cet article : de prendre connaissance d'un texte légal.*

**Article 655 :** Le dol est le fait de surprendre, par des manœuvres frauduleuses, le consentement d'une personne et de l'amener ainsi à conclure un contrat.

Il n'y a toutefois cause de nullité de la convention que si les manœuvres pratiquées sont telles qu'il est évident que, sans ces manœuvres, la partie lésée n'aurait pas contracté.

Le dol doit être prouvé ; il ne se présume pas.

**Article 656 :** Les conventions contractées par erreur, violence ou dol ne sont pas nulles de plein droit. Elles donnent seulement lieu à des actions en nullité ou en rescision dans le cas et de la manière exposés aux articles 768 et suivants du présent Code.

**Article 657 :** Chaque contractant peut exprimer lui-même sa volonté ou alors la faire exprimer par un représentant expressément désigné par pouvoir spécial.

**Article 658 :** Il est cependant parfois possible de se porter fort pour un tiers c'est-à-dire promettre que ce tiers consentira à l'obligation ainsi souscrite.

La ratification, qui est l'acte par lequel le tiers concerné déclare, de façon expresse ou tacite, vouloir s'approprier les résultats du contrat conclu pour son compte, apporte à ce contrat l'élément qui lui manquait.

Mais s'il y avait refus ou impossibilité, pour une raison ou pour une autre, de ratifier le contrat ainsi passé, ce dernier serait privé de tout effet, une indemnité pouvant même être demandée au porte-fort par la partie lésée.

**Article 659 :** On peut également stipuler pour autrui, souscrire par exemple une assurance sur la vie, au profit d'un tiers, et si ce tiers a déclaré vouloir en profiter, cette stipulation devient irrévocable.

## Section 2 : De la capacité de contracter

**Article 660 :** Toute personne peut contracter si elle n'est pas déclarée incapable par la Loi.

**Article 661 :** Sont incapables de contacter, dans les conditions définies par la Loi:

- Les mineurs au sens des articles 399 à 422 du présent Code ;
- Les majeurs protégés au sens des articles 444 à 459 du présent Code.

Une personne capable de contracter ne peut opposer à qui que ce soit l'incapacité de celui ou de ceux avec qui elle a contracté.

Cette disposition ne concerne que les rapports créés entre parties contractantes.

**Article 1014** : Quand il existe dans un même acte plusieurs mandataires appelés aussi fondés  de pouvoir, il n'y a de solidarité entre eux que si elle est expressément exprimée dans la procuration.

b) - Obligations du mandant

**Article 1015** : Le mandant est tenu d'exécuter les engagements contractés par le mandataire, conformément au pouvoir qui lui a été donné.

Il n'est tenu de ce qui a pu être fait au-delà que s'il l'a ratifié expressément ou tacitement.

**Article 1016** : Le mandant doit rembourser au mandataire les avances et frais de toutes sortes que ce dernier a pu faire pour l'exécution du mandat.

Il doit également lui régler son salaire s'il en avait été promis un.

A moins de faute lourde imputable au mandataire, ayant amené l'échec de la mission confiée, le mandant ne peut se dispenser d'effectuer les divers paiements sus-indiqués.

**Article  1017** : Outre ces divers paiements, le mandant doit également indemniser le mandataire des pertes qu'il aura pu éprouver à l'occasion de sa gestion, sauf imprudence pouvant lui être imputée.

**Article 1018** : Un mandataire peut avoir été constitué par plusieurs personnes pour la gestion d'une affaire commune.

Dans ce cas, chaque mandant est tenu solidairement envers lui de tous les effets du mandat.

c) - Cessation du mandat

**Article 1019** : Le mandat se termine normalement

- Par l'exécution de la mission confiée ;
- Par la renonciation au mandat du mandataire ;
- Par la révocation du  mandataire par le mandant;
- Par la mort du mandataire ou du mandant.

**Article 1020** : Un mandataire peut renoncer à tout moment à son mandat par simple notification adressée au mandant.

Ce dernier est toutefois en droit de demander et d'obtenir une indemnité si cette renonciation lui cause un préjudice assez grave.

**Article  1021** : En contrepartie un mandant peut révoquer son mandataire à tout moment mais il lui faut pour cela invoquer une cause légitime.

**Section 3 : De l'objet et de la matière du contrat**

**Article 662 :** En dehors des dispositions formulées pour les contrats par les articles 637 à 639 sus-exposés, le simple usage ou la simple possession d'une chose peut, tout comme la chose elle-même, être objet de contrat.

**Article 663 :** Le fait, objet d'une obligation peut être soit positif (obligation de donner, par exemple) soit négatif (obligation de ne pas faire, par exemple).

Dans le premier cas, il prend le nom de prestation; dans le second, celui d'abstention.

**Article 664 :** L'objet d'un contrat doit être :

- Déterminé, c'est-à-dire bien précisé;
- Possible, c'est-à-dire réalisable;
- Licite, c'est-à-dire non prohibé par la Loi.

**Article 665 :** Une chose future, sous les trois conditions ci-dessus spécifiées et réunies, peut être l'objet d'une obligation.

**Section 4 : De la cause**

**Article 666 :** Ne peut avoir aucun effet une obligation sans cause, ou fondée sur une cause fausse ou illicite.

La cause, motif déterminant de l'obligation, est le but en vue duquel une personne s'engage envers une autre.

**Article 667 :** Une cause est illicite lorsqu'elle est prohibée par les lois ou règlements en vigueur, ou lorsqu'elle est contraire aux bonnes mœurs ou à l'ordre public.

**CHAPITRE III : DE L'EFFET DES CONVENTIONS**

**Article 668 :** Les conventions légalement formées tiennent lieu de Loi à ceux qui les ont faites.
Elles ne peuvent être révoquées que de leur consentement mutuel ou pour des causes que la Loi autorise.

**Article 669 :** La force obligatoire des conventions a un double fondement :

- Une idée morale, le respect de la parole donnée
- Un intérêt économique, la nécessité du crédit.

Ce double fondement implique qu'elles doivent être contractées de bonne foi et qu'elles obligent non seulement au respect des clauses qui y sont exprimées, mais aussi à tout ce que l'équité, l'usage ou la Loi leur donnent d'après leur nature.

**CIVIL CODE OF THE REPUBLIC OF GUINEA**

**Article 658:** It is however possible to stand surety for a third party, meaning to promise that said third party will consent to the undertaking.

Ratification, which is the act by which the third party in question expressly or tacitly declares that it wishes to appropriate the results of the agreement entered into on its behalf, contributes the missing element to this agreement.

Yet if, for one reason or another, the refusal or impossibility existed of ratifying the agreement thereby entered into, it would be rendered ineffective, and compensation could even be claimed by the injured party against the party standing surety.

**CIVIL CODE OF THE REPUBLIC OF GUINEA**

**Article 1015**: The principal is required to execute the commitments contracted by the agent, pursuant to the authority granted thereto. It is bound by what may have been done beyond this only if it has expressly or tacitly ratified it.

**CIVIL CODE OF THE REPUBLIC OF GUINEA**

**Article 668:** Agreements entered into legally are considered Law for those who made them. They may be revoked only by mutual consent or for reasons authorized by Law.

**Article 669:** The binding force of agreements has a dual basis:

- A moral idea: respect for the giving of one's word
- An economic interest: the necessity of credit

This dual basis implies that they must be entered into in good faith and that they bind the parties not only to comply with the clauses set forth therein, but also with all that fairness, custom or the Law brings to them according to their nature.



STATE OF NEW YORK     )
                      ) ss
COUNTY OF KINGS       )

CERTIFICATE OF ACCURACY

I hereby certify that the attached is, to the best of my knowledge, ability and belief, a true and complete translation from French to English of *Articles 768, 658, 1015, 668, and 669 of the CIVIL CODE OF THE REPUBLIC OF GUINEA*.

Glenn Cain
President
Yndigo Translations

Subscribed and sworn to before me this ___7___ day of ___DECEMBER___, 2017.

_____
Notary Public
My Commission Expires:

PETER K. JACOB
NOTARY PUBLIC, STATE OF NY
NO. 01JA5053666
QUALIFIED IN KINGS COUNTY
COMMISSION EXP.: DEC. 26, 20_17_