UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DENTONS US LLP, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:14-cv-1312-RDM |
| | ) | |
| THE REPUBLIC OF GUINEA et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# DEFENDANTS' EXHIBIT 1

1              UNITED STATES DISTRICT COURT
                   DISTRICT OF COLUMBIA
2

                         Case No. 1:14-cv-1312-RDM
3

   ********************************
4

   DENTONS US LLP,
5                    Plaintiff,
        v.
6  THE REPUBLIC OF GUINEA, et al,
                     Defendants.
7

   ********************************
8

   THE REPUBLIC OF GUINEA, et al.
9          Counterclaim and
           Third Party Plaintiffs,
10      v.
   DENTONS US LLP, et al,
11         Counterclaim and
           Third Party Defendants.
12

   ************************************
13

14              CONFIDENTIAL
15  VIDEOTAPED DEPOSITION OF KERFALLA YANSANÉ, Ph.D.
16          Monday, September 18th, 2017
                10:54 a.m.
17

18      Held At:
19          Orrick, Herrington & Sutcliffe LLP
20          31, avenue Pierre 1er de Serbie
21          Paris-Cedex 16
22

23  REPORTED BY:
24  Maureen O'Connor Pollard, RMR, CLR, CSR

1    my question.

2        A.    I saw them, yes.

3        Q.    You were aware that Dentons continued

4    to provide services for the ministry of mines?

5        A.    I saw, and I didn't agree with the

6    minister of mine.

7        Q.    And you continued to participate in

8    meetings with Dentons in which Dentons was

9    providing services to Guinea; correct?

10       A.    I was told not to worry because they

11   have a mean of payment.  I said, okay, that's

12   fine.

13       Q.    Well, did you ask what the other means

14   of payment was?

15       A.    No.

16       Q.    Did you inquire as to what was the

17   contractual basis for the other means of

18   payment?

19       A.    The letter I saw a letter on was

20   indicated that the payment may be paid by the

21   sponsor of the project.

22       Q.    What letter was that?

23       A.    That was late sometime in 2015.

24       Q.    In 2012 when you're participating in

Confidential - Kerfalla Yansané, Ph.D.

1    meetings with Dentons and Rio Tinto, did you ask

2    the ministry of mines to see the contract that

3    allowed Dentons to continue?

4        A.    No, no.  He said there was no

5    contract, that they're just assisting us until

6    we launch the tender.  I said okay.

7        Q.    It was your -- it's your testimony

8    that there was no contract whatsoever between --

9        A.    No.

10       Q.    -- Guinea and Dentons?

11       A.    Yes.

12       Q.    That is your understanding?

13       A.    For me, there was no contract between

14   Dentons and Guinea, because the minister of

15   finance is the only person to commit the

16   government contractually and financially.  When

17   I was told by the minister of mining that I

18   didn't have to worry, they're just assisting the

19   minister of mine until we launch the tender, so

20   I was okay.

21       Q.    Did you ask him for what was the basis

22   for the assistance during that time period?

23       A.    He said I didn't have to worry, they

24   were assisting to ministry until we launch the

Confidential - Kerfalla Yansané, Ph.D.

1    new tender.  And as a matter of fact, Denton

2    participated in the tender with the World Bank.

3        Q.    Did you speak with anyone at Dentons

4    and explain to them, just to be clear, my view

5    is that you can't get paid for any of this work

6    that you're doing?

7        A.    My understanding was that it may be

8    pro bono, because I can't understand that a law

9    firm is working without a contract and expecting

10   to be paid.  So when I talked to the minister of

11   mine, he said, "don't worry, he is just

12   assisting us until we launch the tender."  I

13   said maybe it is pro bono, and let's go.

14       Q.    It was your -- your testimony today is

15   that you just assumed Dentons US was doing all

16   this work pro bono?

17       A.    Yes, because --

18       Q.    Did you have any conversation with --

19       A.    -- as a lawyer, I cannot understand

20   that as a lawyer they could work in a country

21   without a formal contract with the government.

22       Q.    Did you have any conversations with

23   anyone at Dentons US in which you said, hey,

24   thank you for all this pro bono work you're

Confidential - Kerfalla Yansané, Ph.D.

1    as possible?

2        A.    Yeah.

3              MS. JONES:  Objection.  Beyond the

4    scope.

5        A.    That was the purpose of the assignment

6    the World Bank gave to the team of

7    Taylor-DeJongh, and that was the purpose of

8    launching a tender to recruit new advisors for

9    Guinea for long-term advice, not short-term.

10   Because the first one was very short-term, May

11   to July, 2012.

12       Q.    When was the second tender launched?

13       A.    At the end of the year of 2012, and

14   then we were supposed to recruit someone in

15   2015.

16       Q.    What was your understanding of what

17   services Guinea was to receive from August of

18   2012 to December of 2012?

19       A.    In principle, it was agreed that we

20   should wait until we launched the tender to

21   recruit an advisor for long-term, because the

22   World Bank could not continue to fund advisor

23   for short-term, because they already did for

24   three months, then we had to wait.  And that was

1    the understanding between all parties, that we

2    should organize a new tender.

3        Q.    The new tender, you testified, was

4    launched in December of 2012 or January, 2013?

5        A.    Yes, somewhere that.

6        Q.    During that time period from August of

7    2012 to December of 2012, what was your

8    understanding of how -- scratch that.

9              What was your under --

10       A.    I need your question.

11       Q.    I need to remember my question.  One

12   second.

13             What was your understanding of what

14   services Guinea was to receive from August of

15   2012 to December of 2012 with respect to advice

16   on the investment framework agreement?

17             MS. JONES:  Objection.

18       A.    I was not privy to the way Denton was

19   discussing with the minister of mine, but all

20   what we wanted is to make sure that we could be

21   able to respond to the questions of Rio Tinto.

22   Unfortunately, at the end of the day, we

23   couldn't.  That's why we had to continue with

24   other lawyers.  And there was no progress

Confidential - Kerfalla Yansané, Ph.D.

1       Q.    So you don't know, sitting here today,

2   whether or not the ministry of mines was

3   authorized to --

4       A.    I told you --

5       Q.    Can you please let me finish my

6   question?

7       A.    Yeah, please.

8       Q.    You don't know, sitting here today,

9   whether or not the ministry of mines was

10  authorized to retain Dentons from August of 2012

11  to December?

12            MS. JONES:   Objection.

13      A.    He was not authorized, madam.   He was

14  not authorized.

15            MS. JONES:   You may answer.

16      A.    He was not authorized by the

17  government, legally speaking, to have a

18  contract, contract with Denton, because all the

19  contracts in Guinea have to go through the

20  minister of finance for tender or special

21  consultation.   That never happened.   We didn't

22  have any tender to recruit Denton, we didn't

23  have any special agreement with the minister of

24  finance to recruit Dentons, so...

1   so I didn't have to worry, because the financial

2   sources from the government were not committed,

3   so -- and my mandate is to take care of the

4   financial resources of the government.  As long

5   as this financial resource is not committed,

6   then --

7       Q.    Okay.  And I'm asking you if there's a

8   written document anywhere in any file in Guinea

9   in which you have written that to the minister

10  of mines.

11      A.    I didn't write any documents to the

12  minister, because he didn't write me a document.

13  If he wrote me -- normally line ministries

14  should send a letter to minister of finance to

15  ask authorization to have a contract with

16  somebody either for a tender or for special

17  consultation.  This never happened.

18      Q.    Well, you see that Dentons is doing a

19  lot of work at this point; correct?

20      A.    I assumed it was pro bono, or it was

21  informal basis, because we're supposed to launch

22  a tender at the end of the year, and Denton, as

23  a lawyer, was supposed to understand the rules

24  and the relation of the country.

Confidential - Kerfalla Yansané, Ph.D.

1      Q.    Okay.  But do you have any e-mail or

2    any document or any memo or anything in writing

3    at the time in which you made that clear to the

4    ministry of mines?

5            MS. JONES:  Objection.  Asked and

6    answered.

7      A.    Denton never tried to submit to me any

8    document to legalize, to formalize the relation,

9    never, never.

10   BY MS. REYES:

11     Q.    So the answer --

12     A.    And as a lawyer --

13     Q.    So the answer to my question is no,

14   there is no document at the time in which you

15   have made this clear; correct?

16     A.    I'm saying that Denton never tried to

17   formalize the relation with the minister of mine

18   through the minister of finance, never.

19     Q.    Is there any written document anywhere

20   where you have told Dentons that their work is

21   not authorized, and you assume it's being done

22   pro bono?

23     A.    I didn't have to talk to Denton.  I

24   had to talk to my colleagues, and this was done.

Confidential - Kerfalla Yansané, Ph.D.

1        Q.     Did Dentons US ever get paid for any

2    of their work for Guinea?

3        A.     What do you mean "other work"?

4        Q.     Did Dentons US get paid ever for any

5    of their work for Guinea?

6        A.     I said to Mr. Cahn when he came to my

7    office, I don't remember, but it was in 2015,

8    asking that they should be paid, and they said

9    that "they have already received 2 million."  I

10   said, "oh, 2 million."  I said, "this is

11   enough," because the tender was less than 1

12   million.  So I said, "if receive 2 million, this

13   mean that you have been paid enough for the

14   work."  So...

15       Q.     Did you participate in any discussions

16   of Dentons US getting paid the $2 million?

17       A.     Never.

18       Q.     So who authorized the $2 million

19   payment?

20       A.     I don't know.  And I didn't care,

21   because I knew that it was not coming from the

22   treasury.

23       Q.     Where did it come from?

24       A.     I don't know.

Confidential - Kerfalla Yansané, Ph.D.

1    Q.    Are you aware --

2    A.    I was asked --

3    Q.    I'm sorry.  Stop.

4          Are you aware that there was a

5    $2 million payment made from the Central Bank of

6    Guinea to Dentons?

7    A.    I knew that in April, 2013 when we

8    were in Abu Dhabi.

9    Q.    After it had already happened?

10   A.    Unfortunately.

11   Q.    So how -- explain the Central Bank

12   process to me.  Who can authorize a payment from

13   the Central Bank?

14   A.    The Central Bank has a lot of

15   institutions that may authorize them to pay the

16   treasury for the ministry of finance, but other

17   public entities also, so...

18   Q.    Does the ministry of mines have the

19   right to authorize Central Bank to make a

20   payment to a third party?

21   A.    I don't know where they could get

22   money, but I don't see -- the ministry of mine

23   per se does not have the resources to pay

24   directly, unless they take from many company,

Confidential - Kerfalla Yansané, Ph.D.

1    Rio Tinto, or somebody else.  I don't know.

2        Q.    Does the -- well, you were the

3    governor of the Central Bank.  Does the ministry

4    of mines have an account at the Central Bank?

5        A.    Never.  Never.

6        Q.    So if money comes from the Central

7    Bank to another party, to a third party --

8        A.    Out of Guinea, yes.

9        Q.    -- out of Guinea --

10       A.    Yes.

11       Q.    -- does that have to go through the

12   ministry of finance?

13       A.    Never.

14       Q.    So who could authorize a payment from

15   the Central Bank?

16       A.    The Central Bank is autonomous.  The

17   Central Bank make payment under the instruction

18   they receive either from the treasury when it is

19   the money from treasury, or other public

20   entities.  We have a lot of autonomous entities

21   in Guinea, they have their own money, they have

22   their board, and of course they do the

23   transaction through the bank.

24       Q.    So it's your testimony that the first

Confidential - Kerfalla Yansané, Ph.D.

1    time you learned about a $2 million payment --

2         A.    It was 2013.

3         Q.    -- to Dentons US was after the payment

4    was made?

5         A.    Yes.

6         Q.    Did you have any conversations with

7    Minister Fofana about that $2 million payment

8    before it was made?

9         A.    No.

10        Q.    Did you have any conversations with

11   anyone in the government of Guinea before the

12   $2 million payment was made?

13        A.    Never.  I was never informed that any

14   payment had been -- was paid, or would be paid,

15   never.

16        Q.    Are you -- but you're aware today that

17   a payment was made from Guinea?

18        A.    Unfortunately.

19        Q.    You're aware today that a payment was

20   made from Guinea to Dentons US; correct?

21        A.    Yes.  But I never saw the document of

22   the payment, never.

23        Q.    How could that payment -- I'm trying

24   to figure out how that payment was made.  Who

1    could authorize that payment --

2              (Reporter interruption because of

3    multiple speakers.)

4       Q.     -- if the payment came from the

5    Guinean treasury?

6       A.     Never, never, never.  This is

7    100 percent never.  Because the treasury has to

8    pay under the instruction of the minister of

9    finance, and when the minister of finance

10   authorize the treasury, then the treasury give

11   instruction to the Central Bank to pay.

12      Q.     Does the ministry of mines have an

13   account within the treasury?

14      A.     I said no already.

15             (Whereupon, Yasané Exhibit Number 10,

16             SWIFT document, Bates DENUS00613580,

17             with attached translation, was marked

18             for identification.)

19   BY MS. REYES:

20      Q.     Sir, Exhibit 10 is the SWIFT for the

21   $2 million payment that was made in March of

22   2013.

23      A.     This is the first time I see this

24   document.

Confidential - Kerfalla Yansané, Ph.D.

1      Q.     Okay.  That's fine.

2      A.     The first time.

3      Q.     Do you see that under the client it

4   says, "Ministry of Mines and Geology of Guinea"?

5      A.     Yes.

6      Q.     Okay.  Does the ministry of mines have

7   an account with the treasury that would permit

8   it to make this $2 million payment?

9      A.     To the best of my recollection, we

10  don't have an account.  We have a budget

11  according to the budget of the country, and the

12  budget is released by the treasury under the

13  instruction of the line ministries.

14         But in this case, the ministry of

15  mines never gave instruction to the treasury to

16  make any payment, so I don't know how this

17  payment may have been paid.

18     Q.     Well, you're a former governor of the

19  Central Bank --

20     A.     Yes.

21     Q.     -- so you have some understanding of

22  how it works; correct?

23     A.     Yeah.

24     Q.     There would need be some authorization

Confidential - Kerfalla Yansané, Ph.D.

1   for a $2 million payment to get made, I take it?

2       A.    Yes.  And I'm really mesmerized by the

3   way this is.  Because the ministry of mine don't

4   give instruction to the Central Bank to pay.

5       Q.    Okay.

6       A.    You see, the instruction on the name

7   of the government should be made by the minister

8   of finance through the treasury.

9       Q.    So clearly, there's some mechanism

10  you're not aware for which the ministry of

11  mines --

12          MS. JONES:  Objection.

13          MS. REYES:  Can we please let me

14  finish my questions before we object?

15          MS. JONES:  I though you had finished.

16  I apologize, Ms. Reyes.  Please restate your

17  question.

18  BY MS. REYES:

19      Q.    So clearly there's a mechanism that

20  you're not aware of by which the ministry of

21  mines can authorize a payment to be made by the

22  Central Bank?

23          MS. JONES:  Objection.

24      A.    I'm not informed, and I'm not aware of

Confidential - Kerfalla Yansané, Ph.D.

1    how this payment was made.

2    BY MS. REYES:

3        Q.    Are you aware of whether the president

4    was aware of this payment when it was made?

5        A.    I'm not aware.  Like I said, I was

6    informed about this payment only in Abu Dhabi,

7    never before, and I never saw this document of

8    payment.

9        Q.    Did you follow up with anyone at

10   Guinea after you became aware of the payment

11   about how it had gotten made?

12       A.    I heard that this payment should be

13   reimbursed to Guinea, so that's why I was quiet,

14   because for me it was not a payment from the

15   government, it was some sort of advance payment,

16   and the amount should be repaid to the ministry

17   of mine.

18       Q.    Who did you hear that from?

19       A.    From the staff of the ministry of

20   mine.

21       Q.    Okay.  And did you ask for the

22   contractual basis for that reimbursement?

23       A.    What do you mean "contractual basis

24   for that" --

1      Q.    Did you say, where is the agreement

2  between you and Dentons about this money only

3  being a reimbursement?

4      A.    They told me that this was paid

5  because Denton was holding the report on

6  Simandou, and Denton was more or less

7  blackmailing them then to say that "if you pay

8  this, I'm not going to release the document,"

9  and I said "okay."  But -- and they said, "don't

10 worry, the amount will be repaid somehow."  I

11 said "okay."

12     Q.    So you understood that this payment,

13 once you learned about it, was a payment for

14 services that Dentons had made?

15          MS. JONES:  Objection.

16     A.    And I think it's beyond what should

17 have been done in the framework of the tender.

18 And that's why when Mr. Cahn came to my office

19 to ask for payment, one, I told him I don't have

20 any contract with minister of finance and, two,

21 what they receive already is above the limit of

22 the tender.

23 BY MS. REYES:

24     Q.    Did you go to anyone else within the

Confidential - Kerfalla Yansané, Ph.D.

1  government to find out how this payment had been

2  authorized or made?

3      A.    No, no, no, since it didn't come from

4  the treasury.  My mandate is to protect

5  resources from the treasury.

6      Q.    Well, can you tell me where this

7  SWIFT, if you can understand it, shows that the

8  money came from?

9      A.    Yeah, it's ministry of mine.  But I

10  wonder how the ministry of mine could -- maybe

11  they receive money from someone and then they

12  hand over, this went into the Central Bank, but

13  per se, ministry of mine cannot have this amount

14  of money, they don't have an account, a bank

15  account in the Central Bank.

16      Q.    So when it says that the client is

17  Ministry of Mines and Geology of Guinea, and

18  there's an account number there, do you know

19  what that account number refers to?

20      A.    Maybe, you know, technically speaking,

21  they should have brought this money, or someone

22  has to put the money in an account, and then

23  this account was managed to make the payment,

24  so...

```
 1                    C E R T I F I C A T E

 2

 3          I, MAUREEN O'CONNOR POLLARD, RMR, CLR,

 4   and Notary Public, do certify that on the 18th

 5   day of September, 2017, at 10:54 o'clock, the

 6   person above-named was duly sworn to testify to

 7   the truth of their knowledge, and examined, and

 8   such examination reduced to typewriting under my

 9   direction, and is a true record of the testimony

10   given by the witness.  I further certify that I

11   am neither attorney, related or employed by any

12   of the parties to this action, and that I am not

13   a relative or employee of any attorney employed

14   by the parties hereto, or financially interested

15   in the action.

16          In witness whereof, I have hereunto

17   set my hand this 28th day of September, 2017.

18

19          _____

20          MAUREEN O'CONNOR POLLARD, NOTARY PUBLIC

21          Realtime Systems Administrator

22          CSR #149108

23

24
```