IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENTONS US LLP** ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) Case No. 1:14-cv-1312-RDM <br> **THE REPUBLIC OF GUINEA et al.,** ) <br> ) <br> *Defendants.* ) <br> ) <br> **THE REPUBLIC OF GUINEA, et al.,** ) <br> ) <br> *Counterclaim Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> **DENTONS US LLP et al.,** ) <br> ) <br> *Counterclaim and Third Party* ) <br> *Defendants.* ) <br> ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Rule 83.6(b) of the Local Rules of Civil Procedure, Attorney Justin S. Rowinsky (D.C. Bar No. 1028756) hereby withdraws his appearance as counsel for Plaintiff Dentons US LLP.

1. Effective March 14, 2018, Justin S. Rowinsky will no longer be employed by Williams & Connolly LLP and will no longer be involved in the representation of Dentons US LLP.

2. Williams & Connolly LLP will continue its representation of Dentons US LLP through Michael S. Sundermeyer, Ana C. Reyes and Leslie C. Vigen, who have entered appearances.

3. No trial date has been set.

**CONSENTED TO:**

Dentons US LLP

_____
Edward J. Reich
US General Counsel

                                                   Respectfully submitted,

                                                   /s/ Justin S. Rowinsky
                                                 WILLIAMS & CONNOLLY LLP
                                                 Justin S. Rowinsky (No. 1028756)
                                                 725 12th Street, NW
                                                 Washington, D.C.  20005
                                                 Tel. (202) 434-5000
                                                 Fax (202) 434-5029
                                                 jrowinsky@wc.com

Dated:  March 13, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018, a copy of the foregoing **NOTICE OF WITHDRAWAL** was filed electronically via ECF. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Justin S. Rowinsky
Justin S. Rowinsky (No. 1028756)