**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DENTONS US LLP,**  )<br>  )<br>  *Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>**THE REPUBLIC OF GUINEA et al.,**  )<br>  )<br>  *Defendants.*  )<br>_____)<br>  )<br>**THE REPUBLIC OF GUINEA et al.,**  )<br>  )<br>  *Counterclaim Plaintiffs*,  )<br>  )<br>v.  )<br>  )<br>**DENTONS US LLP et al.,**  )<br>  )<br>  *Counterclaim and Third Party Defendants*.  )<br>_____) | Case No. 1:14-cv-1312-RDM |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE and withdraw the appearance of undersigned counsel, Shermineh C. Jones, as counsel on behalf of the Republic of Guinea and the Ministry of Mines and Geology in this action.

Dated: April 8, 2019

                                                Respectfully Submitted,

                                                s/ Shermineh C. Jones
                                                David H. Dickieson (D.C. Bar No. 321778)
                                                Shermineh C. Jones (D.C. Bar No. 499900)
                                                SCHERTLER & ONORATO, LLP
                                                1101 Pennsylvania Avenue NW, Suite 1150
                                                Washington, D.C. 20004
                                                Telephone: (202) 628-4199
                                                Facsimile: (202) 628-4177
                                                Email: ddickieson@schertlerlaw.com
                                                       sjones@schertlerlaw.com