**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DENTONS US LLP   )<br>         )<br>   *Plaintiff*,   )<br>         )<br>*v.*   )<br>         )<br>         )   Case No. 1:14-cv-1312-RDM<br>THE REPUBLIC OF GUINEA et al.,   )<br>         )<br>   *Defendants.*   )<br>_____   )<br>         )<br>THE REPUBLIC OF GUINEA, et al.,   )   **JOINT STATUS REPORT**<br>         )<br>   *Counterclaim Plaintiffs,*   )<br>         )<br>*v.*   )<br>         )<br>DENTONS US LLP et al.,   )<br>         )<br>   *Counterclaim and Third Party*   )<br>   *Defendants.*   )<br>_____   )   | |

Plaintiff Dentons US LLP and Third Party Defendant Dentons Group (a Swiss Verein) (hereinafter "Dentons") and Defendants and Counterclaim Plainitffs The Republic of Guinea and its Ministry of Mines and Geology (hereafter "Guinea"), hereby submit a joint status report pursuant to the Court's October 9, 2019 order.  The parties conferred and have agreed on a schedule for the liability phase of the case, but have were unable to agree on a schedule for the damages phase of the case.  Dentons and Guinea have therefore each proposed a schedule for the damages phase of trial below.

## Liability Phase

The parties jointly propose the following schedule for completing the liability phase of the case:

| | |
|---|---|
| Rule 26(a)(2)(D)(ii) rebuttal expert reports on liability due: | January 10, 2020[1] |
| Discovery cutoff: | April 1, 2020 |
| Pretrial conference: | May 1, 2020 |
| Bench trial on liability: | May 11 – 19, 2020 |

Guinea's counsel has a trial set in another matter in Alexandria Circuit Court for April 6, 2020. This conflicting matter was set for a two-week trial *before* an additional lawsuit was consolidated into the litigation. Therefore, it is expected to consume the entire month of April. Dentons has agreed to delay the liability phase of trial in this case to accommodate that commitment. Counsel for Guinea respectfully requests that if Court alters the proposed schedule, that the trial not be set earlier than May 11, 2020 to permit adequate time for preparation following his April trial.

## Damages Phase

### Dentons's Position

Dentons believes the damages trial should proceed after a brief discovery period. As the Court has expressed a willingness to rule on liability from the bench, damages discovery can begin soon after the liability trial is complete. Given the limited issues and the fact that the parties previously served initial expert reports on damages, Dentons believes that eight weeks is sufficient to depose any fact witnesses who are testifying solely on damages,[2] serve rebuttal

---

[1] Initial expert reports on liability and damages were served in 2017.

[2] As to any fact witnesses who will testify as to both liability and damages, Dentons believes a single deposition on both issues should occur during the first discovery period. Multiple depositions of the same witness would be burdensome for the parties, for counsel, and for the third party witnesses.

reports on damages, and depose damages experts, as well as complete any additional written discovery (if necessary). Dentons therefore proposes the following schedule:

| Rule 26(a)(2)(D)(ii) rebuttal expert reports on damages due: | June 10, 2020 |
|---|---|
| Discovery cutoff: | July 1, 2020 |
| Bench trial on damages: | July 13 – 17, 2020 |

**Guinea's Position**

Counsel for Guinea believes that this Court is fully aware of the difficult and complex logistics of representing a foreign sovereign, especially a Third World country, and anticipates that even routine matters require extra time for completion. Completing Phase Two discovery and arranging for multiple witnesses to appear from overseas on any given week for trial is expected to be challenging. Such logistical and timing matters have been addressed in prior pleadings before this Court. Guinea therefore maintains that the earliest date for the damages trial would be August 10, and also requests that the Court be flexible in the event that circumstances change between now and August 2020. With that caveat, and with the understanding that there is no material prejudice to any party from the extra time requested, Defendant suggests the following schedule for the potential Damages Phase:

| Rule 26(a)(2)(D)(ii) rebuttal expert reports on damages due: | July 8, 2020 |
|---|---|
| Discovery cutoff: | August 1, 2020 |
| Bench trial on damages: | August 10 – 14, 2020 |

Respectfully submitted,

 /s/ Ana C. Reyes
Ana C. Reyes (No. 477354)

WILLIAMS & CONNOLLY LLP
Michael S. Sundermeyer (No. 931873)
Ana C. Reyes (No. 477354)
725 12th Street, NW
Washington, D.C.  20005
Tel. (202) 434-5000
Fax (202) 434-5029
msundermeyer@wc.com
areyes@wc.com

*Attorneys for Plaintiff Dentons US LLP and Third Party Defendant Dentons Group (a Swiss Verein)*

 /s/ David H. Dickieson
David H. Dickieson #321778
David Dickieson, Esq.
Schertler & Onorato, LLP
901 New York Avenue, NW Suite 500W,
Washington, DC 20001
Phone: (202) 628-4199
Facsimile: (202) 628-4177

*Attorney for Defendants and Counterclaim Plaintiffs The Republic of Guinea and its Ministry of Mines and Geology*

Dated:  October 16, 2019

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 16, 2019, a copy of the foregoing **JOINT STATUS REPORT** was filed electronically via ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      /s/ Ana C. Reyes
Ana C. Reyes (No. 477354)