# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENTONS US LLP** | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:14-cv-1312-RDM |
| **THE REPUBLIC OF GUINEA, et al.**, | ) |
| *Defendants*. | ) |
| _____ | ) |
| **THE REPUBLIC OF GUINEA, et al.**, | ) **JOINT STIPULATION OF** |
| | ) **VOLUNTARY DISMISSAL WITH** |
| *Counterclaim Plaintiffs*, | ) **PREJUDICE** |
| v. | ) |
| **DENTONS US LLP, et al.**, | ) |
| *Counterclaim and Third Party Defendants*. | ) |
| _____ | ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Dentons US LLP and Third Party Defendant Dentons Group (a Swiss Verein) and Defendants and Counterclaim Plaintiffs The Republic of Guinea and its Ministry of Mines and Geology hereby voluntarily dismiss, with prejudice, all claims and counterclaims asserted in this action. The parties agree that each party shall bear its own costs and fees.

Respectfully submitted,

 /s/ Ana C. Reyes
Ana C. Reyes (No. 477354)

WILLIAMS & CONNOLLY LLP
Michael S. Sundermeyer (No. 931873)

        Ana C. Reyes (No. 477354)
        Mary Beth Hickcox-Howard (No. 1001313)
        725 12th Street, NW
        Washington, D.C.  20005
        Tel. (202) 434-5000
        Fax (202) 434-5029
        msundermeyer@wc.com
        areyes@wc.com
        mhickcox-howard@wc.com

        *Attorneys for Plaintiff Dentons US LLP and Third*
        *Party Defendant Dentons Group (a Swiss Verein)*


        <u> /s/ David H. Dickieson</u>
        David H. Dickieson #321778
        David Dickieson, Esq.
        Schertler & Onorato, LLP
        901 New York Avenue, NW Suite 500W,
        Washington, DC 20001
        Phone: (202) 628-4199
        Facsimile: (202) 628-4177

        *Attorney for Defendants and Counterclaim*
        *Plaintiffs The Republic of Guinea and its Ministry*
        *of Mines and Geology*

Dated:  April 13, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2020, a copy of the foregoing **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** was filed electronically via ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

    /s/ Ana C. Reyes
Ana C. Reyes (No. 477354)